ORIGINAL

FILED
JUL 3 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AXIOM RESOURCE MANAGEMENT, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. 08-487 C
**BID PROTEST**

**NOTICE OF DIRECTLY RELATED CASE**

**COMES NOW** Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and in accordance with RCFC 40.2 hereby files this Notice of Directly Related Cases. Plaintiff believes that the following case falls within the definition of directly related case as set forth in RCFC 40.2(a)(1) because the cases are based on similar claims and this case involves the same procurement or contract, Axiom Resource Management, Inc. v. United States, 80 Fed. Cl. 530 (2008).

Axiom brought the prior action protesting the failure of Army to comply with the terms of Request for Quotations No. 154160 (under Contract No. GS-10F-0065N) (the "Solicitation" or the "RFQ") and the requirements of the applicable statutes and regulations in the evaluation of Axiom's proposal submitted in response to the RFQ.

The Court entered judgment in the prior protest on February 26, 2008 finding that the contracting officer's actions were arbitrary and capricious and enjoining the Government from exercising the option for work after July 18, 2008 under the contract awarded to LMFH. The Court also ruled that Axiom was entitled to seek its attorney's

fees and request payment of its bid and proposal costs associated with this procurement. The Government filed its Notice of Appeal to the U.S. Court of Appeals for the Federal Circuit (the "Federal Circuit") on April 29, 2008.

Subsequently, on June 18, 2008, the Government announced its intention to seek proposals under TEAMS for the work currently being performed by Lockheed Martin ("LM") under the RFQ (the "TPOD/OGC procurement").

Additionally, on June 18, 2008, the Army's contracting officer for TEAMS, Dan Signore informed Axiom that he had identified Axiom as having OCI allegedly relating to the fact that one of the principals of Axiom (a Category 2 contractor), Kevin Riley, is married to Barbara Kinosky, one of the principals of Centre Consulting ("Centre") who Signore inaccurately claims is performing Category 1 work as a subcontractor to a company called Intelidyne. Mr. Signore has taken this action despite the fact that upon information and belief similarly situated contractors have not been identified as being subject to an OCI and excluded from procurements under TEAMS.

As a result, Mr. Signore asserted that Axiom would not receive any future TEAMS RFPs and that Axiom would only be permitted to bid on TPOD/OGC procurement while the Court's order, dated February 26, 2008, remained in effect. Axiom has subsequently learned that Mr. Signore has specifically excluded Axiom from bidding on several new procurements issued under TEAMS. Additionally, the Government informed the Court on July 3, 2008 that the TPOD/OGC procurement is a limited competition between LM and Axiom which in reality is a sole source award to LM based on Mr. Signore's decision to find that Axiom is ineligible for award.

Assignment of this case to Judge Braden would appear to make sense and promote judicial efficiency because the records in both cases will be essentially similar, the Court will have to resolve similar issues of fact and law in both cases, and the Government's actions that are complained of here are based on the Court's order in the prior protest. Finally the Court's determinations concerning the Government's actions vis a vis Axiom may affect the rights of the other parties to the prior protest.

Respectfully submitted,

Date: 7/3/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, Virginia 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Protester Axiom
Resource Management, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2008, a copy of the foregoing Notice of Directly Related Case was served by electronic mail on:

> Counsel for the United States William G. Kanellis, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Room 8032, Washington, DC 20530; and
>
> Counsel for Lockheed Martin, Marcia Madsen, Mayer Brown, LLP, 1909 K St., NW, Washington, DC 20006.

James S. DelSordo