ORIGINAL

FILED
JUL 3 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AXIOM RESOURCE MANAGEMENT, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. 08-487 C

**BID PROTEST**

**MOTION FOR PRELIMINARY INJUNCTION**

**COMES NOW** the Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and hereby files this Motion for Preliminary Injunction under Fed. R. Civ. P. 65(a) and the Rules of the United States Court of Federal Claims. As more fully described in the Memorandum in Support of Axiom's Motion for Preliminary Injunction, filed concurrently herewith, the Court should enjoin the Department of the Army (the "Army") from continuing its failure to comply with the requirements of 48 C.F.R. Subparts 9.4. and 9.5 as well as the Army's creation of an unreasonable procurement timeline and proposal structure which creates an unequal competitive advantage favoring the incumbent contractor.

Specifically, the Government has improperly determined that Axiom is the subject of an organizational conflict of interest ("OCI") and has effectively debarred Axiom from submitting proposals to the Government for procurements under the TRICARE Evaluation, Analysis, and Management Support Program ("TEAMS"), Axiom Contract No. W81XWH-08-D-0024 multiple award contract (the "TEAMS Contract").

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order immediately enjoining the Government from taking the actions described above and permit Axiom to fairly compete for task orders issued under the TEAMS Contract, or in the alternative enjoining the Army from employing the funds obligated to the performance of a contract to provide the services required under The TEAMS Contract, or any entity other than the Plaintiff for these services.

Respectfully submitted,

Date: 7/3/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Axiom Resource Management, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of July 2008, a copy of the foregoing Motion for Preliminary Injunction was served by electronic mail on:

Counsel for the United States William G. Kanellis, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Room 8032, Washington, DC 20530; and

Counsel for Lockheed Martin, Marcia Madsen, Mayer Brown, LLP, 1909 K St., NW, Washington, DC 20006.

James S. DelSordo