# In the United States Court of Federal Claims

No. 08-487C
Filed: July 8, 2008

************************************
*
AXIOM RESOURCE MANAGEMENT, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
and *
*
LOCKHEED MARTIN FEDERAL *
HEALTHCARE, INC., *
*
Movant for Intervention. *
*
************************************

**ORDER**

Lockheed Martin's July 8, 2008 Motion to Intervene is hereby granted.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**