**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| UNITED STATES, | ) | No. 08-487 C |
| Defendant, | ) | (Judge Braden) |
| and | ) | |
| LOCKHEED MARTIN FEDERAL HEALTHCARE, INC. | ) | |
| Intervenor. | ) | |

**LOCKHEED MARTIN'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Lockheed Martin Federal Healthcare, Inc. ("Lockheed Martin") respectfully states that it is a wholly-owned subsidiary of Lockheed Martin Corporation.

Respectfully submitted,

s/ Marcia G. Madsen

MARCIA G. MADSEN
MAYER BROWN LLP
1909 K Street, NW
Washington, D.C. 20006
(202) 263-3000
(202) 263-3300 Facsimile

Of Counsel:

LUKE LEVASSEUR
ROBERT L. BRONSTON
MAYER BROWN LLP

Washington, D.C.
*Counsel for Intervenor, Lockheed Martin Federal Healthcare, Inc.*

July 9, 2008