**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-487C |
| v. | ) | (Judge Braden) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Pursuant to the Court's oral Order of July 8, 2008, defendant, the United States, gives this notice of filing of the following documents. Due to the timeframe set by the Court's order to file the documents today at the 4:30 P.M. status conference on July 8, we will follow this filing with a subsequent electronic and hard copy filing with Bates numbering included. The documents are:

1. TEAMS Contract awarded to Axiom Resource Management, Inc.;
2. TEAMS Contract awarded to Lockheed Martin.

We expect to file the correspondence the Court orally ordered us to file later today.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640

July 9, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 9, 2008, a copy of foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor