# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350)

RATING

PAGE 1 OF PAGES 113

2. CONTRACT *(Proc. Inst. Ident.)* NO.: W81XWH-08-D-0039

3. EFFECTIVE DATE: 01 Feb 2008

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.

5. ISSUED BY — CODE: W81XWH
USA MED RESEARCH ACQ ACTIVITY
820 CHANDLER ST
FORT DETRICK MD 21702-5014

6. ADMINISTERED BY *(If other than Item 5)* — CODE: S3915A
DEFENSE CONTRACT MGMT OFFICE
SURFACE COMMUN & SPT SYSTEMS PHILADELPHIA
700 ROBBINS AVE, BLDG 4-A
PO BOX 11427
PHILADELPHIA PA 19111-0427

7. NAME AND ADDRESS OF CONTRACTOR *(No., street, city, county, state and zip code)*
LOCKHEED MARTIN SERVICES, INC DBA: LMSI
2339 ROUTE 70 WEST, FLOOR 3W
CHERRY HILL NJ 08002-3315

CODE 77609 FACILITY CODE

8. DELIVERY
[ ] FOB ORIGIN [ X ] OTHER *(See below)*

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES *(4 copies unless otherwise specified)* TO THE ADDRESS SHOWN IN: — ITEM

11. SHIP TO/MARK FOR — CODE: HT0003
TRICARE MANAGEMENT ACTIVITY
5 SKYLINE PLACE, SUITE 810A
5111 LEESBURG PIKE
FALLS CHURCH VA 22041-3206

12. PAYMENT WILL BE MADE BY — CODE: HQ0338
DEFENSE FINANCE AND ACCOUNTING SERVICE
SOUTH ENTITLEMENT OPERATIONS
PO BOX 182264
COLUMBUS OH 43218-2264

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[ ] 10 U.S.C. 2304(c)( ) [ ] 41 U.S.C. 253(c)( )

14. ACCOUNTING AND APPROPRIATION DATA

| 15A. ITEM NO. | 15B. SUPPLIES/ SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

**15G. TOTAL AMOUNT OF CONTRACT $3,500,000,000.00 EST**

16. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 96 - 112 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 32 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 33 - 59 | X | J | LIST OF ATTACHMENTS | 113 |
| | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 60 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 61 - 65 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 66 - 68 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 69 - 95 | | | | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. [ X ] CONTRACTOR'S NEGOTIATED AGREEMENT Contractor is required to sign this document and return 1 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. [ ] AWARD (Contractor is not required to sign this document.) Your offer on Solicitation Number W81XWH-05-R-0004-0008 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER *(Type or print)*

20A. NAME AND TITLE OF CONTRACTING OFFICER
TEL: EMAIL:

19B. NAME OF CONTRACTOR
BY ______________________
*(Signature of person authorized to sign)*

19C. DATE SIGNED

20B. UNITED STATES OF AMERICA
BY ______________________
*(Signature of Contracting Officer)*

20C. DATE SIGNED

Section B - Supplies or Services and Prices

SECTION B

## B.1 CONTRACT

The award is a multiple award Indefinite Delivery/Indefinite Quantity type contract. There are several diiferent types of task orders that may be awarded under each of those contracts. As a result of the anticipated types of task orders, the clauses applicable to each of the types of task orders have been included. The clauses applicable to a particular type of task order apply to that type of task order but it is noted that not all clauses will apply to all types of task orders (i.e., FAR Firm Fixed Price Clauses apply to the fixed labor rate CLINS and the FAR Cost Reimbursement Clauses apply to the cost reimbursement CLINS). Tasks orders issued ynder this contract may be one of, or a combination of the following order types:

- Firm-Fixed Price (FFP)
- Cost Plus Fixed-Fee (CPFF)
- Time & Materials / Labor Hours (LH)
- Cost Plus award Fee (CPAF)
- Fixed Price Award Incentive (FPI)
- Cost Plus Incentive Fee (CPIF)

* The Government reserves the right to modify the basic contract to include Fixed Price Award Fee (FPAF), Fixed Price Incentive Fee (FPIF), and Cost Plus Incentive Fee (CPIF) type awards.

## B.2 GUARANTEED TASKING

(a) All services to be ordered under this contract shall be set forth in each individual task orders. All task orders will be issued in accordance with the provisions of Section H, Delivery Order Issuance, and Section I, Clauses 52-216-18, Ordering; 52-216-19, Order Limitation, and 52-216-22, Indefinite Quantity.

(b) The minimum amount of this contract award is $15,000.00, only applies to the first year of the contracts.

(c) The anticipated maximum amount for the TEAMS Program shall not exceed $5,000,000,000.00, inclusive of the base contract year and any option periods exercised. The Government is not obligated to issue orders up to the maximum of any contract award under this contract.

(d) The maximum amounts identified in the Contract Line Item Number (CLIN) structure below are placeholder values assigned to facilitate the issuance of task orders. These maximum amounts shall not be construed as an obligation of the Government or guaranteed tasking value.

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 200 | Months | $2,500,000.00 | $500,000,000.00 |
| | Base Year Firm-Fixed Price Services<br>FFP<br>FOB: Destination | | | | |
| | | | | MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| | Base Year Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |
| | | | | MAX COST | $500,000,000.00 (EST.) |
| | | | | FIXED FEE | $0.00 |
| | | | | TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| | Base Year Time and Materials Services<br>T&M<br>FOB: Destination | | | | |
| | | | | TOT MAX PRICE | $500,000,000.00 NTE |
| | | | | CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| | Base Year Cost Plus Award Fee Services | | | | |
| | CPAF | | | | |
| | FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| | Base Year Fixed Price Award Incentive | | | | |
| | FPI | | | | |
| | FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| | Base Yr Other Direct costs | | | | |
| | COST | | | | |
| | FOB: Destination | | | | |

| | |
|---|---|
| ESTIMATED COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | Base Yr Cost Plus Incentive fee<br>CPIF<br>FOB: Destination | UNDEFINED | Lot | UNDEFINED | UNDEFINED |

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1001<br>OPTION | Option 1 Firm-Fixed Price Services<br>FFP<br>FOB: Destination | 200 | Months | $2,500,000.00 | $500,000,000.00 |

| | |
|---|---|
| MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 1 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| FIXED FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Option 1 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |

| | |
|---|---|
| TOT MAX PRICE | $500,000,000.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 1 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 1005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 1 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 1 Other Direct costs<br>COST<br>FOB: Destination | | | | |

| | |
|---|---|
| ESTIMATED COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1007<br>OPTION | OPTION 1 Cost Plus Incentive fee<br>CPIF<br>FOB: Destination | UNDEFINED | Lot | UNDEFINED | UNDEFINED |

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2001<br>OPTION | Option 2 Firm-Fixed Price Services<br>FFP<br>FOB: Destination | 200 | Months | $2,500,000.00 | $500,000,000.00 |

| | |
|---|---|
| MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 2 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| FIXED FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Option 2 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |

| | |
|---|---|
| TOT MAX PRICE | $500,000,000.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 2 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 2 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 2 Other Direct costs<br>COST<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 2007 OPTION | OPTION 2 Cost Plus Incentive fee CPIF FOB: Destination | UNDEFINED | Lot | UNDEFINED | UNDEFINED |

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3001 OPTION | Option 3 Firm-Fixed Price Services FFP FOB: Destination | 200 | Months | $2,500,000.00 | $500,000,000.00 |

| | |
|---|---|
| MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 3 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| FIXED FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Option 3 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |

| | |
|---|---|
| TOT MAX PRICE | $500,000,000.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 3 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 3005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 3 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 3 Other Direct costs<br>COST<br>FOB: Destination | | | | |

| | |
|---|---|
| ESTIMATED COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3007 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 3 Cost Plus Incentive fee<br>CPIF<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4001 | | 200 | Months | $2,500,000.00 | $500,000,000.00 |
| OPTION | Option 4 Firm-Fixed Price Services<br>FFP<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 4 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| FIXED FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Option 4 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |

| | |
|---|---|
| TOT MAX PRICE | $500,000,000.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 4 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 4005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 4 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 4 Other Direct costs<br>COST<br>FOB: Destination | | | | |

| | |
|---|---|
| ESTIMATED COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4007 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 4 Cost Plus Incentive fee<br>CPIF<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5001 | | 200 | Months | $2,500,000.00 | $500,000,000.00 |
| OPTION | Option 5 Firm-Fixed Price Services<br>FFP<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 5 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| FIXED FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Option 5 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |

| | |
|---|---|
| TOT MAX PRICE | $500,000,000.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 5 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 5 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 5006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 5 Other Direct costs | | | | |
| | COST | | | | |
| | FOB: Destination | | | | |
| | | | | ESTIMATED COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 5007 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 5Cost Plus Incentive fee | | | | |
| | CPIF | | | | |
| | FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 6001 | | 200 | Months | $2,500,000.00 | $500,000,000.00 |
| OPTION | Option 6 Firm-Fixed Price Services<br>FFP<br>FOB: Destination | | | | |
| | | | | MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 6002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 6 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |
| | | | | MAX COST | $500,000,000.00 (EST.) |
| | | | | FIXED FEE | $0.00 |
| | | | | TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 6003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Option 6 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |
| | | | | TOT MAX PRICE | $500,000,000.00 NTE |
| | | | | CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 6004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 6 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 6005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 6 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 6006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 6 Other Direct costs | | | | |
| | COST | | | | |
| | FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 6007 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 6 Cost Plus Incentive fee | | | | |
| | CPIF | | | | |
| | FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 7001 | | 200 | Months | $2,500,000.00 | $500,000,000.00 |
| OPTION | Option 7 Firm-Fixed Price Services<br>FFP<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 7002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 7 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| FIXED FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 7003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Optin 7 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |

| | |
|---|---|
| TOT MAX PRICE | $500,000,000.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 7004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 7 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 7005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 7 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 7006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 7 Other Direct costs | | | | |
| | COST | | | | |
| | FOB: Destination | | | | |
| | | | | ESTIMATED COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 7007 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 7 Cost Plus Incentive fee | | | | |
| | CPIF | | | | |
| | FOB: Destination | | | | |
| | | | | TARGET COST | $500,000,000.00 (EST.) |
| | | | | TARGET FEE | $0.00 |
| | | | | TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| | | | | MINIMUM FEE | $ (EST.) |
| | | | | MAXIMUM FEE | $ (EST.) |
| | | | | SHARE RATIO ABOVE TARGET | |
| | | | | SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 8001 | | 200 | Months | $2,500,000.00 | $500,000,000.00 |
| OPTION | Option 8 Firm-Fixed Price Services | | | | |
| | FFP | | | | |
| | FOB: Destination | | | | |
| | | | | MAX NET AMT | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 8002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 8 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| FIXED FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 8003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Option 8 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |

| | |
|---|---|
| TOT MAX PRICE | $500,000,000.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 8004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 8 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 8005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 8 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 8006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 8 Other Direct costs | | | | |
| | COST | | | | |
| | FOB: Destination | | | | |

ESTIMATED COST $500,000,000.00

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 8007 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | OPTION 8 Cost Plus Incentive fee | | | | |
| | CPIF | | | | |
| | FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 9001 | | 200 | Months | $2,500,000.00 | $500,000,000.00 |
| OPTION | Option 9 Firm-Fixed Price Services | | | | |
| | FFP | | | | |
| | FOB: Destination | | | | |

MAX NET AMT $500,000,000.00

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 9002 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 9 Cost Plus Fixed Fee Services<br>CPFF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| FIXED FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 9003 | | 200 | Lot | $2,500,000.00 | $500,000,000.00 NTE |
| OPTION | Option 9 Time and Materials Services<br>T&M<br>FOB: Destination | | | | |

| | |
|---|---|
| TOT MAX PRICE | $500,000,000.00 NTE |
| CEILING PRICE | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 9004 | | UNDEFINED | Dollars, U.S. | UNDEFINED | UNDEFINED |
| OPTION | Option 9 Cost Plus Award Fee Services<br>CPAF<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 (EST.) |
| BASE FEE | $0.00 |
| SUBTOTAL MAX COST + BASE | $500,000,000.00 (EST.) |
| MAX AWARD FEE | $0.00 |
| TOTAL MAX COST + FEE | $500,000,000.00 (EST.) |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 9005 | | UNDEFINED | Months | UNDEFINED | UNDEFINED |
| OPTION | Option 9 Fixed Price Award Incentive<br>FPI<br>FOB: Destination | | | | |

| | |
|---|---|
| TARGET COST | $500,000,000.00 |
| TARGET PROFIT | $0.00 |
| TOTAL TARGET PRICE | $500,000,000.00 |
| CEILING PRICE | UNDEFINED |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 9006 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | Option 9 Other Direct costs<br>COST<br>FOB: Destination | | | | |

| | |
|---|---|
| MAX COST | $500,000,000.00 |

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 9007 | | UNDEFINED | Lot | UNDEFINED | UNDEFINED |
| OPTION | Option 9 Cost Plus Incentive fee | | | | |

CPIF

FOB: Destination

| | |
|---|---|
| TARGET COST | $500,000,000.00 (EST.) |
| TARGET FEE | $0.00 |
| TOTAL TGT COST + FEE | $500,000,000.00 (EST.) |
| MINIMUM FEE | $ (EST.) |
| MAXIMUM FEE | $ (EST.) |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

Section C - Descriptions and Specifications

STATEMENT OF WORK

**Section C**
**Performance Based Work Statement (PBWS)**
**TRICARE Evaluation, Analysis, Management, and Support (TEAMS)**

**TABLE OF CONTENTS**


**1.0 SCOPE........................................................................................................................**

**1.2 PROGRAM GOAL. ..........................................................................................................**

**1.3. PRIMARY CUSTOMERS....................................................................................................**

**1.3.1 EXTERNAL AGENCY USE …………………………………………...…………...…………**

**1.4 NON-PERSONAL SERVICES .............................................................................................**

**1.5 INHERENTLY GOVERNMENTAL FUNCTONS..........................................................................**

**1.6 CAAS CERTIFICATION. ..................................................................................................**

**2.0 SCOPE........................................................................................................................**

**2.1 BASIC, PRIME “CONTRACT” ACTIVITIES ..............................................................**

**2.1.1 GOVERNMENT MANAGEMENT OF THE CONTRACT…………………………………………..**

**2.1.2 CONTRACTOR MANAGEMENT OF THE CONTRACT……………………………………………..**

**2.2. TASK ORDER ACTIVITIES...............................................................................................**

**2.2.1 GOVERNMENT MANAGEMENT OF TASK ORDER.....................................................**

**2.2.2 CONTRACTOR MANAGEMENT OF TASK ORDER. ..................................................**

**2.2.2.1 NON-DISCLOSURE STATEMENT.........................................................................**

**2.2.2.2 TASK ORDER MANAGEMENT PLAN.................................................................**

**2.2.2.3 MONTHLY PROGRESS REPORT. ......................................................................**

**2.2.2.4 WORK BREAKDOWN STRUCTURE.....................................................................**

**2.2.2.5 INTEGRATED SCHEDULING ...........................................................................**

2.2.2.6 EARNED VALUE MANAGEMENT ........................................

2.2.2.7 PROGRAM REVIEWS. ........................................

2.2.2.8 QUALITY CONTROL PLAN ........................................

2.2.2.9 TRANSITION SUPPORT ........................................

2.2.2.10 OPTION ITEM: INCOMING TRANSITION........................................

2.2.2.11 OPTION ITEM: OUTGOING TRANSITION ........................................

2.2.2.12 TECHNICAL MANAGEMENT OF TASK ORDER. ........................................

2.2.2.13 PROGRAM/SYSTEM SECURITY ........................................

2.2.2.14 INFORMATION ASSURANCE BACKGROUND ........................................

2.2.2.15 SECURITY CLEARANCES ........................................

2.2.2.16 SECTION 508. ........................................

2.2.2.17 CONFIGURATION MANAGMENT ........................................

2.2.2.18 RELIABILITY, MAINTAINABILILTY, AND AVAILABILITY ........................................

2.2.2.19 TEST PROGRAM ........................................

2.2.2.20 SYSTEM UPDATES/MIGRATION ........................................

2.2.2.21 DOCUMENTATION ........................................

2.3 TASKS - REQUIREMENTS. ........................................

2.3.1 PROGRAM MANAGEMENT SUPPORT SERVICES. ........................................

2.3.2 STUDIES & ANALYSIS. ........................................

2.3.3 PERFORMANCE-BASED BUDGETING. ........................................

2.3.4 BUSINESS PROCESS IMPROVEMENT. ........................................

2.3.5 FUNCTIONAL VALIDATION AND VERIFICATION. ........................................

2.3.6 RECORDS ........................................

2.3.7 INFORMATION MANAGEMENT. ........................................

2.3.8 ACQUSITION MANAGEMENT. ........................................

2.3.9 LOGISTICAL SUPPORT ........................................

**3.0 CONTRACT TYPE.........................................................................................................**

**4.0 TEAMS ACQUISITION MANAGER.....................................................................**

**5.0 ACQUISITION MANAGER ..................................................................................**

**6.0 CONTRACTING OFFICER'S REPRESENTATIVE ........................................................**

**7.0 CONTRACTING OFFICER'S REPRESENTATIVE–TASK ORDER ..............................**

**8.0 TASK MANAGER...........................................................................................................**

**9.0 APPLICABLE REFERENCES & COMPLIANCE DOCUMENTS ...................................**

**9.1 REFERENCES………………………………………………………………………………………….**

**9.2 COMPLIANCE DOCUMENTS……………………………………………………………………….**

**APPENDIX A ......................................................... DELIVERABLE /DELIVERY SCHEDULE**

## INTRODUCTION

### 1.1 OVERVIEW

The Office of the Assistant Secretary of Defense (Health Affairs)/TRICARE Management Activity, (OASD (HA)/TMA) has a requirement for support to the principles of DoD program management to ensure the delivery of high quality, cost effective health care services across the operational continuum. Within the TMA, the TMA Procurement Support Office (TPS) is responsible for all acquisitions for other than purchased care in support of the TRICARE Management Activity. As such, the TPS mission is to develop and implement policies, procedures, and acquisition programs necessary to acquire the services needed to support the management and integration of military health systems. In addition to overseeing all aspects of non-purchased health care contracting, the TPS evaluates contractor performance. The TRICARE Evaluation, Analysis, and Management Support (TEAMS) contract vehicle will be used to support TPS in the execution of its mission.

### 1.2 PROGRAM GOAL

This opportunity represents a full and open competition for a contract vehicle that will replace Program Management and Integration (PMI II) Blanket Purchase Agreement (BPA) and the Defense Medical Information Management/Design, Development, Operations, and Maintenance Services – Technical Studies and Analyses (D/SIDDOMS II Lot I).

### 1.3 PRIMARY CUSTOMERS

The Office of the Assistant Secretary of Defense for Health Affairs (OASD (HA), TRICARE Management Activity (TMA) has a requirement for evaluation, analysis, and management in support of on-going and future health care programs. TEAMS is available for use by all TMA and components of the worldwide Military Health System (MHS), to include military treatment facilities (MTFs) and clinics; and Contracting/Acquisition Activities supporting TMA.

#### 1.3.1 EXTERNAL AGENCY USE.

In addition to the mission of the TMA and MHS, this contract may be used to acquire services within the scope of the TEAMS work statement for all other Department of Defense organizations with an impact on health support related issues. Services may also be acquired under this contract in support of the Department of Veteran Affairs, and the Department of Health & Human Services (DHHS) for those joint initiatives that have significant or direct impact on the MHS.

### 1.4 NON-PERSONAL SERVICES

This PBWS identifies services that are strictly non-personal in nature, as defined by FAR 37 and to ensure there is not an appearance of such every task order shall have an identified task manager.

### 1.5 INHERENTLY GOVERNMENTAL FUNCTIONS

This PBWS has been reviewed and contains no services that are inherently governmental functions, as defined in FAR Part 2.1.

## 1.6 CAAS CERTIFICATION

In accordance with Department of Defense (DoD) Directive Number 4205.2, Contract Advisory Assistance Services (CAAS) are those services acquired by contract from non-governmental sources to support or improve organization policy development, decision-making, management and administration, program and/or project management and administration, or to improve the effectiveness of management processes or procedures. CAAS designation when applicable and in accordance with DoD Directive 4205.2 and FAR Part 37 will be stated on each task order issued against the resulting contract.

## 2.0 SCOPE

TEAMS will provide a vehicle for obtaining services in support of policy development, decision-making, management and administration, program and/or project management and administration. This performance based work statement (PBWS) provides for improved program and/or project management support services, specialized studies and analysis, performance-based budgeting/financial management and analysis support, business process improvements, functional validation and verification, information management, acquisition management, and logistical support.

This performance based work statement (PBWS) provides for specialized studies and analysis; business process improvements; improved program and/or project management support services; logistical support; performanced-based budgeting/financial management and analysis support; acquisition management, functional validation and verification; and advisory and assistance services supporting improved information resources, management, internal controls, and administration of OASD(HA) organizations. The execution of these services will enable the OASD(HA)/TMA/MHS to continue to ensure the nation has a healthy fighting force and the ability to support DoD missions worldwide available at all times.

***TMA has categorized all non-purchased care procurements into one of the following three, mutually exclusive categories, regardless of the contract vehicle used to procure the services:***

***Category 1: TMA Internal Support****:* Services which, by their very nature, give the Contractor access to extensive data about the contracts of ***all*** other TMA contractors. To mitigate any potential for a Category 1 Contractor to gain an unfair competitive advantage over other Category 1 Contractors, all acquisition support for Category 1 shall be performed by Category 2 Contractors. Further, Category 1 Contractors having access to other Category Contractor's proprietary information shall sign non-disclosure agreements before being given access to the proprietary information of another Contractor.

***Category 2: Program Management Support****:* Services which assist TMA in planning and managing its activities and programs. This includes, for example: requirements analysis, acquisition support, budget planning and management, business process reengineering, program planning and execution support, and independent technical management support. To mitigate any potential for a Category 2 Contractor to gain an unfair competitive advantage over other Category 2 Contractors, for future solicitation opportunities, no Category 2 Contractor shall be permitted to see or have access to any other Category 2 Contractor's proprietary data.

***Category 3: Product Support***. Services or end items required to meet the mission requirements of TMA's non-purchased care activities and programs. This includes, for example:

concept exploration and development; system design; system development and integration; COTS Procurement and integration; internal development testing; deployment; installation; operations; and maintenance.

*"TEAMS"* may be used to acquire any Category 2: Program Management Support requirement that falls within the scope of the "TEAMS" work statement. The "TEAMS" contract specifically excludes – Category 1- TMA Internal Support and Category 3- Product Support.

**The scope of this *"TEAMS"* Performance-Based Work Statement provides for two distinct activities and functions:**

***(1) Basic, Prime "Contract" Activities and***

***(2) Individual, "TASK Order" Activities.***

| CATEGORY OF TASKS COVERED IN THIS PBWS | |
|---|---|
| **Paragraph** | **Specific Tasks** |
| 2.1 | **Section One: Contract Level Management Activities** |
| 2.1.1 | Government Management of the Contract |
| 2.1.2 | Contractor Management of the Contract |
| | |
| 2.2 | **Section Two: Individual TASK Orders Activities** |
| 2.2.1 | Government TASK Order Management |
| 2.2.2 | Contractor TASK Order Management |

**THE FUNCTIONAL AREAS ARE AS FOLLOWS:**

| 2.3 | **Tasks – Service Requirements** |
|---|---|
| 2.3.1 | Program Management Support Services. |
| 2.3.2 | Studies and Analysis |
| 2.3.3 | Performance Based Budgeting |
| 2.3.4 | Business Process Improvement |
| 2.3.5 | Functional Validation and Verification |
| 2.3.6 | Records Management |
| 2.3.7 | Information Management |
| 2.3.8 | Acquisition Management |
| 2.3.9 | Logistical Support |

## 2.1 BASIC, PRIME "CONTRACT" ACTIVITIES

**SECTION ONE - CONTRACT LEVEL MANAGEMENT**

In addition to the management of individual orders, there are certain activities required to manage the overall **basic, prime "contract."** These activities are described herein.

### 2.1.1 GOVERNMENT MANAGEMENT OF THE CONTRACT

The Contracting Officer (CO) will officially designate (in writing) a Contracting Officer's Representative (COR) to oversee the **basic, prime "contract."** The Government's Contract Level COR will have responsibility for:

- *Ensuring that the Surveillance Plans are developed and executed by the Contracting Officer's Technical Representative –Task Order COR-TO and any other involved TMA personnel.*
- *Providing advice and assistance in resolving any performance issues that may arise during the life of the order.*
- *Initiating and coordinating global contract changes such as changes in the paying office.*
- *Conducting other activities as specified in their appointment memorandum.*
- *Elevating to the CO any problems that cannot be addressed by the COR.*

### 2.1.2 CONTRACTOR MANAGEMENT OF THE CONTRACT

The Contractor shall designate a single program manager to oversee the **basic, prime "contract."** The Contractor's designated program manager shall serve as the single point of contact for addressing contract issues, quality issues, and overall contractor performance. This may include coordination with the CO and the COR/COR-TO to resolve any issues that may arise, trends relating to the basic, prime contract, or proposed changes or modifications to the basic, prime contract.

### 2.2 INDIVIDUAL, "TASK ORDER " ACTIVITIES

**SECTION TWO – TASK ORDER MANAGEMENT ACTIVITIES**

This section describes the full breadth of services available to be ordered in individual orders, but does not necessarily describe the depth that may be included in the orders. Individual orders will detail the extent to which each element described will be required. When bidding on individual task orders that will be solicited under the TEAMS contract, the Contractor shall adhere to the guidelines outlined below.

### 2.2.1 GOVERNMENT MANAGEMENT OF THE TASK ORDER: COR-TO

The Contracting Officer will designate a COR-TO for each task order. This COR-TO will serve as the primary point of contact for all activities and issues that occur under each task order. The COR-TO is responsible for:

- *Serving as the primary technical point of contact for the task order.*
- *Identifying the need for and generating contract modification requirements, as required.*
- *Reviewing, and accepting or rejecting all contractor technical deliverables provided under the task order.*

- *Serving as the approval and disapproval authority for receiving reports and invoices.*
- *Managing Government furnished equipment.*
- *Conducting contract surveillance activities.*
- *Conducting other activities as specified in their appointment memorandum.*
- *Elevating to COR any problems that cannot be adequately addressed by the COR-TO.*

### 2.2.2 CONTRACTOR MANAGEMENT OF THE TASK ORDER: TASK MANAGER

For every task order, the Contractor shall identify the task manager. The Contractor task manager shall ensure that the task is performed efficiently, accurately, on time, and in compliance with the requirements. The contractor task manager shall coordinate as necessary with the contractor program manager and the COR-TO to ensure that the task is managed consistently with overall contract requirements. The contractor task manager shall ensure timely and accurate submission of invoices. task order management activities may include any of the following, as defined in the individual order.

#### 2.2.2.1 NON -DISCLOSURE STATEMENT

For EACH task order awarded under the resulting contract, the Contractor shall sign one copy of the non-disclosure statement (see Section J) on behalf of their company and shall also ensure that all staff including all employees, subcontractors and consultants assigned to or performing on that order execute, sign, and adhere to the terms of the following non-disclosure statement **(Deliverable 1).** Assignment of staff who has not executed this statement or failure to adhere to this statement shall constitute default on the part of the Contractor.

#### 2.2.2.2 TASK ORDER MANAGEMENT PLAN

For EACH task order awarded under the resulting contract, the Contractor shall develop a task order Management Plan for Government approval. **(Deliverable 2**) Following Government approval of the plan, it shall be applied by the Contractor to manage, track, and evaluate the project or task performance. The task order Management Plan shall consist of control policies and procedures in accordance with standard industry practices for project administration, execution, and tracking. The task order Management Plan shall include the following:

- Identification of milestones where Government information, activity, equipment, material, facilities, etc., is required and timeline dependencies for subsequent Contractor activities;
- An Integrated Master Management Plan (IMMP) describing the Contractor's overall management approach, policies and procedures specific to the task order, including suggested project metrics; and,
- A detailed staffing plan with key personnel approved by the Government.

#### 2.2.2.3 MONTHLY PROGRESS REPORT (MPR)

For all task orders awarded under the contract, the Contractor shall ensure that a Monthly Progress Report **(Deliverable 3)** is submitted outlining the expenditures, billings, progress, status, and any

problems/issues encountered in the performance of this task order. Except for firm fixed price task orders, the MPR shall also include the current cost and labor effort (i.e., labor hours and costs expended, by labor category and by contract defined task categories, for each task and sub-task). For firm fixed price task orders, monthly costs will be reported by defined task categories, however they will not normally be broken out by labor hours, and any breakout of contractor costs must be in accordance with the terms of the contract.

A copy of the format of the MPR can be found at
http://www.tricare.osd.mil/tps/MonthlyProgressReport.doc

Contractors shall be required to submit a copy of Section 4.0 of the MPR, the completed cost reporting template, to the TMA Procurement Support (TPS) Office. The completed cost report templates shall be emailed to invoice.delivery@tma.osd.mil

As defined within individual orders, the monthly progress report shall measure the Contractor's cost and schedule performance using a Government-provided Work Breakdown Structure (WBS). As provided in individual task orders, the report shall include the current cost and level of effort (i.e., hours worked by task).

Activities that require designation as critical or significant shall be proposed by the Contractor for Government approval as part of each individual order Technical Proposal. Each subcontractor's reported cost and schedule information shall be incorporated into the Contractor's MPR.

#### 2.2.2.4 WORK BREAKDOWN STRUCTURE (WBS)

When directed in specific task orders, the Contractor shall further define the activities required under the Government-provided WBS to ensure successful contract completion. This extended WBS should represent how the contractor plans to accomplish the entire work scope and should be consistent with Government organizations and processes. The extended WBS **(Deliverable 4)** shall serve as the framework for contract planning, budgeting, and reporting of cost and schedule status to the Government. The Contractor shall identify major elements of subcontracted work in the extended WBS. The Contractor must produce definitions for any extended WBS elements in accordance with MIL-HDBK-881 and submit to the Government for approval. The Contractor shall also prepare and deliver a WBS dictionary **(Deliverable 5)** describing the efforts associated with each WBS element. When ordered, the Contractor shall ensure that the MPRs are tied to the WBS.

#### 2.2.2.5 INTEGRATED SCHEDULING

When directed in individual orders, the Contractor shall establish an integrated program schedule **(Deliverable 6)** depicting discrete tasks, their planned duration, planned start and finish dates, associated resources, and relationship to other task orders. The integrated program schedule shall be compatible with the MHS IM/IT Integrated Program Planning, Scheduling, and Reporting System (IPPSRS).

#### 2.2.2.6 EARNED VALUE MANAGEMENT (EVM)

When directed in individual orders, the Contractor shall provide and implement a formal earned value management system in accordance with the EVM-STD-EIA-748-98 to plan, track, and manage program activities. When presented by the Contractor to the Government, the data within these reports shall not be greater than ten (10) days old. The EVM report **(Deliverable 7)** shall not only provide that given month's progress and costs but shall also include projections on work to be performed and cost for the following month. The report shall be prepared using procedures for planning work, controlling costs, measuring performance using earned value techniques, and generating timely and reliable information as required by DFARS clause 252.242-7005, Cost/Schedule Status Report (C/SSR). The Contractor shall also relate technical accomplishment to cost and schedule accomplishment in contract performance reports and meetings. The Contractor shall prepare Contractor Fund Status Reports (CFSRs), which shall include forecast expenditures and expected billings to the Government **(Deliverable 8).**

### 2.2.2.7 PROGRAM REVIEWS

For EACH task order awarded under the resulting contract, the Contractor shall plan and conduct regular, routine meetings with the Government to review the progress and status of activities under this contract. Each review shall provide explanations into expenditures, staffing, progress, risks, and status of Government furnished equipment (GFE), including Contractor purchased, Government owned items. The Contractor shall provide project briefings addressing the cost, schedule, performance, and status of each key element of this task order. The Contractor shall report on any problems or risks noted in the course of day-to-day activities and suggest alternatives or recommended solutions. Should there be any Contractor induced problems; the Contractor shall provide an action plan to prevent any recurrence of such problems.

The Contractor shall ensure that agendas **(Deliverable 10)** and meeting materials **(Deliverable 11)** are provided to Government participants prior to the meeting and that data presented at program reviews is current within no more than ten (10) days.

### 2.2.2.8 QUALITY CONTROL PLAN

For EACH task order awarded under the resulting contract, the Contractor shall prepare and adhere to a Quality Control Plan **(Deliverable 12)** describing how the Contractor intends to manage the order to achieve the established standards set forth in the performance-standards summary matrix and Quality Assurance Plan provided **with each task order RFP.**

### 2.2.2.9 TRANSITION SUPPORT

In accordance with individual task orders released under this contract, the Contractor shall ensure, when required, a transition approach of the management controls for both a phase-in and phase-out transition. The Contractor shall conduct planning and implementation of a successful transition in accordance with the approved Transition Plan **(Deliverable 13)** provided in the Contractor’s proposal.

### 2.2.2.10 OPTION ITEM - INCOMING TRANSITION

In accordance with the individual task orders under this contract, the Contractor shall include a separately priced item for a draft plan for incoming transition to a new vendor. When ordered, the Contractor shall coordinate with the Government in planning and implementing a complete transition to the Contractor's support model. The Contractor shall collaborate with the Government to develop and

deliver a Start-up Plan **(Deliverable 14)**. The Government will also designate an overlap period for the incoming vendor to coordinate and work with the incumbent vendor. This Incoming Transition Plan shall include, but is not limited to:

- Coordination with Government representatives,
- Review, evaluation and transition of current support services,
- Transition of historic data to new contractor system,
- Government approved training and certification process,
- Orientation phase and program to introduce Government personnel, programs, and users to the Contractor's team, tools, methodologies, and business processes,
- Distribution of Contractor purchased Government owned assets,
- Transfer of Government Furnished Equipment (GFE) and Government Furnished Information (GFI) assets,
- GFE inventory management assistance,
- Distribution of existing staff, and
- Draft Customer Satisfaction Survey.

### 2.2.2.11 OPTION ITEM - OUTGOING TRANSITION

In accordance with the individual task orders under this contract, the Contractor shall include a separately priced item for a draft plan for transitioning work and/or leased facilities from an active contract or task order to a follow-on contract. (Note that the transition may be to a Government entity, another Contractor or to the incumbent contractor under a new contract vehicle). In accordance with the Government approved plan, the Contractor shall assist the Government in planning and implementing a complete transition from this contract to the follow-on provider. This Outgoing Transition Plan shall include, but is not limited to:

- Formal coordination with Government representatives and the follow-on provider’s staff and management,
- The delivery of copies of existing policies and procedures, and
- The delivery of required metrics and statistics.

### 2.2.2.12 TECHNICAL MANAGEMENT

For ALL task orders under the resulting contract, the Contractor shall ensure the following technical management is provided.

### 2.2.2.13 PROGRAM/SYSTEM SECURITY

In accordance with the Government’s Program Protection Plan or other Program Security Plan, the Contractor shall identify as security-critical those core items (hardware, software, or business process) whose failure could lead to a breach of system security. For each risk identified, the Contractor shall develop a security assurance strategy to ensure that the requirements, design, implementation, and

operating procedures for the identified product minimize or eliminate the potential for breaches of system security. The Contractor shall record the strategy in the Security Management Plan **(Deliverable 15)**, implement the strategy, and produce evidence, as part of required software products, that the security assurance strategy has been carried out.

#### 2.2.2.14 INFORMATION ASSURANCE BACKGROUND

For all task orders under this contract, the Contractor shall comply with OMB Circular A-130, "Management of Federal Information Resources," which requires Certification and Accreditation (C&A) of all federal information systems every three years at a minimum or as changes that require re-accreditation occur. All Contractor personnel working on government networks shall complete the ADP Security package and shall be approved for working information systems. Additionally, systems that undergo major changes must be re-certified if such changes are not under the current accreditation. Further, the accrediting agency may request annual systems reviews. This C&A requirement ensures the effective safeguarding of sensitive but unclassified (SBU) data against unauthorized modification, disclosure, destruction, and denial of service, as directed by the Department of Defense (DoD).

#### 2.2.2.15 SECURITY CLEARANCES

Individual task orders issued under this contract may require contractor staff with either ADP or DoD security clearances. When required, the task order PBWS will clearly define the security requirements and procedures to be followed.

#### 2.2.2.16 SECTION 508 –REHABILITATION ACT

Acquisition of electronic and information technology (or related services) must adhere to Federal Acquisition Regulation Subpart 39.2 supporting Accessibility Standards (36 CFR part 1194), as required by Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. 794d). Section 508 allows individuals with disabilities access to Federal information and data that is comparable to the access to, and use of, information and data by other individuals without disabilities. For further information, refer to www.section508.gov.

#### 2.2.2.17 CONFIGURATION MANAGEMENT (CM)

The Contractor shall conduct CM on all program management activities called for hereunder in accordance with the program CM plan. The Contractor shall develop a CM compliance plan **(Deliverable 16)**, describing procedures and policies that will ensure that the Contractor and all subcontractors performing under this contract perform in full compliance with the Government approved CM Plan and Policies. This plan shall be tailored for each order issued under this contract.

#### 2.2.2.18 RELIABILITY, MAINTAINABILITY, AND AVAILABILITY (RM&A)

To ensure compliance with program standards and metrics, the Contractor shall plan and implement a RM&A program. This program shall be documented in a RM&A Program Plan **(Deliverable 17)** that shall describe standard Contractor approaches to be used to ensure that program activities, processes, services, and documentation meet performance standards. The plan shall identify tools and techniques

applied to monitor and track data associated with RM&A. This plan shall be tailored for each order issued under this contract.

### 2.2.2.19 TEST PROGRAM

The Contractor shall develop and implement a test and evaluation program to ensure that all program management services, deliverables, and documents called for under this contract meet MHS and program requirements prior to delivery to the Government. The Contractor shall develop a Test Evaluation Program Plan (TEPP) **(Deliverable 18)**, in accordance with the Government's Test Plan, that describes the methodology and approach that will be used by the Contractor to validate program management activity performance internally, prior to evaluation and acceptance by the Government or its designated independent verification and validation (IV&V) agent. Following Government approval of this plan, the Contractor shall develop detailed test procedures **(Deliverable 19)** for each proposed program management activity. Following Government approval of this plan and when ordered by the Government, the Contractor shall conduct an internal test in compliance with the approved procedures, and report test results to the Government **(Deliverable 20)**. The Government shall have rights to witness all Contractors testing without providing prior notice. This plan shall be tailored for each order issued under this contract.

### 2.2.2.20 PROGRAM MANAGEMENT ACTIVITY UPDATES/MIGRATION

The Contractor shall apply processes and procedures that ensure that all program management activity updates and versions are maintained in a manner such that each activity update or version builds on the preceding version and in no way deletes or diminishes previous content unless specifically directed or approved otherwise by the Government. This incremental update process shall provide for implementation of the new/upgraded work product or activity without loss of functionality which is "in process" at the time of update. Specifically, the Contractor shall provide for the automatic transfer of "in process" functions from the "old" version to the new or upgraded version.

### 2.2.2.21 DOCUMENTATION

Reports and documents delivered by the Contractor in performance of this contract shall be considered "Technical Data" as defined in the applicable "Rights in Data" clause of the General Provisions. All documentation shall reflect the latest version of the work product or activity, unless specifically directed otherwise by the Government. All documentation shall be prepared in accordance with standard industry practices, ensuring electronically produced documents which reflect logical flow of material, tables of contents, indexes and page numbering. Where applicable, the Contractor's attention is called to the availability of commercial, industry, federal, and military guides, instructions, and standards for many of the topics addressed in this contract (Refer to Section 5 Applicable Reference & Compliance Documents).

## 2.3 TASKS – REQUIREMENTS

### 2.3.1 PROGRAM MANAGEMENT SUPPORT SERVICES

Service in support of OASD(HA) contributes to the efficient and effective operation of programs. Services may be used at all organizational levels to help managers achieve maximum effectiveness or

economy in their operations. Services may include, but are not limited to: (1) obtaining outside points of view to avoid too limited judgment on critical issues; (2) obtaining advice regarding developments in industry, university, or foundation research; (3) obtaining the opinions, special knowledge, or skills of noted experts; (4) enhancing the understanding of, and develop alternative solutions to, complex issues; (5) researching and reviewing existing standards and developing new policies and procedures; and (6) developing policy strategies, implementing plans, and assisting in policy implementation.

### 2.3.2 STUDIES AND ANALYSIS

The Contractor shall provide subject matter expertise and technical, administrative, editorial and graphics assistance, as necessary, for the purpose of preparing special reports, studies, analyses, and briefing papers on various financial, administrative, and business process matters related to overall activities and process management. Such work may encompass, but is not limited to: conducting information searches; scientific, medical, financial, and technical writing; editing; graphics preparation; and report layout and production. The Contractor will explain methodologies that have been employed, discuss findings, list possible alternatives for consideration, and rank proposed policy or action alternatives with explanations as to the advantages and disadvantages of each.

### 2.3.3 PERFORMANCE-BASED BUDGETING/FINANCIAL MANAGEMENT

Assist with budget development and refinement throughout the budget cycle. The Contractor shall also: prepare analyses and other input necessary to address budget-related questions; maintain data in financial management system; interpret budget directives; and monitor, compile, compare and analyze program expenditures. Activities include budget/financial management operations, administration, expenditures, audits, claims processing, and reconciliations.

### 2.3.4 BUSINESS PROCESS IMPROVEMENT

Develop and maintain an operational plan containing essential program/project planning information for use by executive management, analyze program/project progress, identifying and resolving issues, resource accounting and, reporting, life-cycle management reviews, impact assessments, and provide administrative and management planning support for analyzing, developing and updating policy and planning documents.

### 2.3.5 FUNCTIONAL VALIDATION AND VERIFICATION

Perform functional reviews independent of the development organization. Independent Verification and Validation (IV&V) services may include, but are not limited to, the development of IV&V plans; validation and monitoring of application development support activities; quality management; and project monitoring.

### 2.3.6 RECORDS MANAGEMENT

The Contractor shall provide a full range of functional expertise to include all activities related to information management. These activities shall include, but not be limited to creating, capturing, registering, classifying, indexing, storing, retrieving, disposal of records, development of strategies to manage records. They include the acquisition, control and disposal of records, disposal of library and other information products, items kept for reference purposes, and the provision of services to internal

and external customers based on information resources. Activities include data administration, archival records and the handling of Freedom of Information Act (FOIA) requests.

### 2.3.7 INFORMATION MANAGEMENT

The Contractor shall also support information management activities in the development of capability descriptions and associated documentation. The Contractor shall provide assistance to the functional management of investments in the information systems; to include, but not be limited to, the integration of information management business practices and rules into the operational architecture; data dictionaries, and data standards to achieve the objective of cost reductions, performance gains and optimization of resources. The Contractor shall ensure that the goals, objectives, and functionality of Military Health System automated information systems meet the needs of a managed care and deployable healthcare environment, and that the requisite tools and techniques support these information management activities.

These activities include all processes required to successfully perform requirements management for the Military Health System. The contractor shall utilize requirements management methods focused on identifying, analyzing, interpreting, and documenting the functional requirements that are associated with MHS managed care core business functions.

The Contractor shall assist Government Information (Requirements) Managers by providing liaison between the Government and appropriate elements of the MHS business community, including functions of managing the business, provision of care, access to care, medical readiness, and population health management. The Contractor shall work as a liaison between different offices for all requirements management activities. The Contractor shall act as a facilitator (working with Government functional personnel and subject matter experts) to manage the development, collection, and consolidation of functional requirements for entry into the MHS requirements management repository.

### 2.3.8 ACQUISITION MANAGEMENT

Perform a variety of procurement and acquisition related functions in support of pre & post contract award activities, to included but not limited to the establishment and implementation of procedures that assist in the acquisition management activities. Perform assistance in developing and promulgating acquisition policies and instructions in accordance with pertinent legislation, rules, regulations and DoD guidance. Analyze and measure the probable effects of various acquisition strategies, planned acquisition schedules, performance attainment of scheduled events and written reports of progress.

### 2.3.9 LOGISTICAL SUPPORT

The Contractor shall assist the organization and execution of large-scale meetings, conferences, workshops, symposia, teleconferences, and in support of the task order PBWS. Such logistical support may involve collecting, compiling, organizing, and summarizing information relevant to and in preparation for a forthcoming event either in collaboration with multiple government agency event sponsors or as a task which is solely the responsibility of the Contractor; preparing meeting materials, slides, view graphs, videos, computer programs with animation, information packets, registration information, and other information for presentation and dissemination to event participants and

sponsors; disseminating such information prior to or shortly after an event in various media formats, assisting with event organization by researching for and recommending facilitators, translators, and moderators; researching, recommending, and securing facilities and participant accommodations in support of events; and assisting with conducting events through registering participants, liaison with event facility employees and managers, and other logistical support activities incidental to the event. The Contractor will assist staff in relocation and realignment to include preparation, organization, transportation and temporary storage and setup.

## 3.0 CONTRACT TYPE

This ia a multiple award Indefinite Delivery/Indefinite Quantity (ID/IQ) contract.The contract type will be determined by the Contracting Officer in collaboration with the Acquisition Manager and Program Management Office to attain the best value to the Government.

## 4.0 TEAMS ACQUISITION MANAGER

The Acquisition Manager for this contract is listed below:

Ms. RoDonda B. Thompson
TMA, Procurement Support Office
Team Lead, Acquisition Planning & Management
Address: 5111 Leesburg Pike, Suite 550
Falls Church, VA 22041
Telephone: 703-681-1143, ext. 5456
Fax: 703-681-6036
Email Address: ***RoDonda.Thompson@tma.osd.mil***

## 5.0 ACQUISITION MANAGER

TMA Procurement Support (TPS) will work proactively with all supported activities to plan for their acquisition needs. TPS will specify an Acquisition Manager (AM) responsible for assisting designated program offices in planning each of their upcoming contract actions. The AM will draw on a broad, in-depth knowledge of acquisition and provide liaison, expertise and assistance in planning for and providing acquisition services. The AM will serve as the principal acquisition advisor to the requesting activity during the pre-solicitation planning phase of each acquisition.

## 6.0 CONTRACTING OFFICER'S REPRESENTATIVE (COR)

The COR serves as the Government's point of contact for contract-level coordination of administration and technical performance matters. The COR will assist the Contracting Officer's Representative – Task order (COR-TO) in overseeing the administrative and technical performance of task orders; assist the COR-TO in resolving performance issues; initiate contract-level changes; notify the Contracting Officer of any disputes, performance issues, or contractual issues that can not be resolved at the COR-TO level; and conduct other activities as specified by appointment.

## 7.0 TASK ORDER CONTRACTING OFFICER'S REPRESENTATIVE (COR-TO)

The COR-TO has specific technical, functional and oversight responsibilities for individual task orders. The COR-TO will serve as the official point of contact for coordination for the task order; approve or disapprove contractor invoices; review and accept or reject all contractor technical deliverables; forward executed invoices and receiving reports to the paying office designated in the order; monitor task order funds balances; and conduct other activities as may be specified by the contracting officer.

## 8.0 TASK MANAGER (TM)

Serves as the Contractor's Task Manager, and may be the Contractor's authorized point of contact with the Government COR-TO. Under the guidance of the Contractor's Program Manager, responsible for the overall management of a specific order, or, in the case of particularly complex orders, responsible for management of an order under the guidance of a Government COR-TO. Interfaces with Government management personnel, contract managers, and customer agency representatives. Responsible for formulating and enforcing work standards, assigning Contractor schedules, reviewing work quality, communicating policies, purposes, and goals of the organization to subordinates. The Task Manager may also have demonstrated capability in the overall management of complex tasks, and strong team building skills.

## 9.0 APPLICABLE REFERENCES AND COMPLIANCE DOCUMENTS.

### 9.1 REFERENCES

- TPS Desktop Reference Guide http://www.tricare.osd.mil/tps
- TMA Website http://www.tricare.osd.mil
- TMA, Information Management Technology and Reengineering: http://www.tricare.osd.mil/imtr
- Defense Technical Information Center Website: www.dtic.mil
- Defense Logistics Agency Website: www.dla.mil
- Defense Contract Audit Agency Website: www.dcaa.mil/main.html
- MHS IM/IT Program Plan, Volume I and II, February 1999 www.tricare.osd.mil/imtr/poliregu.html
- MHS Automated Information System (AIS) Security Policy Manual, Version 1.0, April 1996, Modified, February 2000 www.tricare.osd.mil/imtr/mhssaisa.html
- MIL-STD 973, "Configuration Management," 11 February 2000 www.mil-std-973.com/
- "Use of DoD Standards in MHS Migration Systems," 11 March 1996) www.tricare.osd.mil/policy/fy96/mhss36.html
- DoD 5200.28-STD, Trusted Computer System Evaluation Criteria http://www.radium.ncsc.mil/tpep/library/rainbow/5200.28-STD.html
- MHS System Architecture and Design Guidance, www.tricare.osd.mil/tmis_new/AS.htm
- MHS Strategic Plan, www.ha.osd.mil/strat_plan/default.cfm
- The Department of Veterans Administration, www.va.gov
- Institute of Electrical and Electronics Engineering, www.ieee.org

### 9.2 COMPLIANCE DOCUMENTS.

- DoD Joint Technical Architecture, Version 4.0, July 17, 2002 http://disronline.disa.mil/VJTA/index.jsp
- MHS Architectural Framework, Version 2.1c, July 1998 http://www.tricare.osd.mil/imtr/archfram.html
- C4ISR Architectural Framework, Version 2.0, December 18, 1997
- DoD Technical Reference Model, Version 1.0, November 5, 1999 http://trm.disa.mil
- Global Information Grid, 30 August 2001, http://www.dtic.mil/whs/directives/corres/html/81001.htm
- Defense Information Infrastructure (DII) Common Operating Environment (COE) Integration and Runtime Specification (I&RTS), Version 4.1 October 3 2000, and subsequent updates http://diides.ncr.disa.mil/shade/
- Industry Implementation of International Standard ISO/IEC 12207: 1995
- MHS Information Management (IM) / Information Technology (IT) Strategic Plan, 1999 - 2003 http://www.tricare.osd.mil/infomgt/imitstra.pdf
- MHS IM/IT Program Plan, Volume I and II, February 1999 http://www.tricare.osd.mil/imtr/poliregu.html
- Defense Data Dictionary System (DDDS), latest version http://datadmn.disa.mil/ddds/dddsmsacc.html
- MHS Automated Information System (AIS) Security Policy Manual, Version 1.0, April 1996, modified on February 2000 http://www.tricare.osd.mil/imtr/mhssaisa.html
- MIL-STD 973, “Configuration Management,” 11 February 2000 http://www.mil-std-973.com/
- DODD 8320.1, “DoD Data Administration,” March 1994 http://www.dtic.mil/whs/directives/corres/pdf/d83201_092691/d83201p.pdf
- Principle Deputy Assistant Secretary for Health Affairs (PDASD-HA Memo, “Use of DoD Standards in MHS Migration Systems,” 11 March 1996) http://www.tricare.osd.mil/policy/fy96/mhss36.html
- Information Technology Management Reform Act of 1996 (known as Clinger-Cohen Act 1996)
- MHS Functional Area Model - Data (FAM-D), version 10.0
- MHS Functional Area Model - Activity (FAM-A), version 7.0
- MHS Functional Area Model - Object (FAM-O), version 3.0
- NBS SP500-153, Guide to Auditing for Controls and Security: A System Development Life-Cycle Approach, April 1988.
- Interim Defense Acquisition Guidebook, October 2002. http://dod5000.dau.mil/
- DoD Manual 8020.1-M, Functional Process Improvement, 15 January 1993. http://www.tricare.osd.mil/imtr/reg_pol.html
- Department of Defense FAR Supplement (DFARS)
- Army FAR Supplement (AFARS)
- Federal Acquisition Regulation (FAR)
- Department of Defense Financial Management Regulation (DoD 7000.14-R)
- DoD Regulation 5200.2-R, DoD Personnel Security Program, April 9, 1999 http://www.dtic.mil/whs/directives/corres/pdf/d52002_040999/d52002p.pdf
- DoD 5200.40 Information Technology Security Certification and Accreditation Process (DITSCAP), November 28, 1998. http://iase.disa.mil/ditscap/
- DoD 5200.28-STD, Trusted Computer System Evaluation Criteria http://www.radium.ncsc.mil/tpep/library/rainbow/5200.28-STD.html
- Principle Deputy Assistant Secretary for Health Affairs (PDASD-HA Memo, Use of DoD

Standards in MHS Migration Systems, 11 March 1996) (on TRICARE web site)

- Guide to the Defense Information Infrastructure (DII) Common Operating Environment (COE) for the Military Health System (MHS), Version 1.0, May 2001 http://diicoe.disa.mil/coe/
- CJCSI 6212.01A-C4I Certification of Net-worthiness. For Interoperability Certification (C4I), also see DoD 4630.5, DoDI 4630.8, 15 February 2000.
- Deputy Assistant Secretary of Defense for Health Budgets and Programs (PDASD-HBP Memo) FY97 Defense Health Program (DHP) Funding Guidance - Revised, 2 December 1996. PL 104-191, Health Insurance Portability and Accountability Act (HIPAA) of 1996 http://aspe.hhs.gov/admnsimp/pl104191.htm
- MHS System Architecture and Design Guidance http://www.tricare.osd.mil/mis_new/AS.htm
- Configuration Management Master Plan (CMMP), Version 1.0, 29 September 2000
- DoD 5136.1-P, DoD Medical Readiness Strategic Plan, 1998-2004.
- Defense Medical Human Resource System (DMHRS) Evaluation and Advisory
- DMHRS II System Requirements Specification (draft)
- Institute of Electrical and Electronics Engineers Standards (IEEE), www.ieee.org
- OMB Circular A-130, “Management of Federal Information Resources", 11/28/2000.

**Appendix A: Deliverable/Delivery Schedule**

***TBD = To Be Determined**

**E = Electronic**

**H = Hard Copy**

| Item | TS Ref | Title | Distribution | E | H | Initial | Subsequent |
|---|---|---|---|---|---|---|---|
| *1.* | *Section J* | *Non-Disclosure Statement* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *Signed statements are due, from each employee assigned, prior to performing ANY work on this task.* | |
| *2.* | *3.2.1.1* | *TASK order Management Plan* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *3.* | *3.2.1.2* | *Monthly Progress Report* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *4.* | *3.2.1.3* | *Work Breakdown Structure (WBS)* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *5.* | *3.2.1.3* | *WBS Dictionary* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *6.* | *3.2.1.4* | *Integrated Program Schedule* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *7.* | *3.2.1.5* | *Earned Value Management Report* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *8.* | *3.2.1.5* | *Contractor Fund Status Report (CFSR)* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |

| Item | TS Ref | Title | Distribution | E | H | Initial | Subsequent |
|---|---|---|---|---|---|---|---|
| *9.* | *Section L* | *Subcontract Management Plan* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *10.* | *3.2.1.6* | *Program Review Agendas* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *11.* | *3.2.1.6* | *Program Review Meeting Materials* | *COR-TO*<br>*COR*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *12.* | *3.2.1.7* | *Quality Control Plan* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *13.* | *3.2.1.8* | *Transition Plan* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *14.* | *3.2.1.8 (a)* | *Start-up Plan* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *15.* | *3.2.2.1* | *Security Management Plan* | *COR-TO*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *16.* | *3.2.2.2* | *Configuration Management (CM) Compliance Plan* | *COR-TO*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *17.* | *3.2.2.3* | *RM&A Program Plan* | *COR-TO*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *18.* | *3.2.2.4* | *Test Evaluation Program Plan* | *COR-TO*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |

| Item | TS Ref | Title | Distribution | E | H | Initial | Subsequent |
|---|---|---|---|---|---|---|---|
| *19.* | *3.2.2.4* | *Test Procedures* | *COR-TO*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *20.* | *3.2.2.4* | *Test and Evaluation Report* | *COR-TO*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual TASK orders* | |
| *21.* | *Section J* | *OCI Certification Statement* | *COR-TO*<br>*COR*<br>**TBD** | *1*<br>*1* | *1*<br>*0* | *Signed statements are due, prior to performing ANY work on this task.* | |

**Appendix B – TPS Acronyms**

| ACRONYM | MEANING |
|---|---|
| ACMS | Acquisition and Contract Management System |
| ACO | Administrative Contracting Officer |
| AM | Acquisition Manager |
| AM&S | Acquisition Management & Support |
| BAFO | Best and Final Offer |
| BOM | Bill of Materials |
| BPA | Blanket Purchase Agreement |
| C&CS | Communication and Customer Support |
| CA | Contracting Activity/Agency |
| CAAS | Contracted Advisory and Assistance Services |
| CAGE | Commercial and Government Entity |
| CAP | Computer/Electronic Accommodations Program |
| CAP | Contractor Acquired Property |
| CBD | Commerce Business Daily |
| CCAS | Contract Cost Accounting System |
| CCR | Central Contractor Registration |
| CES | Cost Element Structure |
| CITPO | Clinical Information Technology Program Office |
| CMIS | Cost Management Information System |
| COI | Conflict of Interest |
| COO | Central Operations Office |
| COR | Contracting Officer's Representative |
| COR-TO | COR for the TASK order |
| COR-PC | COR for the Prime Contract |
| COTS | Commercial Off-the-Shelf |
| CPAF | Cost Plus Award Fee |
| CPARS | Contractor Performance Assessment Reporting System |
| CPE | Contractor Performance Evaluation |

| | |
|---|---|
| CPFF | Cost Plus Fixed Fee |
| CPIF | Cost Plus Incentive Fee |
| D/SIDDOMS | DoD/Systems Integration, Design, Development, Operations and Maintenance Services |
| DCC-W | Defense Contracting Command - Washington |
| DFARS | DoD FAR Supplement |
| DFAS | Defense Finance and Accounting Service |
| DMFO | Defense Medical Facilities Office |
| DMLSS | Defense Medical Logistics Standard Support |
| DCC-W | Defense Contract Command - Washington |
| DUNS | Data Universal Numbering System |
| EFT | Electronic Funds Transfer |
| EI/DS | Executive Information Decision System |
| EIN | Employer Identification Number |
| EVMS | Earned Value Management System |
| FAQ | Frequently Asked Question |
| FAR | Federal Acquisition Regulation |
| FASA | 1994 Federal Acquisition Streamlining Act |
| FFP | Firm Fixed Price |
| FM | Financial Management |
| FO | Financial Office (also known as RM, FM) |
| FPI | Fixed Price, Incentive |
| FPLH | Fixed Price Labor Hour |
| FPPI | Fixed Price Plus Incentive |
| FTE | Full Time Equivalent |
| GFE | Government Furnished Equipment |
| GOTS | Government Off-the-Shelf |
| GSA | Government Services Administration |
| GWAC | Government Wide Agency Contract |
| HPA&E | Health Program Analysis & Evaluation |
| HUB | Historically Underutilized Business Zone |
| ICE | Independent Cost Estimate |

| | |
|---|---|
| ID/IQ | Indefinite Delivery / Indefinite Quantity |
| IGCE | Independent Government Cost Estimate |
| IM | Information Management |
| IMCP | Internal Management Control Program |
| IMPAC | International Merchant Purchase Authorization Card |
| IMT&R | Information Management Technology and Reengineering |
| KO | Contracting Officer |
| LH | Labor Hour |
| LOE | Level of Effort |
| MAC | Multiple Award Contract or Multi-Agency Contract |
| MAS | Multiple Award Schedule or Multi--Agency Schedule |
| MCSC | Managed Care Support Contract |
| MHS | Military Health System |
| MIPR | Military Interdepartmental Purchase Request |
| MPR | Monthly Progress Report |
| NAICS | North American Industry Classification System (formerly SIC) |
| NDI | Non-Development Item |
| O&I | Optimization & Integration |
| OASD(HA) | Office of the Assistant Secretary of Defense (Health Affairs) |
| OCI | Organizational Conflict of Interest |
| ODC | Other Direct Cost |
| OGC | Office of General Counsel |
| OM | Operations & Maintenance |
| OP | Other Procurement |
| OTSG | Office of the Surgeon General |
| PBWS | Performance Based Work Statement |
| PCA | Preferred Contracting Activity |
| PCO | Procuring Contracting Officer |
| PEO | Program Executive Office |
| PEO | Program Executive Officer/ Military Health System, Information Technology Organization |
| PERT | Program Evaluation and Review Technique |

| | |
|---|---|
| PM | Program Manager |
| PMI | Program Management Integration |
| PMO | Program Management Office |
| PO | Program Office |
| PO | Purchase Order |
| POC | Point of Contact |
| POD | Program Operations Directorate (now known as OD) |
| POP | Period of Performance |
| PPI | Past Performance Information |
| PRW | Purchase Request Worksheet |
| PWS | Performance Work Statement |
| R&D | Research and Development |
| RDT&E | Research, Development, Test and Evaluation |
| RA | Requiring Activity (alternatively known as PO, or Program Office) |
| RFI | Request for Information |
| RFP | Request for Proposal |
| RFQ | Request for Quote |
| RITPO | Resource Information Technology Program Office |
| RM | Resource Management |
| SADBU | Small and Disadvantaged Business Utilization |
| SBA | Small Business Administration |
| SBIR | Small Business Innovation Research |
| SIC | Standard Industrial Classification (to be replaced by NAICS) |
| SOO | Statement of Objectives |
| SSA | Source Selection Authority |
| SSAC | Source Selection Advisory Council |
| SSEB | Source Selection Evaluation Board |
| SSJ | Sole Source Justification |
| STTR | Small Business Technology Transfer Program |
| T&M | Time and Materials |
| TC | Technical/Cost - shorthand used to refer to components of a proposal |

| | |
|---|---|
| TIMPO | Tri-Service Infrastructure Management Program Office |
| TM | Task Manager |
| TMA | TRICARE Management Activity |
| TMA Admin | TRICARE Management Activity Administration |
| TMA/FO | TMA Financial Operation |
| TMIP | Theater Medical Information Program |
| TPS | TMA Procurement Support (formerly AMD) |
| TO | TASK order |
| USAMRAA | U.S. Army Medical Research Acquisition Activity |
| WAWF-RA | Wide Area Workflow – Receipt and Acceptance |
| WBS | Work Breakdown Structure |
| WOSB | Women-Owned Small Business |

CLAUSES INCORPORATED BY FULL TEXT

**ORGANIZATIONAL AND CONSULTANT CONFLICTS OF INTEREST (MAR 1999) (USAMRAA)**

a. It is recognized by the parties hereto that the effort performed by the contractor under this contract is of a nature that it creates a potential organizational conflict of interest as is contemplated under the FAR Subpart 9.5.

b. In the performance of this contract, the contractor may have access to data which is procurement sensitive or is proprietary to other companies, Government consultants or advisors, or the Government. The contractor agrees that he will not utilize such procurement sensitive or proprietary data in performance of future competitive contracts, for studies in the same field, procured either through sealed bids or competitive negotiations. The contractor further agrees not to act as a subcontractor or consultant to any other prime contractor or subcontractor seeking to utilize such data.

c. The contractor will include the provisions of paragraphs a and b in every first tier subcontract for performance of any portion of this requirement.

d. This clause shall have effect from 1 February 2008 to 31 January 2018.

Section E - Inspection and Acceptance

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.246-2 Alt I | Inspection Of Supplies Fixed Price (Aug 1996) - Alternate I | JUL 1985 |
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-5 | Inspection Of Services Cost-Reimbursement | APR 1984 |
| 52.246-6 | Inspection--Time-And-Material And Labor-Hour | MAY 2001 |
| 52.246-15 | Certificate of Conformance | APR 1984 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |

Section F - Deliveries or Performance

PERIOD OF PERFORMANCE
**PERIOD OF PERFORMANCE:**

**THE START DATE OF THE PERIOD OF PERFORMANCE IS 1 February 2008 through 31 January 2009 WITH NINE OPTION PERIODS.**

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | POP 01-FEB-2008 TO 31-JAN-2009 | N/A | TRICARE MANAGEMENT ACTIVITY<br>5 SKYLINE PLACE, SUITE 810A<br>5111 LEESBURG PIKE<br>FALLS CHURCH VA 22041-3206<br>FOB: Destination | HT0003 |
| 0002 | POP 01-FEB-2008 TO 31-JAN-2009 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |
| 0003 | POP 01-FEB-2008 TO 31-JAN-2009 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |
| 0004 | POP 01-FEB-2008 TO 31-JAN-2009 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |
| 0005 | POP 01-FEB-2008 TO 31-JAN-2009 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |
| 0006 | POP 01-FEB-2008 TO 31-JAN-2009 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |
| 0007 | POP 01-FEB-2008 TO 31-JAN-2009 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |
| 1001 | POP 01-FEB-2009 TO 31-JAN-2010 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |
| 1002 | POP 01-FEB-2009 TO 31-JAN-2010 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |
| 1003 | POP 01-FEB-2009 TO 31-JAN-2010 | N/A | (SAME AS PREVIOUS LOCATION)<br>FOB: Destination | HT0003 |

| | | | | |
|---|---|---|---|---|
| 1004 | POP 01-FEB-2009 TO 31-JAN-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 1005 | POP 01-FEB-2009 TO 31-JAN-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 1006 | POP 01-FEB-2009 TO 31-JAN-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 1007 | POP 01-FEB-2009 TO 31-JAN-2010 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 2001 | POP 01-FEB-2010 TO 31-JAN-2011 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 2002 | POP 01-FEB-2010 TO 31-JAN-2011 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 2003 | POP 01-FEB-2010 TO 31-JAN-2011 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 2004 | POP 01-FEB-2010 TO 31-JAN-2011 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 2005 | POP 01-FEB-2010 TO 31-JAN-2011 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 2006 | POP 01-FEB-2010 TO 31-JAN-2011 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 2007 | POP 01-FEB-2010 TO 31-JAN-2011 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 3001 | POP 01-FEB-2011 TO 31-JAN-2012 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 3002 | POP 01-FEB-2011 TO 31-JAN-2012 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 3003 | POP 01-FEB-2011 TO 31-JAN-2012 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 3004 | POP 01-FEB-2011 TO 31-JAN-2012 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 3005 | POP 01-FEB-2011 TO 31-JAN-2012 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 3006 | POP 01-FEB-2011 TO 31-JAN-2012 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 3007 | POP 01-FEB-2011 TO 31-JAN-2012 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |

| | | | | |
|---|---|---|---|---|
| 4001 | POP 01-FEB-2012 TO 31-JAN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 4002 | POP 01-FEB-2012 TO 31-JAN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 4003 | POP 01-FEB-2012 TO 31-JAN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 4004 | POP 01-FEB-2012 TO 31-JAN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 4005 | POP 01-FEB-2012 TO 31-JAN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 4006 | POP 01-FEB-2012 TO 31-JAN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 4007 | POP 01-FEB-2012 TO 31-JAN-2013 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 5001 | POP 01-FEB-2013 TO 31-JAN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 5002 | POP 01-FEB-2013 TO 31-JAN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 5003 | POP 01-FEB-2013 TO 31-JAN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 5004 | POP 01-FEB-2013 TO 31-JAN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 5005 | POP 01-FEB-2013 TO 31-JAN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 5006 | POP 01-FEB-2013 TO 31-JAN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 5007 | POP 01-FEB-2013 TO 31-JAN-2014 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 6001 | POP 01-FEB-2014 TO 31-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 6002 | POP 01-FEB-2014 TO 31-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 6003 | POP 01-FEB-2014 TO 31-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 6004 | POP 01-FEB-2014 TO 31-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |

| | | | | |
|---|---|---|---|---|
| 6005 | POP 01-FEB-2014 TO 31-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 6006 | POP 01-FEB-2014 TO 31-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 6007 | POP 01-FEB-2014 TO 31-JAN-2015 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 7001 | POP 01-FEB-2015 TO 31-JAN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 7002 | POP 01-FEB-2015 TO 31-JAN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 7003 | POP 01-FEB-2015 TO 31-JAN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 7004 | POP 01-FEB-2015 TO 31-JAN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 7005 | POP 01-FEB-2015 TO 31-JAN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 7006 | POP 01-FEB-2015 TO 31-JAN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 7007 | POP 01-FEB-2015 TO 31-JAN-2016 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 8001 | POP 01-FEB-2016 TO 31-JAN-2017 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 8002 | POP 01-FEB-2016 TO 31-JAN-2017 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 8003 | POP 01-FEB-2016 TO 31-JAN-2017 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 8004 | POP 01-FEB-2016 TO 31-JAN-2017 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 8005 | POP 01-FEB-2016 TO 31-JAN-2017 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 8006 | POP 01-FEB-2016 TO 31-JAN-2017 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 8007 | POP 01-FEB-2016 TO 31-JAN-2017 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 9001 | POP 01-FEB-2017 TO 31-JAN-2018 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |

| | | | | |
|---|---|---|---|---|
| 9002 | POP 01-FEB-2017 TO 31-JAN-2018 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 9003 | POP 01-FEB-2017 TO 31-JAN-2018 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 9004 | POP 01-FEB-2017 TO 31-JAN-2018 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 9005 | POP 01-FEB-2017 TO 31-JAN-2018 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 9006 | POP 01-FEB-2017 TO 31-JAN-2018 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |
| 9007 | POP 01-FEB-2017 TO 31-JAN-2018 | N/A | (SAME AS PREVIOUS LOCATION) FOB: Destination | HT0003 |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-15 Alt I | Stop-Work Order (Aug 1989) - Alternate I | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-55 | F.O.B. Point For Delivery Of Government-Furnished Property | JUN 2003 |

Section G - Contract Administration Data

SECTION G
G.0 Contract Administration Data

G.1 Varying Labor Categories

Direct labor billed on individual orders may vary from the quantity of hours bid, provided that the ceiling cost/price is not exceeded and the Government Contracting Officer's Representative (COR) approves. Labor categories may not vary from those specified in the task order unless authorized by the Contracting Officer's Representative provided it does not exceed the ceiling cost/price.

G.2 Payment

Payment procedures are indicated on each Task Order.

G.3 Contracting Officer's Representative (COR)

The COR for this Contract shall be assigned via a separate appointment letter.

G.4 Contracting Officer's Authority

The Contracting Officer (KO) assigned to this contract has responsibility for ensuring the performance of all necessary actions for effective contracting; ensuring compliance with the terms of the contract and safeguarding the interests of the United States in its contractual relationships. The KO is the only individual who has the authority to enter into, administer, or terminate this contract and is the only person authorized to approve changes to any of the requirements under this contract, and notwithstanding any provision contained elsewhere in this contract, this authority remains solely with the KO.

It is the Contractor's responsibility to contact the KO immediately if there is even the appearance of any technical direction that is or may be outside the scope of the contract. The Government will not reimburse the Contractor for work the KO did not authorized and/or for work outside the scope of the contract.

The Contractor shall immediately notify the KO for clarification when a question arises regarding the authority of any person to act for the KO under the contract.

G.5 Interpretation or Modification
No verbal statement by any person, and no written statement by anyone other than the Contracting Officer (KO), or his/her authorized representative acting within the scope of his/her authority, shall be interpreted as modifying or otherwise affecting the terms of this contract. All requests for interpretation or modification shall be made in writing to the KO or Contract Specialist.

G.6 Accounting and Appropriation Data
The accounting and appropriation data corresponding to this contract will be set forth at task order award, and in any subsequent task order modification(s).

CLAUSES INCORPORATED BY REFERENCE

252.242-7000 Postaward Conference DEC 1991

CLAUSES INCORPORATED BY FULL TEXT

Contractor Manpower Reporting (CMR) - (Accounting for Contract Services)

The Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs) operates and maintains a secure Army data collection site where the contractor will report ALL contractor manpower (including sub-contractor manpower) required for performance of this contract. The contractor is required to completely fill in all the information in the format using the following web address: https://contractormanpower.army.pentagon.mil. The required information includes: (l) Contracting Office, Contracting Officer, Contracting Officer's Technical Representative; (2) Contract number, including task and delivery order number; (3) Beginning and ending dates covered by reporting period; (4) Contractor name, address, phone number, e-mail address, identity of contractor employee entering data; (5) Estimated direct labor hours (including sub-contractors); (6) Estimated direct labor dollars paid this reporting period (including sub-contractors); (7) Total payments (including sub-contractors); (8) Predominant Federal Service Code (FSC) reflecting services provided by contractor (and separate predominant FSC for each sub-contractor if different); (9) Estimated data collection cost; (10) Organizational title associated with the Unit Identification Code (UIC) for the Army Requiring Activity (the Army Requiring Activity is responsible for providing the contractor with its UIC for the purposes of reporting this information); (ll) Locations where contractor and sub-contractors perform the work (specified by zip code in the United States and nearest city, country, when in an overseas location, using standardized nomenclature provided on website); (l2) Presence of deployment or contingency contract language; and (l3) Number of contractor and sub-contractor employees deployed in theater this reporting period (by country). As part of its submission, the contractor will also provide the estimated total cost (if any) incurred to comply with this reporting requirement. Reporting period will be the period of performance not to exceed 12 months ending 30 September of each government fiscal year and must be reported by 31 October of each calendar year. Contractors may use a direct XML data transfer to the database server or fill in the fields on the website. The XML direct transfer is a format for transferring files from a contractor's system to the secure web site without the need for separate data entries for each required data element at the web site. The specific formats for the XML direct transfer may be downloaded from the web site.

**CONTRACTOR IDENTIFICATION (Jan 2001)(USAMRAA)**

When contractor personnel perform the services required in this contract on a government installation they are required to possess and wear an identification badge which displays his or her name and the name of the Company. The contractor shall ensure that contractor personnel identify themselves as contractors when attending meetings, answering Government telephones, or working in situations where their actions could be construed as official Government acts.

**REPRESENTATIONS AND CERTIFICATIONS (MAR 1999) (USAMRAA)**

The representations, certifications, and other statements submitted by the contractor, dated **approximately 30 July 2007**, are incorporated herein by reference.

**TRAVEL (JULY 2007) (USAMRAA)**

a. Approval of Foreign Travel. The cost of foreign travel is allowable only when the specific written approval of the Contracting Officer is obtained prior to commencing the trip. Approval shall be requested at least

120 calendar days before the scheduled departure date in order that all necessary clearances may be processed. Each individual trip must be approved separately, even though it may have been included in a previously approved budget. Foreign travel under this contract is defined as any travel outside of the United States and its territories and possessions.

b. Costs incurred by contractor personnel on official company business, whether foreign travel and/or domestic/local travel, are allowable, subject to the limitations contained in the Federal Acquisition Regulation (FAR) clause at 52.216-7, Allowable Cost and Payment, incorporated into this contract.

Section H - Special Contract Requirements

CONTRACTOR MANPOWER REPORTING
**For Army Requirements Only (Not TMA).**

SECTION H
Section H - Special Contract Requirements

H.1 TASK ORDER PERIOD OF PERFORMANCE

All task orders issued under the TEAMS Program during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the individual task order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that task order to the same extent as if the order were completed during the contract's effective period.

H.2 CONTRACT KEY PERSONNEL

H.2.1 PROGRAM MANAGER

The Program Manager is considered Key Personnel on this contract. The Program Manager shall be the overall manager of the contract and final point-of-contact for resolution of all contract-related issues not resolved at the task order level. The individual identified for this position in the Contractor's original proposal may not be changed after contract award without the Contracting Officer's written approval.

H.2.2. PROJECT MANAGER

The Project Manager is considered Key Personnel on Task Orders. The Project Manager shall be the overall manager of the issued task order and the point-of-contact for resolution of any performance issues or cost issues presented by the Contracting Officer's Representative. The individual identified for this position in the Contractor's original task order proposal may not be changed after contract award without the Contracting Officer's written approval.

H.3 ADDITIONAL SUBCONTRACTORS

Prime contractors must obtain Contracting Officer approval of any new subcontractors proposed on the TEAMS contract after the base award. The prime contractor must ensure the Contracting Officer is provided the necessary documentation to justify the inclusion of a newly proposed subcontractor on an individual order. This justification documentation, as delineated below, shall be provided to the Contracting Officer within a reasonable amount of time prior to task order award in order for the Government to conduct proper due diligence. The Government may require a minimum of ninety (90) days, or more, to conduct any needed cost or technical analysis.

The prime contractor must submit justification for proposing new subcontractors. The following documentation shall be included with this justification:

1. Technical Justification – The prime contractor must explain what value will be added by the newly proposed subcontractor either for a specific individual task order or the base award contract for future task orders.

2. OCI Certification – The prime contractor must verify the proposed subcontractor does not perform other work in support of TMA that may create an OCI situation. The prime contractor must inform the Contracting Officer whether or not there are any potential OCI issues with the proposed subcontractor and, if there are OCI issues, how the OCI issues will be mitigated.

3. Prices/Rates Analysis – The prime contractor must conduct a thorough review of the subcontractor's proposed prices and rates and determine whether those prices/rates are fair and reasonable for the TEAMS Program and/or the specific individual task order. The prime contractor must provide documentation of the price analysis that discusses the steps taken during the analysis to conclude the prices/rates are fair and reasonable.

Pursuant to FAR Clause 52.215-2, Audit and Records – Negotiation, the Government reserves the right to audit the prime and any subcontractors selected. The prime Contractor is responsible for any subcontractors selected and shall inform all subcontractors of the Government's right to audit. (See Subpart 52.244-2).

All newly proposed subcontracting/teaming arrangements must also include signed subcontracting agreement(s). The new subcontractor shall not participate in the TEAMS Program until the Contracting Officer has explicitly approved the inclusion of that new subcontractor.

H.4 TASK ORDERS

H.4.1 TASK ORDER ISSUANCE. All task orders issued under this contract shall abide by terms and conditions outlined within the base contract, reflected in sections B and C. Each task order shall contain the final negotiated terms and conditions regarding cost/price, performance, delivery, and other relevant factors.

H.4.2 AWARD ON INITIAL OFFER

The Government intends to evaluate proposals and award task orders issued under this contract without discussions with Offerors (except clarifications as described in FAR 15.306(a) Exchanges with Offerors After Receipt of Proposals). Therefore, the Offeror's initial proposal should contain the Offeror's best terms from a cost/price and technical standpoint. The Government reserves the right to conduct discussions with all offerors if the Contracting Officer later determines them to be necessary. (FAR 52.215-1 (f)(4)).

H.4.3 ORGANIZATIONAL CONFLICT OF INTEREST

For each individual task order issued under this contract, the Contractor shall sign and submit the TMA Organizational Conflict of Interest certification statement. Failure to adhere to this statement may constitute default on the part of the Contractor. This contract and all task orders issued under this contract are designated as Category 2 requirements.

H.5 COMPETITION REQUIREMENTS

Requirements under this contract will be competed in accordance with FAR 16.505, Ordering. Requirements to be fulfilled through CPAF and FPAF task order types, (if applied to this contract) will only be issued as a result of fair opportunity competition.

H.5.1 Fair Opportunity. All delivery orders on TEAMS will be competed using the fair opportunity provisions of FAR Part 16 for IDIQ type contracts. The Government reserves the right to direct task orders to small business or Service-Disabled, Veteran-Owned Small Businesses Fair Opportunity competitions. These small business opportunities will be limited entirely to small businesses, which have been awarded a contract under this competition. Additionally, when documented and accepted as an exception under FAR 16.505(b)(i, ii, or iii) some requirements may be issued on a sole source basis. All fair opportunity acquisitions will consider the Offeror's individual cost estimates in conjunction with the technical merit.

H.5.2 Task Order Format. Task order format shall contain all the essential elements contained in the templates provided in Section J of the contract. Essential elements for loaded labor/time and material delivery orders are task

number, period of performance, description of work, deliverables, costs/prices, direct labor, including employee names(s) of key personnel, other direct costs, and total task costs or price.

H.5.3. Contractor Proposals. Offerors submitting task order proposals shall submit the proposal in two parts – a technical proposal and a cost/price proposal. Both proposals must be submitted in Microsoft Office Word and Excel and/or Adobe Acrobat (.pdf) formats to the contract specialist assigned to the requirement as identified in the solicitation issued for individual requirement.

H.5.4 TECHNICAL PROPOSAL. Specific requirements for submission of technical proposals will be described in the solicitation issued for individual requirements.

H.5.5 COST/PRICE PROPOSAL. When submitting an offer in response to a cost-type solicitation issued under this contract, the Offeror shall submit two versions of its cost proposal – one "sanitized" proposal (proprietary information removed) and one "unsanitized" proposal (proprietary information included) IAW the contractor accepted rate structure.

H.5.6 LABOR. Uncompensated overtime, overtime, and temporary labor shall be fully disclosed in all proposal submissions.

H.5.6.1 EXCESS HOURS AND REGULAR OVERTIME. The KO's written approval is required prior to incurring costs associated with hours worked in excess of the accepted proposal, or overtime. Failure to obtain advanced written authorization may result in costs/charges being deemed unallowable and rejection of invoices.

H.5.6.2 SUBCONTRACTORS. On each task order, prime contractors will need to identify the specific, pre-approved subcontractors that will be used, the primary role of the subcontractor, the labor categories and estimated or fixed level of effort for each Subcontractor.

H.5.6.3 KEY PERSONNEL

Individual task orders issued under this Contract may require Key Personnel, which will be specified in the individual task order solicitation. Substitutions of any Key Personnel will not be accepted unless specifically agreed upon in writing by the Contracting Officer. During the task order performance period, no key personnel substitutions will be permitted unless such substitutions are necessitated by an individual's sudden illness, death, or termination of employment, negative performance or as otherwise approved by the Contracting Officer. In any of these events, the contractor shall promptly notify the Government. The Contractor Point of Contact may or may not add additional key personnel at their discretion.

H.5.6.4 TRAVEL. The cost of arranging, and all arrangements for travel, transportation, meals, lodging, and incidentals are the Contractor's responsibility. The COR will review and certify cost estimates for these expenses submitted by the Contractor and forward them for approval by the KO prior to issuance of the task order. Travel costs incurred during the performance of work on task orders issued under this contract shall be incurred and billed in accordance with the cost principles and procedures described in FAR 31, Contract Cost Principles and Procedures.

H.5.6.5 TEMPORARY LABOR. Temporary labor use shall be minimized. The Government considers six (6) months to be a maximum use of temporary employees. The Government favors other means of suitable employment for supporting long-term tasking in the cost reimbursable environment such as subcontracting and consulting agreements.

H. 5.6.6 FOREIGN TAXES. Foreign income taxes on employees' salaries and wages are a liability of the employee, not the U.S. Government and not chargeable or allocable to this contract or its resulting task orders. However, it is the Contractor's responsibility to provide employees that meet the requirements of the Technical Expert Status of the Status of Forces Agreement (SOFA). These individuals are exempt from foreign tax liabilities. (See FAR Subpart 252.229-7011, Reporting of Foreign Taxes).

H.5.6.7 OTHER DIRECT COSTS (ODCs). Only Offerors with adequate accounting systems and accepted provisional rates will be allowed to procure and invoice for ODCs. ODCs may be billed on a cost reimbursable or FFP basis. All subcontractor costs shall be billed as ODC. The ODC charges received by the Contractor are subject to periodic Government conducted DCAA audits and to adjustment of the Final Contract Closeout Audit conducted by DCAA. All ODCs shall be fully supported and in compliance with all competition requirements of the FAR, specifically Part 31, "Contract Cost Principles and Procedures."
G&A or Material Handling cost is allowable insofar as it conforms to the contractor's adequate accounting system. No profit/fee is allowed on ODCs, except subcontractor costs.

Material/Handling is an allowable cost to the degree of the contractor's DCAA approved audit.

H.6 TASK ORDER OMSBUDSMAN. The Ombudsman for all task orders under TEAMS is the Chief of Staff, USAMRAA.

H.7 QUALITY ASSURANCE SURVEILLANCE PLAN (QASP)

For each individual task order, the Government or contractor when requested as part of the request for proposal, will develop and apply a quality assurance surveillance plan (QASP) to ensure that systematic quality assurance methods are used in the administration of the contract. The QASP will detail how and when the Government will survey, observe, test, sample, evaluate, and document the contractor's performance according to the Performance Work Statement (PWS). The Government will review monthly performance and progress reports and will attend regular task performance review meetings with the Contractor to survey quality of products and services for internal support to elements of the TRICARE Management Activity. This plan provides the COR with a proactive way to track and manage potentially unacceptable or deficient performance, and provides verifiable input for the required Past Performance Information Assessments.

The QASP will focus on the quality, quantity, and timeliness of the performance outputs to be delivered by the contractor, and not on the steps required or procedures used to provide the product or services. The QASP is critical to smooth and effective contract administration and lays the groundwork for appropriate incentives.

H.8 RELIABILITY, MAINTAINABILITY, AND AVAILABILITY (RM&A). To ensure compliance with program standards and metrics, the Contractor shall plan and implement a RM&A program. This program shall be documented in a RM&A Program Plan **(Deliverable 17)** that shall describe standard Contractor approaches to be used to ensure that program activities, processes, services, and documentation meet performance standards. The plan shall identify tools and techniques applied to monitor and track data associated with RM&A. This plan shall be tailored for each order issued under this contract.

H.8.1 TEST PROGRAM. The Contractor shall develop and implement a test and evaluation program to ensure that all program management services, deliverables, and documents called for under this contract meet MHS and program requirements prior to delivery to the Government. The Contractor shall develop a Test Evaluation Program Plan (TEPP) **(Deliverable 18)**, in accordance with the Government's Test Plan, that describes the methodology and approach that will be used by the Contractor to validate program management activity performance internally, prior to evaluation and acceptance by the Government or its designated independent verification and validation (IV&V) agent. Following Government approval of this plan, the Contractor shall develop detailed test procedures **(Deliverable 19)** for each proposed program management activity. Following Government approval of this plan and when ordered by the Government, the Contractor shall conduct an internal test in compliance with the approved procedures, and report test results to the Government **(Deliverable 20)**. The Government shall have rights to witness all Contractors testing without providing prior notice. This plan shall be tailored for each order issued under this contract.

H.8.2 PROGRAM MANAGEMENT ACTIVITY UPDATES/MIGRATION. The Contractor shall apply processes and procedures that ensure that all program management activity updates and versions are maintained in a manner such

that each activity update or version builds on the preceding version and in no way deletes or diminishes previous content unless specifically directed or approved otherwise by the Government. This incremental update process shall provide for implementation of the new/upgraded work product or activity without loss of functionality which is "in process" at the time of update. Specifically, the Contractor shall provide for the automatic transfer of "in process" functions from the "old" version to the new or upgraded version.

H.8.3 TECHNICAL MANAGEMENT. For ALL task orders under the contract, the Contractor shall ensure the following technical management is provided.

H.8.4 PROGRAM/SYSTEM SECURITY. In accordance with the Government's Program Protection Plan or other Program Security Plan, the Contractor shall identify as security-critical those core items (hardware, software, or business process) whose failure could lead to a breach of system security. For each risk identified, the Contractor shall develop a security assurance strategy to ensure that the requirements, design, implementation, and operating procedures for the identified product minimize or eliminate the potential for breaches of system security. The Contractor shall record the strategy in the Security Management Plan **(Deliverable 21)**, implement the strategy, and produce evidence, as part of required software products, that the security assurance strategy has been carried out.

H.9 INFORMATION ASSURANCE. The information assurance requirements applicable to this contract are those found at http://www.tricare.osd.mil/tmis_new/ia.htm.

H.9.1 INFORMATION ASSURANCE BACKGROUND. For all task orders under this contract, the Contractor shall comply with OMB Circular A-130, "Management of Federal Information Resources," which requires Certification and Accreditation (C&A) of all federal information systems every three years at a minimum or as changes that require re-accreditation occur. All Contractor personnel working on Government networks shall complete the ADP Security package and shall be approved for working information systems. Additionally, systems that undergo major changes must be re-certified if such changes are not under the current accreditation. Further, the accrediting agency may request annual systems reviews. This C&A requirement ensures the effective safeguarding of sensitive but unclassified (SBU) data against unauthorized modification, disclosure, destruction, and denial of service, as directed by the Department of Defense (DoD).

H.9.2 GENERAL SECURITY REQUIREMENTS. The Contractor shall establish appropriate administrative, technical, and physical safeguards to protect any and all Government data, to ensure the confidentiality, integrity, and availability of Government data in compliance with DoD information assurance policies, procedures and standards set forth at http://www.tricare.osd.mil/tmis_new/ia.htm. At a minimum, this shall include provisions for personnel security, electronic security and physical security.

H.9.2.1 SECURITY CLEARANCES. Individual task orders issued under this contract may require contractor staff with either ADP or DoD security clearances. When required, the task order PWS will clearly define the security requirements and procedures to be followed.

H.9.2.2 HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY (HIPAA). The Contractor shall comply with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) (P.L. 104-191) requirements, specifically the administrative simplification provisions of the law and the associated rules and regulations published by the Secretary, Health and Human Services (HHS) and the published TRICARE Management Activity (TMA) implementation directions. This includes the Standards for Electronic Transactions and the Standards for Privacy of Individually Identifiable Health Information. It is expected that the Contractor shall comply with all HIPAA-related rules and regulations as they are published and as TMA requirements are defined (including security standards, identifiers for providers, employers, health plans, and individuals, and standards for claims attachment transactions).

H.9.2.3 PERSONNEL SECURITY.
The Contractor shall comply with DoD Directive 8500.1, Information Assurance, DoD Instruction 8500.2, Privacy Act Program Requirements (DoD 5400.11), DoD Health Information Privacy Regulation (DoD 6025.18-R) and Personnel Security Program Requirements (5200.2-R).

Contractor responsibilities for ensuring personnel security include, but are not limited to, meeting the following requirements:

Follow the TMA Privacy Office guidelines for submittal of Automated Data Processor/Information Technology (ADP/IT) positions. Notify the TMA Privacy Office when a non-U.S. citizen has been submitted for an investigation.

Initiate, maintain, and document minimum personnel security investigations appropriate to the individual's responsibilities and access to Military Health System (MHS) Sensitive Information (SI).

Immediately report to the appropriate Government representative if any Contractor employee filling a sensitive position receives an unfavorable National Agency Check (NAC) adjudication, or if information that would result in an unfavorable NAC becomes available. Notify the TMA Privacy Office within five working days if, at any time, a Contractor employee has privileges revoked to a DoD data or system data because of security concerns.

Immediately deny access to any automated information system (AIS), network, or MHS SI information to the Contractor employee if, at any time, the individual receives an unfavorable NAC adjudication, or if directed to do so by the appropriate Government representative for security reasons.

Ensure that all Contractor personnel receive information assurance (IA) training before being granted access to DoD AISs/networks, and/or MHS SI information.

Ensure all Contractor personnel are designated as ADP/IT-I, ADP/IT-II, or ADP/IT-III where their duties meet the criteria of the position sensitivity designations. The employee will be required to complete and submit the SF 85P, "Questionnaire for Public Trust Positions," fingerprint forms, and other documentation as may be required by the Office of Personnel Management (OPM) to open and complete investigations. The mailing address is: U.S. Office of Personnel Management, Investigations Services, P.O. Box 618, Boyers, PA 16018-0618.

H.9.2.4 ELECTRONIC SECURITY.

H.9.2.4.1 DOD INFORMATION ASSURANCE CERTIFICATION AND ACCREDITATION PROCESS (DIACAP). The Contractor shall acquire, develop and maintain the DIACAP documentation to ensure both initial and continued DIACAP Certification and Accreditation (C&A) for all Contractor systems/networks with a physical or logical connection to a DoD DIACAP certified network. The Contractor shall modify the DIACAP documentation as needed to address how identified security risks were addressed and mitigated. The Contractor shall cooperate with and assist the Government's (MHS) DIACAP C&A Team during all phases of the C&A process by providing documentation in accordance with the MHS DIACAP C&A team schedule. The Contractor shall also put in place processes that provide and ensure at least a C2 level of security protection for any Contractor-owned Contractor-operated (COCO) AISs/networks that process DoD Sensitive Information (SI). These requirements are further defined in DoDD 8500.1 (Information Assurance) and DoDI 8500.2 (Information Assurance Implementation). Reference material and DIACAP tools can be obtained at http://www.tricare.osd.mil/tmis_new/ia.htm.

H.9.2.4.2 VULNERABILITY MANAGEMENT SYSTEM (VMS). The MHS Information Assurance Vulnerability Management (IAVM) Process is designed to provide electronic security protections against known threats and vulnerabilities. It requires the registration of AIS system assets, which then allows for the timely dissemination of critical vulnerability information. It also assists in the documentation and tracking of compliance, providing increased electronic security to MHS systems.

The Contractor shall ensure AIS assets that are under development are registered in the VMS and have all applicable electronic patches installed for the system (1) when the system is delivered to the Government, or (2) if the AIS assets are used to store or process Government data prior to delivery (such as when being used in testing and development).

Guidance regarding the requirement for IAVM is contained in the DoD Information Assurance Vulnerability Alert (IAVA) December 30, 1999 memorandum and Chairman of the Joint Chiefs of Staff Manual CJCSM 6510.10 (Appendix A to Enclosure B) provides additional reference information. Implementation is addressed in the Defense Information Systems Agency (DISA) IAVA Process Handbook, Version 2.1, June 11, 2002. The IAVM Process Handbook (DRAFT Version 2.0), detailing the IAVM and VMS processes, procedures, and responsibilities shall be followed when approved. An asset is defined as any hardware device, such as a router or a firewall, server or an operating system image running that hosts an application/workload that is accessed by more than one user. Primary servers are assets that must be registered and a list of the number of workstations it supports is required. The DISA VMS web-enabled application is used to disseminate IAVAs and Information Assurance Vulnerability Bulletins (IAVBs) down to the System Administrator (SA) and applicable personnel throughout the chain of command. The Contractor shall register two points of contact (one primary, one alternate) as VMS users per AIS to support compliance and documentation of compliance within the VMS web enabled application.

The Contractor shall maintain any development environments in accordance with TMA Information Assurance (IA) best practices and operational requirements, which are found in the IAVM Process Handbook. During product development for the Government, the Contractor shall ensure that all IA mitigation strategies have been applied to the development environment prior to any Government data being loaded onto any assets or software for testing or delivery.

IA mitigation strategies include security updates, service packs, and changes to operating procedures as physical and cyber vulnerabilities are detected. Operating system, routers, servers, development platforms and the application being delivered to the Government shall be in compliance with all known applicable Department of Defense Computer Emergency Response Team (DoD-CERT) Alert Notices published during the past 36 months.

Disposing of Electronic Media. The Contractor shall follow the DoD standards, procedures, and use approved products to dispose of unclassified hard drives and other electronic media, as appropriate, in accordance with Assistant Secretary of Defense Memorandum "Disposition of Unclassified Computer Hard Drives," of 4 June 2001. The Contractor is also required to follow DoD guidance on sanitization of other internal and external media components in DODI "Information Assurance Implementation," 6 Feb 2003 (see PECS-1 in enclosure 4 Attachment 5) and DoD 5220.22-M "Industrial Security Program Operating Manual (NISPOM)," (See Chapter 8).

Public Key Infrastructure and Encryption. The Contractor shall follow the DoD standards, policies, and procedures for the use of Public Key Infrastructure (PKI) certificates and biometrics for positive authentication. Where interoperable PKI is required for the exchange of unclassified information between DoD and its vendors and Contractors, industry partners shall obtain all necessary certificates. The Contractor must turn over to the Government all encryption keys for deployed systems, backdoor algorithms, and procedures for their use in remote support. The Contractor must provide a written report detailing all of the above, prior to task order expiration, regardless of modifications or extensions.

Information Systems (IS)/Networks Physical Security. The Contractor shall employ physical security safeguards for IS/Networks involved in processing or storage of Government Data to prevent the unauthorized access, disclosure, modification, destruction, use, etc., and to otherwise protect the confidentiality and ensure use conforms with DoD regulations. In addition, the Contractor will support a Physical Security Audit performed by the Government of the Contractor's internal information management infrastructure. The MHS Physical Security Audit Matrix is available at: http://www.tricare.osd.mil/tmis_new/Policy/PSA_Matrix_%20012304%200930%20clean%20version.xls.

The Contractor shall correct any deficiencies identified by the Government of the Contractor's physical security posture. The Contractor shall be required to follow all requirements in the MHS Information Assurance Policy regarding physical security, once the draft policy is formally approved and released. New MHS policies will be posted to the following website: http://www.tricare.osd.mil/tmis_new/ia.htm.

H.9.2.4.3 SPECIAL REQUIREMENTS FOR PROTECTED HEALTH INFORMATION. Whenever contracts are awarded that will collect, use or store Protected Health Information (PHI) then the Contractors must notify the TMA Privacy Office at the time of contract award. The Contractor shall ensure that data from any DoD AIS which contains PHI

is continuously protected from unauthorized access, use, modification, or disclosure. The Contractor shall comply with DoD Directive 8500.1, Information Assurance, Privacy Act Program Requirements (DoD 5400.11), DoD Health Information Privacy Regulation (DoD 6025.18-R) and Personnel Security Program Requirements (5200.2-R).

H.9.2.4.4 HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT (HIPAA). All previously identified requirements for HIPAA compliance (identified above under General Security Requirements) apply to PHI.

H.9.2.4.5 DATA USE AGREEMENTS (DUAs). At sometime during the contract/task order period of performance, the Contractor may have a need for access to a DoD AIS that contains PHI. Examples include making a mirror image of a DoD AIS in order to facilitate testing and development of a new system or system change; obtaining “print screens” from a DoD AIS in order to trouble shoot system problems; or documenting system performance at a production site. In addition, if a new system is being developed, that includes PHI, for the purpose of studies, surveys, measuring healthcare outcomes, etc., the Contractor and sponsor must take steps to ensure the additional documentation (i.e., Privacy Act System of Records (SOR) and/or Report Control Symbol (RCS) if this involves surveys,) is included with their DUA, before data can be utilized in accordance with the Privacy Act. This includes the collection, maintenance, use and dissemination of personal information. If access and/or extraction of PHI is required from a DoD AIS for any reason, the Contractor must request and receive an approval of the DUA prior to accessing, extracting, copying or storing information to or from any DoD AIST TMA Privacy Officer, TRICARE Management Activity, must approve the DUA before the Contractor may use PHI as stated above. The Contractor shall only request access to the minimum amount of data required to achieve the objectives outlined and specified in the DUA. Once a DUA is approved, the Contractor must fully comply with all terms and conditions stated therein. The DUA is a separate contract with its own terms and conditions. The Contractor shall only retain the data for the minimum amount of time required to achieve the objectives outlined and specified in the DUA. DUAs are active for a maximum of one year. Upon DUA expiration, the Contractor must renew it or submit a Certificate of Data Destruction to the TMA Privacy Office.

H.9.2.4.6 PERSONNEL SECURITY. All previously identified requirements for Personnel Security (identified above under General Security Requirements) apply to PHI.

H.9.3 ELECTRONIC SECURITY.

H.9.3.1 DOD INFORMATION ASSURANCE CERTIFICATION AND ACCREDITATION PROCESS (DIACAP).
All previously identified requirements for DIACAP certification and accreditation (identified above under General Security Requirements) apply to PHI.

In addition, upon approval of a DUA which authorizes access to a DoD AIS that contains PHI, the Contractor shall acquire, develop and maintain the DIACAP documentation to ensure both initial and continued DIACAP C&A for all Contractor systems/networks that store, process or electronically transport PHI.

H.9.3.2 VULNERABILITY MANAGEMENT SYSTEM (VMS).

All previously identified requirements for VMS (identified above under General Security Requirements) apply to PHI.

In addition, the Contractor shall ensure any and all Contractor owned AIS assets that are used to process or store Protected Health Information are registered in the VMS and have all applicable electronic patches installed for the system.

H.9.3.3 DISPOSITION OF ELECTRONIC MEDIA AND HARD DRIVES. All previously identified requirements for disposition (identified above under General Security Requirements) apply to PHI. For disposition of PHI, the Contractor shall also be in compliance with the HIPAA Privacy and Security Rules.

H.9.3.4 PKI AND ENCRYPTION. All previously identified requirements for PKI and encryption (identified above under General Security Requirements) apply to PHI.

H.9.3.5 INFORMATION SYSTEMS (IS)/NETWORKS PHYSICAL SECURITY.

All previously identified requirements for Physical Security (identified above under General Security Requirements) apply to PHI.

In addition, the Contractor shall employ physical security safeguards for IS/Networks involved in processing or storage of PHI to prevent the unauthorized access, disclosure, modification, destruction, use, etc., and to otherwise protect the confidentiality and ensure use conforms to the terms of an approved DUA.

H.10 DATA RIGHTS

Unless otherwise negotiated and specified within an individual task order, the Government shall retain unlimited rights to all intellectual property, such as source code, produced in the course of designing, developing, deploying, training, using and supporting TMA or other approved agencies that utilize this Contract. The Contractor shall negotiate agreements with commercial system vendors relating to non-disclosure of vendor-proprietary information.

H.11 GOVERNMENT FURNISHED EQUIPMENT (GFE)/ INFORMATION (GFI)/FACILITIES

H.11.1 GOVERNMENT FURNISHED FACILITIES/EQUIPMENT. The Government may, in certain task orders, provide office facilities, equipment, and materials for daily use of staff called for under this contract. These will not be considered GFE. Any GFF/GFE to be provided will be identified for each individual task order.

H.11.2 GOVERNMENT FURNISHED EQUIPMENT/INFORMATION. The Contractor shall identify, in their proposal for each task order, any Government Furnished Equipment/Information or Contractor-acquired-Government Owned property (CAP), necessary to perform each order. Detailed Bills of Materials shall be submitted along with each proposal; noting part numbers, prices, and need dates for all required GFE.

The Contractor shall maintain a detailed inventory accounting system for Government Furnished Equipment/Material or CAP for each task order. The inventory accounting system must specify, as a minimum: product description (make, model), Government tag number, date of receipt, name of recipient, location of receipt, current location, purchase cost (if CAP), and contract/order number under which the equipment is being used. The Contractor shall either: a) attach an update inventory report to each monthly performance and progress report, or b) certify that the inventory has been updated and is available for Government review. In either case, the Contractor's inventory listing must be available for Government review within one business day of KO or COR request.

H.12 SECTION 508 REQUIREMENT

The Contractor shall comply with Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. 794d). Specifically, the procurement, development, maintenance, or integration of electronic and information technology (EIT) under this contract must comply with the applicable accessibility standards issued by the Architectural and Transportation Barriers Compliance Board (CFR Part 1194), http://www.access-board.gov/sec508/508standards.htm.

H.13 CONTRACTOR USE OF GSA SCHEDULE CONTRACTS

The Contractor may procure supplies used in direct support of this contract from GSA Federal Supply Schedule Contractors under the terms, conditions, and prices set forth in the applicable GSA FSS contract and in accordance with FAR 51.1, Contractor Use of Government Supply Sources. The Contractor shall not use GSA schedule contracts to procure services in support of this contract.

H.14 TEAMS LABOR AND INDIRECT CEILING RATES

For individual task orders, the Contractor shall propose labor rates and indirect rates accepted under this contract. Indirect rates are scheduled to be re-negotiated, if necessary, during the 5th year of the contract (Option Year 4). Indirect rates may also be redetermined if the Contractor can demonstrate to the KO that use of the accepted ceiling rates will result in harm to the Contractor.

H.14.1 LABOR RATES
All contractors have been audited by DCAA. Direct labor rates have been negotiated for all potential years of this contract. The Government has incorporated the Contractor's Fully Burdened CPFF Labor Rates (also applicable to T&M orders) as Attachment 4 hereto. The FFP rates are provided as Attachment 5 hereto. The labor rates are set forth for all ten (10) years of potential performance with the labor categories established for the TEAMS Program, as described in Attachment 3.

H.14.2 INDIRECT RATES
For the term of this contract, base year and nine (9) option year periods, the indirect rates shall have ceilings established. The chart below reflects the ceiling rates for the first five (5) years. The indirect rate ceilings for Option Years Five (5) through Nine (9) may be re-negotiated prior to exercising Option Year Five (5) if the Government and Contractor concur that such a redetermination is necessary and in the best interest of both parties. The Government has placed a 2% ceiling rate on all indirect rates for the first five years.

| **Calendar Year** | **CY2008** | **CY2009** | **CY2010** | **CY2011** | **CY2012** | **CY2013** |
|---|---|---|---|---|---|---|
| G&A net | 6.22% | 5.93% | 5.93% | 5.93% | 5.93% | 5.93% |
| MHX1 | 4.87% | 4.87% | 4.87% | 4.87% | 4.87% | 4.87% |
| MHX4 | 2.53% | 2.53% | 2.53% | 2.53% | 2.53% | 2.53% |
| Overhead - Dept D7264 | 51.50% | 51.50% | 51.50% | 51.50% | 51.50% | 51.50% |
| Benefits | 34.10% | 34.10% | 34.10% | 34.10% | 34.10% | 34.10% |
| Overhead | 17.40% | 17.40% | 17.40% | 17.40% | 17.40% | 17.40% |
| Facility | $5.34 | $5.53 | $5.73 | $5.94 | $6.16 | $6.38 |
| Esc - ODCs | 3.65% | 3.65% | 3.65% | 3.65% | 3.65% | 3.65% |
| Esc - Labor | 2.74% | 2.74% | 2.74% | 2.74% | 2.74% | 2.74% |

H.14.3 FIXED FEE
The Government used weighted guidelines in accordance with DFARS 215.404-71 to establish reasonable fee percentages for FFP and CPFF orders. Proposed fees of 5.5% on CPFF and 9.0% on FFP orders shall be utilized.

CLAUSES INCORPORATED BY FULL TEXT

252.225-7040 CONTRACTOR PERSONNEL AUTHORIZED TO ACCOMPANY U.S. ARMED FORCES DEPLOYED OUTSIDE THE UNITED STATES (JUN 2006)

(a) Definitions. As used in this clause--

Combatant Commander means the commander of a unified or specified combatant command established in accordance with 10 U.S.C. 161.

Other military operations means a range of military force responses that can be projected to accomplish assigned tasks. Such operations may include one or a combination of the following: Civic action, humanitarian assistance, civil affairs, and other military activities to develop positive relationships with other countries; confidence building and other measures to reduce military tensions; military presence; activities to convey messages to adversaries; military deceptions and psychological operations; quarantines, blockades, and harassment operations; raids;

intervention operations; armed conflict involving air, land, maritime, and strategic warfare operations; support for law enforcement authorities to counter international criminal activities (terrorism, narcotics trafficking, slavery, and piracy); support for law enforcement authorities to suppress domestic rebellion; and support for insurgency, counterinsurgency, and civil war in foreign countries.

Theater of operations means an area defined by the combatant commander for the conduct or support of specified operations.

(b) General.

(1) This clause applies when Contractor personnel are authorized to accompany U.S. Armed Forces deployed outside the United States in--

(i) Contingency operations;

(ii) Humanitarian or peacekeeping operations;

(iii) Other military operations; or

(iv) Military exercises designated by the Combatant Commander.

(2) Contract performance in support of U.S. Armed Forces deployed outside the United States may require work in dangerous or austere conditions. The Contractor accepts the risks associated with required contract performance in such operations.

(3) Contractor personnel are civilians accompanying the U.S. Armed Forces.

(i) Except as provided in paragraph (b)(3)(ii) of this clause, Contractor personnel are not authorized to use deadly force against enemy armed forces other than in self-defense.

(ii) Private security Contractor personnel are authorized to use deadly force only when necessary to execute their security mission to protect assets/persons, consistent with the mission statement contained in their contract.

(iii) Civilians who accompany the U.S. Armed Forces lose their law of war protection from direct attack if and for such time as they take a direct part in hostilities.

(4) Service performed by Contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106 note.

(c) Support. (1)(i) The Combatant Commander will develop a security plan for protection of Contractor personnel in locations where there is not sufficient or legitimate civil authority, when the Combatant Commander decides it is in the interests of the Government to provide security because--

(A) The Contractor cannot obtain effective security services;

(B) Effective security services are unavailable at a reasonable cost; or

(C) Threat conditions necessitate security through military means.

(ii) The Contracting Officer shall include in the contract the level of protection to be provided to Contractor personnel.

(iii) In appropriate cases, the Combatant Commander may provide security through military means, commensurate with the level of security provided DoD civilians.

(2)(i) Generally, all Contractor personnel authorized to accompany the U.S. Armed Forces in the theater of operations may be provided resuscitative care, stabilization, hospitalization at level III military treatment facilities, and assistance with patient movement in emergencies where loss of life, limb, or eyesight could occur. Hospitalization will be limited to stabilization and short-term medical treatment with an emphasis on return to duty or placement in the patient movement system.

(ii) When the Government provides medical treatment or transportation of Contractor personnel to a selected civilian facility, the Contractor shall ensure that the Government is reimbursed for any costs associated with such treatment or transportation.

(iii) Medical or dental care beyond this standard is not authorized unless specified elsewhere in this contract.

(3) Unless specified elsewhere in this contract, the Contractor is responsible for all other support required for its personnel engaged in the theater of operations under this contract.

(4) Contractor personnel must have a letter of authorization issued by the Contracting Officer in order to process through a deployment center or to travel to, from, or within the theater of operations. The letter of authorization also will identify any additional authorizations, privileges, or Government support that Contractor personnel are entitled to under this contract.

(d) Compliance with laws and regulations. The Contractor shall comply with, and shall ensure that its personnel authorized to accompany U.S. Armed Forces deployed outside the United States as specified in paragraph (b)(1) of this clause are familiar with and comply with, all applicable--

(1) United States, host country, and third country national laws;

(2) Treaties and international agreements;

(3) United States regulations, directives, instructions, policies, and procedures; and

(4) Orders, directives, and instructions issued by the Combatant Commander, including those relating to force protection, security, health, safety, or relations and interaction with local nationals.

(e) Pre-deployment requirements. (1) The Contractor shall ensure that the following requirements are met prior to deploying personnel in support of U.S. Armed Forces. Specific requirements for each category may be specified in the statement of work or elsewhere in the contract.

(i) All required security and background checks are complete and acceptable.

(ii) All deploying personnel meet the minimum medical screening requirements and have received all required immunizations as specified in the contract. The Government will provide, at no cost to the Contractor, any theater-specific immunizations and/or medications not available to the general public.

(iii) Deploying personnel have all necessary passports, visas, and other documents required to enter and exit a theater of operations and have a Geneva Conventions identification card, or other appropriate DoD identity credential, from the deployment center. Any Common Access Card issued to deploying personnel shall contain the access permissions allowed by the letter of authorization issued in accordance with paragraph (c)(4) of this clause.

(iv) Special area, country, and theater clearance is obtained for personnel. Clearance requirements are in DoD Directive 4500.54, Official Temporary Duty Abroad, and DoD 4500.54-G, DoD Foreign Clearance Guide. Contractor personnel are considered non-DoD personnel traveling under DoD sponsorship.

(v) All personnel have received personal security training. At a minimum, the training shall--

(A) Cover safety and security issues facing employees overseas;

(B) Identify safety and security contingency planning activities; and

(C) Identify ways to utilize safety and security personnel and other resources appropriately.

(vi) All personnel have received isolated personnel training, if specified in the contract.

(2) The Contractor shall notify all personnel who are not a host country national, or who are not ordinarily resident in the host country, that--

(i) Such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States in accordance with the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3621, et seq.);

(ii) Pursuant to the War Crimes Act (18 U.S.C. 2441), Federal criminal jurisdiction also extends to conduct that is determined to constitute a violation of the law of war when committed by a civilian national of the United States;

(iii) Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of U.S. diplomatic, consular, military or other U.S. Government missions outside the United States (18 U.S.C. 7(9)); and

(iv) When there is a formal declaration of war by Congress, Contractor personnel authorized to accompany U.S. Armed Forces may be subject to prosecution under the Uniform Code of Military Justice.

(f) Processing and departure points. Deployed Contractor personnel shall--

(1) Process through the deployment center designated in the contract, or as otherwise directed by the Contracting Officer, prior to deploying. The deployment center will conduct deployment processing to ensure visibility and accountability of Contractor personnel and to ensure that all deployment requirements are met, including the requirements specified in paragraph (e)(1) of this clause;

(2) Use the point of departure and transportation mode directed by the Contracting Officer; and

(3) Process through a Joint Reception Center (JRC) upon arrival at the deployed location. The JRC will validate personnel accountability, ensure that specific theater of operations entrance requirements are met, and brief Contractor personnel on theater-specific policies and procedures.

(g) Personnel data list.

(1) In accordance with DoD Instruction 3020.41, Contractor Personnel Authorized to Accompany the U.S. Armed Forces, the Contractor shall establish and maintain with the designated Government official a current list of all Contractor personnel that deploy with or otherwise provide support in the theater of operations to U.S. Armed Forces as specified in paragraph (b)(1) of this clause. The list shall include each individual's general location in the theater of operations. The Contracting Officer will inform the Contractor of the Government official designated to receive this data and the appropriate automated system(s) to use for this effort.

(2) The Contractor shall ensure that all employees on the list have a current DD Form 93, Record of Emergency Data Card, on file with both the Contractor and the designated Government official.

(h) Contractor personnel. (1) The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any Contractor personnel who jeopardize or interfere with mission accomplishment or who fail to comply

with or violate applicable requirements of this clause. Such action may be taken at the Government's discretion without prejudice to its rights under any other provision of this contract, including the Termination for Default clause.

(2) The Contractor shall have a plan on file showing how the Contractor would replace employees who are unavailable for deployment or who need to be replaced during deployment. The Contractor shall keep this plan current and shall provide a copy to the Contracting Officer upon request. The plan shall--

(i) Identify all personnel who are subject to military mobilization;

(ii) Detail how the position would be filled if the individual were mobilized; and

(iii) Identify all personnel who occupy a position that the Contracting Officer has designated as mission essential.

(i) Military clothing and protective equipment.

(1) Contractor personnel are prohibited from wearing military clothing unless specifically authorized in writing by the Combatant Commander. If authorized to wear military clothing, Contractor personnel must--

(i) Wear distinctive patches, arm bands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures; and

(ii) Carry the written authorization with them at all times.

(2) Contractor personnel may wear military-unique organizational clothing and individual equipment (OCIE) required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.

(3) The deployment center, or the Combatant Commander, shall issue OCIE and shall provide training, if necessary, to ensure the safety and security of Contractor personnel.

(4) The Contractor shall ensure that all issued OCIE is returned to the point of issue, unless otherwise directed by the Contracting Officer.

(j) Weapons. (1) If the Contractor requests that its personnel performing in the theater of operations be authorized to carry weapons, the request shall be made through the Contracting Officer to the Combatant Commander, in accordance with DoD Instruction 3020.41, paragraph 6.3.4.1 or, if the contract is for security services, paragraph 6.3.5.3. The Combatant Commander will determine whether to authorize in-theater Contractor personnel to carry weapons and what weapons and ammunition will be allowed.

(2) If the Contracting Officer, subject to the approval of the Combatant Commander, authorizes the carrying of weapons--

(i) The Contracting Officer may authorize the Contractor to issue Contractor-owned weapons and ammunition to specified employees; or

(ii) The Regional Security Officer may issue Government-furnished weapons and ammunition to the Contractor for issuance to specified Contractor employees.

(3) The Contractor shall ensure that its personnel who are authorized to carry weapons--

(i) Are adequately trained to carry and use them--

(A) Safely;

(B) With full understanding of, and adherence to, the rules of the use of force issued by the Combatant Commander; and

(C) In compliance with applicable agency policies, agreements, rules, regulations, and other applicable law;

(ii) Are not barred from possession of a firearm by 18 U.S.C. 922; and

(iii) Adhere to all guidance and orders issued by the Combatant Commander regarding possession, use, safety, and accountability of weapons and ammunition.

(4) Whether or not weapons are Government-furnished, all liability for the use of any weapon by Contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

(5) Upon redeployment or revocation by the Combatant Commander of the Contractor's authorization to issue firearms, the Contractor shall ensure that all Government-issued weapons and unexpended mmunition are returned as directed by the Contracting Officer.

(k) Vehicle or equipment licenses. Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contract in the theater of operations.

(l) Purchase of scarce goods and services. If the Combatant Commander has established an organization for the theater of operations whose function is to determine that certain items are scarce goods or services, the Contractor shall coordinate with that organization local purchases of goods and services designated as scarce, in accordance with instructions provided by the Contracting Officer.

(m) Evacuation. (1) If the Combatant Commander orders a mandatory evacuation of some or all personnel, the Government will provide assistance, to the extent available, to United States and third country national Contractor personnel.

(2) In the event of a non-mandatory evacuation order, unless authorized in writing by the Contracting Officer, the Contractor shall maintain personnel on location sufficient to meet obligations under this contract.

(n) Next of kin notification and personnel recovery.

(1) The Contractor shall be responsible for notification of the employee-designated next of kin in the event an employee dies, requires evacuation due to an injury, or is isolated, missing, detained, captured, or abducted.

(2) In the case of isolated, missing, detained, captured, or abducted Contractor personnel, the Government will assist in personnel recovery actions in accordance with DoD Directive 2310.2, Personnel Recovery.

(o) Mortuary affairs. Mortuary affairs for Contractor personnel who die while accompanying the U.S. Armed Forces will be handled in accordance with DoD Directive 1300.22, Mortuary Affairs Policy.

(p) Changes. In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in the place of performance or Government-furnished facilities, equipment, material, services, or site. Any change order issued in accordance with this paragraph (p) shall be subject to the provisions of the Changes clause of this contract.

(q) Subcontracts. The Contractor shall incorporate the substance of this clause, including this paragraph (q), in all subcontracts when subcontractor personnel are authorized to accompany U.S. Armed Forces deployed outside the United States in--

(1) Contingency operations;

(2) Humanitarian or peacekeeping operations;

(3) Other military operations; or

(4) Military exercises designated by the Combatant Commander.

(End of clause)

252.225-7040 CONTRACTOR PERSONNEL IN THE UNITED STATES CENTRAL COMMAND AREA OF RESPONSIBILITY (DEVIATION #2 - 2007-O0010)

(a) Definitions. As used in this clause—

“Chief of mission” means the principal officer in charge of a diplomatic mission of the United States or if a United States office abroad which is designated by the Secretary of State as diplomatic in nature, including any individual assigned under section 502(c) of the Foreign Service Act of 1980 (Public Law 96-465) to be temporarily in charge of such a mission or office.

“Combatant commander” means the commander of a unified or specified combatant command established in accordance with 10 U.S.C. 161.

(b) General. (a) This clause applies when contractor personnel are required to perform in the United States Central command (USCENTCOM) Area of Responsibility (AOR), and are not covered by the clause at DFARS 252.225-7040, Contractor Personnel Authorized to Accompany U.S. Armed Forces Deployed Outside the United States.

(2) Contract performance may require work in dangerous or austere conditions. Except as otherwise provided in the contract, the Contractor accepts the risks associated with required contract performance in such operations.

(3) Contractor personnel are civilians.

(i) Except as provided in paragraph (b)(3)(ii) of this clause, and in accordance with paragraph (i)(3) of this clause, contractor personnel are only authorized to use deadly force in self defense.

(ii) Contractor personnel performing security functions are also authorized to use deadly force when use of such force reasonably appears necessary to execute their security mission to protect assets/persons, consistent with the terms and conditions contained in the contract or with their job description and terms of employment.

(4) Service performance by contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106 notes.

(c) Support. Unless specified elsewhere in the contract, the Contractor is responsible for all logistical and security support required for contractor personnel engaged in this contract.

(d) Compliance with laws and regulations. The Contractor shall comply with, and shall ensure that is personnel in the USCENTCOM AOR are familiar with and comply with all applicable—

(1) United States, host country, and third country national laws;

(2) Treaties and international agreements;

(3) United States regulations, directives, instructions, policies, and procedures; and

(4) Force protection, security, health, or safety orders, directives, and instructions issued by the Combatant commander; however, only the Contracting Officer is authorized to modify the terms and conditions of the contract.

(e) Preliminary personnel requirements. (1) Specific requirements for paragraphs (e)(2)(i) through (e)(2)(vi) of this clause will be set forth in the statement of work, or elsewhere in the contract.

(2) Before contractor personnel depart from the United States or a third country, and before contractor personnel residing in the host country begin contract performance in the USCENTCOM AOR, the Contractor shall ensure the following:

(i) All required security and background checks are complete and acceptable.

(ii) All personnel are medically and physically fit and have received all required vaccinations.

(iii) All personnel have all necessary passports, visa, entry permits, and other documents required for contractor personnel to enter and exit the foreign country, including those required for in-transit countries.

(iv) All personnel have received theater clearance, if required by the Combatant Commander.

(v) All personnel have received personal security training. The training must at a minimum—

(A) Cover safety and security issues facing employees overseas;

(B) Identify safety and security contingency planning activities; and

(C) Identify ways to utilize safety and security personnel and other resources appropriately.

(vi) All personnel have received isolated personnel training, if specified in the contract. Isolated personnel are military or civilian personnel separated from their unit or organization in an environment requiring them to survive, evade, or escape while awaiting rescue or recovery.

(vii) All personnel who are U.S. citizens are registered with the U.S. Embassy or Consulate with jurisdictions over the area of operations on-line at http://www.travel.state.gov.

(3) The Contractor shall notify all personnel who are not a local national or ordinarily resident in the host country that—

(i) Such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States (see the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3261 et seq.);

(ii) Pursuant to the War Crimes Act, 18. U.S.C. 2441, Federal criminal jurisdiction also extends to conduct that is determined to constitute a violation of the law of war when committed by a civilian national of the United States;

(iii) Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of United States diplomatic, consular, military or other Government missions outside the United States (18 U.S.C. 7(9)).

(f) Processing and departure points. The Contractor shall require its personnel who are arriving from outside the are of performance to perform in the USCENTCOM AOR to—

(1) Process through the departure center designated in the contract or completes another process as directed by the Contracting Officer;

(2) Use a specific point of departure and transportation mode as directed by the Contracting Officer; and

(3) Process through a reception center as designated by the Contracting Officer upon arrival at the place of performance.

(g) Personnel data. (1) The Contractor shall enter, before deployment, or if already in the USCENTCOM AOR, enter upon becoming an employee under this contract, and maintain current data, including departure date, for all contractor personnel, including U.S. citizens, U.S. legal aliens, third country nationals, and local national contractor personnel, who are performing this contract in the USCENTCOM AOR. This requirement excludes—
Personnel hired under contracts for which the period of performance is less than 30 days; and
Embarked contractor personnel, while afloat, that are tracked by the Diary Message Reporting System.

(2) The automated web-based system to use for this effort is the Synchronized Predeployment and Operational Tracker (SPOT). Follow these steps to register in and use SPOT:

(i) SPOT registration can be accomplished by either a Common Access Card or through an Army Knowledge Online (AKO) account.

(ii) In order to obtain an AKO account, the Contractor shall—

(A) Request the Contracting Officer or other Government point of contact to sponsor its AKO guess account;

(B) Go to http://www.us.army.mil;

(C) Enter the AKO sponsor username; and

(D) After AKO registration, contact the sponsor to confirm registration.

(iii) Registration in SPOT.

(A) Register for a SPOT account at https://iel.kc.us.army.mil/spotregistration/.

(B) The customer support team must validate user need. This process may take 2 business days. Company supervisors will be contacted to determine the appropriate level of user access.

(iv) Access to SPOT. Upon approval, all users will access SPOT at https://iel.kc.ur.army.mil/spotracker.

(v) SPOT Questions. Refer SPOT application assistance questions to the Customer Support Team at 717-506-1358 or SPOT@technisource.com.

(3) The Contractor shall ensure that all employees in the database have a current DD Form 93, Record of Emergency Data card, on file with both the Contractor and the designated Government official. The Contracting Officer will inform the Contractor of the Government official designated to receive the data card.

(h) Contractor personnel. The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any contractor personnel who fail to comply with or violate applicable requirements of this contract. Such action may be taken at the Government's discretion without prejudice to its rights under any other provision of this contract, including termination for default or cause.

(i) Weapons. (1) If the Contracting Officer, subject to the approval of the Combatant Commander, authorizes the carrying of weapons--

(ii) The Regional Security Officer may issue Government-furnished weapons and ammunition to the Contractor for issuance to specified contractor employees.

(2) The contractor shall provide to the Contracting Officer a specific list of personnel for whom authorization to carry a weapon is requested.

(3) The Contractor shall provide to the Contracting Officer a specific list of personnel for whom authorization to carry a weapon is requested.

(i)Are adequately trained to carry and use them—

(A) Safely;

(B) With full understanding of, and adherence to, the rules of the use of force issued by the Combatant Commander; and

(C) In compliance with applicable Department of Defense and agency policies, agreements, rules, regulations, and other applicable law;

(ii) Are not barred from possession of a firearm by 18 U.S.C. 922; and

(iii) Adhere to all guidance and orders issued by the Combatant Commander regarding possession, use, safety, and accountability of weapons and ammunition.

(4) Upon revocation by the Contracting Officer of the Contractor's authorization to possess weapons, the Contractor shall ensure that all Government furnished weapons and unexpended ammunition are returned as directed by the Contracting Officer.

(5) Whether or not weapons are Government-furnished, all liability for the use of any weapon by contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

(j) Vehicle or equipment licenses. Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contractor in the area of performance.

(k) Military clothing and protective equipment. (1) Contractor personnel are prohibited from wearing military clothing unless specifically authorized by the Combatant Commander. If authorized to wear military clothing, contractor personnel must wear distinctive patches, arm bands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures.

(2) Contractor personnel may wear specific items required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.
(1) Evacuation. If the Chief of Mission or Combatant Command orders a mandatory evacuation of some or all personnel, the Government will provide to United States and third country national contractor personnel the level of assistance provided to private United States citizens.

(2) In the event of a non-mandatory evacuation order, the Contractor shall maintain personnel on location sufficient to meet contractual obligations unless instructed to evacuate by the Contracting Officer.

(m) Personnel recovery. In the case of isolated, missing, detained, captured or abducted contractor personnel, the Government will assist in personnel recovery actions in accordance with DoD Directive 2310.2, Personnel Recovery.

(n) Notification and return of personnel effects. (1) The Contractor shall be responsible for notification of the employee-designated next of kin, and notification as soon as possible to the U.S. Consul responsible for the area in which the event occurred, if the employee—

(i) Dies;

(ii) Requires evacuation due to an injury; or

(iii) is isolated, missing, detained, captured, or abducted.

(2) The Contractor shall also be responsible for the return of all personal effects of deceased or missing contractor personnel, if appropriate, to next of kin.

(o) Mortuary affairs. Mortuary affairs for contractor personnel who die in the area of performance will be handled in accordance with DoD Directive 1300.22, Mortuary Affairs Policy.

(p) Changes. In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in place of performance or Government-furnished facilities, equipment, material, services, or site. Any change order issued in accordance with this paragraph shall be subject to the provisions of the Changes clause of this contract.

(q) Subcontracts. The Contractor shall incorporate the substance of this clause, including this paragraph (q), in all subcontractor personnel to perform in the USCENTCOM AOR.

(End of clause)

252.225-7040 CONTRACTOR PERSONNEL AUTHORIZED TO ACCOMPANY U.S. ARMED FORCES DEPLOYED OUTSIDE THE UNITED STATES (JUN 2006) (DEVIATION)

(a) Definitions. As used in this clause--

Combatant Commander means the commander of a unified or specified combatant command established in accordance with 10 U.S.C. 161.

Other military operations means a range of military force responses that can be projected to accomplish assigned tasks. Such operations may include one or a combination of the following: Civic action, humanitarian assistance, civil affairs, and other military activities to develop positive relationships with other countries; confidence building and other measures to reduce military tensions; military presence; activities to convey messages to adversaries; military deceptions and psychological operations; quarantines, blockades, and harassment operations; raids; intervention operations; armed conflict involving air, land, maritime, and strategic warfare operations; support for law enforcement authorities to counter international criminal activities (terrorism, narcotics trafficking, slavery, and piracy); support for law enforcement authorities to suppress domestic rebellion; and support for insurgency, counterinsurgency, and civil war in foreign countries.

Theater of operations means an area defined by the combatant commander for the conduct or support of specified operations.

(b) General.

(1) This clause applies when Contractor personnel are authorized to accompany U.S. Armed Forces deployed outside the United States in--

(i) Contingency operations;

(ii) Humanitarian or peacekeeping operations;

(iii) Other military operations; or

(iv) Military exercises designated by the Combatant Commander.

(2) Contract performance in support of U.S. Armed Forces deployed outside the United States may require work in dangerous or austere conditions. The Contractor accepts the risks associated with required contract performance in such operations.

(3) Contractor personnel are civilians accompanying the U.S. Armed Forces.

(i) Except as provided in paragraph (b)(3)(ii) of this clause, Contractor personnel are not authorized to use deadly force against enemy armed forces other than in self-defense.

(ii) Private security Contractor personnel are authorized to use deadly force only when necessary to execute their security mission to protect assets/persons, consistent with the mission statement contained in their contract.

(iii) Civilians who accompany the U.S. Armed Forces lose their law of war protection from direct attack if and for such time as they take a direct part in hostilities.

(4) Service performed by Contractor personnel subject to this clause is not active duty or service under 38 U.S.C. 106 note.

(c) Support. (1)(i) The Combatant Commander will develop a security plan for protection of Contractor personnel in locations where there is not sufficient or legitimate civil authority, when the Combatant Commander decides it is in the interests of the Government to provide security because--

(A) The Contractor cannot obtain effective security services;

(B) Effective security services are unavailable at a reasonable cost; or

(C) Threat conditions necessitate security through military means.

(ii) The Contracting Officer shall include in the contract the level of protection to be provided to Contractor personnel.

(iii) In appropriate cases, the Combatant Commander may provide security through military means, commensurate with the level of security provided DoD civilians.

(2)(i) Generally, all Contractor personnel authorized to accompany the U.S. Armed Forces in the theater of operations may be provided resuscitative care, stabilization, hospitalization at level III military treatment facilities, and assistance with patient movement in emergencies where loss of life, limb, or eyesight could occur. Hospitalization will be limited to stabilization and short-term medical treatment with an emphasis on return to duty or placement in the patient movement system.

(ii) When the Government provides medical treatment or transportation of Contractor personnel to a selected civilian facility, the Contractor shall ensure that the Government is reimbursed for any costs associated with such treatment or transportation.

(iii) Medical or dental care beyond this standard is not authorized unless specified elsewhere in this contract.

(3) Unless specified elsewhere in this contract, the Contractor is responsible for all other support required for its personnel engaged in the theater of operations under this contract.

(4) Contractor personnel must have a letter of authorization issued by the Contracting Officer in order to process through a deployment center or to travel to, from, or within the theater of operations. The letter of authorization also will identify any additional authorizations, privileges, or Government support that Contractor personnel are entitled to under this contract.

(d) Compliance with laws and regulations. The Contractor shall comply with, and shall ensure that its personnel authorized to accompany U.S. Armed Forces deployed outside the United States as specified in paragraph (b)(1) of this clause are familiar with and comply with, all applicable--

(1) United States, host country, and third country national laws;

(2) Treaties and international agreements;

(3) United States regulations, directives, instructions, policies, and procedures; and

(4) Orders, directives, and instructions issued by the Combatant Commander, including those relating to force protection, security, health, safety, or relations and interaction with local nationals.

(e) Pre-deployment requirements. (1) The Contractor shall ensure that the following requirements are met prior to deploying personnel in support of U.S. Armed Forces. Specific requirements for each category may be specified in the statement of work or elsewhere in the contract.

(i) All required security and background checks are complete and acceptable.

(ii) All deploying personnel meet the minimum medical screening requirements and have received all required immunizations as specified in the contract. The Government will provide, at no cost to the Contractor, any theater-specific immunizations and/or medications not available to the general public.

(iii) Deploying personnel have all necessary passports, visas, and other documents required to enter and exit a theater of operations and have a Geneva Conventions identification card, or other appropriate DoD identity credential, from the deployment center. Any Common Access Card issued to deploying personnel shall contain the access permissions allowed by the letter of authorization issued in accordance with paragraph (c)(4) of this clause.

(iv) Special area, country, and theater clearance is obtained for personnel. Clearance requirements are in DoD Directive 4500.54, Official Temporary Duty Abroad, and DoD 4500.54-G, DoD Foreign Clearance Guide. Contractor personnel are considered non-DoD personnel traveling under DoD sponsorship.

(v) All personnel have received personal security training. At a minimum, the training shall--

(A) Cover safety and security issues facing employees overseas;

(B) Identify safety and security contingency planning activities; and

(C) Identify ways to utilize safety and security personnel and other resources appropriately.

(vi) All personnel have received isolated personnel training, if specified in the contract.

(2) The Contractor shall notify all personnel who are not a host country national, or who are not ordinarily resident in the host country, that--

(i) Such employees, and dependents residing with such employees, who engage in conduct outside the United States that would constitute an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, may potentially be subject to the criminal jurisdiction of the United States in accordance with the Military Extraterritorial Jurisdiction Act of 2000 (18 U.S.C. 3621, et seq.);

(ii) Pursuant to the War Crimes Act (18 U.S.C. 2441), Federal criminal jurisdiction also extends to conduct that is determined to constitute a violation of the law of war when committed by a civilian national of the United States;

(iii) Other laws may provide for prosecution of U.S. nationals who commit offenses on the premises of U.S. diplomatic, consular, military or other U.S. Government missions outside the United States (18 U.S.C. 7(9)); and

(iv) When there is a formal declaration of war by Congress, Contractor personnel authorized to accompany U.S. Armed Forces may be subject to prosecution under the Uniform Code of Military Justice.

(f) Processing and departure points. Deployed Contractor personnel shall--

(1) Process through the deployment center designated in the contract, or as otherwise directed by the Contracting Officer, prior to deploying. The deployment center will conduct deployment processing to ensure visibility and accountability of Contractor personnel and to ensure that all deployment requirements are met, including the requirements specified in paragraph (e)(1) of this clause;

(2) Use the point of departure and transportation mode directed by the Contracting Officer; and

(3) Process through a Joint Reception Center (JRC) upon arrival at the deployed location. The JRC will validate personnel accountability, ensure that specific theater of operations entrance requirements are met, and brief Contractor personnel on theater-specific policies and procedures.

(g) Personnel data.

(1) In accordance with DoD Instruction 3020.41, Contractor Personnel Authorized to Accompany the U.S. Armed Forces, the Contractor shall enter before deployment, or if already in the designated operational area, enter upon becoming an employee under the contract, and maintain current data, including departure data, for all Contractor personnel that are deployed outside the United States as specified in paragraph (b)(1) of this clause. The automated web-based system to use for this effort is the Synchronized Predeployment and Operational Tracker (SPOT) (For information on how to register and center data into this system, to go http://www.dod.mil/bta/products/spot.html).

(2) The Contractor shall ensure that all employees in the database have a current DD Form 93, Record of Emergency Data Card, on file with both the Contractor and the designated Government official. The Contracting Officer will inform the Contractor of the Government official designated to receive this data card.

(h) Contractor personnel. (1) The Contracting Officer may direct the Contractor, at its own expense, to remove and replace any Contractor personnel who jeopardize or interfere with mission accomplishment or who fail to comply with or violate applicable requirements of this clause. Such action may be taken at the Government's discretion without prejudice to its rights under any other provision of this contract, including the Termination for Default clause.

(2) The Contractor shall have a plan on file showing how the Contractor would replace employees who are unavailable for deployment or who need to be replaced during deployment. The Contractor shall keep this plan current and shall provide a copy to the Contracting Officer upon request. The plan shall--

(i) Identify all personnel who are subject to military mobilization;

(ii) Detail how the position would be filled if the individual were mobilized; and

(iii) Identify all personnel who occupy a position that the Contracting Officer has designated as mission essential.

(i) Military clothing and protective equipment.

(1) Contractor personnel are prohibited from wearing military clothing unless specifically authorized in writing by the Combatant Commander. If authorized to wear military clothing, Contractor personnel must--

(i) Wear distinctive patches, arm bands, nametags, or headgear, in order to be distinguishable from military personnel, consistent with force protection measures; and

(ii) Carry the written authorization with them at all times.

(2) Contractor personnel may wear military-unique organizational clothing and individual equipment (OCIE) required for safety and security, such as ballistic, nuclear, biological, or chemical protective equipment.

(3) The deployment center, or the Combatant Commander, shall issue OCIE and shall provide training, if necessary, to ensure the safety and security of Contractor personnel.

(4) The Contractor shall ensure that all issued OCIE is returned to the point of issue, unless otherwise directed by the Contracting Officer.

(j) Weapons. (1) If the Contractor requests that its personnel performing in the theater of operations be authorized to carry weapons, the request shall be made through the Contracting Officer to the Combatant Commander, in accordance with DoD Instruction 3020.41, paragraph 6.3.4.1 or, if the contract is for security services, paragraph 6.3.5.3. The Combatant Commander will determine whether to authorize in-theater Contractor personnel to carry weapons and what weapons and ammunition will be allowed.

(2) If the Contracting Officer, subject to the approval of the Combatant Commander, authorizes the carrying of weapons--

(i) The Contracting Officer may authorize the Contractor to issue Contractor-owned weapons and ammunition to specified employees; or

(ii) The Regional Security Officer may issue Government-furnished weapons and ammunition to the Contractor for issuance to specified Contractor employees.

(3) The Contractor shall ensure that its personnel who are authorized to carry weapons--

(i) Are adequately trained to carry and use them--

(A) Safely;

(B) With full understanding of, and adherence to, the rules of the use of force issued by the Combatant Commander; and

(C) In compliance with applicable agency policies, agreements, rules, regulations, and other applicable law;

(ii) Are not barred from possession of a firearm by 18 U.S.C. 922; and

(iii) Adhere to all guidance and orders issued by the Combatant Commander regarding possession, use, safety, and accountability of weapons and ammunition.

(4) Whether or not weapons are Government-furnished, all liability for the use of any weapon by Contractor personnel rests solely with the Contractor and the Contractor employee using such weapon.

(5) Upon redeployment or revocation by the Combatant Commander of the Contractor's authorization to issue firearms, the Contractor shall ensure that all Government-issued weapons and unexpended ammunition are returned as directed by the Contracting Officer.

(k) Vehicle or equipment licenses. Contractor personnel shall possess the required licenses to operate all vehicles or equipment necessary to perform the contract in the theater of operations.

(l) Purchase of scarce goods and services. If the Combatant Commander has established an organization for the theater of operations whose function is to determine that certain items are scarce goods or services, the Contractor shall coordinate with that organization local purchases of goods and services designated as scarce, in accordance with instructions provided by the Contracting Officer.

(m) Evacuation. (1) If the Combatant Commander orders a mandatory evacuation of some or all personnel, the Government will provide assistance, to the extent available, to United States and third country national Contractor personnel.

(2) In the event of a non-mandatory evacuation order, unless authorized in writing by the Contracting Officer, the Contractor shall maintain personnel on location sufficient to meet obligations under this contract.

(n) Next of kin notification and personnel recovery.

(1) The Contractor shall be responsible for notification of the employee-designated next of kin in the event an employee dies, requires evacuation due to an injury, or is isolated, missing, detained, captured, or abducted.

(2) In the case of isolated, missing, detained, captured, or abducted Contractor personnel, the Government will assist in personnel recovery actions in accordance with DoD Directive 2310.2, Personnel Recovery.

(o) Mortuary affairs. Mortuary affairs for Contractor personnel who die while accompanying the U.S. Armed Forces will be handled in accordance with DoD Directive 1300.22, Mortuary Affairs Policy.

(p) Changes. In addition to the changes otherwise authorized by the Changes clause of this contract, the Contracting Officer may, at any time, by written order identified as a change order, make changes in the place of performance or Government-furnished facilities, equipment, material, services, or site. Any change order issued in accordance with this paragraph (p) shall be subject to the provisions of the Changes clause of this contract.

(q) Subcontracts. The Contractor shall incorporate the substance of this clause, including this paragraph (q), in all subcontracts when subcontractor personnel are authorized to accompany U.S. Armed Forces deployed outside the United States in--

(1) Contingency operations;

(2) Humanitarian or peacekeeping operations;

(3) Other military operations; or

(4) Military exercises designated by the Combatant Commander.

(End of clause)

252.225-7043 ANTITERRORISM/FORCE PROTECTION POLICY FOR DEFENSE CONTRACTORS OUTSIDE THE UNITED STATES (MAR 2006)

(a) Definition. United States, as used in this clause, means, the 50 States, the District of Columbia, and outlying areas.

(b) Except as provided in paragraph (c) of this clause, the Contractor and its subcontractors, if performing or traveling outside the United States under this contract, shall--

(1) Affiliate with the Overseas Security Advisory Council, if the Contractor or subcontractor is a U.S. entity;

(2) Ensure that Contractor and subcontractor personnel who are U.S. nationals and are in-country on a non-transitory basis, register with the U.S. Embassy, and that Contractor and subcontractor personnel who are third country nationals comply with any security related requirements of the Embassy of their nationality;

(3) Provide, to Contractor and subcontractor personnel, antiterrorism/force protection awareness information commensurate with that which the Department of Defense (DoD) provides to its military and civilian personnel and their families, to the extent such information can be made available prior to travel outside the United States; and

(4) Obtain and comply with the most current antiterrorism/force protection guidance for Contractor and subcontractor personnel.

(c) The requirements of this clause do not apply to any subcontractor that is--

(1) A foreign government;

(2) A representative of a foreign government; or

(3) A foreign corporation wholly owned by a foreign government.

(d) Information and guidance pertaining to DoD antiterrorism/force protection can be obtained from [Contracting Officer to insert applicable information cited in PGI 225.7403-1].

(End of clause)

**KEY PERSONNEL (MAR 1999) (USAMRAA)**

a. The Contractor agrees to utilize the following Key Personnel on this contract:

Project Manager and Task Manager. Key Personnel identified for individual delivery orders may not be changed after contract award without the written approval of the Contracting Officer. The Contractor shall provide two (2) weeks notice to the Government when proposing changes in Key Personnel.

b. The above Key Personnel shall be utilized as necessary to fulfill the requirements of this contract.
c. The offerer must provide thorough and detailed documentation of the experience, abilities, and background for Key Personnel under this contract in the form of resumes or equivalent statements of qualifications. Such documentation should include but not be limited to: name, curriculum vitae, type and description of experience.
d. The contractor agrees that during the contract performance period substitution for Key Personnel shall not be permitted unless such substitution is necessitated by sudden illness, death, or termination of employment. In any of these events, the contractor shall promptly notify the Contracting Officer and provide the information required by paragraph (e) below.

e. All requests for substitutions must provide a detailed explanation of the circumstances necessitating the proposed substitution(s), a complete resume for the proposed substitute(s), and any other information requested by the Contracting Officer needed to approve or disapprove the proposed substitution(s). All proposed substitutes shall have qualifications that are equal to or higher than the qualifications of the person to be replaced. The Contracting Officer or his authorized representative will evaluate such requests and promptly notify the contractor of his approval or disapproval thereof.

f. If any of the listed Key Personnel are subcontractor personnel, the contractor shall include the substance of this clause in any subcontract which he awards under this contract.

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2003 |
| 52.204-2 | Security Requirements | AUG 1996 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | OCT 2003 |
| 52.208-9 | Contractor Use of Mandatory Sources of Supply | JUL 2004 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.211-16 | Variation In Quantity | APR 1984 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-2 Alt II | Audit and Records--Negotiation (Jun 1999) - Alternate II | APR 1998 |
| 52.215-2 Alt III | Audit and Records--Negotiation (Jun 1999) Alternate III | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-9 | Changes or Additions to Make-or-Buy Program | OCT 1997 |
| 52.215-9 Alt I | Changes or Additions to Make-or-Buy Programs (Oct 1997) - Alternate I | OCT 1997 |
| 52.215-9 Alt II | Changes or Additions to Make-or-Buy Programs (Oct 1997) - Alternate II | OCT 1997 |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-12 | Subcontractor Cost or Pricing Data | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-15 | Pension Adjustments and Asset Reversions | OCT 2004 |
| 52.215-16 | Facilities Capital Cost of Money | JUN 2003 |
| 52.215-17 | Waiver of Facilities Capital Cost of Money | OCT 1997 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other than Pensions | OCT 1997 |
| 52.215-19 | Notification of Ownership Changes | OCT 1997 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | OCT 1997 |
| 52.216-5 | Price Redetermination--Prospective | OCT 1997 |
| 52.216-6 | Price Redetermination-Retroactive | OCT 1997 |
| 52.216-7 | Allowable Cost And Payment | DEC 2002 |

| | | |
|---|---|---|
| 52.216-8 | Fixed Fee | MAR 1997 |
| 52.216-10 | Incentive Fee | MAR 1997 |
| 52.216-23 | Execution And Commencement Of Work | APR 1984 |
| 52.216-24 | Limitation Of Government Liability | APR 1984 |
| 52.216-25 | Contract Definitization | OCT 1997 |
| 52.216-26 | Payments Of Allowable Costs Before Definitization | DEC 2002 |
| 52.217-8 | Option To Extend Services | NOV 1999 |
| 52.219-3 | Notice of Total HUBZone Set-Aide | JAN 1999 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 | Small Business Subcontracting Plan | JAN 2002 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (Jan 2002) Alternate II | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JUN 2004 |
| 52.222-20 | Walsh-Healey Public Contracts Act | DEC 1996 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-26 Alt I | Equal Opportunity (Apr 2002) - Alternate I | FEB 1999 |
| 52.222-29 | Notification Of Visa Denial | JUN 2003 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-39 | Notification of Employee Rights Concerning Payment of Union Dues or Fees | DEC 2004 |
| 52.222-41 | Service Contract Act Of 1965, As Amended | MAY 1989 |
| 52.222-43 | Fair Labor Standards Act And Service Contract Act - Price Adjustment (Multiple Year And Option) | MAY 1989 |
| 52.222-44 | Fair Labor Standards And Service Contract Act - Price Adjustment | FEB 2002 |
| 52.222-48 | Exemption from Application of Service Contract Act Provisions for Contracts for Maintenance, Calibration, and/or Repair of Certain ADP, Scientific and Medical, and/or Office and Business Equipment - Contractor Certification | AUG 1996 |
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 |
| 52.223-3 Alt I | Hazardous Material Identification and Material Safety Data (Jan 1997) - Alternate I | JUL 1985 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | AUG 2003 |
| 52.223-5 Alt I | Pollution Prevention and Right-to-Know Information (Aug 2003) Alternate I | AUG 2003 |
| 52.223-5 Alt II | Pollution Prevention and Right-to-Know Information (Aug 2002) Alt II | AUG 2003 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-7 | Notice Of Radioactive Materials | JAN 1997 |
| 52.223-11 | Ozone-Depleting Substances | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-1 | Buy American Act--Supplies | JUN 2003 |
| 52.225-5 | Trade Agreements | JAN 2005 |

| | | |
|---|---|---|
| 52.225-8 | Duty-Free Entry | FEB 2000 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | DEC 2003 |
| 52.225-15 | Santioned European Union Country End Products | FEB 2000 |
| 52.225-16 | Sanctioned European Union Country Services | FEB 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-1 Alt I | Authorization And Consent (Jul 1995) - Alternate I | APR 1984 |
| 52.227-1 Alt II | Authorization and Consent (Jul 1995) - Alternate II | APR 1984 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-3 | Patent Indemnity | APR 1984 |
| 52.227-3 Alt I | Patent Indemnity (Apr 1984) - Alternate I | APR 1984 |
| 52.227-3 Alt II | Patent Indemnity (Apr 1984) - Alternate II | APR 1984 |
| 52.227-3 Alt III | Patent Indemnity (Apr 1984) - Alternate III | JUL 1995 |
| 52.227-5 | Waiver of Indemnity | APR 1984 |
| 52.227-9 | Refund Of Royalties | APR 1984 |
| 52.227-10 | Filing Of Patent Applications--Classified Subject Matter | APR 1984 |
| 52.227-14 | Rights in Data--General | JUN 1987 |
| 52.227-14 Alt I | Rights in Data--General (Jun 1987) - Alternate I | JUN 1987 |
| 52.227-14 Alt II | Rights in Data--General (Jun 1987) - Alternate II | JUN 1987 |
| 52.227-14 Alt III | Rights in Data--General (Jun 1987) - Alternate III | JUN 1987 |
| 52.227-14 Alt V | Rights in Data--General (Jun 1987) - Alternate V | JUN 1987 |
| 52.227-17 | Rights In Data-Special Works | JUN 1987 |
| 52.227-18 | Rights in Data--Existing Works | JUN 1987 |
| 52.227-19 | Commercial Computer Software- Restricted Rights | JUN 1987 |
| 52.227-21 | Technical Data Certification, Revision, and Withholding of Payment--Major Systems | JAN 1997 |
| 52.227-22 | Major System--Minimum Rights | JUN 1987 |
| 52.227-23 | Rights to Proposal Data (Technical) | JUN 1987 |
| 52.228-2 | Additional Bond Security | OCT 1997 |
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.228-7 | Insurance--Liability To Third Persons | MAR 1996 |
| 52.228-16 Alt I | Performance and Payment Bonds--Other Than Construction (Jul 2000) - Alternate I | JUL 2000 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.229-4 | Federal, State, And Local Taxes (State and Local Adjustments) | APR 2003 |
| 52.229-6 | Taxes--Foreign Fixed-Price Contracts | JUN 2003 |
| 52.229-10 | State of New Mexico Gross Receipts and Compensating Tax | APR 2003 |
| 52.230-2 | Cost Accounting Standards | APR 1998 |
| 52.230-3 | Disclosure And Consistency Of Cost Accounting Practices | APR 1998 |
| 52.230-4 | Consistency In Cost Accounting Practices | AUG 1992 |
| 52.230-6 | Administration of Cost Accounting Standards | NOV 1999 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-7 | Payments Under Time-And-Materials And Labor Hour Contracts | DEC 2002 |
| 52.232-7 Alt I | Payments Under Time-And-Materials And Labor Hour Contracts (Dec 2002) - Alternate I | MAR 2000 |
| 52.232-7 Alt II | Payments Under Time-And-Materials And Labor Hour Contracts (Dec 2002) - Alternate II | FEB 2002 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |
| 52.232-9 | Limitation On Withholding Of Payments | APR 1984 |
| 52.232-11 | Extras | APR 1984 |

| | | |
|---|---|---|
| 52.232-17 | Interest | JUN 1996 |
| 52.232-18 | Availability Of Funds | APR 1984 |
| 52.232-19 | Availability Of Funds For The Next Fiscal Year | APR 1984 |
| 52.232-20 | Limitation Of Cost | APR 1984 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-25 | Prompt Payment | OCT 2003 |
| 52.232-32 | Performance-Based Payments | FEB 2002 |
| 52.232-36 | Payment by Third Party | MAY 1999 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-3 Alt I | Protest After Award (Aug 1996) - Alternate I | JUN 1985 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.237-3 | Continuity Of Services | JAN 1991 |
| 52.237-9 | Waiver of Limitation on Severance Payments to Foreign Nationals | AUG 2003 |
| 52.242-1 | Notice of Intent to Disallow Costs | APR 1984 |
| 52.242-3 | Penalties for Unallowable Costs | MAY 2001 |
| 52.242-4 | Certification of Final Indirect Costs | JAN 1997 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.243-1 Alt II | Changes--Fixed-Price (Aug 1987) - Alternate II | APR 1984 |
| 52.243-2 Alt I | Changes--Cost-Reimbursement (Aug 1987) - Alternate I | APR 1984 |
| 52.243-2 Alt II | Changes--Cost Reimbursement (Aug 1987) - Alternate II | APR 1984 |
| 52.243-3 | Changes--Time-And-Material Or Labor-Hours | SEP 2000 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.243-7 | Notification Of Changes | APR 1984 |
| 52.244-2 Alt I | Subcontracts (Aug 1998) - Alternate I | AUG 1998 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | DEC 2004 |
| 52.245-1 | Property Records | APR 1984 |
| 52.245-2 | Government Property (Fixed Price Contracts) | MAY 2004 |
| 52.245-2 Alt I | Government Property (Fixed-Price Contracts) (May 2004) - Alternate I | APR 1984 |
| 52.245-2 Alt I (Dev) | Government Property (Fixed-Price Contracts) (May 2004) Alternate I Deviation | APR 1984 |
| 52.245-2 Alt II | Government Property (Fixed-Price Contracts) (May 2004) - Alternate II | JUN 2003 |
| 52.245-2 Alt II Dev | Government Property (Fixed-Price Contracts) (May 2004) Alternate II Deviation | JUL 1995 |
| 52.245-3 | Identification of Government-Furnished Property | APR 1984 |
| 52.245-4 | Government-Furnished Property (Short Form) | JUN 2003 |
| 52.245-5 Dev | Government Property (Cost-Reimbursement, Time-and-Material, or Labor-Hour Contracts) Deviation | MAY 2004 |
| 52.245-9 | Use And Charges | APR 1984 |
| 52.245-17 | Special Tooling | MAY 2004 |
| 52.245-17 (Dev) | Special Tooling (Deviation) | APR 1984 |
| 52.245-17 Alt I (Dev) | Special Tooling Alternate I (Deviation) | APR 1984 |
| 52.245-18 | Special Test Equipment | FEB 1993 |
| 52.245-19 | Government Property Furnished "As Is" | APR 1984 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-23 | Limitation Of Liability | FEB 1997 |
| 52.246-25 | Limitation Of Liability--Services | FEB 1997 |
| 52.248-1 | Value Engineering | FEB 2000 |

| | | |
|---|---|---|
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | MAY 2004 |
| 52.249-6 | Termination (Cost Reimbursement) | MAY 2004 |
| 52.249-6 Alt IV | Termination (Cost Reimbursement) (May 2004) - Alternate IV | SEP 1996 |
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 |
| 52.249-8 Alt I | Default (Fixed-Price Supply and Service) (Apr 1984) - Alternate I | APR 1984 |
| 52.249-14 | Excusable Delays | APR 1984 |
| 52.251-1 | Government Supply Sources | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Required Central Contractor Registration Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.211-7000 | Acquisition Streamlining | DEC 1991 |
| 252.211-7003 | Item Identification and Valuation | JAN 2004 |
| 252.215-7000 | Pricing Adjustments | DEC 1991 |
| 252.215-7002 | Cost Estimating System Requirements | OCT 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.225-7001 | Buy American Act And Balance Of Payments Program | APR 2003 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | APR 2003 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |
| 252.225-7013 | Duty-Free Entry | JAN 2004 |
| 252.225-7021 | Trade Agreements | DEC 2004 |
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns | SEP 2004 |
| 252.227-7013 | Rights in Technical Data--Noncommercial Items | NOV 1995 |
| 252.227-7014 | Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation | JUN 1995 |
| 252.227-7019 | Validation of Asserted Restrictions--Computer Software | JUN 1995 |
| 252.227-7027 | Deferred Ordering Of Technical Data Or Computer Software | APR 1988 |
| 252.227-7030 | Technical Data--Withholding Of Payment | MAR 2000 |
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | SEP 1999 |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 |
| 252.232-7003 | Electronic Submission of Payment Requests | JAN 2004 |
| 252.234-7001 | Earned Value Management System | MAR 1998 |
| 252.242-7004 | Material Management And Accounting System | DEC 2000 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | MAR 2000 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.216-16 INCENTIVE PRICE REVISION--FIRM TARGET (OCT 1997)

**COMPLETED as necessary for individual task orders.**

(a) General. The supplies or services identified in the Schedule as Items [Contracting Officer insert Schedule line item numbers] are subject to price revision in accordance with this clause; provided, that in no event shall the total final price of these items exceed the ceiling price of . . dollars ($ ). Any supplies or services that are to be (1) ordered separately under, or otherwise added to, this contract and (2) subject to price revision in accordance with the terms of this clause shall be identified as such in a modification to this contract.

(b) Definition. "Costs," as used in this clause, means allowable costs in accordance with Part 31 of the Federal Acquisition Regulation (FAR) in effect on the date of this contract.

(c) Data submission. (1) Within [Contracting Officer insert number of days] days after the end of the month in which the Contractor has delivered the last unit of supplies and completed the services specified by item number in paragraph (a) of this clause, the Contractor shall submit in the format of Table 15-2, FAR 15.408, or in any other form on which the parties agree--

(i) A detailed statement of all costs incurred up to the end of that month in performing all work under the items;

(ii) An estimate of costs of further performance, if any, that may be necessary to complete performance of all work under the items;

(iii) A list of all residual inventory and an estimate of its value; and

(iv) Any other relevant data that the Contracting Officer may reasonably require.

(2) If the Contractor fails to submit the data required by subparagraph (1) above within the time specified and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the data submittal period, the amount of the excess shall bear interest, computed from the date the data were due to the date of repayment, at the rate established in accordance with the Interest clause.

(d) Price revision. Upon the Contracting Officer's receipt of the data required by paragraph (c) above, the Contracting Officer and the Contractor shall promptly establish the total final price of the items specified in (a) above by applying to final negotiated cost an adjustment for profit or loss, as follows:

(1) On the basis of the information required by paragraph (c) above, together with any other pertinent information, the parties shall negotiate the total final cost incurred or to be incurred for supplies delivered (or services performed) and accepted by the Government and which are subject to price revision under this clause.

(2) The total final price shall be established by applying to the total final negotiated cost an adjustment for profit or loss, as follows:

(i) If the total final negotiated cost is equal to the total target cost, the adjustment is the total target profit.

(ii) If the total final negotiated cost is greater than the total target cost, the adjustment is the total target profit, less [Contracting Officer insert percent] percent of the amount by which the total final negotiated cost exceeds the total target cost.

(iii) If the final negotiated cost is less than the total target cost, the adjustment is the total target profit plus [Contracting Officer insert percent] percent of the amount by which the total final negotiated cost is less than the total target cost.

(End of clause)

(e) Contract modification. The total final price of the items specified in paragraph (a) above shall be evidenced by a modification to this contract, signed by the Contractor and the Contracting Officer. This price shall not be subject to revision, notwithstanding any changes in the cost of performing the contract, except to the extent that--

(1) The parties may agree in writing, before the determination of total final price, to exclude specific elements of cost from this price and to a procedure for subsequent disposition of those elements; and

(2) Adjustments or credits are explicitly permitted or required by this or any other clause in this contract.

(f) Adjusting billing prices. (1) Pending execution of the contract modification (see paragraph (e) above), the Contractor shall submit invoices or vouchers in accordance with billing prices as provided in this paragraph. The billing prices shall be the target prices shown in this contract.

(2) If at any time it appears from information provided by the contractor under subparagraph (g)(2) below that the then-current billing prices will be substantially greater than the estimated final prices, the parties shall negotiate a reduction in the billing prices. Similarly, the parties may negotiate an increase in billing prices by any or all of the difference between the target prices and the ceiling price, upon the Contractor's submission of factual data showing that final cost under this contract will be substantially greater than the target cost.

(3) Any billing price adjustment shall be reflected in a contract modification and shall not affect the determination of the total final price under paragraph (d) above. After the contract modification establishing the total final price is executed, the total amount paid or to be paid on all invoices or vouchers shall be adjusted to reflect the total final price, and any resulting additional payments, refunds, or credits shall be made promptly.

(g) Quarterly limitation on payments statement. This paragraph (g) shall apply until final price revision under this contract has been completed.

(1) Within 45 days after the end of each quarter of the Contractor's fiscal year in which a delivery is first made (or services are first performed) and accepted by the Government under this contract, and for each quarter thereafter, the Contractor shall submit to the contract administration office (with a copy to the contracting office and the cognizant contract auditor) a statement, cumulative from the beginning of the contract, showing--

(i) The total contract price of all supplies delivered (or services performed) and accepted by the Government and for which final prices have been established;

(ii) The total costs (estimated to the extent necessary) reasonably incurred for, and properly allocable solely to, the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established;

(iii) The portion of the total target profit (used in establishing the initial contract price or agreed to for the purpose of this paragraph (g)) that is in direct proportion to the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established--increased or decreased in accordance with subparagraph (d)(2) above, when the amount stated under subdivision (ii), immediately above, differs from the aggregate target costs of the supplies or services; and

(iv) The total amount of all invoices or vouchers for supplies delivered (or services performed) and accepted by the Government (including amounts applied or to be applied to liquidate progress payments).

(2) Notwithstanding any provision of this contract authorizing greater payments, if on any quarterly statement the amount under subdivision (1)(iv) above exceeds the sum due the Contractor, as computed in accordance with subdivisions (1)(i), (ii), and (iii) above, the Contractor shall immediately refund or credit to the Government the amount of this excess. The Contractor may, when appropriate, reduce this refund or credit by the amount of any applicable tax credits due the Contractor under 26 U.S.C. 1481 and by the amount of previous refunds or credits effected under this clause. If any portion of the excess has been applied to the liquidation of progress payments, then that portion may, instead of being refunded, be added to the unliquidated progress payment account consistent with the Progress Payments clause. The Contractor shall provide complete details to support any claimed reductions in refunds.

(3) If the Contractor fails to submit the quarterly statement within 45 days after the end of each quarter and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the statement submittal period, the amount of the excess shall bear interest, computed from the date the quarterly statement was due to the date of repayment, at the rate established in accordance with the Interest clause.

(h) Subcontracts. No subcontract placed under this contract may provide for payment on a cost-plus-a-percentage-of-cost basis. The Contractor shall--

(1) Insert in each price redetermination or incentive price revision subcontract the substance of paragraph (g), above, and of this paragraph (h), modified to omit mention of the Government and to reflect the position of the Contractor as purchaser and of the subcontractor as vendor, and to omit that part of subparagraph (g)(2) above relating to tax credits; and

(2) Include in each cost-reimbursement subcontract a requirement that each lower-tier price redetermination or incentive price revision subcontract contain the substance of paragraph (g) above and of this paragraph (h), modified as required by subparagraph (1) above.

(i) Disagreements. If the Contractor and the Contracting Officer fail to agree upon the total final price within 60 days (or within such other period as the Contracting Officer may specify) after the date on which the data required by paragraph (c) above are to be submitted, the Contracting Officer shall promptly issue a decision in accordance with the Disputes clause.

(j) Termination. If this contract is terminated before the total final price is established, prices of supplies or services subject to price revision shall be established in accordance with this clause for (1) completed supplies and services accepted by the Government and (2) those supplies and services not terminated under a partial termination. All other elements of the termination shall be resolved in accordance with other applicable clauses of this contract.

(k) Equitable adjustment under other clauses. If an equitable adjustment in the contract price is made under any other clause of this contract before the total final price is established, the adjustment shall be made in the total target cost and may be made in the maximum dollar limit on the total final price, the total target profit, or both. If the adjustment is made after the total final price is established, only the total final price shall be adjusted.

(l) Exclusion from target price and total final price. If any clause of this contract provides that the contract price does not or will not include an amount for a specific purpose, then neither any target price nor the total final price includes or will include any amount for that purpose.

(m) Separate reimbursement. If any clause of this contract expressly provides that the cost of performance of an obligation shall be at Government expense, that expense shall not be included in any target price or in the total final price, but shall be reimbursed separately.

(n) Taxes. As used in the Federal, State, and Local Taxes clause or in any other clause that provides for certain taxes or duties to be included in, or excluded from, the contract price, the term "contract price" includes the total target price or, if it has been established, the total final price. When any of these clauses requires that the contract price be

increased or decreased as a result of changes in the obligation of the Contractor to pay or bear the burden of certain taxes or duties, the increase or decrease shall be made in the total target price or, if it has been established, in the total final price, so that it will not affect the Contractor's profit or loss on this contract.

52.216-18 ORDERING. (OCT 1995)

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from 1 February 2008 through 31 January 2018.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $15,000.00, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of $500,000,000.00;

(2) Any order for a combination of items in excess of $500,000,000.00; or

(3) A series of orders from the same ordering office within 10 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22 INDEFINITE QUANTITY. (OCT 1995)

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after 31 January 2019.

(End of clause)

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 60 days of the then current year contract term; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 120 months.
(End of clause)

52.222-2 PAYMENT FOR OVERTIME PREMIUMS (JUL 1990)

(a) The use of overtime is authorized under this contract if the overtime premium cost does not exceed **SPECIFIED ON EACH DELIVERY ORDER/TASK ORDER WHEN APPLICABLE** or the overtime premium is paid for work --

(1) Necessary to cope with emergencies such as those resulting from accidents, natural disasters, breakdowns of production equipment, or occasional production bottlenecks of a sporadic nature;

(2) By indirect-labor employees such as those performing duties in connection with administration, protection, transportation, maintenance, standby plant protection, operation of utilities, or accounting;

(3) To perform tests, industrial processes, laboratory procedures, loading or unloading of transportation conveyances, and operations in flight or afloat that are continuous in nature and cannot reasonably be interrupted or

completed otherwise; or

(4) That will result in lower overall costs to the Government.

(b) Any request for estimated overtime premiums that exceeds the amount specified above shall include all estimated overtime for contract completion and shall--

(1) Identify the work unit; e.g., department or section in which the requested overtime will be used, together with present workload, staffing, and other data of the affected unit sufficient to permit the Contracting Officer to evaluate the necessity for the overtime;

(2) Demonstrate the effect that denial of the request will have on the contract delivery or performance schedule;

(3) Identify the extent to which approval of overtime would affect the performance or payments in connection with other Government contracts, together with identification of each affected contract; and

(4) Provide reasons why the required work cannot be performed by using multishift operations or by employing additional personnel.

* Insert either "zero" or the dollar amount agreed to during negotiations. The inserted figure does not apply to the exceptions in paragraph (a)(1) through (a)(4) of the clause.

(End of clause)

52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION
Employee Class Monetary Wage-Fringe Benefits

**SEE SECTION J – ATTACHMENT 06. This Attachment is the Wage Determination not the list of labor categories.**
(End of clause)

52.222-49 SERVICE CONTRACT ACT--PLACE OF PERFORMANCE UNKNOWN (MAY 1989)

(a) This contract is subject to the Service Contract Act, and the place of performance was unknown when the solicitation was issued. In addition to places or areas identified in wage determinations, if any, attached to the solicitation, wage determinations have also been requested for the following SEE SECTION J, ATTACHMENT ___. The Contracting Officer will request wage determinations for additional places or areas of performance if asked to do so in writing by the **AWARDED CONTRACTOR**.

(b) Offerors who intend to perform in a place or area of performance for which a wage determination has not been attached or requested may nevertheless submit bids or proposals. However, a wage determination shall be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

(End of clause)

52.244-2 SUBCONTRACTS (AUG 1998)

(a) Definitions. As used in this clause--

Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) This clause does not apply to subcontracts for special test equipment when the contract contains the clause at FAR 52.245-18, Special Test Equipment.

(c) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (d) or (e) of this clause.

(d) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that--

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds--

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(e) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:

**New subcontractors for labor, other than personnel firms.**

(f)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (c), (d), or (e) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting--

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(g) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination--

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(h) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(i) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(j) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(k) Paragraphs (d) and (f) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

______________________

______________________

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.usamraa.army.mil

(End of clause)

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

FAR CLAUSE 52.203-13

**52.203-13 Contractor Code of Business Ethics and Conduct.**

As prescribed in 3.1004(a), insert the following clause:

CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT (DEC 2007)

(a) *Definition.*

"United States," as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) *Code of business ethics and conduct.*

(1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall—

(i) Have a written code of business ethics and conduct; and

(ii) Provide a copy of the code to each employee engaged in performance of the contract.

(2) The Contractor shall promote compliance with its code of business ethics and conduct.

(c) *Awareness program and internal control system for other than small businesses.* This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract. The

Contractor shall establish within 90 days after contract award, unless the Contracting Officer establishes a longer time period—

(1) An ongoing business ethics and business conduct awareness program; and

(2) An internal control system.

(i) The Contractor's internal control system shall—

(A) Facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) For example, the Contractor's internal control system should provide for—

(A) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractor's code of business ethics and conduct and the special requirements of Government contracting;

(B) An internal reporting mechanism, such as a hotline, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports;

(C) Internal and/or external audits, as appropriate; and

(D) Disciplinary action for improper conduct.

(d) *Subcontracts.* The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5,000,000 and a performance period of more than 120 days, except when the subcontract—

(1) Is for the acquisition of a commercial item; or

(2) Is performed entirely outside the United States.

FAR CLAUSE 52.203-14

**52.203-14 Display of Hotline Poster(s).**

As prescribed in 3.1004(b), insert the following clause:

DISPLAY OF HOTLINE POSTER(S) (DEC 2007)

(a) *Definition.*

"United States," as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b) *Display of fraud hotline poster(s).* Except as provided in paragraph (c)—

(1) During contract performance in the United States, the Contractor shall prominently display in common work areas within business segments performing work under this contract and at contract work sites—

(i) Any agency fraud hotline poster or Department of Homeland Security (DHS) fraud hotline poster identified in paragraph (b)(3) of this clause; and

(ii) Any DHS fraud hotline poster subsequently identified by the Contracting Officer.

(2) Additionally, if the Contractor maintains a company website as a method of providing information to employees, the Contractor shall display an electronic version of the poster(s) at the website.

(3) Any required posters may be obtained as follows:

See DFARS 252.203-7002.

(c) If the Contractor has implemented a business ethics and conduct awareness program, including a reporting mechanism, such as a hotline poster, then the Contractor need not display any agency fraud hotline posters as required in paragraph (b) of this clause, other than any required DHS posters.

(d) *Subcontracts*. The Contractor shall include the substance of this clause, including this paragraph (d), in all subcontracts that exceed $5,000,000, except when the subcontract—

(1) Is for the acquisition of a commercial item; or

(2) Is performed entirely outside the United States.

(End of clause)

FAR CLAUSE 52.219-28

**52.219-28 Post-Award Small Business Program Rerepresentation.**

As prescribed in 19.308(d), insert the following clause:

POST-AWARD SMALL BUSINESS PROGRAM REREPRESENTATION (JUNE 2007)

(a) *Definitions*. As used in this clause—

*Long-term contract* means a contract of more than five years in duration, including options. However, the term does not include contracts that exceed five years in duration because the period of performance has been extended for a cumulative period not to exceed six months under the clause at 52.217-8, Option to Extend Services, or other appropriate authority.

*Small business concern* means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and the size standard in paragraph (c) of this clause.

(b) If the Contractor represented that it was a small business concern prior to award of this contract, the Contractor shall rerepresent its size status according to paragraph (e) of this clause or, if applicable, paragraph (g) of this clause, upon the occurrence of any of the following:

(1) Within 30 days after execution of a novation agreement or within 30 days after modification of the contract to include this clause, if the novation agreement was executed prior to inclusion of this clause in the contract.

(2) Within 30 days after a merger or acquisition that does not require a novation or within 30 days after modification of the contract to include this clause, if the merger or acquisition occurred prior to inclusion of this clause in the contract.

(3) For long-term contracts—

(i) Within 60 to 120 days prior to the end of the fifth year of the contract; and

(ii) Within 60 to 120 days prior to the exercise date specified in the contract for any option thereafter.

(c) The Contractor shall rerepresent its size status in accordance with the size standard in effect at the time of this rerepresentation that corresponds to the North American Industry Classification System (NAICS) code assigned to this contract. The small business size standard corresponding to this NAICS code can be found at http://www.sba.gov/services/contractingopportunities/sizestandardstopics/.

(d) The small business size standard for a Contractor providing a product which it does not manufacture itself, for a contract other than a construction or service contract, is 500 employees.

(e) Except as provided in paragraph (g) of this clause, the Contractor shall make the rerepresentation required by paragraph (b) of this clause by validating or updating all its representations in the Online Representations and Certifications Application and its data in the Central Contractor Registration, as necessary, to ensure they reflect current status. The Contractor shall notify the contracting office by e-mail, or otherwise in writing, that the data have been validated or updated, and provide the date of the validation or update.

(f) If the Contractor represented that it was other than a small business concern prior to award of this contract, the Contractor may, but is not required to, take the actions required by paragraphs (e) or (g) of this clause.

(g) If the Contractor does not have representations and certifications in ORCA, or does not have a representation in ORCA for the NAICS code applicable to this contract, the Contractor is required to complete the following rerepresentation and submit it to the contracting office, along with the contract number and the date on which the rerepresentation was completed:

The Contractor represents that it o is, o is not a small business concern under NAICS Code ______________ assigned to contract number ______________.

[*Contractor to sign and date and insert authorized signer's name and title*].

(End of clause

Section J - List of Documents, Exhibits and Other Attachments

Exhibit/Attachment Table of Contents

| DOCUMENT TYPE | DESCRIPTION | PAGES | DATE |
|---|---|---|---|
| Attachment 01 | Attachment 1 - Organizational Conflict of Interest | | 16-MAY-2005 |
| Attachment 02 | Attachment 2 - Non-Disclosure Statement | | 16-MAY-2005 |
| Attachment 03 | Attachment 3 - Monthly Progress Report | | 16-MAY-2005 |
| Attachment 04 | Attachment 4 - Cost Reporting Format | | 16-MAY-2005 |
| Attachment 05 | Attachment 5 - Labor Rate Table | | |
| Attachment 06 | Attachment 6 - Wage Determination | | 18 January 2008 |
| Attachment 07 | Attachment 7 - Labor Category Descriptions | | 16-MAY-2005 |