# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-487C |
| v. | ) | (Judge Braden) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

Pursuant to the Court's oral Order of July 8, 2008, defendant, the United States, gives this notice of filing of the following documents. These documents are in addition to the TEAMS Contracts filed earlier today with the Court. Due to the timeframe set by the Court's order to file the documents today at the 4:30 P.M. status conference on July 8, we will follow this filing with a subsequent electronic and hard copy filing with Bates numbering included. The documents are:

1. E-mail from Green to Green re: Program Support Solicitation CMID, 6/18/08 (with attachments);
2. Program Support Solicitation CMID, Appendices C-G, 6/18/08 (cont'd attachments);
3. E-mail from Green to Green re: Amendment 2 to Solicitation Aurora Program Support, 6/19/08;
4. E-mail from Green to Green re: Revised Program Support Solicitation CMID, 6/18/08 (with attachments);
5. Revised Program Support Solicitation CMID, Appendices C-G, 6/18/08 (cont'd attachments);
6. E-mail from Green to Hill re: Program Support Solicitation CMID, 6/18/08 (with attachment);

7. E-mail from Signore to Signore re: Amendment 3 to Aurora Program Support Solicitation, 6/18/08 (with attachments);

8. E-mail from Signore to USAMRAA CSC PURPLE re: Axiom Apparent OCI, 6/18/08;

9. E-mail from Signore to Hill re: Apparent OCI, 6/18/08 (with attachment);

10. E-mail from Hill to Signore re: RE: Apparent OCI, 6/18/08;

11. E-mail from Riley to Signore re: Axiom, 6/19/08;

12. E-mail from Signore to Phillips re: RE: Request for meeting, 6/25/08;

13. E-mail from Signore to Riley re: Axiom Apparent OCI, 6/25/08;

14. E-mail from Green to Green re: CMID 11734 Program Support Solicitation Question and Answers, 6/24/08 (with attachment);

15. E-mail from Miller to Signore re: J&A, 7/9/08 (with attachment);

16. E-mail from Signore to Winchester and Lewis re: FW: Possible OCI (with attached e-mail string);

17. IGCE - Bridge Contract TAD/OGC and T3.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640

July 9, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 9, 2008, a copy of foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor