**Todor, John (CIV)**

**From:** Green, Kelly R. Ms. USAMRAA [kelly.r.green@us.army.mil]

**Sent:** Thursday, June 19, 2008 3:41 PM

**To:** Green, Kelly R. Ms. USAMRAA

**Subject:** Amendment 2 t solicitation Aurora Program Support, (UNCLASSIFIED)

Classification: **UNCLASSIFIED**
Caveats: NONE

19 June 2008

NOTICE: Amendment to the Instructions to Offerors, Aurora Program Support, CMID 11734

This requirement is for a limited sources task order award against TEAMS IDIQ contracts. Award is contingent upon the appeal of Axiom vs. The United States of America.

Purpose: The Aurora Program Support solicitation is planned to produce a Short Term Bridge Task Order. If the Government's request for Stay of the existing Court order is received from the Court, the solicitation for Aurora Program Support will be canceled, and not result in an award. Offerors will not be eligible for B&P costs.

This award is contingent upon the resolution of the appeal of Axiom Resource Management, Inc. vs. The United States, Fed. Cir. No. 2008-5072 (appeal docketed April 29, 2008), after the resolution of which the execution of terms of Contract W81XWH-06-F-0440 will resume, provided that this continued performance is consistent with the mandate of the court of appeals.

All other terms and conditions of the solicitation documents remain unchanged.

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

Classification: **UNCLASSIFIED**
Caveats: NONE