**Todor, John (CIV)**

---

**From:** Green, Kelly R. Ms. USAMRAA [kelly.r.green@us.army.mil]
**Sent:** Wednesday, June 18, 2008 2:39 PM
**To:** Hill, Russell
**Subject:** Program Support Solicitation CMID 11734 (UNCLASSIFIED)
**Attachments:** Revised Letter to Axiom.doc

Classification: **UNCLASSIFIED**
Caveats: NONE

<<...>>
Please see the attachment.

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

Classification: **UNCLASSIFIED**
Caveats: NONE

**DEPARTMENT OF THE ARMY**
US ARMY MEDICAL RESEARCH ACQUISITION ACTIVITY
820 CHANDLER STREET
FORT DETRICK MD 21701-5014

18 June 2008

Reference:

1. Request for Proposal, Category 2 Support for Aurora
2. Daniel R. Signore, Contracting Officer, letter dated 18 June 2008 to Axiom pertaining to Apparent Organizational Conflict of Interest

Mr. Hill,

No withstanding reference 2 above, the solicitation for the Category 2 support for Aurora is sent to Axiom because of the long-standing legal course that has brought us to this requirement. Axiom will only be eligible for award of this requirement if Axiom resolves the apparent Organizational Conflict of Interest to the Government's satification.

Printed on Recycled Paper