**Todor, John (CIV)**

**From:** Signore, Dan R Mr USAMRAA [daniel.signore@us.army.mil]
**Sent:** Wednesday, June 18, 2008 12:00 PM
**To:** 'Hill, Russell'
**Subject:** Apparent OCI (UNCLASSIFIED)

**Attachments:** Axiom OCI.pdf

Axiom OCI.pdf

Classification: UNCLASSIFIED
Caveats: NONE

Dear Mr. Hill,

Please see the attached letter regarding an apparent OCI. Your immediate attention is requested.

Thank you,
Dan Signore

Daniel R. Signore
Contracting Officer / Account Manager
U.S. Army Medical Research Acquisition Activity
820 Chandler Street
Fort Detrick, MD 21702
Phone:301-619-7423
Classification: UNCLASSIFIED
Caveats: NONE

**DEPARTMENT OF THE ARMY**
United States Army Medical Research Acquisition Activity
820 Chandler St
Fort Detrick, MD 21702

REPLY TO
ATTENTION OF

June 18, 2008

MCMR-AAA-P

Axiom Resource Management Inc.
ATTN: Russell Hill
Director of Contracts
5203 Leesburg Pike
Suite 300
Falls Church, VA 22041

Subject: Apparent Organizational Conflict of Interest (OCI)

Dear Mr. Hill:

It has come to our attention that an apparent Organizational Conflict of Interest exists between Axiom, performing on the TMA TEAMS IDIQ contract W81XWH-08-D-0024, and Centre Consulting Incorporated, (DUNS number 101730138), performing as a subcontractor of Intellidyne on the TMA TAARMS IDIQ contract W81XWH-08-D-0013.

As you know, TRICARE Management Activity has categorized all its non-purchased care requirements into three broad categories for the purpose of assisting in identifying, avoiding or mitigating against OCIs in accordance with FAR Subpart 9.5.

All requirements under TEAMS IDIQ contract are Category 2: Program Management Support-- Services which assist TMA in planning and managing its activities and programs. This includes, for example: requirements analysis, acquisition support, budget planning and management, business process reengineering, program planning and execution support, and independent technical management support.

All requirements under TAARMS IDIQ contracts are Category 1: TMA Internal Support-Services, which by their very nature give the Contractor access to extensive data about the contracts of <u>all</u> other TMA contractors.

Contractor participation in more than one of these categories may give rise to an unfair competitive advantage resulting from access to advance acquisition planning, source selection sensitive or proprietary information. Approved prime and subcontractors in one category cannot be an approved prime or subcontractor at the same time in another category. Furthermore, Category 1 involvement is mutually exclusive from work in

either of the other two categories, as work in Category 1 will provide sensitive business information about the contractors working in Categories 2 and 3. By its very nature, it is impossible to approve a mitigation plan for a contractor working in Category 1, and requesting to perform work in Category 2 or 3.

It has been determined that a relationship exists between Axiom Resources Management and Centre Consulting, Incorporated under the TEAMS and T/AARMS contracts, respectively. This is an untenable situation. Furthermore, Axiom failed to disclose this relationship at any time during:

1) the TEAMS proposal period,
2) the TEAMS OCI discussions,
3) after the T/AARMS awards became official 1 November 2007, or
4) during the performance of TEAMS.

Axiom must resolve this conflict immediately. Axiom may jeopardize their standing as a TEAMS prime contractor unless this situation is satisfactorily resolved from the Governments' standpoint. No Category 2 requirements will be forwarded to Axiom until such time as this issue is resolved.

Please correspond directly to the undersigned reagrding this issue, Dan.Signore@amedd.army.mil. Thank you.

Daniel R. Signore
Contracting Officer