**Todor, John (CIV)**

**From:** Hill, Russell [rhill@axiom-rm.com]
**Sent:** Wednesday, June 18, 2008 3:39 PM
**To:** Signore, Dan R Mr USAMRAA; Signore, Dan R Mr USAMRAA
**Subject:** RE: Apparent OCI (UNCLASSIFIED)

Mr. Signore:

I have received both the RFP Program Support Solicitation CMID 11734, and subsequent the message from Kelly Green regarding our exclusion from procurements unless we resolve the alleged OCI. When did the exclusion begin? Have we missed any other opportunities? Please contact me to clarify what OCI you feel Axiom has. As your letter stated, we too would like to resolve this immediately.

Please contact me without delay.

Russell Hill
Vice President- Contracts
Axiom Resource Management, Inc.
(703) 998-0327 x216

-----Original Message-----
From: Hill, Russell
Sent: Wednesday, June 18, 2008 1:37 PM
To: 'Signore, Dan R Mr USAMRAA'
Subject: RE: Apparent OCI (UNCLASSIFIED)

Mr. Signore:

As a follow up to my voice mail left earlier today, your email has definitely brought this issue to the forefront of my attention. I am unaware of any Organizational Conflict of Interest regarding Axiom and Centre Consulting Incorporated, as Centre is not a subcontractor to Axiom under TEAMS.

Please let me know what information has been presented to say otherwise. It seems as though this may be a misunderstanding. We would like to resolve this as quickly as possible as we have responses to TEAMS request for proposals in all stages of development/submission.

Please contact me as soon as possible, so we can resolve this very serious issue.

In Haste,

Russell Hill
Vice President- Contracts
Axiom Resource Management, Inc.
(703) 998-0327 x216

-----Original Message-----
From: Signore, Dan R Mr USAMRAA [mailto:daniel.signore@us.army.mil]
Sent: Wednesday, June 18, 2008 12:00 PM
To: Hill, Russell
Subject: Apparent OCI (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Dear Mr. Hill,

Please see the attached letter regarding an apparent OCI. Your immediate attention is requested.

Thank you,
Dan Signore

Daniel R. Signore
Contracting Officer / Account Manager
U.S. Army Medical Research Acquisition Activity
820 Chandler Street
Fort Detrick, MD 21702
Phone:301-619-7423
Classification: UNCLASSIFIED
Caveats: NONE