**Todor, John (CIV)**

**From:** Riley, Kevin [kevin.riley@axiom-rm.com]
**Sent:** Thursday, June 19, 2008 5:23 PM
**To:** Signore, Dan R Mr USAMRAA
**Cc:** Hill, Russell; Peardon, Doug
**Subject:** Axiom

Mr. Signore:

Russell Hill has briefed me on the letters and emails which took place yesterday. As you can imagine, given that the vast majority of our work is within TMA, we are very concerned with the exclusion from bidding on TMA's only Cat 2 contracting vehicle. This is a very serious matter and we want to resolve it immediately because without eligibility for award of Cat 2 work Axiom will suffer serious financial harm.

In the spirit of developing a healthy relationship with USAMRAA, please provide us with the legal rationale that provides the basis for the action taken by the government and guidance on how to remedy the situation to your satisfaction. We have requested and received a review from our counsel and are unaware of any organizational conflicts created by the marriage of two principals in separate companies. Additionally, Centre is not a subcontractor to Axiom under TEAMS and Axiom only performs work in Category 2.

Because time is against Axiom in this matter and you have requested an immediate response, I ask that you work with us in resolving this matter. Please indicate as soon as possible whether you are willing to allow Axiom to submit a mitigation plan that addresses your concerns.

What is our next step?

Respectfully,

Kevin Riley