**Todor, John (CIV)**

**From:** Signore, Dan R Mr USAMRAA [daniel.signore@us.army.mil]
**Sent:** Wednesday, June 25, 2008 7:44 AM
**To:** 'James Phillips'
**Cc:** Winchester, Jay B Mr USAMRMC; 'Ward, Fern (IntelliDyne)'; Sayer, Barry Mr USAMRAA
**Subject:** RE: Request for meeting (UNCLASSIFIED)
**Signed By:** There are problems with the signature. Click the signature button for details.

Classification: **UNCLASSIFIED**

Caveats: NONE

Mr. Philips,

Thank you for your below message. I am sure you understand that the Government does not have privy of contract with Centre Consulting, an approved subcontractor to Intellidyne. As such, my communications will be restricted to the prime contractors.

Thank you,
Dan Signore

*Daniel R. Signore*
Contracting Officer / Account Manager
U.S. Army Medical Research Acquisition Activity
820 Chandler Street
Fort Detrick, MD 21702
Phone:301-619-7423

---

**From:** James Phillips [mailto:jphillips@centreconsult.com]
**Sent:** Tuesday, June 24, 2008 5:35 PM
**To:** Signore, Dan R Mr USAMRAA
**Subject:** Request for meeting
**Importance:** High

Mr. Signore

I am the Executive Vice President of Centre Consulting Inc., and one of three shareholders in that company. I am recently in receipt of two separate communications you provided to both IntelliDyne, LLC (IntelliDyne) and Axiom Resource Management (Axiom) alleging a potential or actual organizational conflict of interest (OCI) between Centre and Axiom by virtue of the fact that one of my partners is married to a principal/officer of Axiom. I'm writing you this message to clearly communicate to you the facts as we know them and obtain clarification about how Centre may approach future TMA procurements under your cognizance.

As a preliminary matter I would note that Centre is currently performing <u>no</u> work of any kind or nature for the TRICARE Management Activity (TMA) as either a prime

contractor or subcontractor. We also at this juncture have not entered into a subcontract with IntelliDyne for the future performance of Category 1 training or acquisition support services. We do have a teaming agreement with IntelliDyne that we hope will lead to a subcontract, however, your recent communications are now deterring us from seeking to consummate such a subcontract. Indeed, we are most reluctant to undertake such an arrangement if it would create potential issues for IntelliDyne, a company that we very much respect.

I will also note that I am an experienced federal contract attorney, possessing more than twenty years of experience in the field. I make this point simply to establish that I have a very real understanding of the rules regarding federal contracting, including OCI issues. Centre itself focuses extensively on providing professional training services to both government agencies and industry, and one of our more popular course offerings is a course dedicated to OCIs. It is because of that background that we are extremely perplexed by your recent communications. Indeed I must tell you that we, as professionals that focus on the rules and teach the rules, are aware of no regulations or case law that hold that an OCI arises simply because two people that work for different companies in the same industry happen to be married. Given the fact that it is not uncommon for married spouses to work for different entities within our industry, I believe that such a *per se* rule raises some practical issues.

Because we very much desire to avoid entering into a contractual arrangement that may at some later date be alleged to give rise to an OCI, we request the opportunity to meet with you and discuss your concerns. Our goal is not to argue with you but rather to understand the basis for your concerns and to determine if some future mitigation action is warranted. Given that I am an experienced attorney, it may be desirable to include your legal counsel in such a discussion as well. Because your recent communications may be construed as preventing not just one company from bidding and performing TMA work, but potentially as many as three companies, we request your urgent attention to this matter.

Thank you.

PS I have discussed this matter with Ms. Fern Ward, Legal Counsel for IntelliDyne, and she authorized me to contact you directly on this subject.

**Jim Phillips**
**Executive Vice President**

Centre Consulting Inc.
1953 Gallows Road
Suite 650
Vienna, VA 22182

Phone: (703) 288-4582
FAX: (703) 288-4868

**STATEMENT OF CONFIDENTIALITY**

The information contained in this electronic message and any attachments hereto are intended for the sole and exclusive use of the addressee(s), and contain confidential and/or privileged attorney/client information. If you are not the intended recipient(s) of this transmission you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this in error, please notify the sender at the contact information indicated above immediately, and destroy all copies of this message and any attachments.

Classification: **UNCLASSIFIED**

Caveats: NONE