**Todor, John (CIV)**

**From:** Green, Kelly R. Ms. USAMRAA [kelly.r.green@us.army.mil]
**Sent:** Tuesday, June 24, 2008 8:10 AM
**To:** Green, Kelly R. Ms. USAMRAA
**Subject:** CMID 11734 Program Support Solicitation Question and Answers (UNCLASSIFIED)
**Attachments:** Answers to Questions CMID 11734.doc

Classification: **UNCLASSIFIED**
Caveats: NONE

<<...>>

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

Classification: **UNCLASSIFIED**
Caveats: NONE

**Question 1**: Appendix C, Evaluation Criteria, T.1.1.3.1 Technical Approach indicates the following: The degree to which the Offeror's technical approach . . . reflects a clear understanding of the capabilities to successfully assist the organization and execution of large-scale meetings, conferences, workshops, symposia, teleconferences . . .

Can you clarify this statement since the Performance Based Statement of Work does not contain a requirement for this type of support?

**Government Response**: This statement was included in the evaluation criteria as error, and is not applicable for this requirement.

Appendix C, Evaluation Criteria, T.1.1.3.1 is changed to read as follows: Technical Approach indicates the following: The degree to which the Offeror's technical approach . . . reflects a clear understanding of the capabilities to successfully provide administrative program management support of TPOD's acquisition initiatives. The successful accomplishments of these duties will result in the development of a suite of T-3 RFPs, smooth transitions of the contracts and successful defense of any procurement protests, as well as continued support for the current TNEX contracts.

**Question 2**. Appendix C, Evaluation Criteria, T.1.1.3.3 Past Performance indicates the following: The degree to which past performance evaluations . . . reflect success in the ability to assist with event organization by researching for and recommending facilitators, translators, and moderators; researching, recommending and securing facilities and participant accommodations in support of events; and assisting with conducting events through registering participants.

Can you clarify this statement since the Performance Based Statement of Work does not contain a requirement for this type of support?

**Government Response**: This statement was included in the evaluation criteria as error, and is not applicable for this requirement.

Appendix C, Evaluation Criteria, T.1.1.3.3 Past Performance is changed to read as follows: The degree to which past performance evaluations . . . reflect success in the ability to provide administrative program management support of acquisition initiatives.

**Question 3**. Appendix G, Instructions to Offerors, Item 5, Transition requires that "plan for 10 days of incoming transition" is to be submitted as part of the non-cost/price proposal (subject to applicable overall non-cost/price proposal page limits).

Does this mean that the Transition In Plan is included in the 20 page limit for the non-cost/price proposal?

**Government Response**: Yes.

**Question 4**. Is PDF submission of the Non-Cost/Price Proposal an acceptable

form of transmission?

**Government Response**: No.

**Question 5.** Is the Quality Control Plan included in the 20-page limit of the Non-Cost/Price Proposal?

**Government Response**: Yes.

**Question 6.** What is the solicitation number for Program Support Solicitation CMID?

**Government Response**: Aurora Program Support Solicitation, CMID 11734