**Todor, John (CIV)**

---

**From:** USAMRAA BLDG 843 [jim.t.miller@us.army.mil]
**Sent:** Wednesday, July 09, 2008 8:15 AM
**To:** Signore, Dan R Mr USAMRAA
**Subject:** J&A
**Attachments:** 2905_001.pdf

08-061

**Limited Sources**
**Justification and Approval**

1. Identification of the agency and contracting activity, and specific identification of the document as a "Limited Source Justification": This is a limited sources justification for a TRICARE Management Activity, TRICARE Policy and Operations Directorate (TPOD), TRICARE Operations Division (TRICARE Operations Division), 16401 E. Centretech Parkway, Aurora, CO 80011 acquisition under the authority of the fair opportunity process pursuant to 16.505(b) (1) of the Federal Acquisition Regulation (FAR). The Contracting Activity responsible for this action is the U.S. Army Medical Research Acquisition Activity (USAMRAA), 820 Chandler Street, Fort Detrick, MD.

2. Nature and/or description of action being approved: The action being approved is a time-and-materials contract for a period of twelve months. Funding will come from FY 08 Operation and Maintenance Appropriations (OMA) through the annual Defense Health Program budget. This limited sources action will solicit proposals from Lockheed Martin Inc. (LMI) and Axiom Resource Management Inc. (Axiom)

3. A description of supplies or services required to meet the agency's needs (including estimated value): This contract award provides program management support services to TRICARE Operations Division to operationalize the TRICARE program. The critical mission of the TRICARE Program is to implement and sustain TRICARE benefits for its 9 million eligible beneficiary population of active duty members, retirees, and their family members. This contract will allow continued non-medical support services for the TRICARE Operations Office which is responsible for the provision of soldier and family emergency and standard medical care. Without contractor support, TRICARE Operations Division will be unable to continue TRICARE Management Activity operations, to include continuity of program management support services and contract administration on the TRICARE Managed Care Support Contract (T-3) suite of contracts. The critical suite of T-3 contracts accomplishes the agency's mission through the procurement, award, and administration of contracts in support of the overall TRICARE Program. Additionally, services include assisting the Integrated Project and Working Integrated Project Teams, Claims Processing, HIPAA Compliance Office, Defense Enrollment Eligibility Reporting System (DEERS) and TRICARE Encounter Data System (TEDS), Office of General Counsel administrative and analytical support, and program wide Subject Matter Experts support in health care administration. The total value of this 6 month base period with two 3 month option periods contract is $5,579,866.

The CMID number for this action is 11734.

4. Identification of the justification rationale in accordance with FAR 16.505 (b) (2)(i) – The current contract with LMI is due to expire on July 14, 2008. This requirement is a

critical need and providing a fair opportunity or full and open competitive procurement would result in unacceptable delays; award under those conditions would take in excess of 120 days. This would cause a disruption in health care services to the current 9.2 million beneficiaries.

Lockheed Martin is the incumbent contractor and the current base period of their contract ends July 14, 2008. A post award protest of the Lockheed Martin contract was submitted by Axiom to the GAO which was dismissed but Axiom pursued the issue in the Court of Appeals. A court order was issued preventing the government from exercising Option Period 1 on the current contract and directing the government to recompete the contract. Compliance with the Court of Appeals has been delayed pending Office of the Judge Advocate General development of appeal litigation case. An appeal of this decision has been filed by the government, specifically the Solicitor General. Until a decision on the appeal is issued, the government can take no further action on the current contract. Therefore, effective July 15, 2008, TRICARE Operations Division and Office of General Council will have no contractor support. The time to render an appeal decision is expected to take longer than is left on the current contract let alone providing a fair opportunity competition. Failure to provide these critical services will result in a significant work stoppage in TRICARE Operations Division and Office of General Council which will have a direct effect on beneficiary health services to the extent that some healthcare may not be provided at all. It is absolutely mission critical that TRICARE Operations Division and Office of General Council have ongoing contractor support with no break in services to preclude this inevitability. To ensure continuity of program management support services, it is in the best interests of the government to do a limited acquisition permitting only Axiom (previous contractor) and Lockheed Martin (current contractor) to submit proposals. Both contractors are knowledgeable of the Government's needs and can provide the required services with little to no start-up/transition.

5. <u>A determination by the ordering activity contracting officer that the order represents the best value consistent with FAR 8.404(d) or FAR 16.505(b)(4):</u> The Contracting Officer will determine that this action represents the best value to the Government in accordance with FAR 16.505(b)(4). Both vendors have extensive experience in providing these specific support services, and both vendors past performance in providing these services have been fully acceptable. Price reasonableness will be based on competitive pricing and comparison to previous contracts awarded competitively for the same services. Both vendors are currently considered responsible contractors.

6. <u>A description of the market research conducted among schedule holders and the results or a statement of the reason market research was not conducted:</u> Market research for this requirement was not conducted. There are 23 firms who hold Indefinite Delivery Indefinite Quantity contracts under the TEAMS array of contracts. The possibility exists that if a fair opportunity was extended each of the 23 firms to compete for this one year effort, a firm other than Lockheed Martin or Axiom could receive the award. However, as denoted earlier in this justification, TRICARE's need for services to begin July 15, 2008 is so urgent and compelling that only Lockheed Martin and Axiom, as current and

former contractors for this immensely technical requirement, could possibly respond in a technically efficient, acceptable manner and with associated fair and reasonable prices so an evaluation and award can be made for services to commence within the next 32 calendar days.

7. Any other facts supporting the justification: TRICARE Operations Division/Office of General Council will be without contractor support as of July 15, 2008, and a limited sources, limited term contract is the only means available to quickly secure ongoing contractor support. Without contractor support, TRICARE Operations Division will be unable to continue daily TRICARE Management Activity operations, to include continuity of program management support services and contract administration on the T-3 suite of contracts. Without support this would cause a delay in the award and transitions of numerous T-3 healthcare contracts. The Purchased Care Systems Integration Branch (PCSIB) relies heavily on contractor support to assist in the development of transition timelines for system connectivity, participating in systems testing and integration meetings, developing functional requirements for systems integration, researching and maintaining the TED record edits and daily cycle runs. All systems must be developed, connected to government systems, and tested prior to the start of work. This is a major undertaking, especially with overlapping contracts and fast approaching start work dates. Also, the TRICARE Office of General Counsel (OGC) relies on contractor support to provide administrative support to the front offices, development of benchmark claims for benchmark testing, contract award and contract administration upon start of health care delivery.

The impact to the Government of a delay in any the above referenced areas is very significant and would lead to delay in the ultimate award of the next round of managed care support contracts. Maintaining this complex procurement schedule is extremely urgent and compelling in order to provide ongoing healthcare services for 9.2 million beneficiaries.

8. A statement of the action, if any, the agency may take to remove or overcome any barriers that lead to the restricted consideration before any subsequent acquisition for the supplies or services is made: Future awards for these services will provide for a fair opportunity under the TRICARE Evaluation, Analysis and Management Services (TEAMS) family of multiple award ID/IQ contracts.

9. The ordering contracting officer's certification that the justification is accurate and complete to the best of the contracting officer's knowledge and belief.

I hereby certify that this justification for continued contractor support for program management, administrative, and paralegal support is accurate and complete to the best of my knowledge and belief.

NAME/TITLE: Daniel R. Signore, USAMRAA Contracting Officer

E-Signed by Daniel R. Signore
VERIFY authenticity with ApproveIt

13 June 2008

DATE: ____________________

10. Evidence that any supporting data that is the responsibility of technical or requirements personnel (e.g., verifying the government's minimum needs or requirements or other rationale for limited sources) and which form a basis for the justification have been certified as complete and accurate by technical or requirements personnel.

I hereby certify that the requirement/s for the acquisition of contractor program management support, administrative support and paralegal support to the Office of General Counsel, as depicted in the Statement of Work of this task order are accurate and complete.

NAME/TITLE: Reta Michak, Acting Chief, TRICARE Operations Division

________________________________________

DATE: ____________________

11. Legal Sufficiency Review.

I hereby find this Limited Source Justification to be legally sufficient for the purpose of acquiring ongoing program management, administrative, analytical and paralegal support.

NAME/TITLE: Jay B. Winchester, USAMRAA, Legal Counsel

________________________________________

DATE: 16 June 2008

NAME/TITLE: Daniel R. Signore, USAMRAA Contracting Officer

______________________________

DATE: ______________

10. Evidence that any supporting data that is the responsibility of technical or requirements personnel (e.g., verifying the government's minimum needs or requirements or other rationale for limited sources) and which form a basis for the justification have been certified as complete and accurate by technical or requirements personnel.

I hereby certify that the requirement/s for the acquisition of contractor program management support, administrative support and paralegal support to the Office of General Counsel, as depicted in the Statement of Work of this task order are accurate and complete.

NAME/TITLE: Reta Michak, Acting Chief, TRICARE Operations Division

[signature]

DATE: June 13, 2008

11. Legal Sufficiency Review.

I hereby find this Limited Source Justification to be legally sufficient for the purpose of acquiring ongoing program management, administrative, analytical and paralegal support.

NAME/TITLE: Jay B.Winchester, USAMRAA, Legal Counsel

______________________________

DATE: ______________

12. Special Competition Advocate Review.

I hereby find this Limited Source Justification to be compliant with statute and regulation and therefore eligible for approval.

APPROVAL

Based on the foregoing justification, I hereby approve the procurement of program management, administrative, analytical, and paralegal support on behalf of the TRICARE Management Activity in its pursuit of its Department of Defense assigned task to implement the TRICARE benefit for its eligible beneficiary population of active duty members, their family members, retirees, and their family members, consisting of 9.2 million beneficiaries.

NAME/TITLE: Mr. Raegon B. Clutz, Alternate Special Competition Advocate

Raegon B. Clutz

DATE: 6-17-08