-----Original Message-----
From: Signore, Dan R Mr USAMRAA [mailto:daniel.signore@us.army.mil]
Sent: Monday, June 16, 2008 3:58 PM
To: Winchester, Jay B Mr USAMRMC; Lewis, James A LTC OTJAG
Cc: Tomitz, Laura A Ms ASA(ALT); Doyle-Lehman, Kathy J Ms USAMRAA; Curtis, Suzanne, CIV, OASD(HA)/TMA; Sayer, Barry Mr USAMRAA
Subject: FW: Possible OCI (UNCLASSIFIED)
Importance: High

Classification: UNCLASSIFIED
Caveats: NONE

Mr. Winchester / LTC Lewis,

I want to make you aware of an apparent OCI brought to my attention regarding Axiom, a TMA TEAMS, category 2 contractor. If you read the e-mail string below, you will see that Barbara Kinosky, the president of Axiom's wife, owns a Category 1 business, Centre Consulting, who is an approved category 1 subcontractor to Intellidyne. Anyone involved in Category 1 can not have any dealings whatsoever in category 2 or 3. This is because category 1 contractors/subcontractors have enterprise-wide access to information. They know everything we know.

Centre Consulting was an approved subcontractor under T/AARMS when awarded 1 Nov 07. At no time did Axiom ever disclose a possible conflict with a category 1 contractor/subcontractor. This should have happened at time of proposal, but certainly anytime after award of the T/AARMS awards through the time of the Axiom TEAMS award, 1 Feb 08.

I believe it is more appropriate to present this conflict to Axiom, rather than Intellidyne for two reasons:

1. Axiom is a direct player in the conflict through a prime contract. They failed to disclose information to the Government. It is possible that Intellidyne is not aware of the conflict if Centre Consulting did not disclose the conflict to them.
2. T/AARMS was awarded prior to Axiom. Therefore, the T/AARMS awards had precedence over the TEAMS awards, i.e. there was an official category 1 subcontractor relationship established after the award of T/AARMS. Axiom should have disclosed this conflict at time of T/AARMS award, if not at time of initial proposal.

This conflict has created an untenable situation, which I have a duty to bring to Axiom's attention. They must resolve the conflict, or I will notify them that they are not eligible for category 2 awards until the situation is resolved. If not possible to resolve, the Axiom award will be terminated.

I bring this to your attention because of the Axiom protest that is currently being appealed after the COFC ruling, favoring Axiom. I plan to send a letter to Axiom on Tuesday, 17 June 2008 notifying them of this apparent conflict.

Thank you,
Dan Signore

Daniel R. Signore

Contracting Officer / Account Manager
U.S. Army Medical Research Acquisition Activity 820 Chandler Street Fort Detrick, MD 21702
Phone:301-619-7423

-----Original Message-----
From: Signore, Dan R Mr USAMRAA
Sent: Monday, June 16, 2008 1:37 PM
To: 'Curtis, Suzanne, CIV, OASD(HA)/TMA'
Cc: Doyle-Lehman, Kathy J Ms USAMRAA; Perry, Jack, CIV, OASD(HA)/TMA; Tomitz, Laura A Ms USAMRAA
Subject: RE: Possible OCI (UNCLASSIFIED)
Importance: High

Classification: UNCLASSIFIED
Caveats: NONE

Suzanne,

I would like your opinions on who to approach on this issue - Intellidyne or Axiom. Right now I am considering Axiom because TEAMS was awarded after T/AARMS. Since Centre Consulting is a Cat. 1 subcontractor, Axiom has created an untenable situation under TEAMS. Axiom did not disclose any relationship with Centre in its proposal, after T/AARMS award, or prior to TEAMS award.

I would like to send a letter within 24 hours, but definitely this week.

Dan

-----Original Message-----
From: Curtis, Suzanne, CIV, OASD(HA)/TMA [mailto:Suzanne.Curtis@tma.osd.mil]

Sent: Saturday, June 14, 2008 11:27 AM
To: Doyle-Lehman, Kathy J Ms USAMRAA; Signore, Dan R Mr USAMRAA; Perry, Jack, CIV, OASD(HA)/TMA
Subject: RE: Possible OCI (UNCLASSIFIED)

The complaint I received alleges that Barbara Kinosky is Kevin Riley's wife which causes an OCI because Kevin Riley owns Axiom. I guess the question is if Ms. Kinosky and Mr. Riley are in fact husband and wife, is there an OCI issue here given that Ms. Kinosky owns Centre, a Cat 1 vendor, and Mr. Riley owns Axiom, a Cat 2 vendor?

It would seem to me that a conflict of interest would exist under the above circumstances. However, I will leave that determination to the USAMRAA experts.

Thank you for looking into this.

-----Original Message-----
From: Doyle-Lehman, Kathy J Ms USAMRAA
[mailto:kathy.doylelehman@us.army.mil]
Sent: Friday, June 13, 2008 11:11 AM
To: Curtis, Suzanne, CIV, OASD(HA)/TMA; Signore, Dan R Mr USAMRAA; Perry,

Jack, CIV, OASD(HA)/TMA
Subject: RE: Possible OCI (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

1. Dear Suzanne and Dan:

Centre Consulting is an approved Subcontractor under the Intellidyne, LLC ID/IQ Contract.

Centre Consulting's web site lists Ms. Barbara S. Kinosky as President and CEO.

This is the Risk Mitigation Plan found in Intellidyne's Technical Proposal under Volume III:

C.7 OCI Risk Mitigation Plan

IntelliDyne and BRADSON currently provide Category 1 support to the OASD(HA)/TMA and do not hold any Category 2 or 3 contracts. IntelliDyne's other team members have NOT had any TMA Category 2 or 3 contracts within the last 5 years

Kathy

2. Dear Jack:

Please review any pre-award correspondence for any indication that Centre Consulting may have been removed. At present, there is no correspondence that Centre Consulting was ever removed as an Intellidyne, LLC subcontractor.

Kathy

-----Original Message-----
From: Curtis, Suzanne, CIV, OASD(HA)/TMA [mailto:Suzanne.Curtis@tma.osd.mil <mailto:Suzanne.Curtis@tma.osd.mil> ]
Sent: Friday, June 13, 2008 10:03 AM
To: Signore, Dan R Mr USAMRAA; Doyle-Lehman, Kathy J Ms USAMRAA
Subject: RE: Possible OCI (UNCLASSIFIED)

Thank you.

-----Original Message-----
From: Signore, Dan R Mr USAMRAA [mailto:daniel.signore@us.army.mil <mailto:daniel.signore@us.army.mil> ]
Sent: Friday, June 13, 2008 7:27 AM
To: Doyle-Lehman, Kathy J Ms USAMRAA
Cc: Curtis, Suzanne, CIV, OASD(HA)/TMA
Subject: FW: Possible OCI (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Kathy,

Please investigate Suzanne's concern as detailed below, and advise if we have had a request to add Centre Consulting as a T/AARMS subcontractor, or if they were included in an original proposal. The name sounds familiar to me, and I thought we had made awards to Centre Consulting, but found nothing in a PD2 search.

Thank you,
Dan

-----Original Message-----
From: Curtis, Suzanne, CIV, OASD(HA)/TMA [mailto:Suzanne.Curtis@tma.osd.mil <mailto:Suzanne.Curtis@tma.osd.mil> ]

Sent: Thursday, June 12, 2008 7:05 PM
To: Signore, Dan R Mr USAMRAA
Subject: Possible OCI

Dan,

Just wanted to make you aware of a possible OCI issue.

I was recently told by one of our vendors that a company called Centre Consulting has requested subcontractor status on T/AARMS (CAT 1). I am not sure under which Prime contract Centre would be subcontracting.

However, I was told that Centre is owned by Ms. Barbara Kolinoski, who is the wife of Kevin Riley. As you know, Kevin Riley "owns" Axiom (CAT 2).

I have no way of verifying this information, but thought I should make you aware of the vendor's concern.

Thank you.

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE