# IGCE - Bridge Contract TAD/OGC and T3

**Summary of Estimated Contract Costs**

| Option | Labor Category | | Base Hours | Base Rate | Base | OP1 Hours | OP1 Rate | OP1 | OP2 Hours | OP2 Rate | OP2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Total LOE Price per Period** | | | | | | | | |
| | **Labor Category** | | **Base** | | | **OP1** | | | **OP2** | | |
| | | | **Hours** | **Rate** | | **Hours** | **Rate** | | **Hours** | **Rate** | |
| | Program Management Support | | | | | | | | | | |
| | Project Manager | | 940 | $ 128 | $ 120,320 | 470 | $ 128 | $ 60,160 | 470 | $ 128 | $ 60,160 |
| | Task Manager (SME) | | 450 | $ 104 | $ 46,800 | 225 | $ 104 | $ 23,400 | 225 | $ 104 | $ 23,400 |
| | Sr. Healthcare Professional | | 1,390 | $ 96 | $ 133,440 | 695 | $ 96 | $ 66,720 | 695 | $ 96 | $ 66,720 |
| | Gen. Mgmt. Professional | | 2,820 | $ 70 | $ 197,400 | 1,410 | $ 70 | $ 98,700 | 1,410 | $ 70 | $ 98,700 |
| | Senior Analyst | | 4,700 | $ 70 | $ 329,000 | 2,350 | $ 70 | $ 164,500 | 2,350 | $ 70 | $ 164,500 |
| | Junior Analyst | | 14,100 | $ 59 | $ 831,900 | 7,050 | $ 59 | $ 415,950 | 7,050 | $ 59 | $ 415,950 |
| | Technical Assistant | | 7,520 | $ 43 | $ 323,360 | 3,760 | $ 43 | $ 161,680 | 3,760 | $ 43 | $ 161,680 |
| | **Subtotal:** | | 31,920 | | $ 1,982,220 | 15,960 | | $ 991,110 | 15,960 | | $ 991,110 |
| | **Labor Category** | | **Base** | | | **OP1** | | | **OP2** | | |
| | Office of General Counsel Support | | | | | | | | | | |
| | Senior Analyst | | 940 | $ 70 | $ 65,800 | 470 | $ 70 | $ 32,900 | 470 | $ 70 | $ 32,900 |
| | Junior Analyst | | 3,760 | $ 59 | $ 221,840 | 1,880 | $ 59 | $ 110,920 | 1,880 | $ 59 | $ 110,920 |
| | Technical Assistant | | 2,820 | $ 43 | $ 121,260 | 1,410 | $ 43 | $ 60,630 | 1,410 | $ 43 | $ 60,630 |
| | Junior Legal Analyst | | 940 | $ 35 | $ 32,900 | 470 | $ 35 | $ 16,450 | 470 | $ 35 | $ 16,450 |
| | **Subtotal:** | | **8,460** | | **$ 441,800** | **4,230** | | **$ 220,900** | **4,230** | | **$ 220,900** |
| | **Labor Category** | | **Base** | | | **OP1** | | | **OP2** | | |
| | **TOTAL (all categories)** | | **40,380** | | **$ 2,424,020** | **20,190** | | **$ 1,212,010** | **20,190** | | **$ 1,212,010** |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **Option** | **Labor Category** | | **Base** | | | **OP1** | | | **OP2** | | |
| A | Sr. Healthcare Professional (SME) | | 1,880 | $ 96 | $ 180,480 | 940 | $ 96 | $ 90,240 | 940 | $ 96 | $ 90,240 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | **TOTAL LOE with Option A** | | **42,260** | | **$ 2,604,500** | **21,130** | | **$ 1,302,250** | **21,130** | | **$ 1,302,250** |
| | | **In** | | | | | | | | | |
| | **Transition Costs** | | | | | | | | | | |
| | Plan | $ 37,800 | | | | | | | | | |
| | Implementation | $ 108,521 | | | | | | | | | |
| | **Subtotal:** | **$ 146,321** | | | | | | | | | |
| | | | | | | | | | | | |
| | **Government-Directed Travel** | | | | **$ 4,839** | | | **$ 3,226** | | | **$ 3,226** |
| | | | | | | | | | | | |
| | **GRAND TOTAL Costs with Option A** | **$ 146,321** | | | **$ 2,609,339** | | | **$ 1,305,476** | | | **$ 1,305,476** |

| | Total |
|---|---|
| | **All Periods** |
| | $ 240,640 |
| | $ 93,600 |
| | $ 266,880 |
| | $ 394,800 |
| | $ 658,000 |
| | $ 1,663,800 |
| | $ 646,720 |
| | $ 3,964,440 |
| | **All Periods** |
| | $ 131,600 |
| | $ 443,680 |
| | $ 242,520 |
| | $ 65,800 |
| | **$ 883,600** |
| | **All Periods** |
| | **$ 4,848,040** |
| | **All Periods** |
| | $ 360,960 |
| | **$ 5,209,000** |
| **Out** | **In and Out** |
| $ 72,000 | $ 109,800 |
| $ 141,254 | $ 249,775 |
| **$ 213,254** | **$ 359,575** |
| | **$ 11,291** |
| **$ 213,254** | **$ 5,579,866** |