IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AXIOM RESOURCE MANAGEMENT, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. 08-487C
**BID PROTEST**
(JUDGE BRADEN)

**PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD AND REQUEST FOR EXPEDITED CONSIDERATION**

**COMES NOW** the Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and hereby files this Motion to Supplement the Record in this matter. As more fully described in the Memorandum in Support of Axiom's Motion to Supplement the Record, filed concurrently herewith, the Court should permit Axiom to supplement the record with the deposition of the contracting officer here because of the clear gaps in the record as filed and the record's failure to completely explain the bases for the Government's actions here.

**Request for Express Consideration**

The Court's rules permit the judge to set an expedited briefing schedule in order to resolve motions submitted by the parties. See RCFC 7.2(a). Given the Government's intention to award a contract under the TPOD/OGC procurement no later than July 14, 2008, adherence to the Court's normal briefing schedule would extend the resolution of Axiom's present motion beyond the date of the proposed contract award thereby negating

any effective relief that the Court may render in this matter. Therefore, Axiom respectfully requests that the Court order that this motion be resolved prior to the award of any contract under the TPOD/OGC procurement.

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order supplementing the record with the deposition described in Axiom's brief supporting this motion.

Respectfully submitted,

Date: 7/10/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Axiom Resource Management, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2008, a copy of the foregoing Motion to Supplement the Record was served by electronic mail on:

Counsel for the United States John Todor, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Room 8032, Washington, DC 20530; and

Counsel for Lockheed Martin, Marcia Madsen, Mayer Brown, LLP, 1909 K St., NW, Washington, DC 20006.

James S. DelSordo