# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AXIOM RESOURCE MANAGEMENT, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | CoFC No. 08-487C<br>**BID PROTEST**<br>(JUDGE BRADEN) |

## DECLARATION OF KEVIN C. RILEY

I, Kevin C. Riley, being duly sworn, depose and say:

1. I am over the age of eighteen years and I have personal knowledge of the matters stated herein. This declaration is provided in the context of a Protest before the United States Court of Federal Claims.

2. On June 18, 2008, Axiom learned that the Army's contracting officer, Dan Signore, thought it was appropriate to bar Axiom from not only being considered for award of any TEAMS contract until the alleged OCI is resolved, but also that Axiom was barred from even receiving notice that such procurements even exist.

3. Based on Mr. Signore's actions Axiom now has lost millions of dollars in potential awards.

4. I also note that Lockheed Martin is an approved subcontractor under a Category 3 prime contractor as well as performing Category 2 work for TMA. <u>See</u> http://aspenmedservices.com/dsiddoms3.html.

5. In my role as Managing Partner of Axiom, I am not involved in or billed directly to the performance of individual contracts awarded to Axiom. Instead the company employs Program Managers who are responsible for the performance of this work. Rather, my role with Axiom is to provide strategic direction and staff training, and due to the non-disclosure agreements that our employees working on TMA contracts I have no access to any proprietary information those employees receive in doing their work.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746. Executed on this 10th day of July 2008.

Kevin C. Riley
Managing Partner
Axiom Resource Management, Inc.