**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **BID PROTEST** |
| | ) | No. 08-487C |
| v. | ) | (Judge Braden) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LOCKHEED MARTIN FEDERAL HEALTHCARE, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**NOTICE OF FILING**

Pursuant to the Court's oral Order of July 8, 2008, defendant, the United States, gives this notice of filing of the CD-ROM and hard copy of the administrative record documents filed in this matter on the Court's ECF system in our two notices of filing of July 9, 2008. We have added Bates numbering to the documents. We will also deliver copies of the CD-ROM to counsel for Axiom and Lockheed Martin. The index of the documents is as follows:

**INDEX TO THE ADMINISTRATIVE RECORD** **PAGE(S)**

TEAMS Contract awarded to Axiom Resource Management, Inc., dated February 1, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

TEAMS Contract awarded to Lockheed Martin, dated February 1, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113

E-mail from Green to Green re: Program Support Solicitation CMID, dated June 18, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 226

Program Support Solicitation CMID, Appendices C-G, dated June 18, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 247

E-mail from Green to Green re: Amendment 2 to Solicitation Aurora Program Support, dated June 19, 2008 . . . . . 261

E-mail from Green to Green re: Revised Program Support Solicitation CMID, dated June 18, 2008 . . . . . 262

Revised Program Support Solicitation CMID, Appendices C-G, dated June 18, 2008 . . . . . 283

E-mail from Green to Hill re: Program Support Solicitation CMID, dated June 18, 2008 . . . . . 297

E-mail from Signore to Signore re: Amendment 3 to Aurora Program Support Solicitation, dated June 18, 2008 . . . . . 299

E-mail from Signore to USAMRAA CSC PURPLE re: Axiom Apparent OCI, dated June 18, 2008 . . . . . 307

E-mail from Signore to Hill re: Apparent OCI, dated June 18, 2008 . . . . . 308

E-mail from Hill to Signore re: RE: Apparent OCI, dated June 18, 2008 . . . . . 311

E-mail from Riley to Signore re: Axiom, dated June 19, 2008 . . . . . 313

E-mail from Signore to Phillips re: RE: Request for meeting, dated June 25, 2008 . . . . . 314

E-mail from Signore to Riley re: Axiom Apparent OCI, dated June 25, 2008 . . . . . 317

E-mail from Green to Green re: CMID 11734 Program Support Solicitation Question and Answers, dated June 24, 2008 . . . . . 319

E-mail from Miller to Signore re: J&A, dated July 9, 2008 . . . . . 322

E-mail from Signore to Winchester and Lewis re: FW: Possible OCI, dated June 16, 2008 . . . . . 330

IGCE - Bridge Contract TAD/OGC and T3 . . . . . 333

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640

July 10, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 10, 2008, a copy of foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor