# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AXIOM RESOURCE MANAGEMENT, INC.

Plaintiff,

v.

THE UNITED STATES

Defendant.

CoFC No. 08-487C
**BID PROTEST**
(JUDGE BRADEN)

## PLAINTIFF'S SECOND MOTION TO SUPPLEMENT THE RECORD AND REQUEST FOR EXPEDITED CONSIDERATION

**COMES NOW** the Plaintiff Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and hereby files this Second Motion to Supplement the Record in this matter. As more fully described in the Memorandum in Support of Axiom's Second Motion to Supplement the Record, filed concurrently herewith, the Court should permit Axiom to supplement the record with the enclosed Notice of Award under the TRICARE Evaluation, Analysis, and Management Support Program ("TEAMS"), called the TPOD/OGC procurement, to Lockheed Martin ("LM") of the work currently being performed by LM which was the subject of prior litigation before the Court. Axiom Resource Management, Inc. v. United States, 80 Fed. Cl. 530 (2008). Axiom requests this relief because the Plaintiff believes that this document is necessary for the Court to have a complete understanding of the issues in dispute in this matter and it is a relevant part of the record here.

**Request for Express Consideration**

The Court's rules permit the judge to set an expedited briefing schedule in order to resolve motions submitted by the parties. See RCFC 7.2(a). Given the Government's previously expressed intention to award a contract under the TPOD/OGC procurement no later than July 14, 2008, adherence to the Court's normal briefing schedule would extend the resolution of Axiom's present motion even further beyond the date of the actual contract award thereby negating any effective relief that the Court may render in this matter. Therefore, Axiom respectfully requests that the Court order that this motion be resolved as soon as possible.

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order supplementing the record with the enclosed Notice of Award.

Respectfully submitted,

Date: 7/11/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Axiom Resource Management, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July 2008, a copy of the foregoing Plaintiff's Second Motion to Supplement the Record was served by electronic mail on:

Counsel for the United States John Todor, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Room 8032, Washington, DC 20530; and

Counsel for Lockheed Martin, Marcia Madsen, Mayer Brown, LLP, 1909 K St., NW, Washington, DC 20006.

James S. DelSordo