**James DelSordo**

---

[redacted]]
[redacted]
[redacted]Kevin; [redacted]

**From:** Green, Kelly R. Ms. USAMRAA [mailto:kelly.r.green@us.army.mil]
**Sent:** Friday, July 11, 2008 2:01 PM
**Subject:** Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

NOTICE OF AWARD

Notice of Award for TPOD, TOD/OGC Program Management Support/ T-3 Support CMID 11734

Lockheed Martin has received the award for the above referenced requirement. The task order number is W81XWH-08-D-0039-0002 on TEAMS. The total amount of the task order is $4,994,571.00, inclusive of all options .

**Base**: 15 July 2008 through 14 Jan 2009 **Opt 1:** 15 Jan 2009 through 14 April 2009 **Opt 2:** 15 April 2009 through 14 July 2009.

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

Classification: UNCLASSIFIED

Caveats: NONE