# In the United States Court of Federal Claims

No. 08-487C
Filed: July 11, 2008

```
*************************************
                                    *
AXIOM RESOURCE MANAGEMENT, INC.,    *
                                    *
          Plaintiff,                *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
          Defendant,                *
                                    *
and                                 *
                                    *
LOCKHEED MARTIN FEDERAL             *
HEALTHCARE, INC.,                   *
                                    *
          Defendant-Intervenor.     *
                                    *
*************************************
```

## ORDER

Plaintiff's July 3, 2008 Motion For Temporary Restraining Order, and July 10, 2008 Motion To Supplement The Administrative Record with a deposition of the contracting officer, are hereby denied as premature.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**