**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **BID PROTEST** |
| | ) | No. 08-487C |
| v. | ) | (Judge Braden) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LOCKHEED MARTIN FEDERAL HEALTHCARE, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**NOTICE OF FILING**

Pursuant to the Court's e-mails of July 11, 2008, and July 14, 2008 (attached as Exhibits A and B), defendant, the United States, gives this notice of filing of the solicitation for the TEAMS contracts currently held by Axiom and Lockheed Martin (attached as Exhibit C).

We have also relayed to the Army the Court's instruction to produce Axiom and Lockheed's proposals submitted in response to this solicitation. Nevertheless, we were unable to produce them today because the Army only possesses the proposals, along with any revisions to those proposals, in the CD-ROM format originally submitted by Axiom and Lockheed. Thus, the Army was unable to provide electronic copies of these documents for filing today. We have been instructed the Army to furnish copies of these CD-ROMs as soon as possible, which they have stated should occur within the next two days, at most. We will process the CD-ROMs for filing as soon as possible upon receiving them.

In response to the Court's questions in the July 14, 2008 e-mail, we respond as follows:

| Court statement | Government response |
|---|---|
| We need a list of the formal titles for the recipients of the e-mails, etc. | Solicitation e-mails were sent to the following:<br>a. Russell Hill, Director of Contracts, Axiom<br>b. Greta Chapman, Senior Contracts Negotiator, Lockheed Martin Information Systems & Government Systems.<br><br>For the e-mail at AR 307, the following applies:<br><br>Sent to the Purple Customer Support Center - all contracting professionals that support TRICARE Management Activity, Falls Church, VA<br><br>Copied: Suzanne Curtis, Director of TRICARE Procurement Support; Ron Shingler, Acquisition Manager in TRICARE Procurement Support; LTC James Lewis, Army Counsel; Jay Winchester, Fort Detrick Counsel.<br><br>For the e-mail at AR 329, the following applies:<br><br>Sent to: Jay Winchester, Fort Detrick Counsel; LTC James Lewis, Army Counsel<br><br>Copied: Laura Tomitz, USAMRAA Contract Specialist; Kathy Doyle-Lehman, USAMRAA Contract Specialist; Suzanne Curtis, Director of TRICARE Procurement Support; Barry Sayer, Chief, USAMRAA Purple Customer Service Center.<br><br>The following acronyms are applicable:<br>TPOD - TRICARE Policy and Operations Directorate<br>OGC - Office of General Counsel<br>PM-T3: Program Management/T-3 Support<br>OASD (HA) Office of Assistant Secretary of Defense (Health Affairs)<br>USAMRAA – U.S. Army Medical Research Acquisition Activity |

| | |
|---|---|
| The AR does not indicate to whom Ms. Green sent her June 19th e-mails. | Both June 19th e-mails (amendments) were sent to Mr. Hill and Ms. Chapman. The amendments (on June 19th and otherwise) were as follows:<br><br>a. 1st e-mail amendment: Sent Wed, June 18, 2008, 4:06 PM, shortened the due date.<br><br>b. Amendment #2: Sent Thursday, June 19, 2008, 3:41 PM, Revised Instructions to Offerors.<br><br>c. Amendment #3: Sent Tuesday, July 1, 2008, 4:54 PM, 1) clarified evaluation criteria, 2) added administrative (category 1) contractor support to the evaluation team, 3) allowed for revised proposals by 8:00 AM, 3 July 2008. |
| Did any of the offerers ask questions? See AR 296 | Copies of the questions and answers are in the record at AR 320-21. |

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640

July 14, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 14, 2008, a copy of foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor