**Todor, John (CIV)**

**From:** Alex_McBride@ao.uscourts.gov
**Sent:** Monday, July 14, 2008 9:39 AM
**To:** delsordo@arguslawfirm.com; Todor, John (CIV); mgmadsen@mayerbrownrowe.com
**Subject:** From Judge Braden

Hi counsel,

Judge Braden would like answers/documents in response to the three questions below.

Mr. Todor, we'd appreciate an initial response sometime today, even if relevant documentation isn't immediately available.

As always, please contact me with any questions, concerns, or new information.

Thank you,
Alex

Mr. Alex McBride
Law Clerk to the Honorable Susan G. Braden
United States Court of Federal Claims
Telephone: (202) 357-6518
Facsimile: (202) 357-6522

----- Forwarded by Alex McBride/DCA/CFC/USCOURTS on 07/14/2008 09:34 AM -----

**Susan Braden/DCA/CFC/USCOURTS**
**(Fed Cl Judge)**

07/11/2008 05:59 PM

To Alex McBride/DCA/CFC/USCOURTS@USCOURTS
cc
Subject Axiom II

Please forward to Gov't with cc to the parties-more preliminary Q's re AR

1. We need a list of the formal titles for the recipients of the e-mails, etc.

2. The AR does not indicate to whom Ms. Green sent her June 19th e-mails.

3. Did any of the offerers ask questions? See AR 296.