# SOLICITATION, OFFER AND AWARD

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
RATING
PAGE 1 OF PAGES 146

2. CONTRACT NO.
3. SOLICITATION NO. W81XWH-05-R-0004
4. TYPE OF SOLICITATION [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP)
5. DATE ISSUED 30 Jun 2005
6. REQUISITION/PURCHASE NO.

7. ISSUED BY CODE W81XWH
USA MED RESEARCH ACQ ACTIVITY
820 CHANDLER ST
FORT DETRICK MD 21702-5014
TEL:
FAX:

8. ADDRESS OFFER TO (If other than Item 7) CODE
See Item 7
TEL:
FAX:

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in ____________ until 02:00 PM (Hour) local time 17 Aug 2005 (Date)

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE (Include area code) (NO COLLECT CALLS) | C. E-MAIL ADDRESS |
|---|---|---|---|
| | JAMIE L. KISER | 301-619-2375 | jamie.kiser@amedd.army.mil |

11. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/ CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 94 - 108 |
| X | B | SUPPLIES OR SERVICES AND PRICES/ COSTS | 2 - 41 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS** | |
| X | C | DESCRIPTION/ SPECS./ WORK STATEMENT | 42 - 67 | X | J | LIST OF ATTACHMENTS | 109 |
| | D | PACKAGING AND MARKING | | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 68 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 110 - 122 |
| X | F | DELIVERIES OR PERFORMANCE | 69 - 75 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 76 - 77 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 123 - 139 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 78 - 93 | X | M | EVALUATION FACTORS FOR AWARD | 140 - 146 |


## OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ________ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 14. ACKNOWLEDGMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |
| | | | | |

15A. NAME AND ADDRESS OF OFFEROR CODE FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)

15B. TELEPHONE NO (Include area code)

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE. ☐

17. SIGNATURE

18. OFFER DATE

## AWARD (To be completed by Government)

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c)( ) ☐ 41 U.S.C. 253(c)( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ITEM

24. ADMINISTERED BY (If other than Item 7) CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER (Type or print)
TEL: EMAIL:

27. UNITED STATES OF AMERICA
(Signature of Contracting Officer)

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

Section B - Supplies or Services and Prices

SECTION B

## B.1 CONTRACT

The contract award shall be Indefinite Delivery/Indefinite Quantity type contracts. The FAR Firm Fixed Price Clauses apply to the fixed labor rate CLINS and the FAR Cost Reimbursement Clauses apply to the Cost Plus Fixed Fee CLINS. Multiple awards are anticipated to be made as a result of the solicitation

## B.2 PAYMENT OF FIXED FEE (Cost Plus Fixed-Fee)

Each delivery order will be negotiated to establish an estimated cost. The fixed fee for that delivery order will be based upon the negotiated and agreed upon percentage for the cost plus fixed fee CLINs for each multiple award contract. The percentage will be applied to the estimated cost to determine the fixed dollar amount of fee for each delivery order. The Limitation of Funds Clause will apply to the overall scheduled estimated cost and fixed fee for each delivery order negotiated cost plus fixed fee.

## B.3 GUARANTEED TASKING

(a) All services to be ordered under this contract shall be set forth in each individual delivery/task orders. All delivery/task orders will be issued in accordance with the provisions of Section H, Delivery Order Issuance, and Section I, Clauses 52-216-18, Ordering, 52-216-19, Order Limitation, and 52-216-22, Indefinite Quantity.

(b) The minimum amount of this contract award is $15,000.00, only applies to the first year of the contracts.

(c) The anticipated maximum amount for each award under the solicitation shall not exceed $4,800,000,000.00, inclusive of the base contract year and any option periods exercised. The Government is not obligated to issue orders up to the maximum of any contract award under this contract.

## B.4 ISSUANCE OF TASK ORDERS

All services to be performed under this contract shall be set forth in individual delivery/task orders. All orders will be issued IAW the provisions of Section C, Section H - Delivery Order Issuance, and Section I, Clauses 52-216-18, Ordering, 52-216-19, Order Limitation, and 52-216-22, Indefinite Quantity.

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0001 | Base Year Firm-Fixed Price Services<br>FFP | 400 | Months | | |

MAX<br>NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000101 | Base Year Funding<br>FFP | UNDEFINED | | | |

MAX
NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0002 | Base Year Cost Plus Fixed Fee Services<br>CPFF | UNDEFINED | | | |

MAX COST
FIXED FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000201 | Base Year Funding<br>CPFF | UNDEFINED | | | |

MAX COST
FIXED FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 200 | Hours | | |
| | Base Year Time and Materials Services<br>T&M | | | | |

TOT MAX PRICE

CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000301 | | UNDEFINED | | | |
| | Base Year Funding<br>T&M | | | | |

TOT MAX PRICE

CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0004 | | UNDEFINED | | | |
| | Base Year Cost Plus Award Fee Services<br>CPAF | | | | |

MAX COST

BASE FEE

SUBTOTAL MAX COST + BASE

MAX AWARD FEE

TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000401 | | UNDEFINED | | | |
| | Base Year Funding<br>CPAF | | | | |

| | |
|---|---|
| MAX COST | |
| BASE FEE | |
| SUBTOTAL MAX COST + BASE | |
| MAX AWARD FEE | |
| TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0005 | | UNDEFINED | Months | | |
| | Base Year Fixed Price Award Incentive<br>FPI | | | | |

| | |
|---|---|
| TARGET COST | |
| TARGET PROFIT | |
| TOTAL TARGET PRICE | |
| CEILING PRICE | |
| SHARE RATIO ABOVE TARGET | |
| SHARE RATIO BELOW TARGET | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000501 | | UNDEFINED | | | |
| | Base Year Funding | | | | |
| | FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 400 | Months | | |
| OPTION | Option 1 Firm-Fixed Price Services | | | | |
| | FFP | | | | |

MAX
NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000601 | | UNDEFINED | | | |
| OPTION | Option 1 Funding | | | | |
| | FFP | | | | |

MAX
NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0007 OPTION | Option 1 Cost Plus Fixed Fee Services CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000701 OPTION | Option 1 Funding CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0008 OPTION | Option 1 Time and Materials Services T&M | 200 | Hours | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000801 OPTION | Option 1 Funding T&M | UNDEFINED | | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0009 OPTION | Option 1 Cost Plus Award Fee Services CPAF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | BASE FEE | |
| | | | | SUBTOTAL MAX COST + BASE | |
| | | | | MAX AWARD FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 000901 OPTION | Optin 1 Funding CPAF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | BASE FEE | |
| | | | | SUBTOTAL MAX COST + BASE | |
| | | | | MAX AWARD FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0010 | | UNDEFINED | Months | | |
| OPTION | Option 1 Fixed Price Award Incentive<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001001 | | UNDEFINED | | | |
| OPTION | Option 1 Funding<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0011 OPTION | Option 2 Firm-Fixed Price Services FFP | 400 | Months | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001101 OPTION | Option 2 Funding FFP | UNDEFINED | | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0012 OPTION | Option 2 Cost Plus Fixed Fee Services CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001201 OPTION | Option 2 Funding CPFF | UNDEFINED | | | |

MAX COST

FIXED FEE

TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0013 OPTION | Option 2 Time and Materials Services T&M | 200 | Hours | | |

TOT MAX PRICE

CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001301 OPTION | Option 2 Funding T&M | UNDEFINED | | | |

TOT MAX PRICE

CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0014 OPTION | Option 2 Cost Plus Award Fee Services CPAF | UNDEFINED | | | |

MAX COST
BASE FEE
SUBTOTAL MAX COST + BASE
MAX AWARD FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001401 OPTION | Option 2 Funding CPAF | UNDEFINED | | | |

MAX COST
BASE FEE
SUBTOTAL MAX COST + BASE
MAX AWARD FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0015 | | UNDEFINED | Months | | |
| OPTION | Option 2 Fixed Price Award Incentive<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 001501 | | UNDEFINED | | | |
| OPTION | Option 2 Funding<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0016<br>OPTION | Option 3 Firm-Fixed Price Services<br>FFP | 400 | Months | | |
| | | | | MAX<br>NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001601<br>OPTION | Option 3 Funding<br>FFP | UNDEFINED | | | |
| | | | | MAX<br>NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0017<br>OPTION | Option 3 Cost Plus Fixed Fee Services<br>CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001701 OPTION | Option 3 Funding CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0018 OPTION | Option 3 Time and Materials Services T&M | 200 | Hours | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001801 OPTION | Option 3 Funding T&M | UNDEFINED | | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0019 OPTION | Option 3 Cost Plus Award Fee Services CPAF | UNDEFINED | | | |

MAX COST
BASE FEE
SUBTOTAL MAX COST + BASE
MAX AWARD FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 001901 OPTION | Option 3 Funding CPAF | UNDEFINED | | | |

MAX COST
BASE FEE
SUBTOTAL MAX COST + BASE
MAX AWARD FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0020 | | UNDEFINED | Months | | |
| OPTION | Option 3 Fixed Price Award Incentive FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002001 | | UNDEFINED | | | |
| OPTION | Option 3 Funding FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0021 OPTION | Option 4 Firm-Fixed Price Services FFP | 400 | Months | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002101 OPTION | Option 4 Funding FFP | UNDEFINED | | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0022 OPTION | Option 4 Cost Plus Fixed Fee Services CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002201 OPTION | Option 4 Funding CPFF | UNDEFINED | | | |

MAX COST
FIXED FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0023 OPTION | Option 4 Time and Materials Services T&M | 200 | Hours | | |

TOT MAX PRICE
CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002301 OPTION | Option 4 Funding T&M | UNDEFINED | | | |

TOT MAX PRICE
CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0024 OPTION | Option 4 Cost Plus Award Fee Services CPAF | UNDEFINED | | | |

MAX COST
BASE FEE
SUBTOTAL MAX COST + BASE
MAX AWARD FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002401 OPTION | Option 4 Funding CPAF | UNDEFINED | | | |

MAX COST
BASE FEE
SUBTOTAL MAX COST + BASE
MAX AWARD FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0025 | | UNDEFINED | Months | | |
| OPTION | Option 4 Fixed Price Award Incentive FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002501 | | UNDEFINED | | | |
| OPTION | Option 4 Funding FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0026 OPTION | Option 5 Firm-Fixed Price Services FFP | 400 | Months | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002601 OPTION | Option 5 Funding FFP | UNDEFINED | | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0027 OPTION | Option 5 Cost Plus Fixed Fee Services CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002701 OPTION | Option 5 Funding CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0028 OPTION | Option 5 Time and Materials Services T&M | 200 | Hours | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002801 OPTION | Option 5 Funding T&M | UNDEFINED | | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0029 OPTION | Option 5 Cost Plus Award Fee Services CPAF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | BASE FEE | |
| | | | | SUBTOTAL MAX COST + BASE | |
| | | | | MAX AWARD FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 002901 OPTION | Option 5 Funding CPAF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | BASE FEE | |
| | | | | SUBTOTAL MAX COST + BASE | |
| | | | | MAX AWARD FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0030 | | UNDEFINED | Months | | |
| OPTION | Option 5 Fixed Price Award Incentive FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003001 | | UNDEFINED | | | |
| OPTION | Option 5 Funding FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0031 OPTION | Option 6 Firm-Fixed Price Services FFP | 400 | Months | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003101 OPTION | Option 6 Funding FFP | UNDEFINED | | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0032 OPTION | Option 6 Cost Plus Fixed Fee Services CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003201 OPTION | Option 6 Funding CPFF | UNDEFINED | | | |

MAX COST
FIXED FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0033 OPTION | Option 6 Time and Materials Services T&M | 200 | Hours | | |

TOT MAX PRICE
CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003301 OPTION | Option 6 Funding T&M | UNDEFINED | | | |

TOT MAX PRICE
CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0034 OPTION | Option 6 Cost Plus Award Fee Services CPAF | UNDEFINED | | | |

| | |
|---|---|
| MAX COST | |
| BASE FEE | |
| SUBTOTAL MAX COST + BASE | |
| MAX AWARD FEE | |
| TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003401 OPTION | Option 6 Funding CPAF | UNDEFINED | | | |

| | |
|---|---|
| MAX COST | |
| BASE FEE | |
| SUBTOTAL MAX COST + BASE | |
| MAX AWARD FEE | |
| TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0035 | | UNDEFINED | Months | | |
| OPTION | Option 6 Fixed Price Award Incentive FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003501 | | UNDEFINED | | | |
| OPTION | Option 6 Funding FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0036 OPTION | Option 7 Firm-Fixed Price Services FFP | 400 | Months | | |

MAX NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003601 OPTION | Option 7 Funding FFP | UNDEFINED | | | |

MAX NET AMT

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0037 OPTION | Option 7 Cost Plus Fixed Fee Services CPFF | UNDEFINED | | | |

MAX COST

FIXED FEE

TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003701 OPTION | Option 7 Funding CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0038 OPTION | Optin 7 Time and Materials Services T&M | 200 | Hours | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003801 OPTION | Option 7 Funding T&M | UNDEFINED | | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0039<br>OPTION | Option 7 Cost Plus Award Fee Services<br>CPAF | UNDEFINED | | | |

MAX COST
BASE FEE
SUBTOTAL MAX COST + BASE
MAX AWARD FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 003901<br>OPTION | Option 7 Funding<br>CPAF | UNDEFINED | | | |

MAX COST
BASE FEE
SUBTOTAL MAX COST + BASE
MAX AWARD FEE
TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0040 | | UNDEFINED | Months | | |
| OPTION | Option 7 Fixed Price Award Incentive<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 004001 | | UNDEFINED | | | |
| OPTION | Option 7 Funding<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0041 OPTION | Option 8 Firm-Fixed Price Services FFP | 400 | Months | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 004101 OPTION | Option 8 Funding FFP | UNDEFINED | | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0042 OPTION | Option 8 Cost Plus Fixed Fee Services CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 004201<br>OPTION | Option 8 Funding<br>CPFF | UNDEFINED | | | |

MAX COST

FIXED FEE

TOTAL MAX COST + FEE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0043<br>OPTION | Option 8 Time and Materials Services<br>T&M | 200 | Hours | | |

TOT MAX PRICE

CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 004301<br>OPTION | Option 8 Funding<br>T&M | UNDEFINED | | | |

TOT MAX PRICE

CEILING PRICE

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0044<br>OPTION | Option 8 Cost Plus Award Fee Services<br>CPAF | UNDEFINED | | | |

| | |
|---|---|
| MAX COST | |
| BASE FEE | |
| SUBTOTAL MAX COST + BASE | |
| MAX AWARD FEE | |
| TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 004401<br>OPTION | Option 8 Funding<br>CPAF | UNDEFINED | | | |

| | |
|---|---|
| MAX COST | |
| BASE FEE | |
| SUBTOTAL MAX COST + BASE | |
| MAX AWARD FEE | |
| TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0045 | | UNDEFINED | Months | | |
| OPTION | Option 8 Fixed Price Award Incentive<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 004501 | | UNDEFINED | | | |
| OPTION | Option 8 Funding<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0046 OPTION | Option 9 Firm-Fixed Price Services FFP | 400 | Months | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 004601 OPTION | Option 9 Funding FFP | UNDEFINED | | | |
| | | | | MAX NET AMT | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0047 OPTION | Option 9 Cost Plus Fixed Fee Services CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 004701 OPTION | Option 9 Funding CPFF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | FIXED FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0048 OPTION | Option 9 Time and Materials Services T&M | 200 | Hours | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 004801 OPTION | Option 9 Funding T&M | UNDEFINED | | | |
| | | | | TOT MAX PRICE | |
| | | | | CEILING PRICE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 0049 OPTION | Option 9 Cost Plus Award Fee Services CPAF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | BASE FEE | |
| | | | | SUBTOTAL MAX COST + BASE | |
| | | | | MAX AWARD FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 004901 OPTION | Option 9 Funding CPAF | UNDEFINED | | | |
| | | | | MAX COST | |
| | | | | BASE FEE | |
| | | | | SUBTOTAL MAX COST + BASE | |
| | | | | MAX AWARD FEE | |
| | | | | TOTAL MAX COST + FEE | |

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 0050 | | UNDEFINED | Months | | |
| OPTION | Option 9 Fixed Price Award Incentive<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---|---|---|---|---|---|
| 005001 | | UNDEFINED | | | |
| OPTION | Option 9 Funding<br>FPI | | | | |

TARGET COST
TARGET PROFIT
TOTAL TARGET PRICE
CEILING PRICE
SHARE RATIO ABOVE TARGET
SHARE RATIO BELOW TARGET

FOB: Destination

Section C - Descriptions and Specifications

STATEMENT OF WORK

**TABLE OF CONTENTS**


**1.0 SCOPE ........................................ 1**

**1.2 PROGRAM GOAL. ........................................ 1**

**1.3. PRIMARY CUSTOMERS. ........................................ 1**

**1.3.1 EXTERNAL AGENCY USE…………………………………..…………...………1**

**1.4 NON-PERSONAL SERVICES ........................................ 1**

**1.5 INHERENTLY GOVERNMENTAL FUNCTONS. ........................................ 1**

**1.6 CAAS CERTIFICATION. ........................................ 1**

**2.0 SCOPE ........................................ 2**

**2.1 BASIC, PRIME "CONTRACT" ACTIVITIES ........................................ 4**

**2.1.1 GOVERNMENT MANAGEMENT OF THE CONTRACT……………………………..4**

**2.1.2 CONTRACTOR MANAGEMENT OF THE CONTRACT…………………………...4**

**2.1.3 AWARD TERM ........................................ 4**

**2.2. TASK/DELIVERY ORDER ACTIVITIES. ........................................ 4**

**2.2.1 GOVERNMENT MANAGEMENT OF TASK/DELIVERY ORDER ........................................ 4**

**2.2.2 CONTRACTOR MANAGEMENT OF TASK/DELIVERY ORDER. ........................................ 5**

**2.2.2.1 NON-DISCLOSURE STATEMENT. ........................................ 5**

**2.2.2.2 TASK/DELIVERY ORDER MANAGEMENT PLAN. ........................................ 5**

**2.2.2.3 MONTHLY PROGRESS REPORT. ........................................ 6**

**2.2.2.4 WORK BREAKDOWN STRUCTURE ........................................ 6**

**2.2.2.5 INTEGRATED SCHEDULING ........................................ 6**

**2.2.2.6 EARNED VALUE MANAGEMENT ........................................ 6**

**2.2.2.7 PROGRAM REVIEWS. ........................................ 7**

**2.2.2.8 QUALITY CONTROL PLAN ........................................ 7**

**2.2.2.9 TRANSITION SUPPORT ........................................ 7**

**2.2.2.10 OPTION ITEM: INCOMING TRANSITION....7**

**2.2.2.11 OPTION ITEM: OUTGOING TRANSITION....8**

**2.2.3 TECHNICAL MANAGEMENT OF TASK/DELIVERY ORDER. ....8**

**2.2.3.1 PROGRAM/SYSTEM SECURITY ....8**

**2.2.3.2 INFORMAION ASSURANCE BACKGROUND....8**

**2.2.3.3 SECURITY CLEARANCES ....9**

**2.2.3.4 SECTION 508. ....9**

**2.2.3.5 CONFIGURATION MANAGMENT....9**

**2.2.3.6 RELIABILITY, MAINTAINABILILTY, AND AVAILABILITY....9**

**2.2.3.7 TEST PROGRAM....9**

**2.2.3.8 SYSTEM UPDATES/MIGRATION....10**

**2.2.3.9 DOCUMENTATION ....10**

**2.2.4 TASKS - REQUIREMENTS. ....10**

**2.2.4.1 PROGRAM MANAGEMENT SUPPORT SERVICES....10**

**2.2.4.2 STUDIES & ANALYSIS....10**

**2.2.4.3 PERFORMANCE-BASED BUDGETING....11**

**2.2.4.4 BUSINESS PROCESS IMPROVEMENT. ....11**

**2.2.4.5 FUNCTIONAL VALIDATION AND VERIFICATION. ....11**

**2.2.4.6 INFORMATION MANAGEMENT. ....11**

**2.2.4.7 ACQUSITION MANAGEMENT. ....11**

**2.2.4.8 LOGISTICAL SUPPORT ....122**

**3.0 CONTRACT TYPE....12**

**4.0 TEAMS ACQUISITION MANAGER....12**

**5.0 ACQUISITION MANAGER ....12**

**6.0 CONTRACTING OFFICER'S REPRESENTATIVE ....13**

**7.0 CONTRACTING OFFICER'S REPRESENTATIVE–TASK/DELIVERY ORDER....13**

**8.0 TASK MANAGER ....13**

**9.0 APPLICABLE REFERENCES & COMPLIANCE DOCUMENTS .................................. 13**

**9.1 REFERENCES……………………………………………………………………………..13**

**9.2 COMPLIANCE DOCUMENTS…………………………………………………………..14**

**APPENDIX**

**A DELIVERABLE /DELIVERY SCHEDULE ........................................................................ 16**

## INTRODUCTION

### 1.1 OVERVIEW

The Office of the Assistant Secretary of Defense (Health Affairs)/TRICARE Management Activity, (OASD (HA)/TMA) has a requirement for support to the principles of DoD program management to ensure the delivery of high quality, cost effective health care services across the operational continuum. Within the TMA, the TMA Procurement Support Office (TPS) is responsible for all acquisitions for other than purchased care in support of the TRICARE Management Activity. As such, the TPS mission is to develop and implement policies, procedures, and acquisition programs necessary to acquire the services needed to support the management and integration of military health systems. In addition to overseeing all aspects of non-purchased health care contracting, the TPS evaluates contractor performance. The TRICARE Evaluation, Analysis, and Management Support (TEAMS) contract vehicle will be used to support TPS in the execution of its mission.

### 1.2 PROGRAM GOAL

This opportunity represents a full and open competition for a contract vehicle that will replace Program Management and Integration (PMI II) Blanket Purchase Agreement (BPA) and the Defense Medical Information Management/Design, Development, Operations, and Maintenance Services – Technical Studies and Analyses (D/SIDDOMS II Lot I).

### 1.3 PRIMARY CUSTOMERS

The Office of the Assistant Secretary of Defense for Health Affairs (OASD (HA), TRICARE Management Activity (TMA) has a requirement for evaluation, analysis, and management in support of on-going and future health care programs. TEAMS is available for use by all TMA and components of the worldwide Military Health System (MHS), to include military treatment facilities (MTFs) and clinics; and Contracting/Acquisition Activities supporting TMA.

#### 1.3.1 EXTERNAL AGENCY USE.

In addition to the mission of the TMA and MHS, this contract may be used to acquire services within the scope of the TEAMS work statement for all other Department of Defense organizations with an impact on health support related issues. Services may also be acquired under this contract in support of the Department of Veteran Affairs, and the Department of Health & Human Services (DHHS) for those joint initiatives that have significant or direct impact on the MHS.

### 1.4 NON-PERSONAL SERVICES

This PBWS identifies services that are strictly non-personal in nature, as defined by FAR 37 and to ensure there is not an appearance of such every task/delivery order shall have an identified task manager.

### 1.5 INHERENTLY GOVERNMENTAL FUNCTIONS

This PBWS has been reviewed and contains no services that are inherently governmental functions, as defined in FAR Part 2.1.

### 1.6 CAAS CERTIFICATION

In accordance with Department of Defense (DoD) Directive Number 4205.2, Contract Advisory Assistance Services (CAAS) are those services acquired by contract from non-governmental sources to support or improve organization policy development, decision-making, management and administration, program and/or project management and administration, or to improve the effectiveness of management processes or procedures. CAAS designation when

applicable and in accordance with DoD Directive 4205.2 and FAR Part 37 will be stated on each task/delivery order issued against the resulting contract.

### 2.0 SCOPE

TEAMS will provide a vehicle for obtaining services in support of policy development, decision-making, management and administration, program and/or project management and administration. This performance based work statement (PBWS) provides for improved program and/or project management support services, specialized studies and analysis, performanced-based budgeting/financial management and analysis support, business process improvements, functional validation and verification, information management, acquisition management, and logistical support.

This performance based work statement (PBWS) provides for specialized studies and analysis; business process improvements; improved program and/or project management support services; logistical support; performanced-based budgeting/financial management and analysis support; acquisition management, functional validation and verification; and advisory and assistance services supporting improved information resources, management, internal controls, and administration of OASD(HA) organizations. The execution of these services will enable the OASD(HA)/TMA/MHS to continue to ensure the nation has a healthy fighting force and the ability to support DoD missions worldwide available at all times.

TMA has categorized all non-purchased care procurements into one of the following three, mutually exclusive categories, regardless of the contract vehicle used to procure the services:

> **Category 1: TMA Internal Support**: Services which, by their very nature, give the Contractor access to extensive data about the contracts of all other TMA contractors. To mitigate any potential for a Category 1 Contractor to gain an unfair competitive advantage over other Category 1 Contractors, all acquisition support for Category 1 shall be performed by Category 2 Contractors. Further, Category 1 Contractors having access to other Category Contractor's proprietary information shall sign non-disclosure agreements before being given access to the proprietary information of another Contractor.
>
> **Category 2: Program Management Support**: Services which assist TMA in planning and managing its activities and programs. This includes, for example: requirements analysis, acquisition support, budget planning and management, business process reengineering, program planning and execution support, and independent technical management support. To mitigate any potential for a Category 2 Contractor to gain an unfair competitive advantage over other Category 2 Contractors, for future solicitation opportunities, no Category 2 Contractor shall be permitted to see or have access to any other Category 2 Contractor's proprietary data.
>
> **Category 3: Product Support**. Services or end items required to meet the mission requirements of TMA's non-purchased care activities and programs. This includes, for example: concept exploration and development; system design; system development and integration; COTS Procurement and integration; internal development testing; deployment; installation; operations; and maintenance.

NOTE: **TEAMS may be used to acquire any Category 2: Program Management Support requirement that falls within the scope of the TEAMS work statement. The TEAMS contract specifically *excludes* - Category 3: Product Support.**

**The scope of this TEAMS performance- based work statement provides for two distinct activities and functions:**

***(1) Basic, Prime "Contract" Activities and***

***(2) Task/delivery order Activities.***

| CATEGORY OF TASKS COVERED IN THIS PBWS | |
|---|---|
| **Paragraph** | **Specific Tasks** |
| 2.1 | **Section One: Contract Level Management** |
| 2.1.1 | Government Management of the Contract |
| 2.1.2 | Contractor Management of the Contract |
| 2.1.3 | Award Term |
| 2.2 | **Section Two: Task/delivery orders** |
| 2.2.1 | Government Task/delivery order Management |
| 2.2.2 | Contractor Task/delivery order Management |
| 2.2.3 | Technical Management |
| 2.2.4 | **Tasks – Service Requirements** |
| 2.2.4.1 | Program Management Support Services. |
| 2.2.4.2 | Studies and Analysis |
| 2.2.4.3 | Performance Based Budgeting |
| 2.2.4.4 | Business Process Improvement |
| 2.2.4.5 | Functional Validation and Verification |
| 2.2.4.6 | Information Management Requirement Analysis. |
| 2.2.4.7 | Acquisition Management. |
| 2.2.4.8 | Conference, Meeting, Workshops, Symposia, and Teleconference Logistical Support |

## 2.1 BASIC, PRIME "CONTRACT" ACTIVITIES

### SECTION ONE - CONTRACT LEVEL MANAGEMENT

In addition to the management of individual orders, there are certain activities required to manage the overall **basic, prime "contract."** These activities are described herein.

### 2.1.1 GOVERNMENT MANAGEMENT OF THE CONTRACT

The Contracting Officer (CO) will officially designate (in writing) a Contracting Officer's Representative (COR) to oversee the **basic, prime "contract."** The Government's Contract Level COR will have responsibility for:

- *Ensuring that the Surveillance Plans are developed and executed by the Contracting Officer's Technical Representative – Delivery/Task Order COR-DO and any other involved TMA personnel.*
- *Providing advice and assistance in resolving any performance issues that may arise during the life of the order.*
- *Initiating and coordinating global contract changes such as changes in the paying office.*
- *Conducting other activities as specified in their appointment memorandum.*
- *Elevating to the CO any problems that cannot be addressed by the COR.*

### 2.1.2 CONTRACTOR MANAGEMENT OF THE CONTRACT

The Contractor shall designate a single program manager to oversee the **basic, prime "contract."** The Contractor's designated program manager shall serve as the single point of contact for addressing contract issues, quality issues, and overall contractor performance. This may include coordination with the CO and the COR/COR-DO to resolve any issues that may arise, trends relating to the basic, prime contract, or proposed changes or modifications to the basic, prime contract.

### 2.1.3 AWARD TERM

This will be an award term contract, see Section H for specifics on the award fee plan.

SECTION TWO – TASK/DELIVERY ORDER MANAGEMENT ACTIVITIES. This section describes the full breadth of services available to be ordered in individual orders, but does not necessarily describe the depth that may be included in the orders. Individual orders will detail the extent to which each element described will be required. When bidding on individual task/delivery orders that will be solicited under the TEAMS contract, the Contractor shall adhere to the guidelines outlined below.

### 2.1.4 GOVERNMENT MANAGEMENT OF THE TASK/DELIVERY ORDER: COR-DO

The Contracting Officer will designate a COR-DO for each task/delivery order. This COR-DO will serve as the primary point of contact for all activities and issues that occur under each task/delivery order. The COR-DO is responsible for:

- *Serving as the primary technical point of contact for the task/delivery order.*
- *Identifying the need for and generating contract modification requirements, as required.*

- *Reviewing, and accepting or rejecting all contractor technical deliverables provided under the task/delivery order.*
- *Serving as the approval and disapproval authority for receiving reports and invoices.*
- *Managing Government furnished equipment.*
- *Conducting contract surveillance activities.*
- *Conducting other activities as specified in their appointment memorandum.*
- *Elevating to COR any problems that cannot be adequately addressed by the COR-DO.*

### 2.1.5 CONTRACTOR MANAGEMENT OF THE TASK/DELIVERY ORDER: TASK MANAGER

For every Task/delivery order, the Contractor shall identify the task manager. The Contractor task manager shall ensure that the task is performed efficiently, accurately, on time, and in compliance with the requirements. The contractor task manager shall coordinate as necessary with the contractor program manager and the COR-DO to ensure that the task is managed consistently with overall contract requirements. The contractor task manager shall ensure timely and accurate submission of invoices.

Task/delivery order management activities may include any of the following, as defined in the individual order.

#### 2.1.5.1 NON -DISCLOSURE STATEMENT

For EACH task/delivery order awarded under the resulting contract, the Contractor shall sign one copy of the non-disclosure statement (see Section J) on behalf of their company and shall also ensure that all staff including all employees, subcontractors and consultants assigned to or performing on that order execute, sign, and adhere to the terms of the following non-disclosure statement **(Deliverable 1).** Assignment of staff who has not executed this statement or failure to adhere to this statement shall constitute default on the part of the Contractor.

#### 2.1.5.2 TASK/DELIVERY ORDER MANAGEMENT PLAN

For EACH task/delivery order awarded under the resulting contract, the Contractor shall develop a Task/delivery order Management Plan for Government approval. **(Deliverable 2**) Following Government approval of the plan, it shall be applied by the Contractor to manage, track, and evaluate the project or task performance. The Task/delivery order Management Plan shall consist of control policies and procedures in accordance with standard industry practices for project administration, execution, and tracking. The Task/delivery order Management Plan shall include the following:

- Identification of milestones where Government information, activity, equipment, material, facilities, etc., is required and timeline dependencies for subsequent Contractor activities;
- An Integrated Master Management Plan (IMMP) describing the Contractor's overall management approach, policies and procedures specific to the task/delivery order/Task/delivery order, including suggested project metrics; and,
- A detailed staffing plan with key personnel approved by the Government.

#### 2.1.5.3 MONTHLY PROGRESS REPORT (MPR)

For EACH task/delivery order awarded under the resulting contract, the Contractor shall ensure that a Monthly Progress Report **(Deliverable 3)** is submitted outlining the expenditures, billings, progress, status, projected burn rate, and any problems/issues encountered in the performance of this task/delivery order in accordance with the format provided in **Section J**. The MPR shall also include the current cost and labor effort (i.e., labor hours and costs expended, by labor category (and CLIN as appropriate), for each task and sub-task). The cost reporting format is provided in **Section J**.

As defined within individual orders, the monthly progress report shall detail Earned Value by Cost Element Structure (CES). The Contractor's actual cost and schedule performance will be evaluated against planned cost and schedule performance, using the Government-provided Work Breakdown Structure (WBS). As provided in individual task/delivery orders, the report shall include the current cost and level of effort (i.e., hours worked by task).

When directed in individual orders, the Contractor shall provide for Earned Value Management reporting in the MPR. The Contractor shall require all subcontractors to furnish Earned Value Management reporting where there is critical or significant task/delivery orders related to the prime contract. Activities that require designation as critical or significant shall be proposed by the Contractor for Government approval as part of each individual order Technical Proposal. Each subcontractor's reported cost and schedule information shall be incorporated into the Contractor's MPR.

### 2.1.5.4 WORK BREAKDOWN STRUCTURE (WBS)

When directed in specific task/delivery orders, the Contractor shall further define the activities required under the Government-provided WBS to ensure successful contract completion. This extended WBS should represent how the contractor plans to accomplish the entire work scope and should be consistent with Government organizations and processes. The extended WBS **(Deliverable 4)** shall serve as the framework for contract planning, budgeting, and reporting of cost and schedule status to the Government. The Contractor shall identify major elements of subcontracted work in the extended WBS. The Contractor must produce definitions for any extended WBS elements in accordance with MIL-HDBK-881 and submit to the Government for approval. The Contractor shall also prepare and deliver a WBS dictionary **(Deliverable 5)** describing the efforts associated with each WBS element. When ordered, the Contractor shall ensure that the MPRs are tied to the WBS.

### 2.1.5.5 INTEGRATED SCHEDULING

When directed in individual orders, the Contractor shall establish an integrated program schedule **(Deliverable 6)** depicting discrete tasks, their planned duration, planned start and finish dates, associated resources, and relationship to other task/delivery orders. The integrated program schedule shall be compatible with the MHS IM/IT Integrated Program Planning, Scheduling, and Reporting System (IPPSRS).

### 2.1.5.6 EARNED VALUE MANAGEMENT (EVM)

When directed in individual orders, the Contractor shall provide and implement a formal earned value management system in accordance with the EVM-STD-EIA-748-98 to plan, track, and manage program activities. When presented by the Contractor to the Government, the data within these reports shall not be greater than ten (10) days old. The EVM report **(Deliverable 7)** shall not only provide that given month's progress and costs but shall also include projections on work to be performed and cost for the following month. The report shall be prepared using procedures for planning work, controlling costs, measuring performance using earned value techniques, and generating timely and reliable information as required by DFARS clause 252.242-7005, Cost/Schedule Status Report (C/SSR). The Contractor shall also relate technical accomplishment to cost and schedule accomplishment in contract performance reports and meetings. The Contractor shall prepare Contractor Fund Status Reports (CFSRs), which shall include forecast expenditures and expected billings to the Government **(Deliverable 8).**

### 2.1.5.7 PROGRAM REVIEWS

For EACH task/delivery order awarded under the resulting contract, the Contractor shall plan and conduct regular, routine meetings with the Government to review the progress and status of activities under this contract. Each review shall provide explanations into expenditures, staffing, progress, risks, and status of Government furnished equipment (GFE), including Contractor purchased, Government owned items. The Contractor shall provide project briefings addressing the cost, schedule, performance, and status of each key element of this task/delivery order. The Contractor shall report on any problems or risks noted in the course of day-to-day activities and suggest alternatives or recommended solutions. Should there be any Contractor induced problems, the Contractor shall provide an action plan to prevent any recurrence of such problems.

The Contractor shall ensure that agendas **(Deliverable 10)** and meeting materials **(Deliverable 11)** are provided to Government participants prior to the meeting and that data presented at program reviews is current within no more than ten (10) days.

#### 2.1.5.8 QUALITY CONTROL PLAN

For EACH task/delivery order awarded under the resulting contract, the Contractor shall prepare and adhere to a Quality Control Plan **(Deliverable 12)** describing how the Contractor intends to manage the order to achieve the established standards set forth in the performance-standards summary matrix and Quality Assurance Plan provided with each task/delivery order RFP.

### 2.1.5.9 TRANSITION SUPPORT

In accordance with individual task/delivery orders released under this contract, the Contractor shall ensure, when required, a transition approach of the management controls for both a phase-in and phase-out transition. The Contractor shall conduct planning and implementation of a successful transition in accordance with the approved Transition Plan **(Deliverable 13)** provided in the Contractor's proposal.

### 2.1.5.10 OPTION ITEM - INCOMING TRANSITION

In accordance with the individual task/delivery orders under this contract, the Contractor shall include a separately priced item for a draft plan for incoming transition to a new vendor. When ordered, the Contractor shall coordinate with the Government in planning and implementing a complete transition to the Contractor's support model. The Contractor shall collaborate with the Government to develop and deliver a Start-up Plan **(Deliverable 14)**. The Government will also designate an overlap period for the incoming vendor to coordinate and work with the incumbent vendor. This Incoming Transition Plan shall include, but is not limited to:

- Coordination with Government representatives,
- Review, evaluation and transition of current support services,
- Transition of historic data to new contractor system,
- Government approved training and certification process,
- Orientation phase and program to introduce Government personnel, programs, and users to the Contractor's team, tools, methodologies, and business processes,
- Distribution of Contractor purchased Government owned assets,
- Transfer of Government Furnished Equipment (GFE) and Government Furnished Information (GFI) assets,
- GFE inventory management assistance,
- Distribution of existing staff, and
- Draft Customer Satisfaction Survey.

#### 2.1.5.11 OPTION ITEM - OUTGOING TRANSITION

In accordance with the individual task/delivery orders under this contract, the Contractor shall include a separately priced item for a draft plan for transitioning work and/or leased facilities from an active contract or task/delivery order to a follow-on contract. (Note that the transition may be to a Government entity, another Contractor or to the

incumbent contractor under a new contract vehicle). In accordance with the Government approved plan, the Contractor shall assist the Government in planning and implementing a complete transition from this contract to the follow-on provider. This Outgoing Transition Plan shall include, but is not limited to:

- Formal coordination with Government representatives and the follow-on provider's staff and management,
- The delivery of copies of existing policies and procedures, and
- The delivery of required metrics and statistics.

### 2.1.6 TECHNICAL MANAGEMENT

For ALL task/delivery orders under the resulting contract, the Contractor shall ensure the following technical management is provided.

#### 2.1.6.1 PROGRAM/SYSTEM SECURITY

In accordance with the Government's Program Protection Plan or other Program Security Plan, the Contractor shall identify as security-critical those core items (hardware, software, or business process) whose failure could lead to a breach of system security. For each risk identified, the Contractor shall develop a security assurance strategy to ensure that the requirements, design, implementation, and operating procedures for the identified product minimize or eliminate the potential for breaches of system security. The Contractor shall record the strategy in the Security Management Plan **(Deliverable 15)**, implement the strategy, and produce evidence, as part of required software products, that the security assurance strategy has been carried out.

#### 2.1.6.2 INFORMATION ASSURANCE BACKGROUND

For all task/delivery orders under this contract, the Contractor shall comply with OMB Circular A-130, "Management of Federal Information Resources," which requires Certification and Accreditation (C&A) of all federal information systems every three years at a minimum or as changes that require re-accreditation occur. All Contractor personnel working on government networks shall complete the ADP Security package and shall be approved for working information systems. Additionally, systems that undergo major changes must be re-certified if such changes are not under the current accreditation. Further, the accrediting agency may request annual systems reviews. This C&A requirement ensures the effective safeguarding of sensitive but unclassified (SBU) data against unauthorized modification, disclosure, destruction, and denial of service, as directed by the Department of Defense (DoD).

#### 2.1.6.3 SECURITY CLEARANCES

Individual task/delivery orders issued under this contract may require contractor staff with either ADP or DoD security clearances. When required, the task/delivery order PBWS will clearly define the security requirements and procedures to be followed.

#### 2.1.6.4 SECTION 508 –REHABILITATION ACT

Acquisition of electronic and information technology (or related services) must adhere to Federal Acquisition Regulation Subpart 39.2 supporting Accessibility Standards (36 CFR part 1194), as required by Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. 794d). Section 508 allows individuals with disabilities access to Federal information and data that is comparable to the access to, and use of, information and data by other individuals without disabilities. For further information, refer to www.section508.gov.

#### 2.1.6.5 CONFIGURATION MANAGEMENT (CM)

The Contractor shall conduct CM on all program management activities called for hereunder in accordance with the program CM plan. The Contractor shall develop a CM compliance plan **(Deliverable 16)**, describing procedures and policies that will ensure that the Contractor and all subcontractors performing under this contract perform in full

compliance with the Government approved CM Plan and Policies. This plan shall be tailored for each order issued under this contract.

### 2.1.6.6 RELIABILITY, MAINTAINABILITY, AND AVAILABILITY (RM&A)

To ensure compliance with program standards and metrics, the Contractor shall plan and implement a RM&A program. This program shall be documented in a RM&A Program Plan **(Deliverable 17)** that shall describe standard Contractor approaches to be used to ensure that program activities, processes, services, and documentation meet performance standards. The plan shall identify tools and techniques applied to monitor and track data associated with RM&A. This plan shall be tailored for each order issued under this contract.

### 2.1.6.7 TEST PROGRAM

The Contractor shall develop and implement a test and evaluation program to ensure that all program management services, deliverables, and documents called for under this contract meet MHS and program requirements prior to delivery to the Government. The Contractor shall develop a Test Evaluation Program Plan (TEPP) **(Deliverable 18)**, in accordance with the Government's Test Plan, that describes the methodology and approach that will be used by the Contractor to validate program management activity performance internally, prior to evaluation and acceptance by the Government or its designated independent verification and validation (IV&V) agent. Following Government approval of this plan, the Contractor shall develop detailed test procedures **(Deliverable 19)** for each proposed program management activity. Following Government approval of this plan and when ordered by the Government, the Contractor shall conduct an internal test in compliance with the approved procedures, and report test results to the Government **(Deliverable 20)**. The Government shall have rights to witness all Contractors testing without providing prior notice. This plan shall be tailored for each order issued under this contract.

### 2.1.6.8 PROGRAM MANAGEMENT ACTIVITY UPDATES/MIGRATION

The Contractor shall apply processes and procedures that ensure that all program management activity updates and versions are maintained in a manner such that each activity update or version builds on the preceding version and in no way deletes or diminishes previous content unless specifically directed or approved otherwise by the Government. This incremental update process shall provide for implementation of the new/upgraded work product or activity without loss of functionality which is "in process" at the time of update. Specifically, the Contractor shall provide for the automatic transfer of "in process" functions from the "old" version to the new or upgraded version.

### 2.1.6.9 DOCUMENTATION

Reports and documents delivered by the Contractor in performance of this contract shall be considered "Technical Data" as defined in the applicable "Rights in Data" clause of the General Provisions. All documentation shall reflect the latest version of the work product or activity, unless specifically directed otherwise by the Government. All documentation shall be prepared

in accordance with standard industry practices, ensuring electronically produced documents which reflect logical flow of material, tables of contents, indexes and page numbering. Where applicable, the Contractor's attention is called to the availability of commercial, industry, federal, and military guides, instructions, and standards for many of the topics addressed in this contract (Refer to Section 5 Applicable Reference & Compliance Documents).

### 2.1.7 TASKS – REQUIREMENTS

#### 2.1.7.1 PROGRAM MANAGEMENT SUPPORT SERVICES

Service in support of OASD(HA) contributes to the efficient and effective operation of programs. Services may be used at all organizational levels to help managers achieve maximum effectiveness or economy in their operations. Services may include, but are not limited to: (1) obtaining outside points of view to avoid too limited judgment on critical issues; (2) obtaining advice regarding developments in industry, university, or foundation research; (3) obtaining the opinions, special knowledge, or skills of noted experts; (4) enhancing the understanding of, and develop alternative solutions to, complex issues; (5) researching and reviewing existing standards and developing new policies and procedures; and (6) developing policy strategies, implementing plans, and assisting in policy implementation.

#### 2.2.4.2 STUDIES AND ANALYSIS

The Contractor shall provide subject matter expertise and technical, administrative, editorial and graphics assistance, as necessary, for the purpose of preparing special reports, studies, analyses, and briefing papers on various financial, administrative, and business process matters related to overall activities and process management. Such work may encompass, but is not limited to: conducting information searches; scientific, medical, financial, and technical writing; editing; graphics preparation; and report layout and production. The Contractor will explain methodologies that have been employed, discuss findings, list possible alternatives for consideration, and rank proposed policy or action alternatives with explanations as to the advantages and disadvantages of each.

#### 2.2.4.3 PERFORMANCE-BASED BUDGETING/FINANCIAL MANAGEMENT

Assist with budget development and refinement throughout the budget cycle. The Contractor shall also: prepare analyses and other input necessary to address budget-related questions; maintain data in financial management system; interpret budget directives; and monitor, compile, compare and analyze program expenditures. Activities include budget/financial management operations, administration, , expenditures, audits, claims processing, and reconciliations.

#### 2.2.4.4 BUSINESS PROCESS IMPROVEMENT

Develop and maintain an operational plan containing essential program/project planning information for use by executive management, analyze program/project progress, identifying and resolving issues, resource accounting and, reporting, life-cycle management reviews, impact assessments, and provide administrative and management planning support for analyzing, developing and updating policy and planning documents.

#### 2.2.4.5 FUNCTIONAL VALIDATION AND VERIFICATION

Perform functional reviews independent of the development organization. Independent Verification and Validation (IV&V) services may include, but are not limited to, the development of IV&V plans; validation and monitoring of application development support activities; quality management; and project monitoring.

#### 2.2.4.6 RECORDS MANAGEMENT

The Contractor shall provide a full range of functional expertise to include all activities related to information management. These activities shall include, but not be limited to creating, capturing, registering, classifying, indexing, storing, retrieving, disposal of records, development of strategies to manage records. They include the acquisition, control and disposal of records, disposal of library and other information products, items kept for

reference purposes, and the provision of services to internal and external customers based on information resources. Activities include data administration, archival records and the handling of Freedom of Information Act (FOIA) requests.

### 2.2.4.7 INFORMATION MANAGEMENT

The Contractor shall also support information management activities in the development of capability descriptions and associated documentation. The Contractor shall provide assistance to the functional management of investments in the information systems; to include, but not be limited to, the integration of information management business practices and rules into the operational architecture; data dictionaries, and data standards to achieve the objective of cost reductions, performance gains and optimization of resources.

The Contractor shall ensure that the goals, objectives, and functionality of Military Health System automated information systems meet the needs of a managed care and deployable healthcare environment, and that the requisite tools and techniques support these information management activities.

These activities include all processes required to successfully perform requirements management for the Military Health System. The contractor shall utilize requirements management methods focused on identifying, analyzing, interpreting, and documenting the functional requirements that are associated with MHS managed care core business functions.

The Contractor shall assist Government Information (Requirements) Managers by providing liaison between the Government and appropriate elements of the MHS business community, including functions of managing the business, provision of care, access to care, medical readiness, and population health management. The Contractor shall work as a liaison between different offices for all requirements management activities. The Contractor shall act as a facilitator (working with Government functional personnel and subject matter experts) to manage the development, collection, and consolidation of functional requirements for entry into the MHS requirements management repository.

### 2.2.4.8 ACQUISITION MANAGEMENT

Perform a variety of procurement and acquisition related functions in support of pre & post contract award activities, to included but not limited to the establishment and implementation of procedures that assist in the acquisition management activities. Perform assistance in developing and promulgating acquisition policies and instructions in accordance with pertinent legislation, rules, regulations and DoD guidance. Analyze and measure the probable effects of various acquisition strategies, planned acquisition schedules, performance attainment of scheduled events and written reports of progress.

### 2.2.4.9 LOGISTICAL SUPPORT

The Contractor shall assist the organization and execution of large-scale meetings, conferences, workshops, symposia, teleconferences, and in support of the task/delivery order PBWS. Such logistical support may involve collecting, compiling, organizing, and summarizing information relevant to and in preparation for a forthcoming event either in collaboration with multiple government agency event sponsors or as a task which is solely the responsibility of the Contractor; preparing meeting materials, slides, view graphs, videos, computer programs with animation, information packets, registration information, and other information for presentation and dissemination to event participants and sponsors; disseminating such information prior to or shortly after an event in various media formats, assisting with event organization by researching for and recommending facilitators, translators, and moderators; researching, recommending, and securing facilities and participant accommodations in support of events; and assisting with conducting events through registering participants, liaison with event facility employees and managers, and other logistical support activities incidental to the event. The Contractor will assist staff in relocation and realignment to include preparation, organization, transportation and temporary storage and setup.

### 3.0 CONTRACT TYPE

TMA anticipates that this PBWS will result in a multiple award Indefinite Delivery/Indefinite Quantity (ID/IQ) contract utilizing Fixed Priced Labor Rates (FPLR), Firm-Fixed Price (FFP), or Cost- Reimbursable type contracts. Cost Plus Fixed Fee, Award Fee or Incentive Fee orders may be used when such a method offers the best solution as documented. The contract type will be determined by the Contracting Officer in collaboration with the Acquisition Manager and Program Management Office to attain the best value to the Government.

### 4.0 TEAMS ACQUISITION MANAGER

The Acquisition Manager for this contract is listed below:

Ms. RoDonda B. Thompson
TMA, Procurement Support Office
Team Lead, IT Acquisitions & Operations
Address: 5111 Leesburg Pike, Suite 550
Falls Church, VA 22041
Telephone: 703-681-1143, ext. 5456
Fax: 703-681-6036
Email Address: RoDonda.Thompson@tma.osd.mil

### 5.0 ACQUISITION MANAGER

TMA Procurement Support (TPS) will work proactively with all supported activities to plan for their acquisition needs. TPS will specify an Acquisition Manager (AM) responsible for assisting designated program offices in planning each of their upcoming contract actions. The AM will draw on a broad, in-depth knowledge of acquisition and provide liaison, expertise and assistance in planning for and providing acquisition services. The AM will serve as the principal acquisition advisor to the requesting activity during the pre-solicitation planning phase of each acquisition.

### 6.0 CONTRACTING OFFICER'S REPRESENTATIVE (COR)

The COR serves as the Government's point of contact for contract-level coordination of administration and technical performance matters. The COR will assist the Contracting Officer's Representative – Task/delivery order (COR-DO) in overseeing the administrative and technical performance of task/delivery orders; assist the COR-DO in resolving performance issues; initiate contract-level changes; notify the Contracting Officer of any disputes, performance issues, or contractual issues that can not be resolved at the COR-DO level; and conduct other activities as specified by appointment.

### 7.0 TASK/DELIVERY ORDER CONTRACTING OFFICER'S REPRESENTATIVE (COR-DO)

The COR-DO has specific technical, functional and oversight responsibilities for individual task/delivery orders. The COR-DO will serve as the official point of contact for coordination for the task/delivery order; approve or disapprove contractor invoices; review and accept or reject all contractor technical deliverables; forward executed invoices and receiving reports to the paying office designated in the order; monitor task/delivery order funds balances; and conduct other activities as may be specified by the contracting officer.

### 8.0 TASK MANAGER (TM)

Serves as the Contractor's Task Manager, and may be the Contractor's authorized point of contact with the Government COR-DO. Under the guidance of the Contractor's Program Manager, responsible for the overall management of a specific order, or, in the case of particularly complex orders, responsible for management of an order under the guidance of a Government COR-DO. Interfaces with Government management personnel, contract managers, and customer agency representatives. Responsible for formulating and enforcing work standards, assigning Contractor schedules, reviewing work quality, communicating policies, purposes, and goals of the organization to subordinates. The Task Manager may also have demonstrated capability in the overall management of complex tasks, and strong team building skills.

**9.0 APPLICABLE REFERENCES AND COMPLIANCE DOCUMENTS.**

**9.1 REFERENCES**

- TPS Desktop Reference Guide http://www.tricare.osd.mil/tps
- TMA Website http://www.tricare.osd.mil
- TMA, Information Management Technology and Reengineering: http://www.tricare.osd.mil/imtr
- Defense Technical Information Center Website: www.dtic.mil
- Defense Logistics Agency Website: www.dla.mil
- Defense Contract Audit Agency Website: www.dcaa.mil/main.html
- MHS IM/IT Program Plan, Volume I and II, February 1999 www.tricare.osd.mil/imtr/poliregu.html
- MHS Automated Information System (AIS) Security Policy Manual, Version 1.0, April 1996,
  Modified, February 2000 www.tricare.osd.mil/imtr/mhssaisa.html
- MIL-STD 973, "Configuration Management," 11 February 2000 www.mil-std-973.com/
- "Use of DoD Standards in MHS Migration Systems," 11 March 1996) www.tricare.osd.mil/policy/fy96/mhss36.html
- DoD 5200.28-STD, Trusted Computer System Evaluation Criteria http://www.radium.ncsc.mil/tpep/library/rainbow/5200.28-STD.html
- MHS System Architecture and Design Guidance, www.tricare.osd.mil/tmis_new/AS.htm
- MHS Strategic Plan, www.ha.osd.mil/strat_plan/default.cfm
- The Department of Veterans Administration, www.va.gov
- Institute of Electrical and Electronics Engineering, www.ieee.org

**9.2 COMPLIANCE DOCUMENTS.**

- DoD Joint Technical Architecture, Version 4.0, July 17, 2002 http://disronline.disa.mil/VJTA/index.jsp
- MHS Architectural Framework, Version 2.1c, July 1998 http://www.tricare.osd.mil/imtr/archfram.html
- C4ISR Architectural Framework, Version 2.0, December 18, 1997
- DoD Technical Reference Model, Version 1.0, November 5, 1999 http://trm.disa.mil
- Global Information Grid, 30 August 2001, http://www.dtic.mil/whs/directives/corres/html/81001.htm
- Defense Information Infrastructure (DII) Common Operating Environment (COE) Integration and Runtime Specification (I&RTS), Version 4.1 October 3 2000, and subsequent updates http://diides.ncr.disa.mil/shade/
- Industry Implementation of International Standard ISO/IEC 12207: 1995

- MHS Information Management (IM) / Information Technology (IT) Strategic Plan, 1999 - 2003 http://www.tricare.osd.mil/infomgt/imitstra.pdf
- MHS IM/IT Program Plan, Volume I and II, February 1999 http://www.tricare.osd.mil/imtr/poliregu.html
- Defense Data Dictionary System (DDDS), latest version http://datadmn.disa.mil/ddds/dddsmsacc.html
- MHS Automated Information System (AIS) Security Policy Manual, Version 1.0, April 1996, modified on February 2000 http://www.tricare.osd.mil/imtr/mhssaisa.html
- MIL-STD 973, "Configuration Management," 11 February 2000 http://www.mil-std-973.com/
- DODD 8320.1, "DoD Data Administration," March 1994 http://www.dtic.mil/whs/directives/corres/pdf/d83201_092691/d83201p.pdf
- Principle Deputy Assistant Secretary for Health Affairs (PDASD-HA Memo, "Use of DoD Standards in MHS Migration Systems," 11 March 1996) http://www.tricare.osd.mil/policy/fy96/mhss36.html
- Information Technology Management Reform Act of 1996 (known as Clinger-Cohen Act 1996)
- MHS Functional Area Model - Data (FAM-D), version 10.0
- MHS Functional Area Model - Activity (FAM-A), version 7.0
- MHS Functional Area Model - Object (FAM-O), version 3.0
- NBS SP500-153, Guide to Auditing for Controls and Security: A System Development Life-Cycle Approach, April 1988.
- Interim Defense Acquisition Guidebook, October 2002. http://dod5000.dau.mil/
- DoD Manual 8020.1-M, Functional Process Improvement, 15 January 1993. http://www.tricare.osd.mil/imtr/reg_pol.html
- DoD Regulation 5200.2-R, DoD Personnel Security Program, April 9, 1999 http://www.dtic.mil/whs/directives/corres/pdf/d52002_040999/d52002p.pdf
- DoD 5200.40 Information Technology Security Certification and Accreditation Process (DITSCAP), November 28, 1998. http://iase.disa.mil/ditscap/
- DoD 5200.28-STD, Trusted Computer System Evaluation Criteria http://www.radium.ncsc.mil/tpep/library/rainbow/5200.28-STD.html
- Principle Deputy Assistant Secretary for Health Affairs (PDASD-HA Memo, Use of DoD Standards in MHS Migration Systems, 11 March 1996) (on TRICARE web site)
- Guide to the Defense Information Infrastructure (DII) Common Operating Environment (COE) for the Military Health System (MHS), Version 1.0, May 2001 http://diicoe.disa.mil/coe/
- CJCSI 6212.01A-C4I Certification of Net-worthiness. For Interoperability Certification (C4I), also see DoD 4630.5, DoDI 4630.8, 15 February 2000.
- Deputy Assistant Secretary of Defense for Health Budgets and Programs (PDASD-HBP Memo) FY97 Defense Health Program (DHP) Funding Guidance - Revised, 2 December 1996. PL 104-191, Health Insurance Portability and Accountability Act (HIPAA) of 1996 http://aspe.hhs.gov/admnsimp/pl104191.htm
- MHS System Architecture and Design Guidance http://www.tricare.osd.mil/mis_new/AS.htm
- Configuration Management Master Plan (CMMP), Version 1.0, 29 September 2000
- DoD 5136.1-P, DoD Medical Readiness Strategic Plan, 1998-2004.
- Defense Medical Human Resource System (DMHRS) Evaluation and Advisory
- DMHRS II System Requirements Specification (draft)
- Institute of Electrical and Electronics Engineers Standards (IEEE), www.ieee.org

- OMB Circular A-130, “Management of Federal Information Resources", 11/28/2000.

**Appendix A: Deliverable/Delivery Schedule**

***TBD = To Be Determined**

| Item | TS Ref | Title | Distribution | E | H | Initial | Subsequent |
|---|---|---|---|---|---|---|---|
| *1.* | *Section J* | *Non-Disclosure Statement* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *Signed statements are due, from each employee assigned, prior to performing ANY work on this task.* | |
| *2.* | *3.2.1.1* | *Task/delivery order Management Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *3.* | *3.2.1.2* | *Monthly Progress Report* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *4.* | *3.2.1.3* | *Work Breakdown Structure (WBS)* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *5.* | *3.2.1.3* | *WBS Dictionary* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *6.* | *3.2.1.4* | *Integrated Program Schedule* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *7.* | *3.2.1.5* | *Earned Value Management Report* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *8.* | *3.2.1.5* | *Contractor Fund Status Report (CFSR)* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |

| Item | TS Ref | Title | Distribution | E | H | Initial | Subsequent |
|---|---|---|---|---|---|---|---|
| 9. | *Section L* | *Subcontract Management Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 10. | *3.2.1.6* | *Program Review Agendas* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 11. | *3.2.1.6* | *Program Review Meeting Materials* | *COR-DO*<br>*COR*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 12. | *3.2.1.7* | *Quality Control Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 13. | *3.2.1.8* | *Transition Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 14. | *3.2.1.8 (a)* | *Start-up Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 15. | *3.2.2.1* | *Security Management Plan* | *COR-DO*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 16. | *3.2.2.2* | *Configuration Management (CM) Compliance Plan* | *COR-DO*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 17. | *3.2.2.3* | *RM&A Program Plan* | *COR-DO*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| 18. | *3.2.2.4* | *Test Evaluation Program Plan* | *COR-DO* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |

| **Item** | **TS Ref** | **Title** | **Distribution** | **E** | **H** | **Initial** | **Subsequent** |
|---|---|---|---|---|---|---|---|
| | | | *TBD* | | | | |
| *19.* | *3.2.2.4* | *Test Procedures* | *COR-DO*<br><br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *20.* | *3.2.2.4* | *Test and Evaluation Report* | *COR-DO*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *21.* | *Section J* | *OCI Certification Statement* | *COR-DO*<br>*COR*<br><br>TBD | *1*<br>*1* | *1*<br>*0* | *Signed statements are due, prior to performing ANY work on this task.* | |

**Appendix B – TPS Acronyms**

| ACRONYM | MEANING |
|---|---|
| ACMS | Acquisition and Contract Management System |
| ACO | Administrative Contracting Officer |
| AM | Acquisition Manager |
| AM&S | Acquisition Management & Support |
| BAFO | Best and Final Offer |
| BOM | Bill of Materials |
| BPA | Blanket Purchase Agreement |
| C&CS | Communication and Customer Support |
| CA | Contracting Activity/Agency |
| CAAS | Contracted Advisory and Assistance Services |
| CAGE | Commercial and Government Entity |
| CAP | Computer/Electronic Accommodations Program |
| CAP | Contractor Acquired Property |
| CBD | Commerce Business Daily |
| CCAS | Contract Cost Accounting System |
| CCR | Central Contractor Registration |
| CES | Cost Element Structure |
| CITPO | Clinical Information Technology Program Office |
| CMIS | Cost Management Information System |
| COI | Conflict of Interest |
| COO | Central Operations Office |
| COR | Contracting Officer's Representative |
| COR-DO | COR for the Task/delivery order |
| COR-PC | COR for the Prime Contract |
| COTS | Commercial Off-the-Shelf |
| CPAF | Cost Plus Award Fee |
| CPARS | Contractor Performance Assessment Reporting System |
| CPE | Contractor Performance Evaluation |

| | |
|---|---|
| CPFF | Cost Plus Fixed Fee |
| CPIF | Cost Plus Incentive Fee |
| D/SIDDOMS | DoD/Systems Integration, Design, Development, Operations and Maintenance Services |
| DCC-W | Defense Contracting Command - Washington |
| DFARS | DoD FAR Supplement |
| DFAS | Defense Finance and Accounting Service |
| DMFO | Defense Medical Facilities Office |
| DMLSS | Defense Medical Logistics Standard Support |
| DO | Task/delivery order |
| DCC-W | Defense Contract Command - Washington |
| DUNS | Data Universal Numbering System |
| EFT | Electronic Funds Transfer |
| EI/DS | Executive Information Decision System |
| EIN | Employer Identification Number |
| EVMS | Earned Value Management System |
| FAQ | Frequently Asked Question |
| FAR | Federal Acquisition Regulation |
| FASA | 1994 Federal Acquisition Streamlining Act |
| FFP | Firm Fixed Price |
| FM | Financial Management |
| FO | Financial Office (also known as RM, FM) |
| FPI | Fixed Price, Incentive |
| FPLH | Fixed Price Labor Hour |
| FPPI | Fixed Price Plus Incentive |
| FTE | Full Time Equivalent |
| GFE | Government Furnished Equipment |
| GOTS | Government Off-the-Shelf |
| GSA | Government Services Administration |
| GWAC | Government Wide Agency Contract |
| HPA&E | Health Program Analysis & Evaluation |

| | |
|---|---|
| HUB | Historically Underutilized Business Zone |
| ICE | Independent Cost Estimate |
| ID/IQ | Indefinite Delivery / Indefinite Quantity |
| IGCE | Independent Government Cost Estimate |
| IM | Information Management |
| IMCP | Internal Management Control Program |
| IMPAC | International Merchant Purchase Authorization Card |
| IMT&R | Information Management Technology and Reengineering |
| KO | Contracting Officer |
| LH | Labor Hour |
| LOE | Level of Effort |
| MAC | Multiple Award Contract or Mult-Agency Contract |
| MAS | Multiple Award Schedule or Multi--Agency Schedule |
| MCSC | Managed Care Support Contract |
| MHS | Military Health System |
| MIPR | Military Interdepartmental Purchase Request |
| MPR | Monthly Progress Report |
| NAICS | North American Industry Classification System (formerly SIC) |
| NDI | Non-Development Item |
| O&I | Optimization & Integration |
| OASD(HA) | Office of the Assistant Secretary of Defense (Health Affairs) |
| OCI | Organizational Conflict of Interest |
| ODC | Other Direct Cost |
| OGC | Office of General Counsel |
| OM | Operations & Maintenance |
| OP | Other Procurement |
| OTSG | Office of the Surgeon General |
| PBWS | Performance Based Work Statement |
| PCA | Preferred Contracting Activity |
| PCO | Procuring Contracting Officer |
| PEO | Program Executive Office |

| | |
|---|---|
| PEO | Program Executive Officer/ Military Health System, Information Technology Organization |
| PERT | Program Evaluation and Review Technique |
| PM | Program Manager |
| PMI | Program Management Integration |
| PMO | Program Management Office |
| PO | Program Office |
| PO | Purchase Order |
| POC | Point of Contact |
| POD | Program Operations Directorate (now known as OD) |
| POP | Period of Performance |
| PPI | Past Performance Information |
| PRW | Purchase Request Worksheet |
| PWS | Performance Work Statement |
| R&D | Research and Development |
| RDT&E | Research, Development, Test and Evaluation |
| RA | Requiring Activity (alternatively known as PO, or Program Office) |
| RFI | Request for Information |
| RFP | Request for Proposal |
| RFQ | Request for Quote |
| RITPO | Resource Information Technology Program Office |
| RM | Resource Management |
| SADBU | Small and Disadvantaged Business Utilization |
| SBA | Small Business Administration |
| SBIR | Small Business Innovation Research |
| SIC | Standard Industrial Classification (to be replaced by NAICS) |
| SOO | Statement of Objectives |
| SSA | Source Selection Authority |
| SSAC | Source Selection Advisory Council |
| SSEB | Source Selection Evaluation Board |
| SSJ | Sole Source Justification |
| STTR | Small Business Technology Transfer Program |

| | |
|---|---|
| T&M | Time and Materials |
| TC | Technical/Cost - shorthand used to refer to components of a proposal |
| TIMPO | Tri-Service Infrastructure Management Program Office |
| TM | Task Manager |
| TMA | TRICARE Management Activity |
| TMA Admin | TRICARE Management Activity Administration |
| TMA/FO | TMA Financial Operation |
| TMIP | Theater Medical Information Program |
| TPS | TMA Procurement Support (formerly AMD) |
| TO | Task/delivery order |
| USAMRAA | U.S. Army Medical Research Acquisition Activity |
| WAWF-RA | Wide Area Workflow – Receipt and Acceptance |
| WBS | Work Breakdown Structure |
| WOSB | Women-Owned Small Business |

Section E - Inspection and Acceptance

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.246-2 Alt I | Inspection Of Supplies Fixed Price (Aug 1996) - Alternate I | JUL 1985 |
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-5 | Inspection Of Services Cost-Reimbursement | APR 1984 |
| 52.246-6 | Inspection--Time-And-Material And Labor-Hour | MAY 2001 |
| 52.246-15 | Certificate of Conformance | APR 1984 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 252.246-7000 | Material Inspection And Receiving Report | MAR 2003 |

Section F - Deliveries or Performance

SECTION F

**Deliverable/Delivery Schedule**

***TBD = To Be Determined**

| Item | TS Ref | Title | Distribution | E | H | Initial | Subsequent |
|---|---|---|---|---|---|---|---|
| *1.* | *Section J* | *Non-Disclosure Statement* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *Signed statements are due, from each employee assigned, prior to performing ANY work on this task.* | |
| *2.* | *3.2.1.1* | *Task/delivery order Management Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *3.* | *3.2.1.2* | *Monthly Progress Report* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *4.* | *3.2.1.3* | *Work Breakdown Structure (WBS)* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *5.* | *3.2.1.3* | *WBS Dictionary* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *6.* | *3.2.1.4* | *Integrated Program Schedule* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *7.* | *3.2.1.5* | *Earned Value Management Report* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *8.* | *3.2.1.5* | *Contractor Fund Status Report (CFSR)* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *9.* | *Section L* | *Subcontract Management* | *COR-DO* | *1* | *1* | *In accordance with individual Task/delivery orders* | |

| Item | TS Ref | Title | Distribution | E | H | Initial | Subsequent |
|---|---|---|---|---|---|---|---|
| | | *Plan* | *COR*<br>TBD | *1* | *0* | | |
| *10.* | *3.2.1.6* | *Program Review Agendas* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *11.* | *3.2.1.6* | *Program Review Meeting Materials* | *COR-DO*<br>*COR*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *12.* | *3.2.1.7* | *Quality Control Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *13.* | *3.2.1.8* | *Transition Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *14.* | *3.2.1.8 (a)* | *Start-up Plan* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *15.* | *3.2.2.1* | *Security Management Plan* | *COR-DO*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *16.* | *3.2.2.2* | *Configuration Management (CM) Compliance Plan* | *COR-DO*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *17.* | *3.2.2.3* | *RM&A Program Plan* | *COR-DO*<br>TBD | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *18.* | *3.2.2.4* | *Test Evaluation Program Plan* | *COR-DO*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *19.* | *3.2.2.4* | *Test Procedures* | *COR-DO*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |

| Item | TS Ref | Title | Distribution | E | H | Initial | Subsequent |
|---|---|---|---|---|---|---|---|
| *20.* | *3.2.2.4* | *Test and Evaluation Report* | *COR-DO*<br>*TBD* | *1*<br>*1* | *1*<br>*0* | *In accordance with individual Task/delivery orders* | |
| *21.* | *Section J* | *OCI Certification Statement* | *COR-DO*<br>*COR*<br>TBD | *1*<br>*1* | *1*<br>*0* | *Signed statements are due, prior to performing ANY work on this task.* | |

PERIOD OF PERFORMANCE

# PERIOD OF PERFORMANCE:

**THE ESTIMATED START DATE OF THE PERIOD OF PERFORMANCE IS JANUARY 1, 2006 – DECEMBER 31, 2006 WITH NINE OPTION PERIODS.**

**THE PERIOD OF PERFORAMANCE SHALL BE INCLUDED AT TIME OF AWARD.**

DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | UIC |
|---|---|---|---|---|
| 0001 | N/A | N/A | N/A | N/A |
| 000101 | N/A | N/A | N/A | N/A |
| 0002 | N/A | N/A | N/A | N/A |
| 000201 | N/A | N/A | N/A | N/A |
| 0003 | N/A | N/A | N/A | N/A |
| 000301 | N/A | N/A | N/A | N/A |
| 0004 | N/A | N/A | N/A | N/A |
| 000401 | N/A | N/A | N/A | N/A |
| 0005 | N/A | N/A | N/A | N/A |
| 000501 | N/A | N/A | N/A | N/A |
| 0006 | N/A | N/A | N/A | N/A |
| 000601 | N/A | N/A | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| 0007 | N/A | N/A | N/A | N/A |
| 000701 | N/A | N/A | N/A | N/A |
| 0008 | N/A | N/A | N/A | N/A |
| 000801 | N/A | N/A | N/A | N/A |
| 0009 | N/A | N/A | N/A | N/A |
| 000901 | N/A | N/A | N/A | N/A |
| 0010 | N/A | N/A | N/A | N/A |
| 001001 | N/A | N/A | N/A | N/A |
| 0011 | N/A | N/A | N/A | N/A |
| 001101 | N/A | N/A | N/A | N/A |
| 0012 | N/A | N/A | N/A | N/A |
| 001201 | N/A | N/A | N/A | N/A |
| 0013 | N/A | N/A | N/A | N/A |
| 001301 | N/A | N/A | N/A | N/A |
| 0014 | N/A | N/A | N/A | N/A |
| 001401 | N/A | N/A | N/A | N/A |
| 0015 | N/A | N/A | N/A | N/A |
| 001501 | N/A | N/A | N/A | N/A |
| 0016 | N/A | N/A | N/A | N/A |
| 001601 | N/A | N/A | N/A | N/A |
| 0017 | N/A | N/A | N/A | N/A |
| 001701 | N/A | N/A | N/A | N/A |
| 0018 | N/A | N/A | N/A | N/A |
| 001801 | N/A | N/A | N/A | N/A |
| 0019 | N/A | N/A | N/A | N/A |
| 001901 | N/A | N/A | N/A | N/A |
| 0020 | N/A | N/A | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| 002001 | N/A | N/A | N/A | N/A |
| 0021 | N/A | N/A | N/A | N/A |
| 002101 | N/A | N/A | N/A | N/A |
| 0022 | N/A | N/A | N/A | N/A |
| 002201 | N/A | N/A | N/A | N/A |
| 0023 | N/A | N/A | N/A | N/A |
| 002301 | N/A | N/A | N/A | N/A |
| 0024 | N/A | N/A | N/A | N/A |
| 002401 | N/A | N/A | N/A | N/A |
| 0025 | N/A | N/A | N/A | N/A |
| 002501 | N/A | N/A | N/A | N/A |
| 0026 | N/A | N/A | N/A | N/A |
| 002601 | N/A | N/A | N/A | N/A |
| 0027 | N/A | N/A | N/A | N/A |
| 002701 | N/A | N/A | N/A | N/A |
| 0028 | N/A | N/A | N/A | N/A |
| 002801 | N/A | N/A | N/A | N/A |
| 0029 | N/A | N/A | N/A | N/A |
| 002901 | N/A | N/A | N/A | N/A |
| 0030 | N/A | N/A | N/A | N/A |
| 003001 | N/A | N/A | N/A | N/A |
| 0031 | N/A | N/A | N/A | N/A |
| 003101 | N/A | N/A | N/A | N/A |
| 0032 | N/A | N/A | N/A | N/A |
| 003201 | N/A | N/A | N/A | N/A |
| 0033 | N/A | N/A | N/A | N/A |
| 003301 | N/A | N/A | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| 0034 | N/A | N/A | N/A | N/A |
| 003401 | N/A | N/A | N/A | N/A |
| 0035 | N/A | N/A | N/A | N/A |
| 003501 | N/A | N/A | N/A | N/A |
| 0036 | N/A | N/A | N/A | N/A |
| 003601 | N/A | N/A | N/A | N/A |
| 0037 | N/A | N/A | N/A | N/A |
| 003701 | N/A | N/A | N/A | N/A |
| 0038 | N/A | N/A | N/A | N/A |
| 003801 | N/A | N/A | N/A | N/A |
| 0039 | N/A | N/A | N/A | N/A |
| 003901 | N/A | N/A | N/A | N/A |
| 0040 | N/A | N/A | N/A | N/A |
| 004001 | N/A | N/A | N/A | N/A |
| 0041 | N/A | N/A | N/A | N/A |
| 004101 | N/A | N/A | N/A | N/A |
| 0042 | N/A | N/A | N/A | N/A |
| 004201 | N/A | N/A | N/A | N/A |
| 0043 | N/A | N/A | N/A | N/A |
| 004301 | N/A | N/A | N/A | N/A |
| 0044 | N/A | N/A | N/A | N/A |
| 004401 | N/A | N/A | N/A | N/A |
| 0045 | N/A | N/A | N/A | N/A |
| 004501 | N/A | N/A | N/A | N/A |
| 0046 | N/A | N/A | N/A | N/A |
| 004601 | N/A | N/A | N/A | N/A |
| 0047 | N/A | N/A | N/A | N/A |

| | | | | |
|---|---|---|---|---|
| 004701 | N/A | N/A | N/A | N/A |
| 0048 | N/A | N/A | N/A | N/A |
| 004801 | N/A | N/A | N/A | N/A |
| 0049 | N/A | N/A | N/A | N/A |
| 004901 | N/A | N/A | N/A | N/A |
| 0050 | N/A | N/A | N/A | N/A |
| 005001 | N/A | N/A | N/A | N/A |

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.242-15 Alt I | Stop-Work Order (Aug 1989) - Alternate I | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 52.247-55 | F.O.B. Point For Delivery Of Government-Furnished Property | JUN 2003 |

Section G - Contract Administration Data

SECTION G

**G.1 Labor Rates**

All task order/delivery orders shall be in accordance with the established negotiated loaded or burdened labor rates contained in the contract award as shown in **Section J, J.5**.

**G.2 Varying Labor Categories**

Direct labor billed on individual orders may vary from the quantity of hours bid, provided that the ceiling cost/price is not exceeded and the Government Program Manager approves. Labor categories may not vary from those specified in the delivery order unless authorized in writing by the Contracting Officer.

**G.3 Ceilings**

The awarded indirect ceiling rates shall be in effect from time of award through Option Period 4, as shown below:

**TO BE DETERMINED AT TIME OF AWARD**

**G.4 Payment**

Payments shall be made in accordance with the cognizant Defense Contract Management Agency (DCMA) procedures.

**TO BE DETERMINED AT TIME OF AWARD**

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 252.242-7000 | Postaward Conference | DEC 1991 |

CLAUSES INCORPORATED BY FULL TEXT

Contractor Manpower Reporting (CMR) - (Accounting for Contract Services)

The Office of the Assistant Secretary of the Army (Manpower & Reserve Affairs) operates and maintains a secure Army data collection site where the contractor will report ALL contractor manpower (including sub-contractor manpower) required for performance of this contract. The contractor is required to completely fill in all the information in the format using the following web address: https://contractormanpower.army.pentagon.mil. The required information includes: (l) Contracting Office, Contracting Officer, Contracting Officer's Technical Representative; (2) Contract number, including task and delivery order number; (3) Beginning and ending dates covered by reporting period; (4) Contractor name, address, phone number, e-mail address, identity of contractor employee entering data; (5) Estimated direct labor hours (including sub-contractors); (6) Estimated direct labor dollars paid this reporting period (including sub-contractors); (7) Total payments (including sub-contractors); (8) Predominant Federal Service Code (FSC) reflecting services provided by contractor (and separate predominant FSC for each sub-contractor if different); (9) Estimated data collection cost; (10) Organizational title associated with the Unit Identification Code (UIC) for the Army Requiring Activity (the Army Requiring Activity is responsible for

providing the contractor with its UIC for the purposes of reporting this information); (ll) Locations where contractor and sub-contractors perform the work (specified by zip code in the United States and nearest city, country, when in an overseas location, using standardized nomenclature provided on website); (l2) Presence of deployment or contingency contract language; and (l3) Number of contractor and sub-contractor employees deployed in theater this reporting period (by country). As part of its submission, the contractor will also provide the estimated total cost (if any) incurred to comply with this reporting requirement. Reporting period will be the period of performance not to exceed 12 months ending 30 September of each government fiscal year and must be reported by 31 October of each calendar year. Contractors may use a direct XML data transfer to the database server or fill in the fields on the website. The XML direct transfer is a format for transferring files from a contractor's system to the secure web site without the need for separate data entries for each required data element at the web site. The specific formats for the XML direct transfer may be downloaded from the web site.

**CONTRACTOR IDENTIFICATION (Jan 2001)(USAMRAA)**

When contractor personnel perform the services required in this contract on a government installation they are required to possess and wear an identification badge which displays his or her name and the name of the Company. The contractor shall ensure that contractor personnel identify themselves as contractors when attending meetings, answering Government telephones, or working in situations where their actions could be construed as official Government acts.

**REPRESENTATIONS AND CERTIFICATIONS (MAR 1999) (USAMRAA)**

The representations, certifications, and other statements submitted by the contractor, dated **COMPLETED AT TIME OF AWARD**, are incorporated herein by reference.

**TRAVEL (MAR 1999) (USAMRAA)**

a. Approval of Foreign Travel. The cost of foreign travel is allowable only when the specific written approval of the Contracting Officer or Contract Specialist responsible for administration of the contract is obtained prior to commencing the trip. Approval must be requested at least 30 days before the scheduled departure date in order that all necessary clearances may be processed. Each individual trip must be approved separately even though it may have been included in a previously approved budget. Foreign travel is defined as any travel outside of Canada and the United States and its territories and possessions.
b. Domestic/local travel shall take place in accordance with Department of Defense Joint Travel Regulations (JTR). Documentation showing dates and mileage for such travel shall be maintained and furnished in support of invoice claiming reimbursement.

Section H - Special Contract Requirements

SECTION H

# SPECIAL CONTRACT REQUIREMENTS

## *H.1 ORGANIZATIONAL CONFLICT OF INTEREST*

For each individual task/delivery order issued under this contract, the Contractor shall sign and submit the TMA Organizational Conflict of Interest certification statement **(Attachment J.1) (Deliverable 21)**. Failure to adhere to this statement may constitute default on the part of the Contractor. This Contract and all task/delivery orders issued under this Contract are designated as Category 2 requirements.

## *H.2 NON-DISCLOSURE AGREEMENT*

For each individual task/delivery order issued under this contract, the Contractor shall sign and submit the Non-Disclosure Statement **(Attachment J.2) (Deliverable 1)** on behalf of the company, and shall also ensure that all staff assigned to, including all subcontractors and consultants, or performing on each task/delivery order execute and adhere to the terms of the non-disclosure statement, protecting the procurement sensitive information of the Government and the proprietary information of other contractors. Assignment of staff who have not executed this statement or failure to adhere to this statement may constitute default on the part of the Contractor.

**H.3 TASK/DELIVERY ORDER ISSUANCE**. All task/delivery orders issued under this contract shall abide by terms and conditions outlined within this contract, and be within the scope reflected in Section B and Section C of this contract. Each task/delivery order shall contain the final negotiated terms and conditions regarding price/cost, performance, delivery, and other relevant factors.

H.4 TASK/DELIVERY ORDER TYPES**. The Contracting Officer will specify the order type for each task/delivery order. Task/delivery orders issued under this contract may be of the following types:**

- Firm Fixed Price (FFP)
- Fixed-Price Incentive (FPI)
- Cost Plus Fixed Fee (CPFF)
- Cost Plus Award Fee (CPAF)

- **Time and Material/Labor Hour (T&M/LH)**

**H.5 COMPETITION REQUIREMENTS**. Requirements under this contract will be competed in accordance with FAR 16.505 for all task/delivery orders. Requirements to be fulfilled through CPAF, FPAF and FPI task/delivery order types will only be issued as a result of fair opportunity competition.

H.6 CONTRACTOR PROPOSALS. **Offerors submitting task/delivery order proposals shall submit the proposal in two parts – a technical proposal and a cost / price proposal. Both parts shall be submitted electronically in MS Office format via e-mail or CD to the contract specialist assigned to the requirement as identified in the RFP issued for individual requirement.**

H.6.1 TECHNICAL PROPOSAL. **Specific requirements for submission of technical proposals will be described in the RFP issued for individual requirements.**

H.6.2 PRICE/COST PROPOSAL. **When submitting an offer in response to a cost-type RFP under this contract, the Offeror shall submit two versions of its cost proposal – one "sanitized" proposal and one "unsanitized" proposal.**

Sanitized: proposal reflects a presentation of rates / costs that do not specifically identify the individual elements proposed due to the contractor / subcontractor data being proprietary. Added to the fully burdened labor rate / other direct cost is profit/fee which should be separately identified. Details of the composition of the fully burdened labor rate and other direct costs (direct labor, other direct costs, fringe, overhead, G&A, FCCOM, etc.) should be provided in the unsantized proposal. The sanitized proposal is less in-depth with specific cost element information being omitted. A statement regarding whether you object to the release of the specific detailed rate information to another contractor / prime contractor and the reasoning should also be included as part of the proposal submission. If submitting a sanitized proposal, an unsanitized proposal is required to be submitted directly to the contracting officer.

Unsanitized: proposal reflects an in-depth, detailed presentation of each cost element proposed. The specific rate details of the fully burdened labor rate and other direct cost are disclosed with sufficient detail to review each item of the rate separately. For example, indirect rates shall include all the necessary supporting data including, details of the rate, budgets, actuals, rate

calculations, etc. The emphasis being that the proprietary data is disclosed at a sufficient level for proposal evaluation purposes.

**H.7 LABOR**. Uncompensated overtime, overtime, and temporary labor shall be fully disclosed in all proposal submissions.

H.8 EXCESS HOURS AND REGULAR OVERTIME. **Written approval from the CO is required prior to incurring cost associated with hours worked in excess of the accepted proposal, or overtime. Failure to obtain advanced written authorization may result in costs/charges being deemed unallowable and rejection of invoices.**

H.9 SUBCONTRACTS. **The Offeror must submit the estimated cost / price for each subcontractor by labor category and subcontractor name. Subcontractors shall use the negotiated approved loaded labor rates awarded in the prime contract. Composite direct labor charges from two or more contractors to form a single burdened or loaded labor rate are not allowable. This subcontracting cost provision applies to all task/delivery orders issued, except for FFP type orders.**

H.10 TRAVEL. **The cost of arranging, and all arrangements for travel, transportation, meals, lodging, and incidentals are the Contractor's responsibility. Cost estimates for these expenses will be reviewed and certified by the COR-DO and approved by the CO prior to issuance of the task/delivery order. Travel costs incurred during the performance of work on task/delivery orders issued under this contract shall be incurred and billed in accordance with the cost principles and procedures described in FAR 31 and shall be comparable with the DoD Joint Travel Regulations.**

H.11 TEMPORARY LABOR. **Temporary labor use shall be minimized. The Government considers six (6) months to be a maximum use of temporary**

**employees. The Government favors other means of suitable employment for supporting long-term taskings in the cost reimbursable environment such as subcontracting and consulting agreements.**

H.12 FOREIGN TAXES. **Foreign income taxes on employees' salaries and wages are a liability of the employee, not the U.S. Government and not chargeable or allocable to this contract or its resulting task/task/delivery orders. However, it is the responsibility of the Contractor to provide employees that meet the requirements of the Technical Expert Status of the Status of Forces Agreement (SOFA). These individuals are exempt from foreign tax liabilities.**

## *H.13 INFORMATION ASSURANCE*

H.13.1 GENERAL SECURITY REQUIREMENTS. **The Contractor shall establish appropriate administrative, technical, and physical safeguards to protect any and all Government data, to ensure the confidentiality, integrity, and availability of government data. At a minimum, this shall include provisions for personnel security, electronic security and physical security as listed in the sections that follow:**

**H.13.2 Health Insurance Portability and Accountability Act (HIPAA).** The Contractor shall comply with the Health Insurance Portability and Accountability Act of 1996 (HIPAA) (P.L. 104-191) requirements, specifically the administrative simplification provisions of the law and the associated rules and regulations published by the Secretary, Health and Human Services (HHS) and the published TRICARE Management Activity (TMA) implementation directions. This includes the Standards for Electronic Transactions and the Standards for Privacy of Individually Identifiable Health Information. It is expected that the Contractor shall comply with all HIPAA-related rules and regulations as they are published and as TMA requirements are defined (including security standards, identifiers for providers, employers, health plans, and individuals, and standards for claims attachment transactions).

### H.13.3 Personnel Security.

**H.13.3.1** The Contractor shall comply with DoD Directive 8500.1, Information Assurance, DoD Instruction 8500.2, Privacy Act Program Requirements (DoD 5400.11), DoD Health Information Privacy Regulation (DoD 6025.18-R) and Personnel Security Program Requirements (5200.2-R).

**H.13.3.2** Contractor responsibilities for ensuring personnel security include, but are not limited to, meeting the following requirements:

- Follow the TMA Privacy Office guidelines for submittal of Automated Data Processor/Information Technology (ADP/IT) positions. Notify the TMA Privacy Office when a non-U.S. citizen has been submitted for an investigation.
- Initiate, maintain, and document minimum personnel security investigations appropriate to the individual's responsibilities and access to Military Health System (MHS) Sensitive Information (SI).
- Immediately report to the appropriate government representative if any Contractor employee filling a sensitive position receives an unfavorable National Agency Check (NAC) adjudication, or if information that would result in an unfavorable NAC becomes available. Notify the TMA Privacy Office within five working days if, at any time, a Contractor employee has privileges revoked to a DoD data or system data because of security concerns.
- Immediately deny access to any automated information system (AIS), network, or MHS SI information to the Contractor employee if, at any time, the individual receives an unfavorable NAC adjudication, or if directed to do so by the appropriate government representative for security reasons.
- Ensure that all Contractor personnel receive information assurance (AI) training before being granted access to DoD AISs/networks, and/or MHS SI information.
- Ensure all Contractor personnel are designated as ADP/IT-I, ADP/IT-II, or ADP/IT-III where their duties meet the criteria of the position sensitivity designations. The employee will be required to complete and submit the SF 85P, "Questionnaire for Public Trust Positions," fingerprint forms, and such other documentation as may be required by the Office of Personnel Management (OPM) to open and complete investigations. The mailing address is: U.S. Office of Personnel Management, Investigations Services, P.O. Box 618, Boyers, PA 16018-0618.

## H.13.4 Electronic Security.

**H.13.4.1 DoD Information Technology Security Certification and Accreditation Process (DITSCAP).** The Contractor shall

acquire, develop and maintain the DITSCAP documentation to ensure both initial and continued DITSCAP Certification and Accreditation (C&A) for all Contractor systems/networks with a physical or logical connection to a DoD DITSCAP certified network. The Contractor shall modify the DITSCAP documentation as needed to address how identified security risks were addressed and mitigated. The Contractor shall cooperate with and assist the Government's (MHS) DITSCAP C&A Team during all phases of the C&A process by providing documentation in accordance with the MHS DITSCAP C&A team schedule. The Contractor shall also put in place processes that provide and ensure at least a C2 level of security protection for any Contractor-owned Contractor-operated (COCO) AISs/networks that process DoD Sensitive Information (SI). These requirements are further defined in DoD 5200.40 (DITSCAP), DoDD 8500.1 (Information Assurance) and DoDI 8500.2 (Information Assurance Implementation). Reference material and DITSCAP tools can be obtained at http://www.tricare.osd.mil/tmis_new/ia.htm.

**H.13.4.2 Vulnerability Management System (VMS).** The MHS Information Assurance Vulnerability Management (IAVM) Process is designed to provide electronic security protections against known threats and vulnerabilities. It requires the registration of AIS system assets, which then allows for the timely dissemination of critical vulnerability information. It also assists in the documentation and tracking of compliance, providing increased electronic security to MHS systems.

- The Contractor shall ensure AIS assets that are under development are registered in the VMS and have all applicable electronic patches installed for the system (1) when the system is delivered to the Government, or (2) if the AIS assets are used to store or process Government data prior to delivery (such as when being used in testing and development).

- Guidance regarding the requirement for IAVM is contained in the DoD Information Assurance Vulnerability Alert (IAVA) December 30, 1999 memorandum and Chairman of the Joint Chiefs of Staff Manual CJCSM 6510.10 (Appendix A to Enclosure B) provides additional reference information. Implementation is addressed in the Defense Information Systems Agency (DISA) IAVA Process Handbook, Version 2.1, June 11, 2002. The IAVM Process Handbook (DRAFT Version 2.0), detailing the IAVM and VMS processes, procedures, and responsibilities shall be followed when approved. An asset is defined as any hardware device, such as a router or a firewall, server or an operating system image running that hosts an application/workload that is accessed by more

than one user. Primary servers are assets that must be registered and a list of the number of workstations it supports is required. The DISA VMS web-enabled application is used to disseminate IAVAs and Information Assurance Vulnerability Bulletins (IAVBs) down to the System Administrator (SA) and applicable personnel throughout the chain of command. The Contractor shall register two points of contact (one primary, one alternate) as VMS users per AIS to support compliance and documentation of compliance within the VMS web enabled application.

- The Contractor shall maintain any development environments in accordance with TMA Information Assurance IA best practices and operational requirements, which are found in the IAVM Process Handbook. During product development for the Government, the Contractor shall ensure that all IA mitigation strategies have been applied to the development environment prior to any Government data being loaded onto any assets or software for testing or delivery.

- IA mitigation strategies include security updates, service packs, and changes to operating procedures as physical and cyber vulnerabilities are detected. Operating system, routers, servers, development platforms and the application being delivered to the Government shall be in compliance with all known applicable Department of Defense Computer Emergency Response Team (DoD-CERT) Alert Notices published during the past 36 months.

- Disposing of Electronic Media. The Contractor shall follow the DoD standards, procedures, and use approved products to dispose of unclassified hard drives and other electronic media, as appropriate, in accordance with Assistant Secretary of Defense memorandum "Disposition of Unclassified Computer Hard Drives," of 4 June 2001. The Contractor is also required to follow DoD guidance on sanitization of other internal and external media components in DODI "Information Assurance Implementation," 6 Feb 2003 (see PECS-1 in enclosure 4 Attachment 5) and DoD 5220.22-M "Industrial Security Program Operating Manual (NISPOM)," (See Chapter 8).

**H.13.4.3 Public Key Infrastructure and Encryption.** The Contractor shall follow the DoD standards, policies, and procedures for the use of Public Key Infrastructure (PKI) certificates and biometrics for positive authentication. Where interoperable PKI is required for the exchange of unclassified information between DoD and its vendors and Contractors, industry partners shall obtain all

necessary certificates. The Contractor must turn over to the Government all encryption keys for deployed systems, backdoor algorithms, and procedures for their use in remote support. The Contractor must provide a written report detailing all of the above, prior to task order expiration, regardless of modifications or extensions.

H.13.5 Information Systems (IS)/Networks Physical Security. **The Contractor shall employ physical security safeguards for IS/Networks involved in processing or storage of Government Data to prevent the unauthorized access, disclosure, modification, destruction, use, etc., and to otherwise protect the confidentiality and ensure use conforms with DoD regulations. In addition, the Contractor will support a Physical Security Audit performed by the Government of the Contractor's internal information management infrastructure. The MHS Physical Security Audit Matrix is available at:**

http://www.tricare.osd.mil/tmis_new/Policy/PSA_Matrix_%20012304%200930%20clean%20version.xls.

The Contractor shall correct any deficiencies identified by the Government of the Contractor's physical security posture. The Contractor shall be required to follow all requirements in the MHS Information Assurance Policy regarding physical security, once the draft policy is formally approved and released. New MHS policies will be posted to the following website: http://www.tricare.osd.mil/tmis_new/IA.htm.

**H.14 SPECIAL REQUIREMENTS FOR PROTECTED HEALTH INFORMATION.** Whenever contracts are awarded that will collect, use or store Protected Health Information (PHI) then the Contractors must notify the TMA Privacy Office at the time of contract award. The Contractor shall ensure that data from any DoD AIS which contains PHI is continuously protected from unauthorized access, use, modification, or disclosure. The Contractor shall comply with DoD Directive 8500.1, Information Assurance, Privacy Act Program Requirements (DoD 5400.11), DoD Health Information Privacy Regulation (DoD 6025.18-R) and Personnel Security Program Requirements (5200.2-R).

H.14.1 Health Insurance Portability and Accountability Act (HIPAA). **All previously identified requirements for HIPAA compliance (identified above under General Security Requirements) apply to PHI.**

H.14.2 Data Use Agreements (DUAs). **At sometime during the Contract/Task/delivery order period of performance, the Contractor may have a need for access to a DoD AIS that contains PHI. Examples include making a mirror image of a DoD AIS in order to facilitate testing and development of a new system or system change; obtaining "print screens" from a DoD AIS in order to trouble shoot system problems; or documenting system performance at a production site. In addition, if a new system is being developed, that includes PHI, for the purpose of studies, surveys, measuring healthcare outcomes, etc., the Contractor and sponsor must take steps to ensure the additional documentation (i.e., Privacy Act System of Records (SOR) and/or Report Control Symbol (RCS) if this involves surveys,) is included with their DUA, before data can be utilized in accordance with the Privacy Act. This includes the collection, maintenance, use and dissemination of personal information. If access and/or extraction of PHI is required from a DoD AIS for any reason, the Contractor must request and receive an approval of the DUA prior to accessing, extracting, copying or storing information to or from any DoD AIS. The TMA Privacy Officer, TRICARE Management Activity, must approve the DUA before the Contractor may use PHI as stated above. The Contractor shall only request access to the minimum amount of data required to achieve the objectives outlined and specified in the DUA. Once a DUA is approved, the Contractor must fully comply with all terms and conditions stated therein. The DUA is a separate contract with its own terms and conditions. The Contractor shall only retain the data for the minimum amount of time required to achieve the objectives outlined and specified in the DUA. DUAs are active for a maximum of one year.Upon DUA expiration, the**

**Contractor must renew it or submit a Certificate of Data Destruction to the TMA Privacy Office.**

**H.15 Personnel Security.** All previously identified requirements for Personnel Security (identified above under General Security Requirements) apply to PHI.

H.15.1 Electronic Security.

**H.15.1.1 DoD Information Technology Security Certification and Accreditation Process (DITSCAP).**

- o All previously identified requirements for DITSCAP certification and accreditation (identified above under General Security Requirements) apply to PHI.
- o In addition, upon approval of a DUA which authorizes access to a DoD AIS that contains PHI, the Contractor shall acquire, develop and maintain the DITSCAP documentation to ensure both initial and continued DITSCAP C&A for all Contractor systems/networks that store, process or electronically transport PHI.

**H.15.1.2 Vulnerability Management System (VMS).**

- o All previously identified requirements for VMS (identified above under General Security Requirements) apply to PHI.
- o In addition, the Contractor shall ensure any and all Contractor owned AIS assets that are used to process or store Protected Health Information are registered in the VMS and have all applicable electronic patches installed for the system.

**H.15.1.3 Disposition of Electronic Media and Hard Drives.** All previously identified requirements for disposition (identified above under General Security Requirements) apply to PHI. For disposition of PHI, the Contractor shall also be in compliance with the HIPAA Privacy and Security Rules.

**H.15.1.4 PKI and Encryption.** All previously identified requirements for PKI and encryption (identified above under General Security Requirements) apply to PHI.

H.15.2 Information Systems (IS)/Networks Physical Security

**H.15.2.1** All previously identified requirements for Physical Security (identified above under General Security Requirements) apply to PHI.

**H.15.2.2** In addition, the Contractor shall employ physical security safeguards for IS/Networks involved in processing or storage of PHI to prevent the unauthorized access, disclosure, modification, destruction, use, etc., and to otherwise protect the confidentiality and ensure use conforms to the terms of an approved DUA.

**H.16 Data Rights** Unless specified by an individual task/delivery order, the Government shall retain rights to all intellectual property, such as source code, produced in the course of designing, developing, deploying, training, using and supporting TMA or other approved agencies that utilize this Contract. The Contractor shall negotiate agreements with commercial system vendors relating to non-disclosure of vendor-proprietary information.

## *H.17 QUALITY ASSURANCE*

The Government will review monthly performance and progress reports and will attend regular task performance review meetings with the Contractor to survey quality of products and services according to the following plan.

H.17.1 OBJECTIVE. **The purpose of this plan is to provide a quality surveillance plan for internal support to elements of the TRICARE Management Activity. This plan provides a basis for the COR-DO to evaluate the quality of the Contractor's performance. The oversight provided for in the order and in this plan will help to ensure that service levels reach and maintain the required levels throughout the contract term. Further, this plan provides the COR-DO with a proactive way to track and manage potentially unacceptable or deficient performance, and provides verifiable input for the required Past Performance Information Assessments.**

H.17.2 PERFORMANCE STANDARDS SUMMARY MATRIX

| WBS Task | Indicator | Standard | Max Error Rate | Method of Surveillance | Incentive |
|---|---|---|---|---|---|
| 1. Complete report | Completed in a timely manner | Reports completed by the 10th of each month | 10% | Monthly check of submission logs | Past Performance Evaluation |
| 2. | | | | | |

H.17.2.1 Quality Level. **By monitoring the Contractor's performance, the COR-DO will determine whether the performance levels set forth in the order have been attained.**

**Performance standards are specified in the summary matrix in the Standard and Max Error Rate columns.**

H.17.2.2 Frequency. **During performance of this order, the COR-DO will take periodic measurements, as specified in the Method of Surveillance column of the Summary Matrix, and will analyze whether the negotiated frequency of measurement is appropriate for the work being performed. Adjustments may only be made by a written modification to the order by the Contracting Officer.**

**H.17.3 SURVEILLANCE PROCESS.** The COR-DO will conduct performance evaluations based on the required standards set forth in the performance standards summary above. The following techniques will be used to perform surveillance:

H.17.3.1 On-The-Spot Document Inspections. **The COR-DO will perform random checks of the work products, files, and information databases.**

H.17.3.2 Observance and feedback from TMA customers and staff. **The COR-DO will take note of any unacceptable observances during the work hours and will log negative feedback from other staff or TMA customers.**

H.17.3.3 Task/Cost/Performance Summary Reviews. **The Contractor shall meet with the COR-DO to conduct a task performance review, discuss associated costs incurred for the current billing period and present the monthly progress report. If any costs are questioned, the COR-DO and the Contractor will alert the AM and Contracting Officer (CO) and immediately attempt to resolve the issue. If the questioned cost cannot be expeditiously resolved, the CO will provide guidance to the Contractor regarding submission of the current Public Voucher or invoice. Pending receipt of this guidance, the Contractor may only submit a Public Voucher for those costs incurred that are not being questioned. If necessary, the CO will make a determination of allowability and allocability of the cost. The CO will notify the Contractor of his/her determination with copies sent to the COR-DO and AM. If the CO disallows the cost(s), a copy of the determination will be provided to the cognizant DCAA Auditor(s). If the cost(s) are material and the CO cannot determine allowability and/or allocability the CO may elect to send a request to the DCAA Auditor(s) for a specific cost element audit, an interim voucher review, and/or any other audit as deemed necessary. If the Contractor disagrees with the determination of the CO, the Contractor may dispute the determination in accordance with FAR 52.233-1 Disputes.**

H.18 PERFORMANCE EVALUATION PROCESS. **TMA has adopted the use of the Contractor Performance Assessment Reporting System (CPARS) to electronically capture assessment data and manage the performance evaluation process. CPARS is used to assesses a Contractor's performance and provide a record, both positive and negative, on a given contract during a specific period of time. The CPARS process is designed with a series of checks and balances to facilitate the objective and consistent evaluation of Contractor**

**performance. Both Government and Contractor program management perspectives are captured on the CPAR form and together make a complete CPAR. Once the Assessing Official completes the proposed assessment for the period of performance, the CPARS is released to the appropriate Government Contractor Representative for their review and comments. User ID and Password will be provided to the designated Government Contractor Representative upon issuance of a task/delivery order. The Contractor has 30 days after the Government's evaluation is completed to comment on the evaluation. The Government Contractor Representative must either concur or nonconcur to each CPAR. If the Contractor concurs with the proposed assessment and the Reviewing Official does not wish to see the CPAR, the Assessing Official may close out the CPAR. Otherwise, the Assessing Official must forward the CPAR to the Reviewing Official for them to review, enter comments if appropriate, and close out. The Reviewing Official may at their option direct the Assessing Official to forward every CPAR to them for review.**

## *H.19 GOVERNMENT FURNISHED EQUIPMENT (GFE)/ INFORMATION (GFI)/FACILITIES*

H.19.1 GOVERNMENT FURNISHED FACILITIES/EQUIPMENT**. The Government may, in certain task/delivery orders, provide office facilities, equipment, and materials for daily use of staff called for under this contract. Any GFF/GFE to be provided will be identified in the RFP for each individual task/delivery order.**

**H.19.2 GOVERNMENT FURNISHED EQUIPMENT/INFORMATION**. The Contractor shall identify, in their proposal for each task/delivery order, any Government Furnished Equipment/Information or Contractor-acquired-Government Owned property (CAP), necessary to perform each order. Detailed Bills of Materials shall be submitted along with each proposal, noting part numbers, prices, and need dates for all required GFE.

The Contractor shall maintain a detailed inventory accounting system for Government Furnished Equipment/Material or CAP for each task/delivery order. The inventory accounting system must specify, as a minimum: product description (make, model), Government tag number, date of receipt, name of recipient, location of receipt, current location, purchase cost (if CAP), and contract/order number under which the equipment is being used. The Contractor shall either: a) attach an update inventory report to each monthly performance and progress report, or b) certify that the inventory has been updated and is available for Government review. In either case, the Contractor's inventory listing must be available for Government review within one business day of COR or COR-DO request.

## *H.20 SECTION 508 REQUIREMENT*

The Contractor shall comply with Section 508 of the Rehabilitation Act of 1973 (29 U.S.C. 794d). Specifically, the procurement, development, maintenance, or integration of electronic and information technology (EIT) under this contract must comply with the applicable accessibility standards issued by the Architectural and Transportation Barriers Compliance Board (CFR Part 1194), http://www.access-board.gov/sec508/508standards.htm.

## *H.21 CONTRACTOR USE OF GSA SCHEDULE CONTRACTS*

The Contractor may procure supplies used in direct support of this contract from GSA Federal Supply Schedule Contractors under the terms, conditions, and prices set forth in the applicable GSA FSS contract and in accordance with FAR and DFARS 51.1. The Contractor shall not use GSA schedule contracts to procure services in support of this contract.

CLAUSES INCORPORATED BY FULL TEXT

**KEY PERSONNEL (MAR 1999) (USAMRAA)**

a. The Contractor agrees to utilize the following Key Personnel on this contract:

Project Manager and Task Manager. Key Personnel identified for individual delivery orders may not be changed after contract award without the written approval of the Contracting Officer. The Contractor shall provide two (2) weeks notice to the Government when proposing changes in Key Personnel.

b. The above Key Personnel shall be utilized as necessary to fulfill the requirements of this contract.
c. The offerer must provide thorough and detailed documentation of the experience, abilities, and background for Key Personnel under this contract in the form of resumes or equivalent statements of qualifications. Such documentation should include but not be limited to: name, curriculum vitae, type and description of experience.
d. The contractor agrees that during the contract performance period substitution for Key Personnel shall not be permitted unless such substitution is necessitated by sudden illness, death, or termination of employment. In any of these events, the contractor shall promptly notify the Contracting Officer and provide the information required by paragraph (e) below.
e. All requests for substitutions must provide a detailed explanation of the circumstances necessitating the proposed substitution(s), a complete resume for the proposed substitute(s), and any other information requested by the Contracting Officer needed to approve or disapprove the proposed substitution(s). All proposed substitutes shall have qualifications that are equal to or higher than the qualifications of the person to be replaced. The Contracting Officer or his authorized representative will evaluate such requests and promptly notify the contractor of his approval or disapproval thereof.
f. If any of the listed Key Personnel are subcontractor personnel, the contractor shall include the substance of this clause in any subcontract which he awards under this contract.

Section I - Contract Clauses

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.202-1 | Definitions | JUL 2004 |
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-5 | Covenant Against Contingent Fees | APR 1984 |
| 52.203-6 | Restrictions On Subcontractor Sales To The Government | JUL 1995 |
| 52.203-7 | Anti-Kickback Procedures | JUL 1995 |
| 52.203-8 | Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity | JAN 1997 |
| 52.203-10 | Price Or Fee Adjustment For Illegal Or Improper Activity | JAN 1997 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2003 |
| 52.204-2 | Security Requirements | AUG 1996 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.204-7 | Central Contractor Registration | OCT 2003 |
| 52.208-9 | Contractor Use of Mandatory Sources of Supply | JUL 2004 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.209-6 | Protecting the Government's Interest When Subcontracting With Contractors Debarred, Suspended, or Proposed for Debarment | JAN 2005 |
| 52.211-5 | Material Requirements | AUG 2000 |
| 52.211-15 | Defense Priority And Allocation Requirements | SEP 1990 |
| 52.211-16 | Variation In Quantity | APR 1984 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-2 | Audit and Records--Negotiation | JUN 1999 |
| 52.215-2 Alt II | Audit and Records--Negotiation (Jun 1999) - Alternate II | APR 1998 |
| 52.215-2 Alt III | Audit and Records--Negotiation (Jun 1999) Alternate III | JUN 1999 |
| 52.215-8 | Order of Precedence--Uniform Contract Format | OCT 1997 |
| 52.215-9 | Changes or Additions to Make-or-Buy Program | OCT 1997 |
| 52.215-9 Alt I | Changes or Additions to Make-or-Buy Programs (Oct 1997) - Alternate I | OCT 1997 |
| 52.215-9 Alt II | Changes or Additions to Make-or-Buy Programs (Oct 1997) - Alternate II | OCT 1997 |
| 52.215-10 | Price Reduction for Defective Cost or Pricing Data | OCT 1997 |
| 52.215-11 | Price Reduction for Defective Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-12 | Subcontractor Cost or Pricing Data | OCT 1997 |
| 52.215-13 | Subcontractor Cost or Pricing Data--Modifications | OCT 1997 |
| 52.215-14 | Integrity of Unit Prices | OCT 1997 |
| 52.215-15 | Pension Adjustments and Asset Reversions | OCT 2004 |
| 52.215-17 | Waiver of Facilities Capital Cost of Money | OCT 1997 |
| 52.215-18 | Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other than Pensions | OCT 1997 |
| 52.215-19 | Notification of Ownership Changes | OCT 1997 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | OCT 1997 |
| 52.216-5 | Price Redetermination--Prospective | OCT 1997 |
| 52.216-6 | Price Redetermination-Retroactive | OCT 1997 |
| 52.216-7 | Allowable Cost And Payment | DEC 2002 |

| | | |
|---|---|---|
| 52.216-8 | Fixed Fee | MAR 1997 |
| 52.216-10 | Incentive Fee | MAR 1997 |
| 52.216-11 | Cost Contract--No Fee | APR 1984 |
| 52.216-11 Alt I | Cost Contract--No Fee Alternate I | APR 1984 |
| 52.216-12 | Cost-Sharing Contract--No Fee | APR 1984 |
| 52.216-17 | Incentive Price Revision-Successive Targets | OCT 1997 |
| 52.216-23 | Execution And Commencement Of Work | APR 1984 |
| 52.216-24 | Limitation Of Government Liability | APR 1984 |
| 52.216-25 | Contract Definitization | OCT 1997 |
| 52.216-26 | Payments Of Allowable Costs Before Definitization | DEC 2002 |
| 52.217-8 | Option To Extend Services | NOV 1999 |
| 52.219-3 | Notice of Total HUBZone Set-Aide | JAN 1999 |
| 52.219-6 | Notice Of Total Small Business Set-Aside | JUN 2003 |
| 52.219-8 | Utilization of Small Business Concerns | MAY 2004 |
| 52.219-9 | Small Business Subcontracting Plan | JAN 2002 |
| 52.219-9 Alt I | Small Business Subcontracting Plan (Jan 2002) Alternate I | OCT 2001 |
| 52.219-9 Alt II | Small Business Subcontracting Plan (Jan 2002) Alternate II | OCT 2001 |
| 52.219-14 | Limitations On Subcontracting | DEC 1996 |
| 52.219-16 | Liquidated Damages-Subcontracting Plan | JAN 1999 |
| 52.219-25 | Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting | OCT 1999 |
| 52.219-27 | Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside | MAY 2004 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.222-3 | Convict Labor | JUN 2003 |
| 52.222-4 | Contract Work Hours and Safety Standards Act - Overtime Compensation | SEP 2000 |
| 52.222-19 | Child Labor -- Cooperation with Authorities and Remedies | JUN 2004 |
| 52.222-20 | Walsh-Healey Public Contracts Act | DEC 1996 |
| 52.222-21 | Prohibition Of Segregated Facilities | FEB 1999 |
| 52.222-26 | Equal Opportunity | APR 2002 |
| 52.222-26 Alt I | Equal Opportunity (Apr 2002) - Alternate I | FEB 1999 |
| 52.222-29 | Notification Of Visa Denial | JUN 2003 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-35 | Equal Opportunity For Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-35 Alt I | Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) Alternate I | DEC 2001 |
| 52.222-36 | Affirmative Action For Workers With Disabilities | JUN 1998 |
| 52.222-37 | Employment Reports On Special Disabled Veterans, Veterans Of The Vietnam Era, and Other Eligible Veterans | DEC 2001 |
| 52.222-39 | Notification of Employee Rights Concerning Payment of Union Dues or Fees | DEC 2004 |
| 52.222-41 | Service Contract Act Of 1965, As Amended | MAY 1989 |
| 52.222-43 | Fair Labor Standards Act And Service Contract Act - Price Adjustment (Multiple Year And Option) | MAY 1989 |
| 52.222-44 | Fair Labor Standards And Service Contract Act - Price Adjustment | FEB 2002 |
| 52.222-48 | Exemption from Application of Service Contract Act Provisions for Contracts for Maintenance, Calibration, and/or Repair of Certain ADP, Scientific and Medical, and/or Office and Business Equipment - Contractor Certification | AUG 1996 |

| | | |
|---|---|---|
| 52.223-3 | Hazardous Material Identification And Material Safety Data | JAN 1997 |
| 52.223-3 Alt I | Hazardous Material Identification and Material Safety Data (Jan 1997) - Alternate I | JUL 1985 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | AUG 2003 |
| 52.223-5 Alt I | Pollution Prevention and Right-to-Know Information (Aug 2003) Alternate I | AUG 2003 |
| 52.223-5 Alt II | Pollution Prevention and Right-to-Know Information (Aug 2002) Alt II | AUG 2003 |
| 52.223-6 | Drug-Free Workplace | MAY 2001 |
| 52.223-7 | Notice Of Radioactive Materials | JAN 1997 |
| 52.223-11 | Ozone-Depleting Substances | MAY 2001 |
| 52.223-14 | Toxic Chemical Release Reporting | AUG 2003 |
| 52.225-1 | Buy American Act--Supplies | JUN 2003 |
| 52.225-5 | Trade Agreements | JAN 2005 |
| 52.225-8 | Duty-Free Entry | FEB 2000 |
| 52.225-13 | Restrictions on Certain Foreign Purchases | DEC 2003 |
| 52.225-15 | Santioned European Union Country End Products | FEB 2000 |
| 52.225-16 | Sanctioned European Union Country Services | FEB 2000 |
| 52.226-1 | Utilization Of Indian Organizations And Indian-Owned Economic Enterprises | JUN 2000 |
| 52.227-1 | Authorization and Consent | JUL 1995 |
| 52.227-1 Alt I | Authorization And Consent (Jul 1995) - Alternate I | APR 1984 |
| 52.227-1 Alt II | Authorization and Consent (Jul 1995) - Alternate II | APR 1984 |
| 52.227-2 | Notice And Assistance Regarding Patent And Copyright Infringement | AUG 1996 |
| 52.227-3 | Patent Indemnity | APR 1984 |
| 52.227-3 Alt I | Patent Indemnity (Apr 1984) - Alternate I | APR 1984 |
| 52.227-3 Alt II | Patent Indemnity (Apr 1984) - Alternate II | APR 1984 |
| 52.227-3 Alt III | Patent Indemnity (Apr 1984) - Alternate III | JUL 1995 |
| 52.227-5 | Waiver of Indemnity | APR 1984 |
| 52.227-9 | Refund Of Royalties | APR 1984 |
| 52.227-10 | Filing Of Patent Applications--Classified Subject Matter | APR 1984 |
| 52.227-14 | Rights in Data--General | JUN 1987 |
| 52.227-14 Alt I | Rights in Data--General (Jun 1987) - Alternate I | JUN 1987 |
| 52.227-14 Alt II | Rights in Data--General (Jun 1987) - Alternate II | JUN 1987 |
| 52.227-14 Alt III | Rights in Data--General (Jun 1987) - Alternate III | JUN 1987 |
| 52.227-14 Alt V | Rights in Data--General (Jun 1987) - Alternate V | JUN 1987 |
| 52.227-17 | Rights In Data-Special Works | JUN 1987 |
| 52.227-18 | Rights in Data--Existing Works | JUN 1987 |
| 52.227-19 | Commercial Computer Software- Restricted Rights | JUN 1987 |
| 52.227-21 | Technical Data Certification, Revision, and Withholding of Payment--Major Systems | JAN 1997 |
| 52.227-22 | Major System--Minimum Rights | JUN 1987 |
| 52.227-23 | Rights to Proposal Data (Technical) | JUN 1987 |
| 52.228-1 | Bid Guarantee | SEP 1996 |
| 52.228-2 | Additional Bond Security | OCT 1997 |
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.228-7 | Insurance--Liability To Third Persons | MAR 1996 |
| 52.228-16 | Performance and Payment Bonds--Other Than Construction | JUL 2000 |
| 52.228-16 Alt I | Performance and Payment Bonds--Other Than Construction (Jul 2000) - Alternate I | JUL 2000 |
| 52.229-3 | Federal, State And Local Taxes | APR 2003 |
| 52.229-4 | Federal, State, And Local Taxes (State and Local Adjustments) | APR 2003 |

| | | |
|---|---|---|
| 52.229-6 | Taxes--Foreign Fixed-Price Contracts | JUN 2003 |
| 52.229-10 | State of New Mexico Gross Receipts and Compensating Tax | APR 2003 |
| 52.230-2 | Cost Accounting Standards | APR 1998 |
| 52.230-3 | Disclosure And Consistency Of Cost Accounting Practices | APR 1998 |
| 52.230-4 | Consistency In Cost Accounting Practices | AUG 1992 |
| 52.230-6 | Administration of Cost Accounting Standards | NOV 1999 |
| 52.232-1 | Payments | APR 1984 |
| 52.232-6 | Payment Under Communication Service Contracts with Common Carriers | APR 1984 |
| 52.232-7 | Payments Under Time-And-Materials And Labor Hour Contracts | DEC 2002 |
| 52.232-7 Alt I | Payments Under Time-And-Materials And Labor Hour Contracts (Dec 2002) - Alternate I | MAR 2000 |
| 52.232-7 Alt II | Payments Under Time-And-Materials And Labor Hour Contracts (Dec 2002) - Alternate II | FEB 2002 |
| 52.232-8 | Discounts For Prompt Payment | FEB 2002 |
| 52.232-9 | Limitation On Withholding Of Payments | APR 1984 |
| 52.232-11 | Extras | APR 1984 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-18 | Availability Of Funds | APR 1984 |
| 52.232-20 | Limitation Of Cost | APR 1984 |
| 52.232-23 Alt I | Assignment of Claims (Jan 1986) - Alternate I | APR 1984 |
| 52.232-25 | Prompt Payment | OCT 2003 |
| 52.232-28 | Invitation to Propose Performance-Based Payments | MAR 2000 |
| 52.232-28 Alt I | Invitation to Propose Performance-Based Payments (Mar 2000) Alternate I | MAR 2000 |
| 52.232-32 | Performance-Based Payments | FEB 2002 |
| 52.232-36 | Payment by Third Party | MAY 1999 |
| 52.233-1 | Disputes | JUL 2002 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.233-3 Alt I | Protest After Award (Aug 1996) - Alternate I | JUN 1985 |
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |
| 52.237-3 | Continuity Of Services | JAN 1991 |
| 52.237-7 | Indemnification and Medical Liability Insurance | JAN 1997 |
| 52.237-9 | Waiver of Limitation on Severance Payments to Foreign Nationals | AUG 2003 |
| 52.242-1 | Notice of Intent to Disallow Costs | APR 1984 |
| 52.242-3 | Penalties for Unallowable Costs | MAY 2001 |
| 52.242-4 | Certification of Final Indirect Costs | JAN 1997 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.242-15 | Stop-Work Order | AUG 1989 |
| 52.243-1 Alt II | Changes--Fixed-Price (Aug 1987) - Alternate II | APR 1984 |
| 52.243-2 Alt I | Changes--Cost-Reimbursement (Aug 1987) - Alternate I | APR 1984 |
| 52.243-2 Alt II | Changes--Cost Reimbursement (Aug 1987) - Alternate II | APR 1984 |
| 52.243-3 | Changes--Time-And-Material Or Labor-Hours | SEP 2000 |
| 52.243-5 | Changes and Changed Conditions | APR 1984 |
| 52.243-7 | Notification Of Changes | APR 1984 |
| 52.244-2 Alt I | Subcontracts (Aug 1998) - Alternate I | AUG 1998 |
| 52.244-5 | Competition In Subcontracting | DEC 1996 |
| 52.244-6 | Subcontracts for Commercial Items | DEC 2004 |
| 52.245-1 | Property Records | APR 1984 |
| 52.245-2 | Government Property (Fixed Price Contracts) | MAY 2004 |
| 52.245-2 Alt I | Government Property (Fixed-Price Contracts) (May 2004) - Alternate I | APR 1984 |

| | | |
|---|---|---|
| 52.245-2 Alt I (Dev) | Government Property (Fixed-Price Contracts) (May 2004) Alternate I Deviation | APR 1984 |
| 52.245-2 Alt II | Government Property (Fixed-Price Contracts) (May 2004) - Alternate II | JUN 2003 |
| 52.245-2 Alt II Dev | Government Property (Fixed-Price Contracts) (May 2004) Alternate II Deviation | JUL 1995 |
| 52.245-3 | Identification of Government-Furnished Property | APR 1984 |
| 52.245-4 | Government-Furnished Property (Short Form) | JUN 2003 |
| 52.245-5 Dev | Government Property (Cost-Reimbursement, Time-and-Material, or Labor-Hour Contracts) Deviation | MAY 2004 |
| 52.245-9 | Use And Charges | APR 1984 |
| 52.245-17 | Special Tooling | MAY 2004 |
| 52.245-17 (Dev) | Special Tooling (Deviation) | APR 1984 |
| 52.245-17 Alt I (Dev) | Special Tooling Alternate I (Deviation) | APR 1984 |
| 52.245-18 | Special Test Equipment | FEB 1993 |
| 52.245-19 | Government Property Furnished "As Is" | APR 1984 |
| 52.246-1 | Contractor Inspection Requirements | APR 1984 |
| 52.246-23 | Limitation Of Liability | FEB 1997 |
| 52.246-25 | Limitation Of Liability--Services | FEB 1997 |
| 52.247-63 | Preference For U.S. Flag Air Carriers | JUN 2003 |
| 52.247-64 | Preference for Privately Owned U.S. - Flag Commercial Vessels | APR 2003 |
| 52.247-64 Alt I | Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) - Alternate I | APR 2003 |
| 52.247-64 Alt II | Preference for Privately Owned U.S. - Flag Commercial Vessels (Apr 2003) - Alternate II | APR 2003 |
| 52.247-67 | Submission Of Commercial Transportation Bills To The General Services Administration For Audit | JUN 1997 |
| 52.248-1 | Value Engineering | FEB 2000 |
| 52.249-2 | Termination For Convenience Of The Government (Fixed-Price) | MAY 2004 |
| 52.249-6 | Termination (Cost Reimbursement) | MAY 2004 |
| 52.249-6 Alt IV | Termination (Cost Reimbursement) (May 2004) - Alternate IV | SEP 1996 |
| 52.249-8 | Default (Fixed-Price Supply & Service) | APR 1984 |
| 52.249-8 Alt I | Default (Fixed-Price Supply and Service) (Apr 1984) - Alternate I | APR 1984 |
| 52.249-14 | Excusable Delays | APR 1984 |
| 52.251-1 | Government Supply Sources | APR 1984 |
| 52.253-1 | Computer Generated Forms | JAN 1991 |
| 252.201-7000 | Contracting Officer's Representative | DEC 1991 |
| 252.203-7001 | Prohibition On Persons Convicted of Fraud or Other Defense-Contract-Related Felonies | DEC 2004 |
| 252.203-7002 | Display Of DOD Hotline Poster | DEC 1991 |
| 252.204-7003 | Control Of Government Personnel Work Product | APR 1992 |
| 252.204-7004 Alt A | Required Central Contractor Registration Alternate A | NOV 2003 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Terrorist Country | MAR 1998 |
| 252.211-7000 | Acquisition Streamlining | DEC 1991 |

| | | |
|---|---|---|
| 252.211-7001 | Availability of Specifications and Standards Not Listed in DODISS, Data Item Descriptions Not Listed in DoD 5010.12-L, and Plans, Drawings, and Other Pertinent Documents | DEC 1991 |
| 252.211-7003 | Item Identification and Valuation | JAN 2004 |
| 252.215-7000 | Pricing Adjustments | DEC 1991 |
| 252.215-7002 | Cost Estimating System Requirements | OCT 1998 |
| 252.219-7003 | Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DOD Contracts) | APR 1996 |
| 252.219-7004 | Small, Small Disadvantaged Women-Owned Business Subcontracting Plan (Test Program) | JUN 1997 |
| 252.219-7011 | Notification to Delay Performance | JUN 1998 |
| 252.225-7001 | Buy American Act And Balance Of Payments Program | APR 2003 |
| 252.225-7002 | Qualifying Country Sources As Subcontractors | APR 2003 |
| 252.225-7012 | Preference For Certain Domestic Commodities | JUN 2004 |
| 252.225-7013 | Duty-Free Entry | JAN 2004 |
| 252.225-7016 | Restriction On Acquisition Of Ball and Roller Bearings | MAY 2004 |
| 252.225-7021 | Trade Agreements | DEC 2004 |
| 252.226-7001 | Utilization of Indian Organizations and Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns | SEP 2004 |
| 252.227-7013 | Rights in Technical Data--Noncommercial Items | NOV 1995 |
| 252.227-7014 | Rights in Noncommercial Computer Software and Noncommercial Computer Software Documentation | JUN 1995 |
| 252.227-7019 | Validation of Asserted Restrictions--Computer Software | JUN 1995 |
| 252.227-7027 | Deferred Ordering Of Technical Data Or Computer Software | APR 1988 |
| 252.227-7030 | Technical Data--Withholding Of Payment | MAR 2000 |
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | SEP 1999 |
| 252.231-7000 | Supplemental Cost Principles | DEC 1991 |
| 252.232-7003 | Electronic Submission of Payment Requests | JAN 2004 |
| 252.234-7001 | Earned Value Management System | MAR 1998 |
| 252.242-7004 | Material Management And Accounting System | DEC 2000 |
| 252.243-7001 | Pricing Of Contract Modifications | DEC 1991 |
| 252.243-7002 | Requests for Equitable Adjustment | MAR 1998 |
| 252.244-7000 | Subcontracts for Commercial Items and Commercial Components (DoD Contracts) | MAR 2000 |
| 252.247-7023 | Transportation of Supplies by Sea | MAY 2002 |
| 252.247-7024 | Notification Of Transportation Of Supplies By Sea | MAR 2000 |

CLAUSES INCORPORATED BY FULL TEXT

52.216-16 INCENTIVE PRICE REVISION--FIRM TARGET (OCT 1997)

**COMPLETED AT TIME OF AWARD**

(a) General. The supplies or services identified in the Schedule as Items [Contracting Officer insert Schedule line item numbers] are subject to price revision in accordance with this clause; provided, that in no event shall the total final price of these items exceed the ceiling price of . . dollars ($ ). Any supplies or services that are to be (1) ordered separately under, or otherwise added to, this contract and (2) subject to price revision in accordance with the terms of this clause shall be identified as such in a modification to this contract.

(b) Definition. "Costs," as used in this clause, means allowable costs in accordance with Part 31 of the Federal Acquisition Regulation (FAR) in effect on the date of this contract.

(c) Data submission. (1) Within [Contracting Officer insert number of days] days after the end of the month in which the Contractor has delivered the last unit of supplies and completed the services specified by item number in paragraph (a) of this clause, the Contractor shall submit in the format of Table 15-2, FAR 15.408, or in any other form on which the parties agree--

(i) A detailed statement of all costs incurred up to the end of that month in performing all work under the items;

(ii) An estimate of costs of further performance, if any, that may be necessary to complete performance of all work under the items;

(iii) A list of all residual inventory and an estimate of its value; and

(iv) Any other relevant data that the Contracting Officer may reasonably require.

(2) If the Contractor fails to submit the data required by subparagraph (1) above within the time specified and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the data submittal period, the amount of the excess shall bear interest, computed from the date the data were due to the date of repayment, at the rate established in accordance with the Interest clause.

(d) Price revision. Upon the Contracting Officer's receipt of the data required by paragraph (c) above, the Contracting Officer and the Contractor shall promptly establish the total final price of the items specified in (a) above by applying to final negotiated cost an adjustment for profit or loss, as follows:

(1) On the basis of the information required by paragraph (c) above, together with any other pertinent information, the parties shall negotiate the total final cost incurred or to be incurred for supplies delivered (or services performed) and accepted by the Government and which are subject to price revision under this clause.

(2) The total final price shall be established by applying to the total final negotiated cost an adjustment for profit or loss, as follows:

(i) If the total final negotiated cost is equal to the total target cost, the adjustment is the total target profit.

(ii) If the total final negotiated cost is greater than the total target cost, the adjustment is the total target profit, less [Contracting Officer insert percent] percent of the amount by which the total final negotiated cost exceeds the total target cost.

(iii) If the final negotiated cost is less than the total target cost, the adjustment is the total target profit plus [Contracting Officer insert percent] percent of the amount by which the total final negotiated cost is less than the total target cost.

(End of clause)

(e) Contract modification. The total final price of the items specified in paragraph (a) above shall be evidenced by a modification to this contract, signed by the Contractor and the Contracting Officer. This price shall not be subject to revision, notwithstanding any changes in the cost of performing the contract, except to the extent that--

(1) The parties may agree in writing, before the determination of total final price, to exclude specific elements of cost from this price and to a procedure for subsequent disposition of those elements; and

(2) Adjustments or credits are explicitly permitted or required by this or any other clause in this contract.

(f) Adjusting billing prices. (1) Pending execution of the contract modification (see paragraph (e) above), the Contractor shall submit invoices or vouchers in accordance with billing prices as provided in this paragraph. The billing prices shall be the target prices shown in this contract.

(2) If at any time it appears from information provided by the contractor under subparagraph (g)(2) below that the then-current billing prices will be substantially greater than the estimated final prices, the parties shall negotiate a reduction in the billing prices. Similarly, the parties may negotiate an increase in billing prices by any or all of the difference between the target prices and the ceiling price, upon the Contractor's submission of factual data showing that final cost under this contract will be substantially greater than the target cost.

(3) Any billing price adjustment shall be reflected in a contract modification and shall not affect the determination of the total final price under paragraph (d) above. After the contract modification establishing the total final price is executed, the total amount paid or to be paid on all invoices or vouchers shall be adjusted to reflect the total final price, and any resulting additional payments, refunds, or credits shall be made promptly.

(g) Quarterly limitation on payments statement. This paragraph (g) shall apply until final price revision under this contract has been completed.

(1) Within 45 days after the end of each quarter of the Contractor's fiscal year in which a delivery is first made (or services are first performed) and accepted by the Government under this contract, and for each quarter thereafter, the Contractor shall submit to the contract administration office (with a copy to the contracting office and the cognizant contract auditor) a statement, cumulative from the beginning of the contract, showing--

(i) The total contract price of all supplies delivered (or services performed) and accepted by the Government and for which final prices have been established;

(ii) The total costs (estimated to the extent necessary) reasonably incurred for, and properly allocable solely to, the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established;

(iii) The portion of the total target profit (used in establishing the initial contract price or agreed to for the purpose of this paragraph (g)) that is in direct proportion to the supplies delivered (or services performed) and accepted by the Government and for which final prices have not been established--increased or decreased in accordance with subparagraph (d)(2) above, when the amount stated under subdivision (ii), immediately above, differs from the aggregate target costs of the supplies or services; and

(iv) The total amount of all invoices or vouchers for supplies delivered (or services performed) and accepted by the Government (including amounts applied or to be applied to liquidate progress payments).

(2) Notwithstanding any provision of this contract authorizing greater payments, if on any quarterly statement the amount under subdivision (1)(iv) above exceeds the sum due the Contractor, as computed in accordance with subdivisions (1)(i), (ii), and (iii) above, the Contractor shall immediately refund or credit to the Government the amount of this excess. The Contractor may, when appropriate, reduce this refund or credit by the amount of any applicable tax credits due the Contractor under 26 U.S.C. 1481 and by the amount of previous refunds or credits effected under this clause. If any portion of the excess has been applied to the liquidation of progress payments, then that portion may, instead of being refunded, be added to the unliquidated progress payment account consistent with the Progress Payments clause. The Contractor shall provide complete details to support any claimed reductions in refunds.

(3) If the Contractor fails to submit the quarterly statement within 45 days after the end of each quarter and it is later determined that the Government has overpaid the Contractor, the Contractor shall repay the excess to the Government immediately. Unless repaid within 30 days after the end of the statement submittal period, the amount

of the excess shall bear interest, computed from the date the quarterly statement was due to the date of repayment, at the rate established in accordance with the Interest clause.

(h) Subcontracts. No subcontract placed under this contract may provide for payment on a cost-plus-a-percentage-of-cost basis. The Contractor shall--

(1) Insert in each price redetermination or incentive price revision subcontract the substance of paragraph (g), above, and of this paragraph (h), modified to omit mention of the Government and to reflect the position of the Contractor as purchaser and of the subcontractor as vendor, and to omit that part of subparagraph (g)(2) above relating to tax credits; and

(2) Include in each cost-reimbursement subcontract a requirement that each lower-tier price redetermination or incentive price revision subcontract contain the substance of paragraph (g) above and of this paragraph (h), modified as required by subparagraph (1) above.

(i) Disagreements. If the Contractor and the Contracting Officer fail to agree upon the total final price within 60 days (or within such other period as the Contracting Officer may specify) after the date on which the data required by paragraph (c) above are to be submitted, the Contracting Officer shall promptly issue a decision in accordance with the Disputes clause.

(j) Termination. If this contract is terminated before the total final price is established, prices of supplies or services subject to price revision shall be established in accordance with this clause for (1) completed supplies and services accepted by the Government and (2) those supplies and services not terminated under a partial termination. All other elements of the termination shall be resolved in accordance with other applicable clauses of this contract.

(k) Equitable adjustment under other clauses. If an equitable adjustment in the contract price is made under any other clause of this contract before the total final price is established, the adjustment shall be made in the total target cost and may be made in the maximum dollar limit on the total final price, the total target profit, or both. If the adjustment is made after the total final price is established, only the total final price shall be adjusted.

(l) Exclusion from target price and total final price. If any clause of this contract provides that the contract price does not or will not include an amount for a specific purpose, then neither any target price nor the total final price includes or will include any amount for that purpose.

(m) Separate reimbursement. If any clause of this contract expressly provides that the cost of performance of an obligation shall be at Government expense, that expense shall not be included in any target price or in the total final price, but shall be reimbursed separately.

(n) Taxes. As used in the Federal, State, and Local Taxes clause or in any other clause that provides for certain taxes or duties to be included in, or excluded from, the contract price, the term "contract price" includes the total target price or, if it has been established, the total final price. When any of these clauses requires that the contract price be increased or decreased as a result of changes in the obligation of the Contractor to pay or bear the burden of certain taxes or duties, the increase or decrease shall be made in the total target price or, if it has been established, in the total final price, so that it will not affect the Contractor's profit or loss on this contract.

52.216-18 ORDERING. (OCT 1995)

**COMPLETED AT TIME OF AWARD**

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from through [insert dates].

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

(End of clause)

52.216-19 ORDER LIMITATIONS. (OCT 1995)

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than $15,000.00, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor:

(1) Any order for a single item in excess of $500,000,000.00;

(2) Any order for a combination of items in excess of $500,000,000.00; or

(3) A series of orders from the same ordering office within 10 days that together call for quantities exceeding the limitation in subparagraph (1) or (2) above.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) above.

(d) Notwithstanding paragraphs (b) and (c) above, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within 10 days after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

(End of clause)

52.216-22 INDEFINITE QUANTITY. (OCT 1995)

**COMPLETED AT TIME OF AWARD**

(a) This is an indefinite-quantity contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies and services specified in the Schedule are estimates only and are not purchased by this contract.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. The Contractor shall furnish to the Government, when and if ordered, the supplies or services specified in the Schedule up to and including the quantity designated in the Schedule as the "maximum". The Government shall order at least the quantity of supplies or services designated in the Schedule as the "minimum".

(c) Except for any limitations on quantities in the Order Limitations clause or in the Schedule, there is no limit on

the number of orders that may be issued. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(d) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; provided, that the Contractor shall not be required to make any deliveries under this contract after [insert date].

(End of clause)

52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 days of the then current year contract term; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 120 months.
(End of clause)

52.222-2 PAYMENT FOR OVERTIME PREMIUMS (JUL 1990)

(a) The use of overtime is authorized under this contract if the overtime premium cost does not exceed **SPECIFIED ON EACH DELIVERY ORDER/TASK ORDER WHEN APPLICABLE** or the overtime premium is paid for work --

(1) Necessary to cope with emergencies such as those resulting from accidents, natural disasters, breakdowns of production equipment, or occasional production bottlenecks of a sporadic nature;

(2) By indirect-labor employees such as those performing duties in connection with administration, protection, transportation, maintenance, standby plant protection, operation of utilities, or accounting;

(3) To perform tests, industrial processes, laboratory procedures, loading or unloading of transportation conveyances, and operations in flight or afloat that are continuous in nature and cannot reasonably be interrupted or completed otherwise; or

(4) That will result in lower overall costs to the Government.

(b) Any request for estimated overtime premiums that exceeds the amount specified above shall include all estimated overtime for contract completion and shall--

(1) Identify the work unit; e.g., department or section in which the requested overtime will be used, together with present workload, staffing, and other data of the affected unit sufficient to permit the Contracting Officer to evaluate the necessity for the overtime;

(2) Demonstrate the effect that denial of the request will have on the contract delivery or performance schedule;

(3) Identify the extent to which approval of overtime would affect the performance or payments in connection with other Government contracts, together with identification of each affected contract; and

(4) Provide reasons why the required work cannot be performed by using multishift operations or by employing additional personnel.

* Insert either "zero" or the dollar amount agreed to during negotiations. The inserted figure does not apply to the exceptions in paragraph (a)(1) through (a)(4) of the clause.

(End of clause)

52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989)

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

THIS STATEMENT IS FOR INFORMATION ONLY: IT IS NOT A WAGE DETERMINATION
Employee Class Monetary Wage-Fringe Benefits

**SEE SECTION J – ATTACHMENT J.6. The annotated (marked as "X" AWD (applicable to wage determination) labor categories are applicable to the wage determination.**

(End of clause)

52.222-49 SERVICE CONTRACT ACT--PLACE OF PERFORMANCE UNKNOWN (MAY 1989)

(a) This contract is subject to the Service Contract Act, and the place of performance was unknown when the solicitation was issued. In addition to places or areas identified in wage determinations, if any, attached to the solicitation, wage determinations have also been requested for the following SEE SECTION J, ATTACHMENT ___. The Contracting Officer will request wage determinations for additional places or areas of performance if asked to do so in writing by the **AWARDED CONTRACTOR**.

(b) Offerors who intend to perform in a place or area of performance for which a wage determination has not been attached or requested may nevertheless submit bids or proposals. However, a wage determination shall be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

(End of clause)

52.232-19 AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR (APR 1984)

Funds are not presently available for performance under this contract beyond the then current contract term . The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond the then current contract term,

until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

(End of clause)

52.244-2 SUBCONTRACTS (AUG 1998)

(a) Definitions. As used in this clause--

Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) This clause does not apply to subcontracts for special test equipment when the contract contains the clause at FAR 52.245-18, Special Test Equipment.

(c) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (d) or (e) of this clause.

(d) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that--

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds--

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(e) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:

**COMPLETED AT TIME OF AWARD**

(f)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (c), (d), or (e) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting--

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(g) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination--

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(h) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(i) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(j) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(k) Paragraphs (d) and (f) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

________________________
________________________

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

www.usamraa.army.mil

(End of clause)

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of clause)

Section J - List of Documents, Exhibits and Other Attachments

Exhibit/Attachment Table of Contents

| DOCUMENT TYPE | DESCRIPTION | PAGES | DATE |
|---|---|---|---|
| Attachment 01 | Attachment 1 - Organizational Conflict of Interest | | 16-MAY-2005 |
| Attachment 02 | Attachment 2 Non-Disclosure Statement | | 16-MAY-2005 |
| Attachment 03 | Attachment 3 Monthly Progress Report | | 16-MAY-2005 |
| Attachment 04 | Attachment 4 Cost Reporting Format | | 16-MAY-2005 |
| Attachment 05 | Attachment 5 - Labor Rate Table | | 16-MAY-2005 |
| Attachment 06 | Attachment 6 - Wage Determination | | 16-MAY-2005 |
| Attachment 07 | Attachment 7 - Scenarios | | 16-MAY-2005 |
| Attachment 08 | Attachment 8 - Scenario Proposal Summary FFP | | 16-MAY-2005 |
| Attachment 09 | Attachment 9 Scenario Proposal Summary CPFF | | 16-MAY-2005 |
| Attachment 10 | Attachment 10 Scenario Proposal Summary T&M | | 16-MAY-2005 |
| Attachment 11 | Attachment 11 - Past Performance Questionaire | | 16-MAY-2005 |
| Attachment 12 | Attachment 12 Labor Category Descriptions | | 16-MAY-2005 |

Section K - Representations, Certifications and Other Statements of Offerors

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.203-11 | Certification And Disclosure Regarding Payments To Influence Certain Federal Transactions | APR 1991 |
| 52.222-38 | Compliance With Veterans' Employment Reporting Requirements | DEC 2001 |
| 252.209-7001 | Disclosure of Ownership or Control by the Government of a Terrorist Country | SEP 2004 |
| 252.225-7031 | Secondary Arab Boycott Of Israel | APR 2003 |
| 252.227-7028 | Technical Data or Computer Software Previously Delivered to the Government | JUN 1995 |

CLAUSES INCORPORATED BY FULL TEXT

52.204-3 TAXPAYER IDENTIFICATION (OCT 1998)

(a) Definitions.

“Common parent,” as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

“Taxpayer Identification Number (TIN),” as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the offeror in reporting income tax and other returns. The TIN may be either a Social Security Number or an Employer Identification Number.

(b) All offerors must submit the information required in paragraphs (d) through (f) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. If the resulting contract is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(d) Taxpayer Identification Number (TIN).

___ TIN:.______________________________

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of the Federal Government.

(e) Type of organization.

___ Sole proprietorship;

___ Partnership;

___ Corporate entity (not tax-exempt);

___ Corporate entity (tax-exempt);

___ Government entity (Federal, State, or local);

___ Foreign government;

___ International organization per 26 CFR 1.6049-4;

___ Other ________________________________

(f) Common parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this provision.

___ Name and TIN of common parent:

Name ___________________________________________

TIN _____________________________________________

(End of provision)

52.204-5 WOMEN-OWNED BUSINESS (OTHER THAN SMALL BUSINESS) (MAY 1999)

(a) Definition. Women-owned business concern, as used in this provision, means a concern that is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

(b) Representation. [Complete only if the offeror is a women-owned business concern and has not represented itself as a small business concern in paragraph (b)(1) of FAR 52.219-1, Small Business Program Representations, of this solicitation.] The offeror represents that it ( ) is a women-owned business concern.

(End of provision)

52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS (DEC 2001)

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that-

(i) The Offeror and/or any of its Principals-

(A) Are ( ) are not ( ) presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ( ) have not ( ), within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(C) Are ( ) are not ( ) presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in paragraph (a)(1)(i)(B) of this provision.

(ii) The Offeror has ( ) has not ( ), within a three-year period preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

This Certification Concerns a Matter Within the Jurisdiction of an Agency of the United States and the Making of a False, Fictitious, or Fraudulent Certification May Render the Maker Subject to Prosecution Under Section 1001, Title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

(End of provision)

52.215-6 PLACE OF PERFORMANCE (OCT 1997)

(a) The offeror or respondent, in the performance of any contract resulting from this solicitation, ( ) intends, ( ) does not intend (check applicable block) to use one or more plants or facilities located at a different address from the address of the offeror or respondent as indicated in this proposal or response to request for information.

(b) If the offeror or respondent checks “intends” in paragraph (a) of this provision, it shall insert in the following spaces the required information:

| Place of Performance(Street Address, City, State, County, Zip Code) | Name and Address of Owner and Operator of the Plant or Facility if Other Than Offeror or Respondent |
|---|---|
| | |

(End of provision)

52.219-1 SMALL BUSINESS PROGRAM REPRESENTATIONS (MAY 2004) - ALTERNATE I (APR 2002)

(a)(1) The North American Industry Classification System (NAICS) code for this acquisition is ( ) (insert NAICS code).

(2) The small business size standard is ( ) (insert size standard).

(3) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

(b) Representations. (1) The offeror represents as part of its offer that it ( ) is, ( ) is not a small business concern.

(2) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents, for general statistical purposes, that it ( ) is, ( ) is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(3) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a women-owned small business concern.

(4) (Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a veteran-owned small business concern.

(5) (Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (b)(4) of this provision.) The offeror represents as part of its offer that it ( ) is, ( ) is not a service-disabled veteran-owned small business concern.

(6) [Complete only if the offeror represented itself as a small business concern in paragraph (b)(1) of this provision.] The offeror represents, as part of its offer, that--

(i) It ( ) is, ( ) is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It ( ) is, ( ) is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (b)(6)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. (The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:____________.) Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(7) (Complete if offeror represented itself as disadvantaged in paragraph (b)(2) of this provision.) The offeror shall check the category in which its ownership falls:

____ Black American.

____ Hispanic American.

____ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

____ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

____ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

____ Individual/concern, other than one of the preceding.

(c) Definitions. As used in this provision--

Service-disabled veteran-owned small business concern--

(1) Means a small business concern--

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern," means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and the size standard in paragraph (a) of this provision.

Veteran-owned small business concern means a small business concern--

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern," means a small business concern --

(1) That is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; or

(2) Whose management and daily business operations are controlled by one or more women.

(d) Notice.

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small, HUBZone small, small disadvantaged, or women-owned small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to section 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

(End of provision)

52.219-22 SMALL DISADVANTAGED BUSINESS STATUS (OCT 1999)

(a) General. This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations.

(1) General. The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either--

___ (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration(PRO0Net); or

___ (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2)___ For Joint Ventures. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for

the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: _____________.]

(c) Penalties and Remedies. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall:

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

(End of provision)

52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS (FEB 1999)

The offeror represents that --

(a) ( ) It has, ( ) has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation;

(b) ( ) It has, ( ) has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

(End of provision)

52.223-13 CERTIFICATION OF TOXIC CHEMICAL RELEASE REPORTING (AUG 2003)

(a) Executive Order 13148, of April 21, 2000, Greening the Government through Leadership in Environmental Management, requires submission of this certification as a prerequisite for contract award.

(b) By signing this offer, the offeror certifies that--

(1) As the owner or operator of facilities that will be used in the performance of this contract that are subject to the filing and reporting requirements described in section 313 of the Emergency Planning and Community Right-to-Know Act of 1986 (EPCRA) (42 U.S.C. 11023) and section 6607 of the Pollution Prevention Act of 1990 (PPA) (42 U.S.C. 13106), the offeror will file and continue to file for such facilities for the life of the contract the Toxic Chemical Release Inventory Form (Form R) as described in sections 313(a) and (g) of EPCRA and section 6607 of PPA; or

(2) None of its owned or operated facilities to be used in the performance of this contract is subject to the Form R filing and reporting requirements because each such facility is exempt for at least one of the following reasons: (Check each block that is applicable.)

( ) (i) The facility does not manufacture, process, or otherwise use any toxic chemicals listed in 40 CFR 372.65;

( ) (ii) The facility does not have 10 or more full-time employees as specified in section 313.(b)(1)(A) of EPCRA 42 U.S.C. 11023(b)(1)(A);

( ) (iii) The facility does not meet the reporting thresholds of toxic chemicals established under section 313(f) of EPCRA, 42 U.S.C. 11023(f) (including the alternate thresholds at 40 CFR 372.27, provided an appropriate certification form has been filed with EPA);

( ) (iv) The facility does not fall within the following Standard Industrial Classification (SIC) codes or their corresponding North American Industry Classification System sectors:

(A) Major group code 10 (except 1011, 1081, and 1094.

(B) Major group code 12 (except 1241).

(C) Major group codes 20 through 39.

(D) Industry code 4911, 4931, or 4939 (limited to facilities that combust coal and/or oil for the purpose of generating power for distribution in commerce).

(E) Industry code 4953 (limited to facilities regulated under the Resource Conservation and Recovery Act, Subtitle C (42 U.S.C. 6921, et seq.), 5169, 5171, or 7389 (limited to facilities primarily engaged in solvent recovery services on a contract or fee basis); or

( ) (v) The facility is not located within the United States or its outlying areas.

(End of clause)

52.226-2 HISTORICALLY BLACK COLLEGE OR UNIVERSITY AND MINORITY INSTITUTION REPRESENTATION (MAY 2001)

(a) Definitions. As used in this provision--

Historically black college or university means an institution determined by the Secretary of Education to meet the requirements of 34 CFR 608.2. For the Department of Defense, the National Aeronautics and Space Administration, and the Coast Guard, the term also includes any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

Minority institution means an institution of higher education meeting the requirements of Section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1067k, including a Hispanic-serving institution of higher education, as defined in Section 316(b)(1) of the Act (20 U.S.C. 1101a)).

(b) Representation. The offeror represents that it--

( ) is ( ) is not a historically black college or university;

( ) is ( ) is not a minority institution.

(End of provision)

52.227-6 ROYALTY INFORMATION (APR 1984) -- ALTERNATE I (APR 1984)

(a) When the response to this solicitation covers charges for special construction or special assembly that contain costs or charges for royalties totaling more than $250, the following information shall be included in the response

relating to each separate item of royalty or license fee:

(1) Name and address of licensor.

(2) Date of license agreement.

(3) Patent numbers, patent application serial numbers, or other basis on which the royalty is payable.

(4) Brief description, including any part or model numbers of each contract item or component on which the royalty is payable.

(5) Percentage or dollar rate of royalty per unit.

(6) Unit price of contract item.

(7) Number of units.

(8) Total dollar amount of royalties.

(b) Copies of current licenses. In addition, if specifically requested by the Contracting Officer before execution of the contract, the offeror shall furnish a copy of the current license agreement and an identification of applicable claims of specific patents.

(End of provision)

52.230-1 COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION (JUN 2000)

Note: This notice does not apply to small businesses or foreign governments. This notice is in three parts, identified by Roman numerals I through III.

Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

If the offeror is an educational institution, Part II does not apply unless the contemplated contract will be subject to full or modified CAS coverage pursuant to 48 CFR 9903.201-2(c)(5) or 9903.201-2(c)(6), respectively.

I. DISCLOSURE STATEMENT--COST ACCOUNTING PRACTICES AND CERTIFICATION

(a) Any contract in excess of $500,000 resulting from this solicitation will be subject to the requirements of the Cost Accounting Standards Board (48 CFR Chapter 99), except for those contracts which are exempt as specified in 48 CFR 9903.201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR Chapter 99 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR 9903.202. When required, the Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

CAUTION: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to practice for pricing proposals or accumulating and reporting contract performance cost data.

(c) Check the appropriate box below:

(1) Certificate of Concurrent Submission of Disclosure Statement.

The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows: (i) original and one copy to the cognizant Administrative Contracting Officer (ACO) or cognizant Federal agency official authorized to act in that capacity (Federal official), as applicable, and (ii) one copy to the cognizant Federal auditor.

(Disclosure must be on Form No. CASB DS-1 or CASB DS-2, as applicable. Forms may be obtained from the cognizant ACO or Federal official and/or from the loose-leaf version of the Federal Acquisition Regulation.)

Date of Disclosure Statement: ______________________ Name and Address of Cognizant ACO or Federal Official Where Filed: ____________________________________

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

(2) Certificate of Previously Submitted Disclosure Statement.

The offeror hereby certifies that the required Disclosure Statement was filed as follows:

Date of Disclosure Statement: _______________________ Name and Address of Cognizant ACO or Federal Official Where Filed: _______________________________________

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable Disclosure Statement.

(3) Certificate of Monetary Exemption.

The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling more than $50 million (of which at least one award exceeded $1 million) in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

(4) Certificate of Interim Exemption.

The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraph (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

CAUTION: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $50 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded.

II. COST ACCOUNTING STANDARDS--ELIGIBILITY FOR MODIFIED CONTRACT COVERAGE

If the offeror is eligible to use the modified provisions of 48 CFR 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

( ) The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $50 million in awards of CAS-covered prime contracts and subcontracts. The offeror further certifies that if such status changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

CAUTION: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $50 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $25 million or more.

III. ADDITIONAL COST ACCOUNTING STANDARDS APPLICABLE TO EXISTING CONTRACTS

The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.

( ) YES ( ) NO

(End of clause)

252.225-7000 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM CERTIFICATE (APR 2003)
(a) Definitions. Domestic end product, foreign end product, qualifying country, and qualifying country end product have the meanings given in the Buy American Act and Balance of Payments Program clause of this solicitation.

(b) Evaluation. The Government--

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will evaluate offers of qualifying country end products without regard to the restrictions of the Buy American Act or the Balance of Payments Program.

(c) Certifications and identification of country of origin.

(1) For all line items subject to the Buy American Act and Balance of Payments Program clause of this solicitation, the offeror certifies that--

(i) Each end product, except those listed in paragraph (c)(2) or (3) of this provision, is a domestic end product; and

(ii) Components of unknown origin are considered to have been mined, produced, or manufactured outside the United States or a qualifying country.

(2) The offeror certifies that the following end products are qualifying country end products:

--------------------------------------------------------------------
(Line Item Number Country of Origin)

--------------------------------------------------------------------
(Country of Origin)

(3) The following end products are other foreign end products:

--------------------------------------------------------------------
(Line Item Number)

--------------------------------------------------------------------
(Country of Origin) (If known)

(End of provision)

252.225-7020 TRADE AGREEMENTS CERTIFICATE (JAN 2004)

(a) Definitions. Caribbean Basin country end product, designated country end product, Free Trade Agreement country end product, nondesignated country end product, qualifying country end product, and U.S. -made end product have the meanings given in the Trade Agreements clause of this solicitation.

(b) Evaluation. The Government--

(1) Will evaluate offers in accordance with the policies and procedures of Part 225 of the Defense Federal Acquisition Regulation Supplement; and

(2) Will consider only offers of end products that are U.S.-made, qualifying country, designated country, Caribbean Basin country, or Free Trade Agreement country end products, unless the Government determines that--

(i) There are no offers of such end products;

(ii) The offers of such end products are insufficient to fulfill the Government's requirements; or

(iii) A national interest exception to the Trade Agreements Act applies.

(c) Certification and identification of country of origin.

(1) For all line items subject to the Trade Agreements clause of this solicitation, the offeror certifies that each end product to be delivered under this contract, except those listed in paragraph (c)(2) of this provision, is a U.S.-made, qualifying country, designated country, Caribbean Basin country, or Free Trade Agreement country end product.

(2) The following supplies are other nondesignated country end products:

--------------------------------------------------------------------
(Line Item Number)

--------------------------------------------------------------------
(Country of Origin)

(End of provision)

252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA (AUG 1992)

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) Representation. The Offeror represents that it:

____ (1) Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

____ (2) Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

(End of provision)

Section L - Instructions, Conditions and Notices to Bidders

SECTION L

**1.0 TYPE OF CONTRACT.**

**1.1 Contracts**

The Government intends to award multiple contracts to those Offerors who remain in the area of consideration as determined by the Government. These contracts will be Indefinite Delivery/Indefinite Quantity (ID/IQ) contracts that utilize time and materials, firm fixed price, fixed price labor hour(loaded rate), fixed price award fee, cost plus fixed fee, and cost plus award fee delivery orders. The Government will determine, for each delivery order, which contract type is appropriate to ensure a best value approach.

**1.2. Equitable Adjustment of Labor Category Rates**

Contractor labor rates may be eligible for an economic adjustment based upon inflation in the cost of living or changes in the economic and labor markets. Economic adjustments may be requested from the Contracting Officer after completion of the fourth year of the contract. The Contracting Officer must determine that an economic adjustment is warranted and any price adjustments will be substantiated by a Government directed Defense Contract Audit Agency (DCAA) audit. Only the labor categories covered under the Service Contract Act shall be eligiable for adjustments in accordance with FAR Clause 52.222-44.

**1.3. Organizational Conflict of Interest Clause**

The TEAMS Solicitation is being issued as a full and open competition under which all

Contractors eligible for Federal contracts are encouraged to participate. The intent of this

conflict of interest clause is to prevent any actual or apparent organizational conflict of interest

with TMA.

**1.4 Program Management Support**

**1.4.1** Category 2, Program Management Support is defined as those services that are required to assist the Government in managing programs.

**1.4.2 Teams Solicitation**

The TEAMS Solicitation is being issued to obtain Program Management Support. **Category 2 restricts Contractor participation in program activities to one of three, mutually exclusive categories:** Category 1, TMA Internal Support; Category 2, Program Management Support; and Category Three, Product Support. Contractor or key personnel who have performed work in the Program Management category will not be eligible to perform Category 1, TMA Internal Support or Category 3, Product Support for a minimum of two (2) years after the conclusion of performance in the Program Management Support category; such ineligibility to include

performing as a prime Contractor, Subcontractor or Consultant. Because of the ongoing nature of the TEAMS program, the Government reserves the unilateral right to extend this restriction beyond the minimum two (2) year period whenever doing so is unilaterally determined by the Government to be required to avoid or mitigate against the risk of OCIs. The Government reserves the unilateral right to impose, on a case-by-case basis, the same restrictions for Contractors or key Contractor personnel, previously engaged in Category 1, TMA Internal Support, or Category 3, Product Support work, subsequently seeking Category 2, Program Management Support work. The Government reserves the unilateral right to determine "key personnel" status for the purposes of this clause. Reference FAR Parts 3 Improper Business Practices and Personnel Conflicts of Interest and 9 Contractor Qualifications.

### 1.4.3 Program Management Contracts

Examples include, but are not limited to, the PMI BPAs and D/SIDDOMS II, Lot 1. If a Contractor has or is performing work under these contracts, or others in support of TMA, those Contractors may still participate in the TEAMS Solicitation; however, if awarded a TEAMS contract as a prime Contractor, Subcontractor, or Consultant, they will be required to comply with the conditions stated above. It is the type of work being performed, not the contract vehicle being used that will determine if COI exists.

### 1.5 Teaming Arrangements

Teaming arrangements are acceptable. Any subcontracting/teaming arrangements contemplated by the Offeror must be presented in detail. The details should disclose those portions of the task which will be subcontracted, and the anticipated organizations with which subcontracting or teaming arrangements planned. Since there is a direct relationship from the cost/price proposal to the management approach, teaming and functional capabilities, and past performance proposals, the Offeror shall cross-reference enough information on subcontracting/teaming arrangements to allow for a thorough proposal review.

The Government is looking for best value Contractor approaches to achieve the tasking outlined in the Solicitation. Consistent with the Organization Conflict of Interest clause, the FAR, the DFARS and AFARS, the Government will require specific information about proposed Subcontractors, Consultants and key personnel proposing for every task/deliver order under the TEAMS contract. Such information will include, at a minimum, the prior TMA contract and delivery/task order history of such firms and personnel. If the proposed use of such firms or personnel raises questions of potential, real, or apparent OCIs, the Contractor will be required to note such questions and propose appropriate mitigation plans. However, notwithstanding any such mitigation plan submitted in any such proposal, the Government reserves the right not to award any such order on grounds of a real or apparent OCI which the Government has unilaterally determined would not be adequately mitigated. The Government is imposing an additional restriction on the teaming approach, such that each vendor may propose a Subcontractor multiple times, but no prime Contractor can be a Subcontractor to another prime.

Additionally, on each task/delivery order, prime Contractors will need to identify the specific, pre-approved Subcontractors that will be used, the primary role of the Subcontractor, the labor categories, rates and estimated or fixed level of effort for each Subcontractor.

**1.6 TECHNICAL QUESTIONS**: Questions concerning the proposal are due no later than 15 July 2005 at 3:00 PM. Questions shall be submitted to jamie.kiser@amedd.army.mil by the closing date and time and no questions shall be addressed after this cutoff. Offerors shall submit one set of questions only, mulitple emails shall not be accepted. An Amendment to the solicitation will be submitted addressing the answers.

**2.0 INSTRUCTIONS FOR THE PREPARATION AND SUBMISSION OF PROPOSALS.**

Failure to submit all documents concurrently, and in accordance with these instructions, may render a proposal determined unacceptable. The Government will not consider pages submitted in excess of the stated page limitations, see paragraph 3.2.

**2.1 Offeror**

Offeror, as used in this Solicitation, encompasses either a single bidder or a consortium of bidders including Subcontractors. If Offeror is a consortium of bidders, one shall be clearly designated as the prime and all subcontractors shall be identified.

**2.2 Media**

The Offeror shall provide ten (10) compact disks (CD) containing their proposal using Microsoft Office 2000 applications. It shall include management approach, technical and functional, past performance, and cost/pricing data submitted in their proposal. Contents of the disk shall be clearly labeled.

**2.3 Proposal Evaluation**

To aid in evaluation, proposals shall be practical, specific and complete as well as being indexed (cross-indexed, as appropriate) and logically assembled. The proposal shall be in a clear, concise form, presenting complete, effective methods and approaches for satisfying the requirements. It shall be in sufficient detail to reflect a complete understanding of the work to be accomplished and permit a thorough analysis. All pages of each part shall be numbered and dated and include the Solicitation number.

**2.4 Cost/Price Information.** Cost/price information shall be included in the Cost/Price proposal part only. Proposed cost/price shall not be discussed or exhibited in any part of the Offeror's proposal other than Part I, Cost/Price Proposal with Executive Summary. Any man-hours referenced outside the Price proposal shall be quoted in productive hour figures only (without indication as to costs of these hours). Any skill levels indicated shall be treated in a similar manner (example: hours vs. costs/prices).

2.4.1 Innovative Approaches. **Wherever the Contractor is proposing an innovative approach that may significantly impact cost/price, the Contractor shall identify this within the Management Approach, Technical and Functional Capabilities, and Past Performance proposals, without actually referencing the labor rates or costs. Any significant inconsistency between the Cost/Price proposal and any other section of the proposal, if unexplained, may be interpreted as a fundamental deficiency in the Offeror's**

**understanding of the nature and scope of the work required and the Offeror's ability to perform the contract within the financial restraints therein. This may be cause for rejection of the proposal. The burden of proof as to cost credibility rests with the Offeror.**

## 2.5 The Proposal

The overall proposal shall consist of four (4) separate sections, individually titled. Each copy of each part should be appropriately titled. The required number of copies of each proposal part, each of which shall be contained in separate 3-ring binders, is as follows:

| Proposal Part | Required # of Hard Copies |
|---|---|
| PART I – Executed Solicitation Documents (Section K) and Cost/Price Proposal Volume with Executive Summary | 2 |
| PART II – Management Approach, Technical and Functional Capabilities Volume with Executive Summary | 2 |
| PART III – Pricing Scenarios Volume | 2 |
| PART IV - Past Performance, Key Personnel, Representative Sample Resumes, Quality Control Plan, Organizational Plan, and Management Plan Volume | 2 |

## *3.0 CONTENT OF PROPOSAL PARTS*

### 3.1 PART I – Executed Solicitation Documents

In PART I, the Offeror shall complete and include all certifications required by the Solicitation. Copy one of PART I shall contain the signed original of all documents requiring signature by Offeror, i.e. Signed SF33, Signed Amendments. Use of reproductions of single originals is authorized in all other copies of the proposal. Section K shall be completed and submitted in accordance with FAR Clause 52.204-8 Annual Representations and Certifications. A completed copy should be submitted with the proposal in Part I.

### 3.1.1 PART I – Cost/Price proposal with Executive Summary.

#### 3.1.1.2 Analysis

The Government will analyze the proposed costs/prices. Offerors shall provide cost/price proposals to meet the cost reimbursable, fixed price loaded labor hour nature of the contract. Offerors shall use the Government provided Microsoft Excel spreadsheets in place of the Section B format for their submissions, but must supplement the spreadsheet with standard cost build up data**.** This volume will require the Offerors to present their burdened and unburdened

labor rates. The Contractor shall not propose labor rates that are derived from blending the labor rates of two or more separate Contractors, Subcontractors, or Consultants. In order for the Government to accurately evaluate the costs/prices proposed, the cost/price proposal shall be in a uniform format, presenting a detailed breakdown of the associated cost elements for each individual labor category. Burdened rates shall include such elements as direct labor, general and administrative cost, overhead cost, material and handling fees, fringe (if applicable), and profit/fee. The Government will consider how the proposed total compensation plan used by the Offeror impacts the ability of the Offeror to attract and retain qualified staff. This will be evaluated as a tradeoff against the actual proposed rates/costs/prices. There is no page limitation for this section.

### 3.1.1.3 Teaming Arrangements

As stated earlier, teaming arrangements are acceptable, however all teaming arrangements must be presented in enough detail to allow the Government to understand conceptually what type of technical work will be provided by the Offeror and what will be performed by each of the Subcontractors. The Offeror must submit the estimated Subcontractor's cost/price for each Subcontractor, by labor category. The overall percentage of work that will be subcontracted shall be clearly cross-mapped to the Government's labor categories. All Subcontractor costs contained in the individual delivery order shall be reflected as loaded labor rates only.

### 3.1.1.4 Ceiling Amount

At award, a ceiling amount will be added to the basic contract. This ceiling amount shall be the same for all Offerors, and will serve as the cumulative ceiling for all delivery orders issued under this contract, regardless of contract type. Since the labor mix and number of hours will be determined for each individual delivery order, the Offeror is not required to provide an estimate of hours by labor category in response to the basic contract Solicitation.

### 3.1.1.5. Loaded Rates

Each individual prime or Subcontractor shall use separate loaded rates. These loaded rates shall be used separately as prime loaded labor or as an ODC for any subcontracting. This format shall be for both cost plus fixed fee and for orders utilizing loaded labor. This will allow the Government to reimburse costs more closely in accordance with actual costs incurred and take advantage of any indirect or direct rates that are less than the prime rates. This method will also allow the program office and the Contractor a better opportunity to form additional teaming arrangements when mission requirements mandate such an arrangement. All Subcontractors proposed must satisfy the requirements of FAR Part 44 Subcontracting Policies and Procedures. It is intended that Offerors will propose labor rates for all labor categories listed in **Section J, J.5**. The Offeror shall not propose labor rates that are derived from blending two or more separate Contractors, Subcontractors, or Consultants. If an Offeror elects not to propose rates for certain labor categories, the Offeror will be required to offer an explanation. Labor Category rates shall be proposed for Contractor and Government site employees and in accordance with the descriptions provided, using the spreadsheets provided by the Government, see **Section J, J.5**. The offeror shall show cost data in support of all labor rates which shall be provided as Part 1 of the cost proposal. Subcontractor may submit their proposals directly to the Contracting

Office, but no later than the closing date of the RFP specified on the Standard Form 33 cover sheet.

### 3.1.1.6. Offeror's Accounting System

Offerors are required to have an adequate accounting system as required by FAR 16.301-3, to be eligible for an award. All prime Contractors must have an approved purchasing system as prescribed in FAR 44.201

### 3.1.1.7. One Proposal

The Government will evaluate only one proposal from each prime Offeror.

### 3.1.1.8. Best Effort

The Offeror's proposal is presumed to represent the Offeror's best effort in response to the Solicitation, as an award may be made without discussions.

### 3.1.1.9. Cost/Price Competition

It is expected that there will be adequate cost/price competition; therefore, the Offeror is not required to certify cost or pricing data. However, if after receipt of the proposals, the Contracting Officer determines that certification is required, the Offeror shall provide certified, Government conducted DCAA audit cost or pricing data as requested by the Contracting Officer.

### 3.1.1.10. Job Classifications

Job classifications and titles shall conform as much as practicable to those in the Department of Labor wage rate determinations, **Section J, J.12**. The Offeror shall provide a listing of those positions that do not directly correspond to positions listed in the wage rate determinations, including rationale for proposed rates. The Offeror and the Government shall coordinate to ensure that those positions conform to the Department of Labor wage rate determinations. Supporting rationale for any wage rates or other benefits not specifically in accordance with or listed in the Department of Labor wage determinations shall be provided. Documentation, such as commercial quotes, supporting SUTA, Workmen's Compensation and General Liability rates, shall be provided.

### 3.1.1.11. Offeror Internal Systems

Offerors shall provide documentation showing current approval of internal systems by Government conducted DCAA audits (e.g., Offeror Purchasing System Review, Estimating System Review, Forward Pricing Rates, G&A Rate, Overhead Rates, etc.).

### 3.1.1.12. Subcontracts

The Offeror must submit the estimated cost/price for the Subcontractor by labor category, and Subcontractor name. Composite direct labor charges from two or more Contractors to form a single burdened or loaded labor rate are not allowable.

**3.1.1.13. Other Direct Costs (ODCs)**

Only Offerors with DCAA-approved accounting systems and provisional rates will be allowed to procure and invoice for ODCs. ODCs may be billed on a cost reimbursable, FFP, or T&M basis. Costs are defined as the purchase price of materials or services plus General and Administrative charges (G&A) or material and handling charges (M&H). G&A or M&H charges received by the Contractor are subject to periodic Government conducted DCAA audits and to adjustment of the Final Contract Closeout Audit conducted by DCAA. Profit/fee on ODCs other than subcontracting is prohibited. All ODCs shall be fully supported and in compliance with all competition requirements of the FAR, specifically Part 31, "Contract Cost Principles and Procedures."

**3.1.1.14. Government Site Labor Rates ("Onsite") –** Used when contractor performance will primarily occur in Government-owned or operated facilities. Unless other wise indicated the contractor should assume that the Government will provide: space, office equipment, utilities, computer ( and necessary computer accessories), basic office supplies, telephone and internet capabilities (if required). Since the Government is provide these tiems, their cost should not be included in the Contractors' rates. In developmenting Government Site Labor Rates, the contractor should inlcude: salary, benefits, indirect costs not covered above and any allowabel profit/fees.

**3.1.1.15. Contractor Site Labor Rates ("Offsite") –** Used when contractor performance will primarily occur in Contractor-owned or perated facilties. Unless other wise indicated the contractor shall include all allowable direct and indirect costs, and allowable profit/fees when developing Contractor site Labor rates. This shall include: salary, benefits, facility costs, computer (and computer accessories) costs, office equipment, office supplies, telephone, internet access, profit/fee and other allowable costs.

**3.2 PART II – Management Approach and Technical and Functional Capabilities Proposal with Executive Summary**

All sections of the Offeror's proposal shall make direct reference to the PBWS specification paragraph numbers. Proposed approach and methods shall be presented in a clear and logical order. Statements such as "will comply", "meets the intent of", or "we intend to meet the requirements" and the like, will not suffice for evaluation purposes. Part II will be broken up into four (4) sections: Executive Summary/Abstract, Management Overview, Management Approach, and Technical and Functional Capabilities, further defined below. The entirety of Part II, shall not exceed seventy-five (75) pages, including appendices, matrices, and tables. Fold-outs (either 8 ½" by 14" or 11" x 17") shall count as two (2) pages each. Proposals shall be single-sided, typed in 12-point, Times New Roman font using 1" margins on the top, bottom and sides. Graphics, tables and matrices are exempt from the 12-point font requirement, however, any materials not legible *to the evaluators* will be disregarded.

### 3.2.1. Executive Summary/Abstract

The Executive Summary/Abstract shall not exceed 1 page.

### 3.2.2 Management Overview

The Offeror must present a comprehensive plan that supports the requirements of this Solicitation. Offeror must clearly communicate the goals and objectives of its organization and clearly delineate the line of authority associated with the proposed organization. This section shall include personnel management, training, organizational structure, the quality control plan, subcontracting, and conflict of interest.

### 3.2.3 Management Approach, and Technical and Functional Capabilities

This section shall identify the Offeror's understanding, approach, methods, and ability to satisfy the requirements of the Solicitation and shall be logically organized.

#### 3.2.3.1 Capability

The Offeror must convey to the Government that the Offeror is capable; possesses sufficient expertise and experience; has adequate resources; and is able to plan, organize and use resources in a coordinated and timely manner in order to achieve technical requirements and control costs.

#### 3.2.3.2 Exceptions or Variations

The Offeror must clearly state and justify any exception to or variation from, the requirements. The proposal must indicate a thorough understanding of the PBWS and comprehensive approach as to how tasks will be accomplished.

### 3.3 PART III – Cost/Pricing Scenarios Volume

To assist the Government in cost/price evaluation, the Solicitation also includes three hypothetical cost/pricing scenarios; cost reimbursement, fixed price, and time and materials **(Section J. J.7, J.8, J.9 and J.10 )** Each scenario shall be fully cost/priced out in accordance with the government spreadsheets provided for each scenario see **Section J, J.8, J. 9. and J.10** and accompanied by a brief explanation of the attendant technical approach. In addition, to the labor categories and costs required by paragraph 3.1.1.2 above, Offerors shall provide a brief technical approach and Cost/Price proposal in response to each of these scenarios. The technical portions of these proposals will neither be evaluated nor considered during evaluation of Part II, Technical Proposal; however, the Government does expect these portions to be consistent with the Offeror's Management Approach and Technical and Functional Capabilities proposal. This exercise is strictly intended to provide the Government with a basis for determining cost/price reasonableness, cost/price realism, and overall cost to the Government. However, the Offeror is required to provide the labor mix and estimate of hours per labor category in response to each of the hypothetical scenarios, and will be required to provide this for each delivery order.

### 3.4.2 Page Limitation

The technical approach given in response to each hypothetical scenario shall not exceed two (2) pages. This page limit reflects the Government's desire to receive only those portions of the technical approach necessary to justify the labor mix and hours proposed. The Government does not require an introduction, past performance, representations and certifications, resumes, assumptions, or qualifications in the responses to the hypothetical scenarios. Offerors shall label each technical approach and Cost/Price proposal with the hypothetical scenario to which it corresponds.

### 3.4.1 Price Reasonableness

Proposed cost/pricing will be evaluated to determine if cost/price estimates are fair and reasonable in accordance with FAR Subpart 15.4 for the work to be performed.

### 3.4.2 Cost/Price Completeness

The Offeror's proposed costs/prices will be evaluated to determine if any are unreasonably high or low in relation to the Offeror's management and technical approaches.

### 3.4.3 Cost/Price Realism

The Offeror's proposed costs/prices will be evaluated to determine if the estimates are realistic and reflect a clear understanding of the requirements, and are consistent with the Offerors proposed methods of performance.

### 3.5 PART VI – Past Performance, Key Personnel, Representative Sample Resumes, Quality Control Plan, Organizational Plan, and Management Plan.

### 3.5.1 Past Performance

The Offeror must submit validated information demonstrating satisfactory performance as the Prime Contractor on similar services, or similar contracts. Offerors may identify federal, state, and local government or commercial contracts performed that were similar in nature to the current acquisition.

#### 3.5.1.1 References

References are limited to those, which have been performed, in whole or in part, within the past three years. Any references not meeting this condition will not be evaluated. The Government will randomly check the provided past performance history, and may check and consider performance on tasks not identified by the Contractor.

#### 3.5.1.2 Past References

Offerors must provide three, primary past performance contract references. The Offeror may submit additional references beyond these three primary references. The three primary references must include completed Past Performance Questionnaires, as directed below. The information shall address any contractual issues that arose and the corrective actions taken.

#### 3.5.1.3 Process

Completion of the three primary references is a four-step process.

##### 3.5.1.3.1 Step One

The Offeror shall complete Part I of the Past Performance Questionnaire **(Section J, J.11)** providing information to identify the reference.

##### 3.5.1.3.2 Step Two

The Offeror shall send the COR, of the past performance references, the Past Performance Questionnaire **(see J.11)** with Part 1 already completed, along with a stamped, self-addressed envelope.

##### 3.5.1.3.3 Step Three

The COR will complete Part 2 of the Past Performance Questionnaire, and return it to the Offeror using the self-addressed stamped envelope.

##### 3.5.1.3.4 Step Four

The Offeror shall leave these envelopes sealed and submit them with the proposal. Only envelopes that are sealed and have been postmarked by the United States Postal Service or date stamped by another acceptable delivery service will be considered by the Government.

#### 3.5.1.4 Additional References

The Offeror may elect to submit past performance references in addition to the primary references. For each additional reference, the Offeror should provide the Government with a past performance questionnaire with Part 1 completed.

#### 3.5.1.5 Certifications

All references provided to the Government in support of the Offeror proposals for the Solicitation are subject to random verifications and checks by the CO and COR, or their staff.

#### 3.5.1.6 Government Provided Information

The Government reserves the right to mitigate the impact of Offeror provided references with past performance information obtained on a “stumble-on” basis, by information obtained in random checks of provided contract references or through information maintained in the Government’s past performance database. Should this information be sufficient to negatively alter the Offeror's chance of being awarded a contract under this Solicitation, the Government will provide this negative information to the Offeror and provide an opportunity for rebuttal, explanation, or clarification.

### 3.5.2 Key Personnel and Representative Sample Resumes

#### 3.5.2.1 Staffing

This Part is intended to offer the Government insight and examples as to the types of individuals who will be used to staff task orders solicited under the resultant contract. All resumes should be in a similar formant and limited to information pertinent to this Solicitation.

#### 3.5.2.2 Program Manager Resume

Each Offeror is required to submit the résumé of the individual that will be the Program Manager for this contract. This position is considered to be key personnel to this contract. Individual tasks orders released under this contract will include additional key personnel, as required. Résumés for key personnel should not exceed 2 pages in length.

#### 3.5.2.3 Other Staff Resumes

Additionally, the Offerors shall submit a representative sample of resumes that will be used on this contract. The Contractor is not required to submit a sample resume for each labor category, however, it is expected that the Offeror will provide a representative sample of senior, mid-level and junior staff as well as functional and technical personnel. Sample resumes should not exceed 1 page in length.

### 3.5.3 The Quality Control Plan

The Offeror must provide a comprehensive Quality Control Plan to show how the Offeror intends to ensure quality of services and products during the life of the contract. Plan must be thorough and it must provide timely responses to potential and actual problem areas.

### 3.5.4 The Organizational Plan

The Offeror must show an Organizational Plan that will support the requirements of the Solicitation. It must show functional organizational staffing, manpower, resources at every level of the organization, and a command and control function to ensure effective communication with its field employees.

### 3.5.5 The Management Plan

The Management Plan must also outline methods used to recruit, develop/train and retain/replace qualified personnel. Specifically, this shall include a description of the Offeror's overall compensation plan. Offeror must show an evaluation process that ensures that its employees are evaluated at least once a year.

## 4.0 ADDITIONAL PROPOSAL SUBMITTAL INFORMATION:

### 4.1 Proposal Submission

Offerors are cautioned to submit only enough information to enable the evaluation committees to fully ascertain each Offeror's capability to do all of the requirements contemplated by this Solicitation. All commitments made in the proposal may also become a part of the resultant contract. Data submitted with each proposal should be complete and concise. Any reliance on promotional brochures is unacceptable. The Offeror is hereby advised the proposal is presumed to represent the Offeror's best effort in responding to the Solicitation.

### 4.2 Revised Proposal Submission

The Government intends to award without discussions, however, should discussions and revised proposals be required, page limitations provided herein also apply to revised proposals. Correct use of replacement page techniques shall consist of providing only specific, concise, clear, factual information, without pictures.

### 4.3 Content

The Table of Contents, Solicitation Compliance Matrix, Tabs and Index Sheets, printed one side only, will not be counted towards the page limit as long as they are designed to aid the evaluator in location information, are advisory in nature and impart no information other than the content of the section to which they refer.

### 4.4 Proposal Revisions

Revisions shall be submitted as light blue color-page replacements with revised text readily identifiable print (e.g., boldface or underlines) and line bar in margin. Revised pages shall be numbered, dated and submitted in appropriately marked binders in the same number of copies as specified earlier. Narrative explanations are not acceptable other than as replacement pages.

### 5.0 Required Information to be submitted in accordance with the Evaluation Criteria defined in Section M of this solicitation:

#### 5.1.1.1 Factor #1, Management Approach

The offeror shall submit the folowing information for the SSEB to use to evaluate the Offeror's Management Approach for the following Subfactors:

##### 5.1.1.1.1 Subfactor #1, Personnel and Corporate Capabilities

**Standard**: The SSEB will evaluate the Offeror's personnel and corporate capabilities to establish a level of confidence that the Offeror will be able to meet the Government's requirements, at contract award and over the life of the contract. At a minimum, the Offeror shall address the following sub-elements:

Information on the Offeror's current personnel;

- Recruiting, retention and training policies; and
- Methods used to synthesize individual personnel into a comprehensive corporate capability.

##### 5.1.1.1.2 Subfactor #2, Organizational Structure

**Standard**: The SSEB will evaluate the Offeror's organizational management structure to establish a level of confidence that the Offeror's organization is streamlined, efficient, and capable of proactively identifying, communicating, and resolving issues associated with this contract and subsequent task/delivery orders. At a minimum, the Offeror shall address the following sub-elements:

- Quality assurance;
- Risk management;
- Organizational commitment/empowerment, innovative thinking, and value-added management approaches;
- Software solutions; and
- Overall corporate strategy.

In addition to the minimums listed above, the Offeror shall address sub-elements to include, but not be limited to:

- The ability, experience, and empowerment of Contractor personnel to act on behalf of the Contractor to resolve issues in a timely manner; and
- The ability of Contractor personnel to successfully complete the requirements of task/delivery orders on schedule, within budget, and within acceptable quality levels.

**5.1.1.2 Factor #2, Technical and Functional Capabilities**

**Standard:** The SSEB will evaluate the Offeror's Technical and Functional capabilities to establish a level of confidence that the Offeror's Technical and Functional capabilities demonstrate that the Offeror has the ability and experience to meet the requirements of this Solicitation. The Offeror shall ensure that its proposal identifies how their capabilities map to the overall needs of TMA, as well as to the individual program offices. At a minimum, the Offeror shall address the following sub-elements:

**5.1.1.2.1** The Offeror's Technical and Functional capabilities, current service offerings, and how the Offeror intends to ensure continued innovative and evolving high quality service offerings over time;

**5.1.1.2.2** The capability to perform specialized studies and analysis, offering recommendations, alternatives, new approaches, and provide professional and technical advice;

**5.1.1.2.3** The capability to develop business process improvements that will bring external points of view, enhancing the understanding and development of alternative positions and solutions for various issues and program areas;

**5.1.1.2.4** The capability to improve overall program management of OASD(HA) systems and programs through advice, assistance and training. Improvements shall include, but not be limited to:

**5.1.1.2.5** Program monitoring and support services;

**5.1.1.2.6** Resource management planning and programming; and

**5.1.1.2.7** Milestone and schedule tracking.

**5.1.1.2.8** The capability to provide logistical support for meetings, conferences, workshops, symposia, and teleconferencing;

**5.1.1.2.9** The capability to provide financial management and analysis support;

**5.1.1.2.10** The capability to perform functional validation and verification processes; and

**5.1.1.2.11** The capability to provide advisory and assistance services in support of improved information resources, management, internal controls and the administration of OASD(HA) organizations.

**5.1.1.3 Factor #3, Past Performance**

**Standard:** The extent to which the Offeror's past performance grades and scores reflect a history of effectively and efficiently meeting requirements similar to those outlined in this RFP. The SSEB will evaluate the Offeror's past performance based upon its relevancy, as well as the responses received from past performance questionnaires.

The SSEB may evaluate past performance information obtained from other sources than those provided by the Offeror. An Offeror with no relevant past performance to cite will receive a neutral rating (i.e., the rating will not add to or detract from the Offeror's Past Performance rating).

The Offeror shall provide:

**5.1.1.3.1** A brief description of comparable capability;

**5.1.1.3.2** Current name, telephone number and facsimile number for the points of contact (including COTR/COR/QAE and Contracting Officer, as applicable);

**5.1.1.3.3** Period of performance, contract type, estimated contract value; and

**5.1.1.3.4** Identify whether the Offeror was the prime or subcontractor and the percentage of work performed as either the Contractor or Subcontractor.

**5.1.1.3.5** Identify details on past performance problems and the corrective actions taken.

**5.1.1.4 Factor #4, Cost/Price**

**Standard:** In addition to **Section J, J.5**, The Offeror shall present cost/pricing for the three (3) separate, hypothetical cost/pricing scenarios provided by the Government **(Section J, J.7, J.8, J.9, and J.10)** Cost/Price will be evaluated on the following sub-elements:

**5.1.1.4.1 Cost/Price Realism**

Proposed cost/pricing will be evaluated to determine if cost/price estimates are realistic for the work to be performed, reflect a clear understanding of the requirements, and are consistent with the Offerors proposed methods of performance.

**Cost/Price Completeness**

Cost/price completeness, including Sections A, B, and J.5 - To be considered complete, the Offeror must provide all the data that is necessary to support the proposal. The Government will assess the extent to which the Cost/Price proposal complies with the content and format requirements set forth in the Solicitation including all instructions in Section B.

### 5.1.1.4.2 Cost/Price Reasonableness

The Offeror's proposed costs/prices will be evaluated to determine if any are unreasonably high or low in relation to the Offeror's management and technical approaches.

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.214-34 | Submission Of Offers In The English Language | APR 1991 |
| 52.214-35 | Submission Of Offers In U.S. Currency | APR 1991 |
| 52.215-1 | Instructions to Offerors--Competitive Acquisition | JAN 2004 |
| 52.215-20 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data | OCT 1997 |
| 52.222-24 | Preaward On-Site Equal Opportunity Compliance Evaluation | FEB 1999 |
| 52.222-46 | Evaluation Of Compensation For Professional Employees | FEB 1993 |
| 52.232-28 | Invitation to Propose Performance-Based Payments | MAR 2000 |
| 252.227-7017 | Identification and Assertion of Use, Release, or Disclosure Restrictions | JUN 1995 |

CLAUSES INCORPORATED BY FULL TEXT

52.233-2 SERVICE OF PROTEST (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Director, U.S. Army Medical Research Acquisition Activity, 820 Chandler Street, Fort Detrick, MD 21702.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

(End of provision)

52.252-1 SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (FEB 1998)

This solicitation incorporates one or more solicitation provisions by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. The offeror is cautioned that the listed provisions may include blocks that must be completed by the offeror and submitted with its

quotation or offer. In lieu of submitting the full text of those provisions, the offeror may identify the provision by paragraph identifier and provide the appropriate information with its quotation or offer. Also, the full text of a solicitation provision may be accessed electronically at this/these address(es):

www.usamraa.army.mil

(End of provision

52.252-5 AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984)

(a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of"(DEVIATION)" after the date of the provision.

(b) The use in this solicitation of any Defense Federal Acquisition Regulation Supplement (48 CFR Chapter Chapter 2) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of provision)

Section M - Evaluation Factors for Award

SECTION M

## *1.0 EVALUATION FACTORS FOR AWARD*

**1.1 Basis for award**. The Government intends to make multiple best value awards for this acquisition. Awards will be made based upon all CLINS, not by individual CLINS. Awards will be based on four (4) technical evaluation areas Management Approach, Technical and Functional Capabilities, Past Performance, and Cost/Price.

**1.2 This Acquisition** is being competed for quality of services/personnel offered and reasonableness of cost/price, not minimum service at minimum cost/price. Award of the contract will be made by an integrated assessment of criteria designed to determine which proposals offer the best value to the Government in terms of management, technical and functional capabilities, past performance, and cost/price factors, rather than proposals offering the lowest cost/price. Ultimately, the source selection will not be made by the application of mathematical formula or on the basis of ratings alone, but by the exercise of sound business judgment on the part of the Source Selection Authority (SSA), based on an assessment of the evaluation results as a whole.

**1.3 The Following Conditions** must be met in order for an Offeror to be eligible for award:

**1.3.1** In all respects, the proposal must comply with the requirement of law, regulation, and the conditions set forth in this Solicitation.

**1.3.2** The Offeror must be determined to be responsible in accordance with FAR Part 9.104.

**1.4 The Government Intends to Award** a minimum of three (3) contracts to the most highly rated Offerors that have been determined to be small businesses. One of the small businesses may be furth set aside for a Small Disabled Veteran Owned Business (SDVOB). The number of awards made to large businesses will be determined by the most highly qualified, best-value offers that the Government can effectively manage.

## 2.0 COST/PRICE EVALUATION

Proposed cost/prices will not be point scored, and will be evaluated independently of management approach, technical and functional capabilities and past performance factors. The cost/price evaluation will become a more significant factor as the range of technical merit narrows. The Contracting Officer will conduct an appropriate cost/price analysis, with support from the Defense Contract Audit Agency, to determine whether costs/prices are fair and reasonable.

## *3.0 MANAGEMENT APPROACH, TECHNICAL AND FUNCTIONAL CAPABILITIES, AND PAST PERFORMANCE EVALUATION APPROACH*

**3.1 All Proposals will be Evaluated** by the Source Selection Evaluation Board (SSEB). The SSEB will rate each proposal strictly in accordance with its content and will not assume that performance includes areas not specified in the Offeror's written proposal.

**3.2 Careful, Full, and Impartial Consideration** will be given to all proposals received in response to this Solicitation. The evaluation factors as outlined in the Solicitation will be applied in an identical manner to each proposal.

**3.3 Except for Cost/Price, a Rating System** has been established for evaluation purposes. An initial evaluation of proposals will be made by the Source Selection Authority (SSA) to determine the competitive range. The Contracting Officer may request additional information, clarification, or correction of an Offeror's proposal in order to ensure a sound impartial evaluation and to ascertain the true merit of the proposal. The following provides the rating system and definitions:

*ADJECTIVAL*

**Excellent:** The contractor's response indicates a thorough understanding of and has completely addressed the requirements and objectives of the TEAMS Solicitation; demonstrates an extensive range of experience and ability to address those requirements; contains considerable strengths and few minor weaknesses; and provides some exceptional features.

**Good:** The Offeror's response indicates a considerable understanding of and has addressed most of the requirements and objectives of the TEAMS Solicitation; demonstrates an adequate range of experience and ability to meet those requirements; contains some significant strengths and only minor weaknesses.

**Marginal:** The contractor's response indicates a lack of understanding of some of the requirements and objectives of the TEAMS Solicitation; fails to address some of the requirements and objectives; demonstrates an inadequate range of experience and ability to address those requirements; and contains few, significant strengths and several weaknesses.

**Unacceptable:** The contractor's response fails to indicate any understanding of the requirements and objectives of the TEAMS Solicitation; demonstrates low level or no experience and ability to address those requirements; and contains no strengths and many significant weaknesses.

*RISK*

**High:** Likely to cause significant disruption of schedule, increased cost or degradation of performance. Risk may be unacceptable even with special contractor emphasis and close Government monitoring.

**Moderate:** Can potentially cause some disruption of schedule, increased cost, or degradation of performance. Special contractor emphasis and close Government monitoring will probably be able to overcome difficulties.

**Low:** Has little potential to cause disruption of schedule, increased cost or degradation of performance. Normal contractor effort and normal Government monitoring will probably be able to overcome difficulties.

**3.4 The Competitive Range** will be determined on the basis of the management approach, technical and functional, past performance, and cost/price factors that are stated in this solicitation, and will include all proposals that have a reasonable chance of being selected for award. The initial number of proposals considered as being within the competitive range may be reduced when, as a result of written or oral discussions, any such proposal has been determined to no longer have a reasonable chance of being selected for award.

**3.5 Phase 1 – Competitive Range Determination.** Phase 1 will consist of an evaluation of each Offeror's proposal to determine which Offerors fall within the competitive range. Technical evaluation in this phase will be based upon the three evaluation factors outlined in this section. Factor 1, Management Approach, is slightly more important than Factors 2 and 3 combined. Within Factor 1, Subfactor 1, Personnel and Corporate Capabilities, is slightly more important than Subfactor 2, Organizational Structure. Factor 2, Technical and Functional Capabilities, is about twice as important as Factor 3, Past Performance. Factors 1 through 3 are individually more important than Factor 4, Cost/Price. However, as the range of technical merit narrows, cost/price becomes a more important factor.

Evaluation Factor Importance

| **Factor 1** | | **Factor 2** | **Factor 3** | **Factor 4** |
|---|---|---|---|---|
| **Subfactor 1** | **Subfactor 2** | | | |

### 3.5.1 Factor #1, Management Approach

The SSEB will evaluate the Offeror's Management Approach for the following Subfactors:

#### 3.5.1.1 Subfactor #1, Personnel and Corporate Capabilities

**Standard**: The SSEB will evaluate the Offeror's personnel and corporate capabilities to establish a level of confidence that the Offeror will be able to meet the Government's requirements, at contract award and over the life of the contract. Sub-elements to be evaluated include:

- Information on the Offeror's current personnel;
- Recruiting, retention and training policies; and
- Methods used to synthesize individual personnel into a comprehensive corporate capability.

#### 3.5.1.2 Subfactor #2, Organizational Structure

**Standard**: The SSEB will evaluate the Offeror's organizational management structure to establish a level of confidence that the Offeror's organization is streamlined, efficient, and

capable of proactively identifying, communicating, and resolving issues associated with this contract and subsequent task/delivery orders. Sub-elements to be evaluated include:

Quality assurance;

- Risk management;
- Organizational commitment/empowerment, innovative thinking, and value-added management approaches;
- Software solutions; and
- Overall corporate strategy.
- The ability, experience, and empowerment of Contractor personnel to act on behalf of the Contractor to resolve issues in a timely manner; and
    - The ability of Contractor personnel to successfully complete the requirements of task/delivery orders on schedule, within budget, and within acceptable quality levels.

### 3.5.2. Factor #2, Technical and Functional Capabilities

**Standard:** The SSEB will evaluate the Offeror's Technical and Functional capabilities to establish a level of confidence that the Offeror's Technical and Functional capabilities demonstrate that the Offeror has the ability and experience to meet the requirements of this Solicitation. The Offeror shall ensure that its proposal identifies how their capabilities map to the overall needs of TMA, as well as to the individual program offices. Sub-elements to be evaluated include:

**3.5.2.1** The Offeror's Technical and Functional capabilities, current service offerings, and how the Offeror intends to ensure continued innovative and evolving high quality service offerings over time;

**3.5.2.2** The capability to perform specialized studies and analysis, offering recommendations, alternatives, new approaches, and provide professional and technical advice;

**3.5.2.3** The capability to develop business process improvements that will bring external points of view, enhancing the understanding and development of alternative positions and solutions for various issues and program areas;

**3.5.2.4** The capability to improve overall program management of OASD(HA) systems and programs through advice, assistance and training. Improvements shall include, but not be limited to:

**3.5.2.4.1** Program monitoring and support services;

**3.5.2.4.2** Resource management planning and programming; and

**3.5.2.4.3** Milestone and schedule tracking.

**3.5.2.5** The capability to provide logistical support for meetings, conferences, workshops, symposia, and teleconferencing;

**3.5.2.6** The capability to provide financial management and analysis support;

**3.5.2.7** The capability to perform functional validation and verification processes; and

**3.5.2.8** The capability to provide advisory and assistance services in support of improved information resources, management, internal controls and the administration of OASD(HA) organizations.

### 3.5.3 Factor #3, Past Performance

Standard: The extent to which the Offeror's past performance grades and scores reflect a history of effectively and efficiently meeting requirements similar to those outlined in this RFP. The SSEB will evaluate the Offeror's past performance based upon its relevancy, as well as the written responses received from past performance questionnaires.

The SSEB may evaluate past performance information obtained from other sources than those provided by the Offeror. An Offeror with no relevant past performance to cite will receive a neutral rating (i.e., the rating will not add to or detract from the Offeror's Past Performance rating).

Sub-elements to be evaluated:

**3.5.3.1** A brief description of comparable capability;

**3.5.3.2** Current name, telephone number and facsimile number for the points of contact (including COTR/COR/QAE and Contracting Officer, as applicable);

**3.5.3.3** Period of performance, contract type, estimated contract value; and

**3.5.3.4** Identify whether the Offeror was the prime or subcontractor and the percentage of work performed as either the Contractor or Subcontractor.

**3.5.3.5** The Offeror's details on past performance problems and the corrective actions taken.

### 3.5.4 Factor #4, Cost/Price

**Standard:** Cost/Price will be evaluated for **Section J, J.5** and the three hypothetical cost/pricing scenarios **(Section J, J.7, J.8, J.9 and J.10)** on the following sub-elements:

#### 3.5.4.1 Cost/Price Realism

Proposed cost/pricing will be evaluated to determine if cost/price estimates are realistic for the work to be performed, reflect a clear understanding of the requirements, and are consistent with the Offerors proposed methods of performance.

#### 3.5.4.2 Cost/Price Completeness

To be considered complete, the Offeror must provide all the data that is necessary to support the proposal. The Government will assess the extent to which the Cost/Price proposal complies with the content and format requirements set forth in the Solicitation.

#### 3.5.4.3 Cost/Price Reasonableness

The Offeror's proposed costs/prices will be evaluated to determine if any are unreasonably high or low in relation to the Offeror's management and technical approaches.

### 3.7 Award Without Discussions

The Government intends to award without discussions. However, if discussions are required they will be conducted with Offerors in the competitive range to the extent deemed necessary by the Contracting Officer, in accordance with FAR 15.306. Discussions will be conducted on the content of the proposal and, if discussions have been conducted, a Final Revised Proposal (FRP) will be solicited from those Offerors within the competitive range. A common cut-off date will be established for receipt of all FRPs.

CLAUSES INCORPORATED BY REFERENCE

| | | |
|---|---|---|
| 52.217-5 | Evaluation Of Options | JUL 1990 |