# In the United States Court of Federal Claims

No. 08-487C
Filed: July 14, 2008

*************************************
AXIOM RESOURCE MANAGEMENT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

and

LOCKHEED MARTIN FEDERAL HEALTHCARE, INC.,

Defendant-Intervenor.
*************************************

**ORDER**

Plaintiff's July 11, 2008 Motion To Supplement The Administrative Record with the July 11, 2008 Notice of Award of Task Order No. W81XWH-08-D-0039-0002 to Defendant-Intervenor is hereby granted.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**