**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., Plaintiff, v. UNITED STATES, Defendant, and LOCKHEED MARTIN FEDERAL HEALTHCARE, INC., Defendant-Intervenor. | ) | **BID PROTEST** No. 08-487C (Judge Braden) |

**NOTICE OF FILING**

Pursuant to the Court's e-mail of July 14, 2008 (attached as Exhibit A), defendant, the United States, gives this notice of filing of the documents relating to the award of the task order issued on July 11, 2008. The documents are:

1. Task order award (attached as Exhibit B);
2. Evaluation Board/Panel Consensus memorandum (attached as Exhibit C);
3. Award decision memorandum (attached as Exhibit D); and
4. E-mail correspondence (attached as Exhibit E):
    1. E-mail from Signore to Green re: RE: Notice of Award for TPOD, TOD/OGC Program Management Support/T-3 Support, 7/11/08;
    2. E-mail from Green to Green, Thompson, Davenport, Signore and Curtis re: RE: CMID 11734 Program Due Before 9 AM Monday, 6/23/08 (with attachment);

3. E-mail from Green to Green re: CMID 11734 Program Support Solicitation Question and Answers, 6/24/08 (with attachment);
4. E-mail from Signore to Green re: FW: CMID 11734 Program Support Solicitation, 6/23/08 (with attachment);
5. E-mail from Green to Thompson, Davenport, Signore and Curtis re: FW: CMID 11734 Questions Due Before 9 AM Monday, 6/23/08;
6. E-mail from Chapman to Green re: FW: CMID 11734 Questions Due Before 9 AM Monday, 6/22/08;
7. E-mail from Gupta to Green re: Program Support Solicitation CMID, 6/23/08;
8. E-mail from Signore to Green re: RE: CMID 11734 Questions Due Before 9 AM Monday, 6/23/08;
9. E-mail from Signore to Green re: FW: Notice of Award for TPOD, TOD/OGC Program Management Support/ T-3 Support, 7/15/08;
10. E-mail from Clutz to Green re: RE: Policy Changes to IDIQ Contracts And Task/Delivery Orders Against Those Contracts, 7/15/08;
11. E-mail from Curtis to Green re: RE: Program Support Solicitation CMID, 6/18/08;
12. E-mail from Signore to Green re: FW: J&A, 6/18/08;
13. E-mail from Sayer to Green re: FW: GAO Withdrawal, 7/9/08 (with attachment).

Due to the timeframe set by the Court's e-mail instructing us to file the documents today, along with the pending production of the TEAMS proposals submitted by Axiom and Lockheed

discussed in our notice of filing of July 14, 2008, we will follow this filing with a subsequent filing with Bates numbering included.

As the Court's July 14, 2008 e-mail did not state which, if any, pending motion would be affected by the production of the documents attached to this notice, we wish to clarify our position regarding the task order. As we discussed in our opposition to plaintiffs' request for a temporary restraining order ("TRO"), it remains our position that this Court does not possess jurisdiction to consider a protest of the task order award. See Def. Opp. TRO (July 8, 2008) at 6-8. We are unsure whether the Court intends to rule upon the jurisdictional issue upon receiving these documents. Nevertheless, to the extent that the Court intends to rule upon the jurisdictional issue, we respectfully submit that the record documents confirm that the task orders do not fall within this Court's bid protest jurisdiction, and thus respectfully request that the Court dismiss Axiom's complaint for the reasons discussed in our opposition to the TRO request.

In the July 11, 2008 e-mail, the Court also advised that, "If this matter proceeds, however, the court will promptly require Axiom to amend the existing Complaint so that each of its potential causes of action are plainly and properly identified and tied to a statute or regulation." As of the date of this filing, Axiom has not amended its complaint. Given the Court's statement, we have deferred filing of a motion to dismiss until such time as Axiom has amended its complaint. Nevertheless, to the extent that the Court intends to rule upon any cause of action based upon Axiom's current complaint, we respectfully request that the Court dismiss Axiom's complaint for the reasons discussed in our opposition to the TRO request.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640

July 15, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 15, 2008, a copy of foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor