**Todor, John (CIV)**

---

**From:** Alex_McBride@ao.uscourts.gov
**Sent:** Monday, July 14, 2008 6:04 PM
**To:** Todor, John (CIV)
**Cc:** delsordo@arguslawfirm.com; mgmadsen@mayerbrownrowe.com
**Subject:** RE: From Judge Braden

Mr. Todor,

Judge Braden would like any and all documents pertaining to the July 11, 2008 award of the Task Order at issue to Lockheed Martin. These should be supplemented in the AR.

The Judge requests copies of all available documents (including any contract) *by tomorrow mid-day.* You can email me PDF's, and/or submit them by motion to supplement the AR.

Please do not hesitate to contact me with any questions or concerns.

Thank you,
Alex

Mr. Alex McBride
Law Clerk to the Honorable Susan G. Braden
United States Court of Federal Claims
Telephone: (202) 357-6518
Facsimile: (202) 357-6522

**"Todor, John (CIV)" <John.Todor@usdoj.gov>**

07/14/2008 10:03 AM

To <Alex_McBride@ao.uscourts.gov>, <delsordo@arguslawfirm.com>, <mgmadsen@mayerbrownrowe.com>
cc
Subject RE: From Judge Braden

I have received the message and have relayed it to agency counsel.

John J. Todor
Trial Attorney
U.S. Department of Justice
1100 L Street, N.W.
Washington, DC 20530 (20005 for overnight deliveries)
Tel. (202) 616-2382

Fax (202) 514-8640
Email john.todor@usdoj.gov

---

**From:** Alex_McBride@ao.uscourts.gov [mailto:Alex_McBride@ao.uscourts.gov]
**Sent:** Monday, July 14, 2008 9:39 AM
**To:** delsordo@arguslawfirm.com; Todor, John (CIV); mgmadsen@mayerbrownrowe.com
**Subject:** From Judge Braden

Hi counsel,

Judge Braden would like answers/documents in response to the three questions below.

Mr. Todor, we'd appreciate an initial response sometime today, even if relevant documentation isn't immediately available.

As always, please contact me with any questions, concerns, or new information.

Thank you,
Alex

Mr. Alex McBride
Law Clerk to the Honorable Susan G. Braden
United States Court of Federal Claims
Telephone: (202) 357-6518
Facsimile: (202) 357-6522

----- Forwarded by Alex McBride/DCA/CFC/USCOURTS on 07/14/2008 09:34 AM -----

**Susan Braden/DCA/CFC/USCOURTS**
**(Fed Cl Judge)**

07/11/2008 05:59 PM

To Alex McBride/DCA/CFC/USCOURTS@USCOURTS
cc
Subject Axiom II

Please forward to Gov't with cc to the parties-more preliminary Q's re AR

1. We need a list of the formal titles for the recipients of the e-mails, etc.

2. The AR does not indicate to whom Ms. Green sent her June 19th e-mails.

3. Did any of the offerers ask questions? See AR 296.