**Todor, John (CIV)**

---

**From:** Signore, Dan R Mr USAMRAA [daniel.signore@us.army.mil]
**Sent:** Friday, July 11, 2008 1:58 PM
**To:** Green, Kelly R. Ms. USAMRAA
**Cc:** Strock, Richard A Mr USAMRAA
**Subject:** RE: Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)

Kelly, I have awarded. Please send Notice of Award to LM, Axiom, and Ro. Thanks, Dan

Classification: **UNCLASSIFIED**

Caveats: NONE

Can I send this out yet??

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

---

**From:** Signore, Dan R Mr USAMRAA
**Sent:** Friday, July 11, 2008 12:50 PM
**To:** Green, Kelly R. Ms. USAMRAA
**Subject:** FW: Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)

Classification: **UNCLASSIFIED**
Caveats: NONE

Kelly - Hold until award is signed. Dan

NOTICE OF AWARD

Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support CMID 11734

Lockheed Martin has received the award for the above referenced requirement. The task order number is W81XWH-08-D-0039-0002 on TEAMS. The total amount of the task order is $4,994,571.00, inclusive of

all options .

**Base**: 15 July 2008 through 14 Jan 2009 **Opt 1:** 15 Jan 2009 through 14 April 2009 **Opt 2:** 15 April 2009 through 14 July 2009.

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

Classification: **UNCLASSIFIED**
Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE