**Todor, John (CIV)**

**From:** Signore, Dan R Mr USAMRAA [daniel.signore@us.army.mil]
**Sent:** Monday, June 23, 2008 4:50 PM
**To:** Green, Kelly R. Ms. USAMRAA
**Subject:** FW: CMID 11734 Program Support Solicitation (UNCLASSIFIED)
**Attachments:** Answers to Questions CMID 11734.doc

Classification: **UNCLASSIFIED**
Caveats: NONE

Kelly,

Edited document attached for solicitation amendment.

Dan

---

**From:** Green, Kelly R. Ms. USAMRAA
**Sent:** Monday, June 23, 2008 12:26 PM
**To:** Signore, Dan R Mr USAMRAA
**Subject:** CMID 11734 Program Support Solicitation (UNCLASSIFIED)

Classification: **UNCLASSIFIED**
Caveats: NONE

<<...>> Please look at the question and answers and give me the OK to send them to the vendors. Thank you!

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

Classification: **UNCLASSIFIED**
Caveats: NONE

Classification: **UNCLASSIFIED**
Caveats: NONE

**Question 1**: Appendix C, Evaluation Criteria, T.1.1.3.1 Technical Approach indicates the following: The degree to which the Offeror's technical approach . . . reflects a clear understanding of the capabilities to successfully assist the organization and execution of large-scale meetings, conferences, workshops, symposia, teleconferences . . .

Can you clarify this statement since the Performance Based Statement of Work does not contain a requirement for this type of support?

**Government Response**: This statement was included in the evaluation criteria as error, and is not applicable for this requirement.

Appendix C, Evaluation Criteria, T.1.1.3.1 is changed to read as follows: Technical Approach indicates the following: The degree to which the Offeror's technical approach . . . reflects a clear understanding of the capabilities to successfully provide administrative program management support of TPOD's acquisition initiatives. The successful accomplishments of these duties will result in the development of a suite of T-3 RFPs, smooth transitions of the contracts and successful defense of any procurement protests, as well as continued support for the current TNEX contracts.

**Question 2**. Appendix C, Evaluation Criteria, T.1.1.3.3 Past Performance indicates the following: The degree to which past performance evaluations . . . reflect success in the ability to assist with event organization by researching for and recommending facilitators, translators, and moderators; researching, recommending and securing facilities and participant accommodations in support of events; and assisting with conducting events through registering participants.

Can you clarify this statement since the Performance Based Statement of Work does not contain a requirement for this type of support?

**Government Response**: This statement was included in the evaluation criteria as error, and is not applicable for this requirement.

Appendix C, Evaluation Criteria, T.1.1.3.3 Past Performance is changed to read as follows: The degree to which past performance evaluations . . . reflect success in the ability to provide administrative program management support of acquisition initiatives.

**Question 3**. Appendix G, Instructions to Offerors, Item 5, Transition requires that "plan for 10 days of incoming transition" is to be submitted as part of the non-cost/price proposal (subject to applicable overall non-cost/price proposal page limits).

Does this mean that the Transition In Plan is included in the 20 page limit for the non-cost/price proposal?

**Government Response**: Yes.

**Question 4**. Is PDF submission of the Non-Cost/Price Proposal an acceptable

form of transmission?

**Government Response**: No.

**Question 5**. Is the Quality Control Plan included in the 20-page limit of the Non-Cost/Price Proposal?

**Government Response**: Yes.

**Question 6**. What is the solicitation number for Program Support Solicitation CMID?

**Government Response**: Aurora Program Support Solicitation, CMID 11734