**Todor, John (CIV)**

---

**From:** Chapman, Greta A [greta.a.chapman@lmco.com]
**Sent:** Sunday, June 22, 2008 11:39 AM
**To:** Green, Kelly R. Ms. USAMRAA
**Cc:** Bentzen, Kaye
**Subject:** FW: CMID 11734 Questions Due Before 9 AM Monday

Ms. Green,

Lockheed Martin has the following questions in response to Solicitation CMID 11734.

1. Appendix C, Evaluation Criteria, T.1.1.3.1 Technical Approach indicates the following: The degree to which the Offeror's technical approach . . . reflects a clear understanding of the capabilities to successfully assist the organization and execution of large-scale meetings, conferences, workshops, symposia, teleconferences . . .

Can you clarify this statement since the Performance Based Statement of Work does not contain a requirement for this type of support?

2. Appendix C, Evaluation Criteria, T.1.1.3.3 Past Performance indicates the following: The degree to which past performance evaluations . . . reflect success in the ability to assist with event organization by researching for and recommending facilitators, translators, and moderators; researching, recommending and securing facilities and participant accommodations in support of events; and assisting with conducting events through registering participants.

Can you clarify this statement since the Performance Based Statement of Work does not contain a requirement for this type of support?

3. Appendix G, Instructions to Offerors, Item 5, Transition requires that "plan for 10 days of incoming transition" is to be submitted as part of the non-cost/price proposal (subject to applicable overall non-cost/price proposal page limits).

Does this mean that the Transition In Plan is included in the 20 page limit for the non-cost/price proposal?

*Greta Chapman*

Lockheed Martin IS&GS
Business Process Solutions
Contracts Negotiator Sr.
Telephone: 301-519-5331
Fax: 301-805-0375
Email: greta.a.chapman@lmco.com