**Todor, John (CIV)**

**From:** Monica Gupta [monica.gupta@axiom-rm.com]
**Sent:** Monday, June 23, 2008 10:43 AM
**To:** Green, Kelly R. Ms. USAMRAA; kelly.r.green@det.amedd.army.mil
**Subject:** Program Support Solicitation CMID
**Importance:** High

Ms. Green,

Axiom Resource Management requires clarification for the above referenced RFP.

1. Is PDF submission of the Non-Cost/Price Proposal an acceptable form of transmission?
2. Is the Quality Control Plan included in the 20-page limit of the t Non-Cost/Price Proposal?
3. What is the solicitation number for Program Support Solicitation CMID?

Thank you for your time and consideration of the requested clarifications. If any of these questions require further explanation, please do not hesitate to contact me.

V/R

Monica Gupta
Axiom Resource Management, Inc.
703-998-6070, x106