**Todor, John (CIV)**

**From:** Signore, Dan R Mr USAMRAA [daniel.signore@us.army.mil]
**Sent:** Monday, June 23, 2008 11:27 AM
**To:** Green, Kelly R. Ms. USAMRAA
**Subject:** RE: CMID 11734 Questions Due Before 9 AM Monday (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Excuse me....

---

**From:** Green, Kelly R. Ms. USAMRAA
**Sent:** Monday, June 23, 2008 10:48 AM
**To:** Green, Kelly R. Ms. USAMRAA; Thompson, RoDonda, CIV, OASD(HA)/TMA; Davenport, Tracy, CTR, OASD(HA)/TMA; Signore, Dan R Mr USAMRAA; Curtis, Suzanne Ms DMLSS
**Subject:** RE: CMID 11734 Questions Due Before 9 AM Monday (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

I just got the set of questions in from Axiom. I know that they were suppose to be in by 9AM, the KO has decided to allow them. See the attached email. Thank you!

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

---

**From:** Green, Kelly R. Ms. USAMRAA
**Sent:** Monday, June 23, 2008 9:46 AM
**To:** Thompson, RoDonda, CIV, OASD(HA)/TMA; 'Davenport, Tracy, CTR, OASD(HA)/TMA'; Signore, Dan R Mr USAMRAA; Curtis, Suzanne Ms DMLSS
**Subject:** FW: CMID 11734 Questions Due Before 9 AM Monday (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

I only received one set of questions. See email below. Please have the answers to the question back to me as soon as possible. We are on a time crunch on this one, proposals are due next Monday. And I am not going to extend the proposal date. Have a wonderful day!

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

---

**From:** Chapman, Greta A [mailto:greta.a.chapman@lmco.com]
**Sent:** Sunday, June 22, 2008 11:39 AM
**To:** Green, Kelly R. Ms. USAMRAA
**Cc:** Bentzen, Kaye
**Subject:** FW: CMID 11734 Questions Due Before 9 AM Monday

Ms. Green,

Lockheed Martin has the following questions in response to Solicitation CMID 11734.

1. Appendix C, Evaluation Criteria, T.1.1.3.1 Technical Approach indicates the following: The degree to which the Offeror's technical approach . . . reflects a clear understanding of the capabilities to successfully assist the organization and execution of large-scale meetings, conferences, workshops, symposia, teleconferences . . .

Can you clarify this statement since the Performance Based Statement of Work does not contain a requirement for this type of support?

2. Appendix C, Evaluation Criteria, T.1.1.3.3 Past Performance indicates the following: The degree to which past performance evaluations . . . reflect success in the ability to assist with event organization by researching for and recommending facilitators, translators, and moderators; researching, recommending and securing facilities and participant accommodations in support of events; and assisting with conducting events through registering participants.

Can you clarify this statement since the Performance Based Statement of Work does not contain a requirement for this type of support?

3. Appendix G, Instructions to Offerors, Item 5, Transition requires that "plan for 10 days of incoming transition" is to be submitted as part of the non-cost/price proposal (<u>subject to applicable overall non-cost/price proposal page limits).</u>

Does this mean that the Transition In Plan <u>is</u> included in the 20 page limit for the non-cost/price proposal?

*Greta Chapman*

Lockheed Martin IS&GS
Business Process Solutions
Contracts Negotiator Sr.
Telephone: 301-519-5331
Fax: 301-805-0375
Email: greta.a.chapman@lmco.com

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE