**Todor, John (CIV)**

**From:** Signore, Dan R Mr USAMRAA [daniel.signore@us.army.mil]
**Sent:** Tuesday, July 15, 2008 1:20 PM
**To:** Green, Kelly R. Ms. USAMRAA
**Subject:** FW: Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)
**Signed By:** There are problems with the signature. Click the signature button for details.

Classification: **UNCLASSIFIED**

Caveats: NONE

---

**From:** Sayer, Barry Mr USAMRAA
**Sent:** Tuesday, July 15, 2008 1:16 PM
**To:** Hill, Russell
**Cc:** Signore, Dan R Mr USAMRAA
**Subject:** RE: Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)

No she's at work. He mail box is probably full that's why the bounce back. Dan is the Contracting Officer so he can coordinate with Kelly.

thanks...

*Barry G. Sayer*
Chief, CSC Purple
USAMRAA
301-619-1163
FAX 301-619-1529
barry.sayer@amedd.army.mil

---

**From:** Hill, Russell [mailto:rhill@axiom-rm.com]
**Sent:** Tuesday, July 15, 2008 11:51 AM
**To:** Sayer, Barry Mr USAMRAA
**Cc:** Axiom-contracts
**Subject:** FW: Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)

Barry, is Kelly gone?

Russ

---

**From:** Hill, Russell
**Sent:** Tuesday, July 15, 2008 10:49 AM
**To:** 'Green, Kelly R. Ms. USAMRAA'
**Subject:** FW: Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)

Not sure why but the below email got a bounce back.

---

**From:** Hill, Russell
**Sent:** Tuesday, July 15, 2008 10:41 AM
**To:** 'Green, Kelly R. Ms. USAMRAA'
**Subject:** RE: Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)

May we have a debrief on this contract Award?

Thanks,

Russ

---

**From:** Green, Kelly R. Ms. USAMRAA [mailto:kelly.r.green@us.army.mil]
**Sent:** Friday, July 11, 2008 2:01 PM
**Subject:** Notice of Award forTPOD, TOD/OGC Program Management Support/ T-3 Support (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

NOTICE OF AWARD

Notice of Award for TPOD, TOD/OGC Program Management Support/ T-3 Support CMID 11734

Lockheed Martin has received the award for the above referenced requirement. The task order number is W81XWH-08-D-0039-0002 on TEAMS. The total amount of the task order is $4,994,571.00, inclusive of all options .

**Base**: 15 July 2008 through 14 Jan 2009 **Opt 1:** 15 Jan 2009 through 14 April 2009 **Opt 2:** 15 April 2009 through 14 July 2009.

Kelly R. Green

Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE