**Todor, John (CIV)**

**From:** Clutz, Raegon B Mr USAMRAA [raegon.clutz@us.army.mil]

**Sent:** Tuesday, July 15, 2008 2:13 PM

**To:** Green, Kelly R. Ms. USAMRAA

**Subject:** RE: Policy Changes to IDIQ Contracts And Task/Delivery Orders Against Those Contracts (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Kelly:

The enhanced competition requirements I tried to explain below in Paragraph 2.D. of my May 29, 2008 e-mail apply only to task order or delivery order **award amounts** exceeding $5 million. The $5 million threshold does not apply to the IGCE.

Thanks,

Burnie

---

**From:** Green, Kelly R. Ms. USAMRAA

**Sent:** Tuesday, July 15, 2008 1:56 PM

**To:** Clutz, Raegon B Mr USAMRAA

**Subject:** RE: Policy Changes to IDIQ Contracts And Task/Delivery Orders Against Those Contracts (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Burnie,

I need to know what determines the 5 million dollar the threshold? Is it the amount in the IGCE or is it the amount of the final award?

Please call me, I have a slight issue. Thank you!

Kelly R. Green

Contract Specialist

820 Chandler Street

Fort Detrick, MD 21702-5014

Phone: 301-619-1346

DSN: 343-1364

Fax: 301-619-21195

email: kelly.r.green@us.army.mil

---

**From:** Clutz, Raegon B Mr USAMRAA

**Sent:** Tuesday, July 15, 2008 1:50 PM

**To:** Green, Kelly R. Ms. USAMRAA

**Subject:** RE: Policy Changes to IDIQ Contracts And Task/Delivery Orders Against Those Contracts (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Kelly:

All task orders to be awarded that will exceed $5 million must provide the opportunity for a post-award debriefing. That is accomplished when you provide the written statement talked about in Paragraph 2.D. below. As part of the statement you need to make in paragraph 2.G. below, you end the statement by offering to provide a post-award debriefing.

You're only responsibility to debrief is if an unsuccessful offeror takes you up on the opportunity.

Thanks,

Burnie

---

**From:** Green, Kelly R. Ms. USAMRAA

**Sent:** Tuesday, July 15, 2008 1:35 PM

**To:** Clutz, Raegon B Mr USAMRAA

**Subject:** RE: Policy Changes to IDIQ Contracts And Task/Delivery Orders Against Those Contracts (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Burnie,

I need some clarification....for IDIQ orders under 10 million are we required to give a debrief?

Kelly R. Green

Contract Specialist

820 Chandler Street

Fort Detrick, MD 21702-5014

Phone: 301-619-1346

DSN: 343-1364

Fax: 301-619-21195

email: kelly.r.green@us.army.mil

---

**From:** Clutz, Raegon B Mr USAMRAA

**Sent:** Thursday, May 29, 2008 11:28 AM

**To:** USAMRAA Wide

**Subject:** FW: Policy Changes to IDIQ Contracts And Task/Delivery Orders Against Those Contracts (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Sorry, I forgot the documents the first time. Here they are.

<< File: DPAP 23 May 08 Section 843 Enhanced Competition Task and Delivery Orders.pdf >>

---

**From:** Clutz, Raegon B Mr USAMRAA

**Sent:** Thursday, May 29, 2008 11:22 AM

**To:** USAMRAA Wide

**Subject:** Policy Changes to IDIQ Contracts And Task/Delivery Orders Against Those Contracts (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Good morning:

Two days ago, May 27, 2008, policy changes to IDIQ contracts, and task/delivery orders issued against those contracts went into effect. I've appended the actual documents that make these changes.

If you do not have a solid understanding of indefinite delivery contracts, these changes could be confusing. Below are explanations of the changes. If you have questions, we'd be happy to respond. If you would like to have a BTB, or if you would like us to address your branch on these changes, we'd be happy to do so.

**Note:** There are three kinds of indefinite delivery contracts (D contracts); definite quantity; requirements; and indefinite quantity. This e-mail pertains only to indefinite quantity contracts (also known as IDIQ contracts), as well as task/delivery orders issued against IDIQ contracts.

**Clarification:** Indefinite delivery contracts are also called Task/Delivery Order Contracts. The terms are synonymous. Don't let that confuse you. This e-mail will call them IDIQ contracts.

1. No IDIQ contract in an amount estimated to exceed $100 million, including all options, may be awarded to a single source unless the Head of the Agency gives his/her approval in writing based upon any one of four particular scenarios.

Contracting Officers for years have had to document the contract file with their decisions whether or not to make multiple awards of IDIQ contracts. This change now says if only one IDIQ contract is to be awarded that will exceed $100 million, the Contracting Officer can't just document the file. He/she must obtain the prior written approval of the Head of the Agency to do so.

2. If you endeavor to award a task order or a delivery order that will exceed $5 million against an IDIQ contract, the competition requirements for doing so have been enhanced. The requirement to provide all contractors who hold an IDIQ contract a fair opportunity to be considered for orders expected to exceed $5 million is not met unless **ALL** such contractors are provided, at a minimum ------

A. a notice of the task or delivery order that makes a clear statement of the agency's requirements;

B. a reasonable period of time to provide a proposal in response to the notice;

C. disclosure of the significant factors and subfactors, including cost or price, that the agency expects to consider in evaluating such proposals, and their relative importance;

D. in the case of an award to be made on a best value basis, a written statement documenting the basis for the award and the relative importance of quality and price or cost factors; and

E. an opportunity for a post-award debriefing.

The real policy changes above are those in D. and E. Heretofore, you did not have to provide a written statement to the contractors when awarding on a best value basis, nor did you need to debrief them.

3. Protests. Prior to May 27, 2008, protests of a task or a delivery order could only be lodged on the grounds that the order increased the scope, period, or maximum value of the contract under which the order was made. Those protests could be made to the Agency (USAMRAA) or the General Accounting Office (GAO).

However, effective May 27, 2008, task orders and delivery orders exceeding $10 million can protested on any basis but, they must be submitted exclusively to the GAO.

Thank you.

Burnie

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE