## Todor, John (CIV)

**From:** Curtis, Suzanne, CIV, OASD(HA)/TMA [Suzanne.Curtis@tma.osd.mil]

**Sent:** Wednesday, June 18, 2008 3:51 PM

**To:** Green, Kelly R. Ms. USAMRAA

**Subject:** RE: Program Support Solicitation CMID (UNCLASSIFIED)

Kelly, excellent work as always. Thank you.

-----Original Message-----
From: Green, Kelly R. Ms. USAMRAA [mailto:kelly.r.green@us.army.mil]
Sent: Wednesday, June 18, 2008 2:37 PM
Subject: Program Support Solicitation CMID (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

<<APPENDIX C - PM OGC T-3 - PROGRM SUPPORT (2).doc>> <<APPENDIX E - QASP - PM OGC T-3 PROGRM SUPPORT (2).doc>> <<APPENDIX G - Revised SOW.doc>> <<PM-T3 - APPENDIX A (2).doc>> <<PM - T-3 APPENDIX B (2).doc>> <<TPOD - PM-T3 SOW (2).doc>>

Please see the attachments and respond to the Solicitation. This is a time sensitive solicitation no extra time will be allowed beyond the closing date and time. If you have any questions please respond by email. The instructions to offerors gives additional detail on date and time deadlines.

Kelly R. Green
Contract Specialist
820 Chandler Street
Fort Detrick, MD 21702-5014
Phone: 301-619-1346
DSN: 343-1364
Fax: 301-619-21195
email: kelly.r.green@us.army.mil

Classification: UNCLASSIFIED
Caveats: NONE