**Todor, John (CIV)**

---

**From:** Signore, Dan R Mr USAMRAA [daniel.signore@us.army.mil]
**Sent:** Wednesday, June 18, 2008 4:05 PM
**To:** Green, Kelly R. Ms. USAMRAA
**Cc:** Clutz, Raegon B Mr USAMRAA; Bishop, Robert D Mr USAMRAA Chief of Staff; Sayer, Barry Mr USAMRAA
**Subject:** FW: J&A (UNCLASSIFIED)
**Signed By:** There are problems with the signature. Click the signature button for details.

Classification: **UNCLASSIFIED**

Caveats: NONE

Kelly,

Please furnish a copy of the LS J&A to Bob Bishop.

Thank you,
Dan

---

**From:** Clutz, Raegon B Mr USAMRAA
**Sent:** Wednesday, June 18, 2008 2:39 PM
**To:** Hovermale, Gilbert W Mr USAMRAA; Signore, Dan R Mr USAMRAA
**Cc:** Bishop, Robert D Mr USAMRAA Chief of Staff
**Subject:** FW: J&A (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Hi Bert and Dan:

I did not keep a copy of the J&A and LSJ I signed last week for you gentlemen. In response to Bob's below request, will you please forward him a signed copy?

Thanks,

Burnie

---

**From:** Bishop, Robert D Mr USAMRAA Chief of Staff
**Sent:** Tuesday, June 17, 2008 2:29 PM
**To:** Clutz, Raegon B Mr USAMRAA
**Subject:** RE: J&A (UNCLASSIFIED)

Burnie,

When you have a couple of minutes to spare, could you provide me a hard copy of the signed J&A's you handled for me?

Thanks,

Bob

---

**From:** Clutz, Raegon B Mr USAMRAA
**Sent:** Friday, June 13, 2008 10:24 AM
**To:** Bishop, Robert D Mr USAMRAA Chief of Staff
**Subject:** FW: J&A (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Hi Bob:

FYI.

Thanks,

Burnie

---

**From:** Clutz, Raegon B Mr USAMRAA
**Sent:** Friday, June 13, 2008 10:23 AM
**To:** Sayer, Barry Mr USAMRAA
**Subject:** FW: J&A (UNCLASSIFIED)

Classification: **UNCLASSIFIED**

Caveats: NONE

Barry:

I made some changes to your draft. If any of them give you heart burn and you want to talk about them, holler.

Otherwise, let me know when this ready and I'll sign it promptly.

Thanks,

Burnie

---

**From:** Sayer, Barry Mr USAMRAA
**Sent:** Thursday, June 12, 2008 4:29 PM
**To:** Clutz, Raegon B Mr USAMRAA
**Subject:** RE: J&A (UNCLASSIFIED)

Sorry they were updating my computer when I got back and then I had to edit a little based on OTJAG recommendation.

here it, thanks for your help.

<<...>>

*Barry G. Sayer*
Chief, CSC Purple
USAMRAA
301-619-1163
FAX 301-619-1529
barry.sayer@amedd.army.mil

---

**From:** Clutz, Raegon B Mr USAMRAA
**Sent:** Thursday, June 12, 2008 3:35 PM
**To:** Sayer, Barry Mr USAMRAA
**Subject:** J&A (UNCLASSIFIED)

Classification: **UNCLASSIFIED**
Caveats: NONE

Hi Barry:

I didn't get the J&A yet. Just wanted to let you know.

Burnie

Classification: **UNCLASSIFIED**
Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE

Classification: **UNCLASSIFIED**

Caveats: NONE