## Todor, John (CIV)

**From:** Sayer, Barry Mr USAMRAA [BARRY.SAYER@US.ARMY.MIL]
**Sent:** Wednesday, July 09, 2008 9:03 AM
**To:** Green, Kelly R. Ms. USAMRAA
**Subject:** FW: GAO Withdrawal

**Attachments:** GAO Decision.pdf

GAO Decision.pdf

for the file

Barry G. Sayer
Chief, CSC Purple
USAMRAA
301-619-1163
FAX 301-619-1529
barry.sayer@amedd.army.mil

-----Original Message-----
From: Smith, Kendolyn V Ms. OTJAG [mailto:kendolyn.smith@us.army.mil]
Sent: Wednesday, July 09, 2008 8:01 AM
To: Guy, Dorothy M Ms USAMRMC; Sayer, Barry Mr USAMRAA; Michaels, Paul G Mr USAMRAA
Cc: Saunders, Raymond Mr OTJAG; Lewis, James A LTC OTJAG
Subject: GAO Withdrawal

This email is notification of a GAO Withdrawal. Thanks, Ms. Smith

Ms. Kendolyn Smith
United States Army Legal Services Agency Contract And Fiscal Law Division
901 North Stuart Street
Arlington, Virginia 22203
703-696-2829
703-696-1537 (fax)
DSN 426-2829

*HQ, U.S. ARMY LITIGATION CENTER*
*CONTRACT AND FISCAL LAW DIVISION, USALSA*
*901 N. STUART STREET, SUITE 500*
*ARLINGTON, VA 22203-1837*
*Kendolyn.smith@hqda.army.mil*
*(703) 696-2829 phone*
*(703) 696-1537 fax*

# *facsimile transmittal*

Date: July 8, 2008

Re: GAO Protest of **Axiom Resource Management, Inc. (B-400311)**

From: Kendolyn Smith, Paralegal Specialist

---

**NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 4 pages**

---

| Name | Firm/Agency | Phone No. | Fax No. |
|---|---|---|---|
| *Dorothy Guy, Esq.* | *Legal Advisor* | *301-619-2167* | *301-619-5034*<br>*Dorothy.guy@amedd.army.mil* |
| *Barry Sayer* | *Contracting Officer* | *301-619-1163* | *301-619-9656*<br>*barry.sayer@us.army.mil* |
| *Paul Michaels* | *PARC* | *301-619-2114* | *301-619-2091*<br>*paul.g.michaels@us.army.mil* |

***MESSAGE***

**Accompanying this header sheet is the GAO Decision and After Action Report for the above-mentioned protest. If transmission problems occur, please contact Ms. Kendolyn Smith, 703-696-2829 or DSN: 426-2829. Direct all other questions to Mr. Raymond Saunders, Chief Attorney for Protests at 703-696-1522 or DSN 426-1522.**

**Confidentiality Notice**

**This facsimile transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify this office immediately by telephone or arrange the return of documents.**

**DEPARTMENT OF THE ARMY**
UNITED STATES ARMY LEGAL SERVICES AGENCY
901 NORTH STUART STREET
ARLINGTON, VA 22203-1837
(703) 696-2829 DSN 426; Fax ext. 1537
E-mail: kendolyn.smith@hqda.army.mil

REPLY TO
ATTENTION OF

**S: July 23, 2008**

JALS-KFLD (715y) July 8, 2008

MEMORANDUM FOR OSJA, HQ, U.S. Army Medical Research, Acquisition Activity, ATTN: MCMR-JA (Dorothy Guy, Esq.), 820 Chandler Street, Fort Detrick, MD 21701-5012

SUBJECT: GAO Protest by **Axiom Resource Management, Inc. (B-400311)**

1. We enclose for your information and appropriate action a copy of the decision withdrawing the subject protest.

2. In accordance with AFARS § 33.190-1, you are required to submit a bid protest after-action report (including agency-level protest) to this office not later than 15 days following the notification of resolution of the protests, including resolution by withdrawal.

3. If you should have any questions or comments, please contact Ms. Kendolyn Smith, Paralegal Specialist, at DSN 426-2829 or commercial 703-696-2829. Ms. Smith's e-mail address is Kendolyn.smith@hqda.army.mil.

Sincerely,

for Kendolyn Smith
RAYMOND M. SAUNDERS
Chief Attorney for Bid Protests
Contract and Fiscal Law Division

Encls
1. Decision
2. After-Action Report Form

CF:
HQ, U.S. Army Medical Research, Development Acquisition & Logistics Command, ATTN: SGRD-JA (Paul Michaels), Fort Detrick, MD 21702-5012 – via email
Directorate of Contracting, HQ, U.S. Army Medical Research, Acquisition Activity, ATTN: MCMR-AAA (Barry Sayer, Contracting Officer), 820 Chandler Street, Fort Detrick, MD 21701-5012 – via email

GAO
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

July 7, 2008

James DelSordo, Esq.
Argus Legal, LLC

Raymond Saunders, Esq.
Department of the Army

| | |
|---|---|
| **File:** | B-400311 |
| **Protester:** | Axiom Resource Management, Inc. |
| **Agency:** | Department of the Army |
| **Solicitation No.:** | CMID-1174; SAC 08-11552 |

**CONFIRMATION OF WITHDRAWAL**

The protest identified above has been withdrawn. We have closed our file without further action.

--For the Senior Associate General Counsel

**FOR FURTHER INFORMATION:**

GAO Attorney: Linda Glass (202) 512-8286
Case Status Calls: (202) 512-5436; Fax Number: (202) 512-9749

**5153.9006 -- Format for a Bid Protest Action Report.**

**Bid Protest Action Report**

Protester: ________________________________________

Protest number: ________________________________________

Protest Forum (GAO/AGENCY): ______________________________

Has there been a FOIA request or Congressional, OSD, HQDA, media, or other high level interest in any aspect of the protested acquisition or action (including the time period prior to any protest)?

**Circle One: Preaward/Post Award Negotiated/Sealed Bid**

**Best Value: Yes No**

Description of item or service:

Solicitation No:

Contract No:

Awardee:

Award Date: ______________________. Award Amount:

Estimated Amount (if preaward):
(Do not round off/abbreviate dollar amounts)

**Stop Work? Yes No If Yes, date issued:**

Attorney assigned to the protest (include phone):

Contracting Officer (include phone):

Lessons Learned and legal/acquisition costs are to be submitted by letter covering a copy of decision.