# In the United States Court of Federal Claims

No. 08-487C
Filed: July 17, 2008

*************************************
*
AXIOM RESOURCE MANAGEMENT, INC.,*
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
*
*************************************

**ORDER**

Lockheed Martin Federal Healthcare, Inc. was not awarded the July 11, 2008 "Order for Supplies and Services." Accordingly, that entity does not have standing to intervene in this case and is duly dismissed. *See* RCFC 24.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**