# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AXIOM RESOURCE MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CoFC No. 08-487<br>(Judge Braden)<br>**BID PROTEST** |

## AMENDED MOTION FOR PRELIMINARY INJUNCTION

**COMES NOW** the Plaintiff Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and hereby files this Amended Motion for Preliminary Injunction under Fed. R. Civ. P. 65(a) and the Rules of the United States Court of Federal Claims. As more fully described in the Memorandum in Support of Axiom's Amended Motion for Preliminary Injunction, filed concurrently herewith, the Court should enjoin the United States Department of Army (the "Army") from continuing performance of a contract to awarded to Lockheed Martin Service, Inc. ("LMSI") under the TRICARE Evaluation, Analysis, and Management Support Program ("TEAMS") in the face of the Army's continuing failure to comply with the requirements of 48 C.F.R. Subpart 9.5.

Specifically, the Army has failed to address the organizational conflict of interest ("OCI") identified by the Court in a prior proceeding and has proceeded to re-award the work discussed in that prior proceeding to the entity, Lockheed Martin Federal Healthcare

("LMFH"), with the identified OCI in violation of the Federal Acquisition Regulation ("FAR").

**WHEREFORE** Plaintiff respectfully requests that the Court issue an order immediately enjoining the Government from taking the actions described and require the Army to properly resolve the OCI associated with this procurement. Finally, Axiom also seeks its attorney's fees and its costs in bringing this action.

Respectfully submitted,

Date: 7/17/08

By: ________________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Axiom Resource Management, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July 2008, a copy of the foregoing Amended Motion for Preliminary Injunction was served by electronic mail on:

Counsel for the United States William G. Kanellis, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Room 8032, Washington, DC 20530; and

Counsel for Lockheed Martin, Marcia Madsen, Mayer Brown, LLP, 1909 K St., NW, Washington, DC 20006.

James S. DelSordo