**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AXIOM RESOURCE MANAGEMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **BID PROTEST** |
| | ) | No. 08-487C |
| v. | ) | (Judge Braden) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

Pursuant to the Court's e-mail of July 16, 2008 (attached as Exhibit A), and as we discussed in our notice of filing of July 14, 2008, defendant, the United States, gives this notice of filing of the CD-ROM of the following administrative record documents, together with a courtesy hard copy for the Court's chambers. We have added Bates numbering to the documents. We will also deliver copies of the CD-ROM to counsel for Axiom.

Due to the volume of the documents, we respectfully request that the Court grant permission for us to file the documents on CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case will exceed the size limitation applicable to electronic files, as discussed in Rules of the United States Court of Federal Claims ("RCFC") Appendix E(9).

We also note that the Court has not entered a protective order in this action. Nevertheless, we believe that the Axiom and Lockheed proposals requested by the Court contain source selection material that is appropriate for a protective order. Therefore, we respectfully request that the Court enter the RCFC Form 8 Protective Order with respect to these materials.

In addition to the Axiom and Lockheed proposals requested by the Court, we have also included, for the Court's convenience, Bates-numbered copies of the e-mail correspondence

relating to the resolution of the apparent organizational conflict of interest involving Axiom that gave rise to Axiom's original complaint in this matter. These are the documents discussed by counsel for the Government at the July 16, 2008 status conference.

The index of the documents filed on the CD-ROM is as follows:

**INDEX TO THE ADMINISTRATIVE RECORD** **PAGE**

Administrative Record filed July 10, 2008. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

TEAMS Solicitation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 335

Task order award. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 479

Evaluation Board/Panel Consensus memorandum. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 503

Award decision memorandum. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 517

E-mail correspondence regarding task order. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 529

Axiom original proposal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 566

Axiom revised proposal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1435

Lockheed original proposal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2164

Lockheed revised proposal.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2609

E-mail correspondence regarding resolution of apparent Axiom OCI. . . . . . . . . . . . . . . . . . . 2689

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

s/ John J. Todor
JOHN J. TODOR
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel.: (202) 616-2382
Fax: (202) 514-8640

July 17, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on July 17, 2008, a copy of foregoing "NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John J. Todor