## Todor, John (CIV)

**From:** Alex_McBride@ao.uscourts.gov
**Sent:** Wednesday, July 16, 2008 5:00 PM
**To:** Todor, John (CIV); delsordo@arguslawfirm.com
**Subject:** Fw: Axiom II

Mr. Todor,

Please see message from Judge Braden below.

We appreciate your help in this matter.

Thank you,
Alex

Mr. Alex McBride
Law Clerk to the Honorable Susan G. Braden
United States Court of Federal Claims
Telephone: (202) 357-6518
Facsimile: (202) 357-6522

----- Forwarded by Alex McBride/DCA/CFC/USCOURTS on 07/16/2008 04:57 PM -----

**Susan Braden/DCA/CFC/USCOURTS**
**(Fed Cl Judge)**

07/16/2008 04:51 PM

To Alex McBride/DCA/CFC/USCOURTS@USCOURTS
cc
Subject Axiom II

The Gov't has provided a June 30, 2005 Solicitation for an ID/IQ contract that requests "Sealed Offers" on August 17, 2005. Presumably, both Axiom and LMSI filed such "offers," pursuant to which the Gov't issued the Feb. 1, 2008 "Award/Contract"s to Axiom and LMSI. The August 17, 2005 "offers," however, are not in the Administrative Record and have not been provided to the court. Please be sure the Gov't supplements the AR with these documents.