IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AXIOM RESOURCE MANAGEMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | CoFC No. 08-487<br>(Judge Braden)<br>**BID PROTEST** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW** the Plaintiff Axiom Resource Management, Inc. ("Axiom"), by and through undersigned counsel, and in accordance with RCFC 41(a)(1) hereby files this Notice of Voluntary Dismissal. Plaintiff may take this action without order of the Court or stipulation of any other party because no answer or motion for judgment on the record or for summary judgment has been filed in this matter.

**WHEREFORE** Plaintiff respectfully requests that the Court dismiss this action.

Respectfully submitted,

Date: 7/17/08

By: ______________________

James S. DelSordo, Esq.
Argus Legal, LLC
9255 Center St.
Suite 307
Manassas, VA 20110
(703) 368-8770
fax (703) 368-8772

Counsel for Plaintiff Axiom Resource Management, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of July 2008, a copy of the foregoing Notice of Voluntary Dismissal was served by electronic mail on:

Counsel for the United States William G. Kanellis, Esq., United States Department of Justice, Commercial Litigation Branch, 1100 L Street, N.W., Room 8032, Washington, DC 20530; and

Counsel for Lockheed Martin, Marcia Madsen, Mayer Brown, LLP, 1909 K St., NW, Washington, DC 20006.

James S. DelSordo